AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| TOHONO O'ODHAM NATION, | ) |
| *Plaintiff* | ) |
| v. | ) Case No.    26-cv-2127 |
| MARKWAYNE MULLIN, in his official capacity, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Tohono O'odham Nation                                                                            .

Date:    06/16/2026

/s/ Riyaz A. Kanji
*Attorney's signature*

Riyaz A. Kanji, D.C. Bar 455165
*Printed name and bar number*

Kanji & Katzen, P.L.L.C.
P.O. Box 3971
Ann Arbor, MI 48106

*Address*

rkanji@kanjikatzen.com
*E-mail address*

(734) 769-5400
*Telephone number*

*FAX number*