**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| TOHONO O'ODHAM NATION, a federally recognized Indian tribe,<br><br>*Plaintiff*,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of U.S. Department of Homeland Security; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and ROSARIO VASQUEZ, in his official capacity as Chief of U.S. Border Patrol,<br><br>*Defendants*. | Case No.  26-cv-2127 |

**DECLARATION OF CHRISTOPHER T. SENSENEY, PhD. P.E.**

# Analysis of Construction of Pedestrian and Vehicle Barrier Replacement at Tohono O'odham Reservation

Christopher T. Senseney, PhD. P.E.
Senseney Engineering, LLC

13 June 2026

Prepared for:
Tohono O'odham Nation
Sells Business Loop
Sells, AZ 85634

Senseney Engineering Job No: 04.26

## I. ASSIGNMENT

1. I have been retained by Kanji & Katzen, P.L.L.C., on behalf of the Tohono O'odham Nation ("Nation"), to provide analysis and opinions on the feasibility, from a construction and engineering standpoint, of building vertical wall(s) or barrier(s), a patrol road, and associated infrastructure within a 60-foot wide footprint adjacent to the international border along the southern boundary of the Tohono O'odham Reservation ("Reservation"). I have also been asked to assess the likely impacts of such construction on Reservation lands, whether within or outside of the 60-foot wide strip.

2. It is my understanding that the Department of Homeland Security ("DHS"), Customs and Border Protection ("CBP") intends to construct a single or double 30-foot-tall vertical barrier and patrol road along the entire 62-mile southern border of the Reservation. The purpose of this declaration is to assess various aspects and impacts of construction operations for the building of the barriers and patrol road, and to do so in light of the specific terrain located at the southern boundary of the Reservation.

3. My opinions and analysis are based on experience and knowledge gained by over twenty years as a civil engineer in the United States Air Force ("Air Force"), one year as a forensic engineer at Higgins & Associates, Inc. ("Higgins"), two years as a pavement engineer at Kiewit Engineering Group ("Kiewit"), and six years as a professor of civil engineering for the University of Colorado Boulder ("CU-Boulder"). During my career, I have worked on several construction projects with a similar magnitude and similar characteristics as the proposed border wall construction project on the Reservation. A summary of my credentials is presented below, and a more detailed resume can be found in my CV in Appendix A of this Declaration.

## II. CREDENTIALS

4. I served as a Civil Engineering Officer in the Air Force from 1997 to 2017. During my military service, I completed two year-long deployments to Afghanistan from 2005 to 2006 and then again from 2012 to 2013, both in engineering positions supporting the U.S. Army. In 2003 to 2004, the Air Force sponsored me to obtain a Masters degree in Civil Engineering from the University of Colorado Boulder. In 2008 to 2011, the Air Force sponsored me to earn a PhD in Civil Engineering from Colorado School of Mines. I taught a variety of civil engineering courses as an instructor at the U.S. Air Force Academy from 2013 to 2017. While serving in the Air Force, I programmed and managed numerous large-scale construction projects with complex contract elements, specifications, and construction requirements.

5. From 2017 to 2018, I served as a Senior Engineer with Higgins, located in Morrison, Colorado. While at Higgins, I worked as a forensic engineer and expert witness for numerous construction defect law cases, including a dispute over alleged construction defects on irrigation canal headgates at the Wind River Indian Reservation in northwest Wyoming.

6. From 2018 to 2020, I was employed as a Senior Pavement Engineer at Kiewit, located in Lone Tree, Colorado. While with Kiewit (operating under Southwest Constructors), I worked on the design and construction of two CBP projects: the Tucson Project 1, 2, 3 FY19 Vehicle and Pedestrian Barrier Replacement Project ("Tucson 63") near Lukeville, Arizona, and the Naco 31 Barrier Project ("Naco 31") near Douglas, Arizona. I served as the Engineer of Record for the structural pavement design of the gravel patrol roads and concrete low water crossings for both Tucson 63 and Naco 31. For Tucson 63, I prepared 659 pages of construction specifications in the Unified Facilities Guide Specifications (UFGS) format and stamped/certified four sections of the specifications, including Earthwork, Base Course for Rigid Paving, HMA Wearing Surfaces for Concrete Bridge Decks, and Aggregate Surfacing. I served as the Engineer of Record for the design of a 0.75-mile section of steeply sloped concrete pavement on the patrol road at Monument Mountain on Tucson 63 near Lukeville, Arizona. I co-authored a research paper titled "Design, construction and monitoring of concrete roadway pavement at extremely steep longitudinal slopes," published in the International Journal of Pavement Engineering in 2023 (see Appendix B), that described the process that I took to design the complicated pavement structure and explained the techniques the contractor used to build the concrete roadway.

7. While working for Kiewit, I made three site visits to border barrier construction projects between December 2019 and December 2020, two at Tucson 63 and one at Naco 31. I observed different phases of barrier construction over approximately 35 miles on the Tucson 63 project and approximately 10 miles at Naco 31. During each site visit, I spent one full day traveling by vehicle along the border with representatives from the construction trades, from the U.S. Army Corps of Engineers, and from CBP. My site visits often focused on areas of steep terrain at arroyos and at water crossings, where some of the more difficult patrol road and barrier civil engineering and construction would be encountered.

8. From 2020 to present I have served as an Associate Teaching Professor in Civil, Environmental and Architectural Engineering at the CU-Boulder. Amongst other classes, I teach CVEN 2012 Introduction

to Geomatics and CVEN 3256 Construction Equipment and Methods. In CVEN 2012, we introduce topics relevant to this assignment, including horizontal/vertical curves, right of way, and property/boundary surveys. In CVEN 3256, I teach heavy equipment productivity, design of temporary structures, construction site layout, and construction site dewatering. I teach other classes within the civil engineering and architectural engineering curriculum that cover construction law, contracts, scheduling, cost estimating, and engineering economics. I also perform research related to construction specifications, pavement engineering, and material science.

## III. DOCUMENTS REVIEWED

9. As part of this assignment, I have reviewed the following documents and media:

   a. Statement of Work: TCA-5 Primary Vertical Barrier, Patrol Road & Design and Construction Segments 1, 2, 3a and 3c, with Attachment A Location Maps (8 May 2026)
   b. Best Management Practices (BMPs): TCA-5 Tohono O'odham Vertical Barrier & Attributes Design Build Construction Project, Pima County, AZ, US Customs and Border Protection (CBP) Border Patrol Program Management Office Directorate (PMOD), (undated)
   c. Cultural Resources Study: Archaeological Survey for Permanent Vehicle Barriers and Related Improvements along the International Border on the Tohono O'odham Nation, U.S. Border Patrol, Tucson Sector, Pima County, Arizona, by David R. Hart and John Lindemuth, Project No. F05-31, Prepared for Gulf South Research Corporation, U.S. Army Corps of Engineers, and U.S. Customs and Border Patrol (April 2006)
   d. Topographic maps of the southern border of the Tohono O'odham Reservation (various dates)
   e. Tucson Project 1, 2, 3 FY19 Vehicle and Pedestrian Barrier Replacement Project (63 Miles) Drainage Gate, Light Pole Foundation, Vehicle Gate, and Concrete Roadway Pavement Construction Plans (11 May 2020)
   f. Tucson Project 1, 2, 3 FY19 Vehicle and Pedestrian Barrier, Tucson, AZ, W912PL190015, Construction Specifications, Revision 12 (24 June 2020)
   g. Tucson Project 1, 2, 3 FY19 Vehicle and Pedestrian Barrier Replacement Project (63 Miles), P2MM Concrete Anchor Key & Spacing Laying Shop Drawings for Tucson 63, prepared by Conrad L. Lay (undated)
   h. Tucson Project 1, 2, and 3, Vehicle and Pedestrian Barrier Replacement Project, Cochise County, Arizona, Patrol/Maintenance Roads – Pavement Design Basis Memorandum, prepared by Christopher T. Senseney (5 May 2020)
   i. Naco 31 Project, Naco, Arizona, Patrol/Maintenance Roads – Pavement Design Basis Memorandum, prepared by Christopher T. Senseney (29 May 2020)
   j. Drone footage, images and videos collected by the Center for Biological Diversity at various border wall construction projects (various dates)[1]

---

[1] Available at
https://www.biologicaldiversity.org/resourcespace/pages/search.php?search=%21collection1676&k=ec6

k.  Southwest Border: Additional Actions Needed to Address Cultural and Natural Resource Impacts from Barrier Construction, Government Accountability Office, Report to the Ranking Member, Committee on Natural Resources, House of Representatives Washington D.C. (September 2022)

l.  Google Earth historical satellite imagery and survey data of the southern border of the Reservation (various dates)

## IV. NARRATIVE OF BORDER REGION INSPECTION

IV.a. 26 May 2026 Field Inspection of Reservation Southeastern Border Boundary

10. On 26 May 2026, I was escorted by Rangers from the Nation to visit the southern border of the Reservation. We reached the border by vehicle near the town of Newfield, Arizona and proceeded to travel east along the border patrol access road for approximately 5.6 miles to the base of the Baboquivari Mountains. At this point we turned around and headed west back towards Newfield, and then traveled another 9.0 miles to the west of Newfield to the base of Horse Peak. During this inspection, I took three slope measurements with a handheld digital level, two near the base of the Baboquivari Mountains and one near the base of Horse Peak. I took height measurements of the currently installed vehicle barrier along the U.S.-Mexico border with a handheld tape measure. I measured the width of the patrol road with a handheld tape measure and a laser distance meter. I photographically documented the 26 May 2026 site visit as shown in Photographs 1 to 55 included in Appendix C of this Declaration.

IV.b. 27 May 2026 Field Inspection of Nogales Border Barrier Construction

11. On 27 May 2026, I inspected the construction of a double 30-foot-tall barrier and patrol road project near the base of the Patagonia Mountains approximately 8.0 to 9.5 miles east of Nogales, Arizona. It is my understanding that Fisher Sand & Gravel is under contract from CBP to construct 15 miles of double barrier in this area. I measured the distance between the primary and secondary barrier using calibrated pacing, which was estimated to be approximately 110 feet at this area of the barrier. I photographically documented the 27 May 2026 site visit as shown in Photographs 56 to 73 included in Appendix C of this Declaration. During this inspection, I observed three gravel construction side access roads within a 1.5-mile area, that were built along the active construction zone to facilitate the transport of equipment, steel bollards, and concrete to the jobsite.

IV.c. Office Study of Topographic Maps

12. Following the field visits, I returned to the office and studied every mile of the terrain and topography along the 62-mile southern border of the Reservation using U.S. Geological Survey

2b7a480;
https://www.biologicaldiversity.org/resourcespace/pages/search.php?search=%21collection1485&k=325e5dc40d#

topographic maps and imagery and survey data from Google Earth. I make references to the topographic maps and Google Earth data in the Analysis and Findings section of this declaration.

## V. ANALYSIS AND FINDINGS

13. It is my opinion that the proposed vertical barriers, patrol road, and associated infrastructure cannot be constructed within a narrow 60-foot-wide footprint at the terrain at the southern boundary of the Reservation. Furthermore, construction of the barriers along the border will have permanent and lasting impacts on the natural landscape and the drainage on the Reservation. My opinions are supported by the following findings and analysis of evidence with the abbreviated titles of V.a. Staging Areas, V.b. Access Roads, V.c. Steep Terrain, V.d. Earthwork, and V.e Drainage.

V.a. Oversized Construction Materials and Equipment Staging Areas

14. The construction of the type of barriers (i.e., 30-foot-tall vertical walls), patrol roads, and associated infrastructure proposed at the Reservation requires massive construction materials and equipment staging areas that would extend, by necessity, well beyond a 60-foot-wide footprint at the border. Amongst other miscellaneous building materials, these types of construction staging areas generally include construction trailers, parking for construction workers, equipment storage trailers, portable restrooms, aggregate material storage, heavy equipment parking, steel bollard material storage, construction waste, and demolished barrier material. Typical barrier construction staging areas contain three primary components, namely laydown parking and trailers; construction material and equipment storage; and portable concrete batch plants. Some staging areas may include all three of these components, two of the components, or just one of the components.

15. **Figure 1** below shows one of the past Tucson 63 construction staging areas near Lukeville, Arizona from historical Google Earth satellite imagery dated 06 September 2019 for the construction of a single 30-foot-tall barrier along the border. The image of the Tucson 63 staging yard shows construction trailers, aggregate storage, construction worker parking, and equipment parking. The staging area encompassed an area of approximately 423,000 square feet, or 9.7 acres. The northern boundary of the staging yard extended approximately 2,300 feet from the international border with Mexico into the United States. This Tucson 63 staging area contained all three components of parking/trailers, material/equipment storage, and a concrete batch plant.



**Figure 1.** Google Earth imagery from 06 Sep 2019 showing a construction staging area from the Tucson 63 project (single 30-foot-tall barrier) that extends approximately 2,300 feet from the U.S.-Mexico border near Lukeville, Arizona

16. **Figure 2** below shows an image of a construction staging area taken by a drone on 22 May 2026 at the primary and secondary barrier construction project located approximately 9.5 miles east of Nogales, Arizona, at the base of the Patagonia Mountains. This same staging area is also shown in Photographs 60 to 65 (taken during the 27 May 2026 site visit) found in Appendix C of this Declaration. It is estimated this staging yard extends approximately 600 horizontal feet to the north of the U.S.-Mexico border with a margin of error of plus or minus 100 feet. The horizontal distance measurement was estimated by two techniques. First, the distance from the primary barrier to the secondary barrier was estimated to be 110 feet through calibrated pacing by the author during a site visit on 27 May 2026. It appears that the horizontal distance from the international border to the north end of the laydown yard is approximately 5-6 times the width of the gap between the primary and secondary barrier. Second, the north-south width of the staging yard was measured at approximately 600 feet, using Google Earth satellite imagery from the site taken on 06 January 2023. It should be noted that the distance measurement in Google Earth was based on vegetative and terrain features shown in the satellite image before the laydown yard was constructed. As shown in Figure 2, extensive earthwork was imported to the site of the staging yard to level the ground in an area of steep terrain. This staging area contains two of the three primary components of laydown yards: parking/trailers and construction equipment/materials.



**Figure 2.** Drone imagery from 22 May 2026 showing a construction staging yard for the Patagonia Mountains project that extends approximately 600 feet northwards from the U.S.-Mexico border at a location approximately 9.5 miles east of Nogales, Arizona

17. Construction of 30-foot-tall border barrier requires a significant supply of concrete to construct foundations for the steel bollards. Because of the remote and expansive nature of the Reservation, there are no permanent, large-scale ready-mix concrete batch plants physically located within the Reservation borders. Concrete should generally be discharged 1.5 to 2 hours after mixing starts to prevent the concrete from setting up in the truck, although this can be extended to 3 to 4 hours with chemical admixtures to slow the cement hydration process. It should be noted that the use of delaying admixtures carries some risk since incorrect dosage impacts finishing times and early age strength development. The nature of concrete construction in remote areas such as the Reservation would almost certainly require a contractor working on a barrier construction project to construct its own portable batch plants on the jobsite. In my experience, the infrastructure of a concrete batch plant for a project with similar concrete requirements would require an operating footprint of approximately 15,000 square feet. Furthermore, concrete batch plant operations would require the storage of cement, coarse/fine aggregate, and water, which would require another 50,000 square feet.

18. **Figure 3** below shows a typical portable batch plant extending approximately 500 to 1,000 feet from the international border on the single barrier construction at Buenos Aires National Wildlife Refuge in Arizona prior to 2022. The image shows a water reservoir, aggregate stockpiles for different sizes of aggregate, and an aggregate crushing operation. The portable batch plant is visible in the center of the image with a tall silo for cement storage, aggregate bins, a mixing unit, and likely some type of weighing system to correctly proportion the ingredients based on the mix design. Concrete from a portable plant like this is typically transported by concrete trucks but could be transported short distances by dump trucks or even front-end loaders.



**Figure 3.** Photo from drone footage prior to 2022 showing a typical portable concrete batch plant for the single barrier construction at the Buenos Aires National Wildlife Refuge in Arizona

19. In my experience it would be impossible to confine a laydown yard for border barrier construction in a narrow section of a 60-foot-wide footprint along the border, especially in an active barrier construction zone. The installation of construction staging areas would have permanent impacts on the terrain and drainage extending far beyond the 60-foot footprint. It would be highly unlikely that the land and natural resources at the staging yards could ever be completely reclaimed to their original condition after the construction was completed. Deep soil compaction and vehicle traffic permanently alter the hydrology and soil crusts on the "desert pavement" (also known as desert armor or desert varnish) on the surface of the Reservation lands. The natural revegetation and the reformation of the protective stone layer for desert pavement can take decades, if not centuries, to re-establish in extremely dry environments. **Figure 4** shows the condition of the Lukeville staging area circa 11 May 2023, where it can be observed that the landscape appears to be disturbed and the natural vegetation does not appear to be restored.



**Figure 4.** Satellite image of the Lukeville staging area circa 11 May 2023 from Google Earth

V.b. Impact of Construction Access Roads

20. As a result of the physical constraints of border barrier construction, due to the rugged terrain along the U.S.-Mexico border, and because of the remoteness of the Reservation, construction access roads will need to be built on the Reservation outside of the narrow 60-foot-wide footprint along the border. As is the case with construction staging areas, the construction of access roads will disrupt the desert pavement, natural landscape, and drainage of the Reservation.

21. Barrier construction relies on heavy haul roads to transport materials, specifically steel bollards, concrete, and equipment to the jobsite. During my 27 May 2026 site visit to the Patagonia Mountain barrier construction site 8.0 to 9.5 miles east of Nogales, Arizona, I observed three heavy haul roads in a 1.5-mile stretch leading to the construction site. These haul roads were approximately 20 feet wide and traversed washes and valleys where culverts were installed. One of these roads can be seen in Photographs 69, 70, and 71 in Appendix C of this Declaration. I observed numerous flatbed semi-tracks carrying steel bollards and concrete trucks traveling the haul road approximately every 15 minutes.

22. Attachment A (Location Maps) to the 8 May 2026 TCA-5 Tohono O'odham Vertical Barrier & Attributes Scope of Work shows three proposed north-south construction access roads which CBP proposes to be built for the construction effort on the 62-mile border. It is my opinion, based on industry standards and historical precedent, that additional access roads would need to be built at a maximum distance of 5 miles apart along the 62-mile southern border. A notional rendering of a total of 12 access roads is shown below in **Figure 5** where the 3 CBP proposed roads are in red and the additional 9 roads (minimum required in my opinion) are shown in green. It would be excessively impractical for a contractor to only use three access roads along the 62-mile stretch of remote and rugged terrain along the border at the reservation. From a construction logistics standpoint, contractors will need to be able to construct wall sections at multiple points along the Reservation's border simultaneously. It will not be possible for them to transport construction materials, equipment, and heavy machinery along the patrol road while simultaneously engaging in active construction. Therefore, additional construction access roads will need to be built. Furthermore, transportation along the patrol roads would not be feasible during the construction of culverts and concrete water crossings at the numerous washes that exist along the border. It is my opinion that a significantly greater number of access roads would ultimately need to be built along the 62-mile border during construction, possibly two or three times more than the bare minimum of twelve shown in **Figure 5**. As stated earlier, three access roads were observed in a 1.5-mile stretch of similar terrain at the Nogales/Patagonia Mountains barrier construction site.



**Figure 5.** Proposed construction access roads by CBP (shown in red) and notional access roads (shown in green) needed for barrier construction on the Reservation

23. The construction of access roads will have permanent and lasting impacts on the landscape and drainage on the Reservation. Construction of these roads will destroy the plant life and the desert pavement along the border on the Reservation. The access roads would require maintenance in perpetuity to maintain a smooth driving surface, to repair erosion, and clean out culverts that routinely become clogged during periods of heavy rain. Furthermore, unlike the primary patrol roads along the border boundary, there would be no reason for CBP to maintain this network of construction access roads after construction of the barriers is complete. Without maintenance, even more significant drainage and erosion damage will occur on these access roads well into the future. Nor would it be feasible for CBP to have these construction access roads decommissioned and to restore the lands to their prior condition because the desert pavement requires decades, if not centuries, to be restored.

V.c. Transportation and Access Across Steep and Rugged Terrain

24. The terrain along the southern boundary of the Tohono O'odham Reservation and the U.S.–Mexico border is a harsh, remote expanse of the Sonoran Desert. The terrain consists of jagged, rugged mountain ranges, including the Baboquivari and La Lensa Mountains, that are often impassable by vehicles. Between the mountains there are expansive desert valleys and open plains. The plains are cut by wide dry washes (or arroyos) that remain dry for most of the year but act as flash flood channels during the seasonal monsoon rains.

25. The Baboquivari Mountains and Pazo Verde Mountains extend north to south along the eastern edge of the Reservation. Topographic maps and Google Earth demonstrate that sections of the Baboquivari Mountains on the eastern edge of the Reservation, adjacent to the border, exhibit slopes of 42 feet horizontal to 100 feet vertical (or 42 percent). As shown in Photos 19, 20, and 21 in Appendix C of this Declaration, the slope of a representative section of terrain at the base of the Baboquivari Mountains was

measured at 41 percent. **Figure 6** shows the elevation profile of at the base of the Baboquivari Mountains as measured by Google Earth, with the maximum slope given as 42 percent.[2]



**Figure 6.** Elevation profile of the terrain at the base of the Baboquivari Mountains from Google Earth

26. Horse Peak at Morena Mountain is located near the U.S.-Mexico border approximately 16 miles west of the eastern boundary of the Reservation. Topographic maps and Google Earth demonstrate that sections of the terrain rising on the east side of Horse Peak, adjacent to the border, exhibit slopes of 67 feet horizontal to 100 feet vertical (or 67 percent). As shown in Photos 52 through 55 in Appendix C of this Declaration, the slope of a representative section of terrain on the east side of Horse Peak was measured at 31 percent. **Figure 7** shows the elevation profile at the east side of Horse Peak as measured by Google Earth, with the maximum slope given as 67 percent.



---

[2] Slope measurements performed by the author were obtained utilizing a two-foot hand level measuring localized, representative segments of terrain.  Slope measurements provided by Google Earth are based on a pixel-by-pixel elevation difference with horizontal resolutions that range from 90 feet to 270 feet per pixel depending on the region.

**Figure 7.** Elevation profile of the terrain at the east side of Horse Peak from Google Earth

27. Wolf's Hang at the La Lesna Mountains is a remote 1,962-foot summit located along the U.S-Mexico border near Ak Komelik, Arizona, and about 36 miles west of the eastern border of the Reservation. Topographic maps and Google Earth demonstrate that sections of the terrain rising up the east side of La Lensa Peak, adjacent to the border, exhibit extreme slopes of 76 feet horizontal to 100 feet vertical (or 76 percent). **Figure 8** shows the elevation profile of La Lesna Peak as measured by Google Earth, with the maximum slope given as 76 percent.



**Figure 8.** Elevation profile of Wolf's Hang at La Lensa Mountains from Google Earth

28. Another section of extremely steep mountainous terrain on the border is located 1.5 miles southwest of Ali Chuk and approximately 56 miles to the west of the eastern boundary of the Reservation. Topographic maps and Google Earth demonstrate that sections of the terrain rising up the west face of the mountainous terrain near Ali Chuk, adjacent to the border, exhibit extreme slopes of 85 feet horizontal to 100 feet vertical (or 85 percent). **Figure 9** shows the elevation profile of the mountainous terrain southwest of Ali Chuk as measured by Google Earth, with the maximum slope given as 85 percent.



**Figure 9.** Elevation profile of steep terrain southwest of Ali Chuk from Google Earth

29. Construction on extremely steep terrain on the Reservation will require extensive rock removal and permanent destruction of the mountainous landscape. Fundamentally, the ridges and slopes on rugged rocky terrain at 40 to 85 percent slopes must be altered and leveled to allow construction equipment to operate and excavate rock to build foundations for the barrier walls. **Figure 10** below shows an example of rock removal at the Tinajas Atlas Mountains near Yuma, Arizona during construction prior to 2022. Contractors utilized dynamite blasting and heavy excavation equipment to cut through the solid rock of the Tinajas Altas range, fundamentally altering the natural topography. Similar blasting and heavy equipment for rock removal would be required for border barrier construction on the Reservation.



**Figure 10.** Drone footage of the construction and slope and rock removal (within illustrative circles) of sections of barrier construction at the Tinajas Atlas Mountains near Yuma, Arizona prior to 2022

30. Moreover, the steep terrain will preclude large construction vehicles from accessing parts of barrier construction simply because most construction vehicles are unable to operate on such steep terrain. While I was working on the Tucson 63 barrier project, I witnessed the construction of a concrete paved road up the east side of Monument Mountain just west of Lukeville, Arizona. The construction was extremely challenging and required construction vehicles to use side access roads to enter the jobsite. According to the May 2019 P2MM Concrete Anchor Key & Spacing Laying Shop Drawings for Tucson 63, the maximum slope on the Monument Mountain concrete patrol road was 57.7 percent. I personally observed that wheeled vehicles were unable to travel up the 57.7 percent grade and that only specialized tracked equipment could be used.

31. **Figure 11** shows the construction of a switchback access road at the Coronado National Forest as part of a shipping container border barrier construction project funded by the State of Arizona. The switchback roads are another type of invasive construction vehicle access that would be necessary for barrier construction on the Reservation, and these roads would leave permanent invasive damage to the Reservation landscape.



**Figure 11.** Drone footage of switchback access road construction at Coronado National Forest

32. In my opinion it is not feasible to construct the vehicle barrier and patrol road at extremely steep slopes approaching 70 percent to 85 percent grade without significantly encroaching outside of the 60-foot-wide footprint along the border with new earthwork; switchback access roads that extend significantly outside of the project footprint; and extensive rock removal. From an engineering and construction perspective, mountaintop removal and blasting will be required on the steepest sections of the Reservation in areas like the Baboquivari Mountains, Horse Peak, La Lensa Mountains, and mountainous terrain near Ali Chuk.

V.d. Cut and Fill Earthwork for the Barrier Construction will have Sizeable Impacts on Reservation Landscape

33. Whether a single barrier or a double barrier, the proposed 30-foot vertical barrier could not be physically constructed along the terrain at the southern border of the Reservation within a narrow 60-foot-wide footprint due to the earthwork needs of the proposed project.

34. The proposed double 30-foot-tall barrier, with a primary barrier, a patrol road, and an "optional" secondary barrier, could not be properly constructed in a 60-foot-wide footprint in any type of terrain. For several reasons, including the need to operate construction equipment on both sides of the barrier during construction and the need for embankment material, the primary barrier wall must be offset from the international border. In relatively flat terrain this offset could be as little as three feet, although in parts of the Reservation with more variable terrain there would need to be a significantly larger offset, which could be as much as a 50-foot offset in some locations. As confirmed by calibrated pacing on my 27 May 2026 site visit to the Patagonia Mountain project outside of Nogales, the gap between the primary barrier and secondary barrier is approximately 110 feet. There is another 20 feet of embankment on the north side of the secondary barrier, which results in the total construction footprint of the double barrier being a minimum of 145 to 150 feet on relatively flat terrain. This distance would be higher on rugged terrain for the double barrier. While it is possible that the gap between the primary and secondary barriers could be reduced below the 110 feet that was observed at the Nogales site, in my opinion it is simply not feasible for a functional double barrier to be confined within a 60-foot footprint, even on flat terrain.

Page | 15

35. A single 30-foot-tall barrier with a patrol road could not be constructed in a 60-foot-wide footprint along all the terrain at the southern border of the reservation, especially in valleys and on mountains/peaks. Due to the sharp changes in elevation, the valleys or gullies would need to be filled with embankment material, and the peaks would need to be scraped down to level the terrain for construction. **Figure 12** shows embankment being placed in valleys in the Patagonia Mountains project outside of Nogales. The terrain in the Patagonia Mountains is similar to the terrain on the southern border of the Reservation at the Baboquivari and La Lensa Mountains, which would also require embankment in the valleys. Simply due to geometry and physics, embankment will require engineered edges with sufficiently gradual slopes to provide structural stability and prevent the fill material from collapsing under its own weight. That will require fill material in many instances to extend well beyond the 60-foot-wide footprint. For the cohesionless, sandy soil found throughout Arizona, the Occupational Health & Safety Administration (OSHA) requires a minimum embankment slope of 1.5 horizontal to 1 vertical. For a hypothetical 10-foot-high embankment elevation on a patrol road above the desert floor, the embankment would be required to slope a minimum of 15 feet horizontally at the edges of the patrol road.



**Figure 12.** Drone imagery from 22 May 2026 showing construction of a double barrier and patrol road on the Patagonia Mountains projects approximately 10.0 miles east of Nogales

36. From the September 2022 Southwest Border: Additional Actions Needed to Address Cultural and Natural Resource Impacts report by the Government Accountability Office ("GAO report"), **Figure 13** below shows the significant amount of cut and fill earthwork necessary to construct a border wall segment on steep terrain in the Coronado National Forest prior to 2022. The photo shows an earthen cut on the south side of the barrier and earthen fill to north of the barrier and patrol road to horizontally level out the patrol road for vehicular access. This type of earthwork is necessary on steep sections of the barrier construction and obviously extends greater than 60 feet from the international border. There is additional erosion of the embankment earthwork to the north of the patrol road that appears to be eroding into the natural landscape. Similar types of earthworks would be necessary to construct border barriers and patrol roads at steep sections of terrain on the Reservation at the southern border.



**Figure 13.** Photo from May 2022 from the September 2022 GAO report showing erosion at the base of a construction staging yard near the border at Coronado National Forest in Arizona

<u>V.e. Drainage at Washes (or Arroyos) will be Impacted by the Installation of Barriers, Patrol Roads, and Associated Infrastructure</u>

37. The drainage at washes (and at locations outside of the washes) along the border and on adjacent haul roads will be negatively impacted by the installation of barriers, patrol roads, and associated infrastructure on the Reservation.

38. According to the GAO report, "the barrier system itself can disrupt the natural flow of water in heavy rain events. These rain events can occur regularly along rivers and drainages near the border, and barrier-related obstructions can exacerbate flooding, according to National Park Service and Bureau of Land Management officials."

39. The GAO report further states, "During construction, the contractor built the patrol road several feet above the desert floor in Organ Pipe Cactus National Monument, in some places by as much as 8 feet. As a result, the raised road acts as a natural dam by impeding water flow during rain events. During heavy rains, water typically flows south across the desert into Mexico but now hits the side of the raised road, according to a National Park Service official. As of the January 2021 pause in construction, the contractor had not yet regraded the road to allow for proper drainage." The raised patrol road referenced in the report can be seen in **Figure 14** below.



**Figure 14.** Photo from May 2022 from the September 2022 GAO report showing a raised patrol road above the desert floor in Arizona

40. The impacts on drainage from infrastructure along the border can already be seen at the Vamori Wash approximately 3.5 miles west of Newfield, as documented by Photographs 36 to 41 in Appendix C of this report. As shown in Photographs 37 and 38, the culvert bridge over the Vamori Wash had caused sediment and debris to build up and accumulate within the culverts of the bridge. The accumulation of sediment and debris will cause constriction of water flow through the channel during the rainy monsoon season, and the debris could contribute to unnecessary flooding on the Reservation.

41. The construction of embankments for patrol roads and access roads that do not currently exist in mountainous areas on the Reservation, such as the Baboquivari and La Lensa Mountains, will cause drainage problems. The embankment material is notorious for eroding into washes and valleys, causing sediment buildup in culverts further downstream. The culverts become prone to flooding during the rainy monsoon season.

42. The construction of a 30-foot-tall barrier system and patrol road has the potential to cause additional excessive flooding on the Reservation. Flooding from border barrier construction has the potential to reach towns along the border such as Newfield, Vamori, San Miguel, Papago Farms, and Ali Chuk. This type of flooding could affect the livelihoods of Reservation residents in these towns by altering their agricultural operations, impacting their livestock herds, or even flooding their homes.

**V. CONCLUSION**

43. My analysis was completed to review the feasibility from a construction and engineering standpoint of building vertical barriers, a patrol road, and associated infrastructure within a 60-foot-wide footprint adjacent to the international border along the southern boundary of the Reservation. I was also asked to assess the likely impacts of such construction on Reservation lands, whether within or outside of the 60-footwide strip. My conclusions are as follows:

a.  Based on observations of recent and historical border barrier projects, construction of 30-foot-tall barriers requires extensive staging areas, material storage, equipment parking, and portable concrete batch plants that extend hundreds to thousands of feet beyond the immediate border corridor, making confinement to a 60-foot-wide construction footprint impracticable. These activities result in substantial and long-lasting disturbances to soils, hydrology, desert pavement, and vegetation communities, and these impacts are unlikely to be fully reclaimed for centuries in the arid environment of the Reservation.

b.  Numerous construction access roads extending well beyond the proposed 60-foot-wide corridor would be necessary to transport materials, equipment, and personnel to active work areas. The construction and subsequent abandonment of these roads would permanently alter desert pavement, natural drainage patterns, and landscape features. Additionally, if the access roads were to remain operational, perpetual maintenance would be necessary to keep the roads smooth, repair erosion, and to clean/maintain culverts.

c.  The rugged and mountainous terrain along the southern Reservation border includes areas with slopes ranging from approximately 30 percent to more than 80 percent, creating significant engineering and construction challenges for barrier and patrol road installation. Construction in these areas would require substantial earthwork, blasting, mountaintop removal, and the development of access roads extending beyond the proposed 60-foot-wide corridor, resulting in permanent and irreversible alterations to the natural landscape and topography of the Reservation.

d.  Based on engineering constraints, construction methods, and previously observed border barrier projects, neither a single 30-foot-tall barrier with a patrol road nor a double-barrier system can be constructed within a continuous 60-foot-wide corridor along the southern boundary of the Reservation. The extensive cut-and-fill earthwork, embankment construction, terrain leveling, and equipment access requirements necessary to accommodate steep slopes, valleys, and mountainous terrain would inevitably extend the construction footprint well beyond 60 feet and result in substantial, long-term alterations to the natural landscape.

e.  The construction of border barriers, patrol roads, access roads, and associated drainage structures has the potential to significantly alter natural hydrologic patterns on the Reservation by impeding water flow, increasing sediment accumulation, and exacerbating erosion and flooding in washes and low-lying areas. These drainage impacts could extend beyond the immediate construction corridor, increasing flood risks to nearby communities, agricultural operations, livestock, and other natural and cultural resources located along the southern border of the Reservation.

I swear under penalty of perjury that the foregoing is true and correct.


Dated: June 12, 2026



Christopher Senseney, PhD, P.E.
Principal, Senseney Engineering, LLC

**APPENDIX A**

**CV OF CHRISTOPHER SENSENEY**

CV of
**Christopher T. Senseney, PhD, P.E.**
Associate Teaching Professor & Civil/Geotechnical/Pavement Engineer

*Senseney Engineering, LLC*
*1655 Snowy Owl Drive*
*Broomfield, CO  80020*
*chrissenseney@gmail.com*

### EDUCATION

- PhD in Civil Engineering with emphasis in Geotechnical Engineering, 2011, Colorado School of Mines, Golden, Colorado (Advisor: Michael A. Mooney)
  - Dissertation title: "Exploring the influence of tactical airfield layer properties on light weight deflectometer response"
  - Research included numerical and analytical analysis of layered pavement systems and non-destructive testing (NDT) of surfaced and unsurfaced pavements
- Master of Science in Civil Engineering with emphasis in Geotechnical Engineering, 2004, University of Colorado, Boulder, Colorado
- Bachelor of Science in Civil Engineering, 1997, United States Air Force Academy, Colorado

### REGISTRATION

- Registered Professional Engineer - State of Ohio No. 7026
- Registered Professional Engineer - State of Colorado No. 53132
- NCEES Record No. 1843093

### SKILLS

- Forensic Engineering, AASHTO 93/Pavement ME design, USACE/Federal project specification writing and editing, DoD rigid/flexible/unsurfaced airfield pavement design, Pavement Condition Index (PCI) surveys, structural pavement evaluations, FWD/LWD testing/interpretation
- Oracle Primavera P6, SpecsIntact, MATLAB, Fortran, Python, Pavement ME, RealCost, ProVal, PAVER, PCASE, FAARFIELD, HIPERPAV, ELMOD, AutoDesk Civil 3D, Emerald Eco Label, openLCA, LCA Pave

### EMPLOYMENT SYNOPSIS

**University of Colorado, Boulder, Colorado**                Aug 2020 to present
**Civil, Environmental and Architectural Engineering**
Associate Teaching Professor

- Serves as instructor in the Construction Engineering and Management program
- Associate Chair for Undergraduate Education responsible for the curriculum, teaching schedules, and administrative affairs for the civil engineering and architectural engineering majors
- Kiewit Design Build Scholars Program faculty fellow
- Department expert on transportation infrastructure, highway alternative delivery construction, temporary construction design, heavy equipment, surveying, and geomatics
- Research focuses on non-destructive testing of pavements and soils, pavement structural design, roadway roughness/smoothness, QA/QC testing of earthwork and pavement materials, pavement Life Cycle Cost Analysis (LCCA), expedient concrete pavement repairs, pavement sustainability, construction Life Cycle Analysis (LCA), and construction material Environmental Product Declarations (EPDs)

**Senseney Engineering, LLC, Broomfield, Colorado**                Jul 2020 to present
Principal
- Provides independent consulting services for heavy civil construction engineering, highway pavement design and forensic investigations, DoD and civilian airport structural pavement design services, and pavement design and construction education
- Analysis of unpaved roads, unpaved airfields, geosynthetics for pavement applications, dust abatement, and airfield damage repair
- Prepares and edits heavy civil and vertical construction specifications for FAA, USACE, and Department of Interior projects
- Prepares Environmental Product Declarations (EPDs) for asphalt, concrete, and aggregate base course pavement materials

**Kiewit Infrastructure Engineers, Englewood, Colorado**        Jan 2019 to Aug 2020
Senior Pavement Engineer
- Subject matter expert for pavement engineering on infrastructure projects for all Kiewit construction regional districts throughout North America.
- Designs concrete and asphalt roadways using AASHTO 93, AASHTO Pavement ME, in-house software, and local agency procedures.
- Responsible for evaluating pavement designs developed by third-party engineers.
- Develops pavement related alternative technical concepts and value engineering for public-private partnership (P3) and design-build (DB) pursuits.
- Reviews concrete mix designs and asphalt mix designs.
- Formulates and interprets non-destructive testing of pavement systems to select or verify layer strength parameters.
- Develops pavement related operations and maintenance specifications for the operating period of P3 infrastructure projects
- Engineer of Record (EOR) for pavement designs for Border Infrastructure Program in Arizona

**Higgins & Associates, Inc., Morrison, Colorado**                2017 to Dec 2018
Senior Forensic Engineer
- Typical assignments included technical investigations of foundation failures, pavement damage, leaks, construction defects, code-deficient design, deterioration, and improper construction in residential/commercial structures and infrastructure.
- Investigations included evaluation of damage from soil movement, fire, flooding, hail, wind, moisture intrusion, vehicle impact, construction defect, and design defect.
- Authored expert witness reports and testified as expert witness during trials and depositions.

**United States Air Force Academy, Colorado**                    2013 to 2017
**Department of Civil and Environmental Engineering**
Assistant/Associate Professor
- Pavement subject matter expert for the department.
- Lead instructor for Pavement Design and Rehabilitation, Introduction to Soil Mechanics, Foundation Design, Lightweight Concrete Design, Field Engineering, Introduction to Engineering, and the Fundamental of Engineering (FE) Review courses.
- Developed lesson plans, lectured, assessed courses, participated in research, and supervised junior faculty.
- Served as the department's Geotechnical Division Chief, Budget Director, and Director of Curriculum.

- Advised and mentored over 30 students in course scheduling, independent study courses, and research projects.

**Joint Engineering Directorate, US-Forces, Kabul, Afghanistan**          2012 to 2013
MILCON Division Chief
- Responsible for $4.6 billion major construction program and supervised a staff of five during a year-long deployment to the Joint Engineering Directorate headquarters staff for US forces in Afghanistan.
- Programmed new construction, cancelled unnecessary projects, and participated in construction project site surveys.
- Managed $1.2 billion in airfield pavement construction projects.
- Developed repair plans for pavements and structures damaged by enemy attacks.

**50th Civil Engineer Squadron, Schriever Air Force Base, Colorado**    2011 to 2012
Operations Flight Commander
- Supervised a workforce of 143 personnel that maintained and repaired 63 facilities and critical infrastructure worth over $1 billion.
- Responsible for the base's most critical facility, the 19 megawatt stand-by power plant that included a 5,250 ton chilled water system and 56 mega BTU steam boiler.

**Civil Engineering School, Wright-Patterson Air Force Base, Ohio**      2004 to 2008
Instructor
- Instructor of continuing education courses in both in-person and distance learning formats (synchronous and asynchronous) with a primary focus in pavement design, maintenance, and inspection.
- Taught Air Force officers and civilians how to design and evaluate pavements, to inspect pavement construction projects, and to use PCASE software.

**Bagram Airbase Provincial Reconstruction Team, Afghanistan**          2006 to 2007
Senior Engineer
- Served as the lead engineer for reconstruction and civil-military operations in Parwan and Kapisa Provinces in Afghanistan. Using local Afghan contractors, his team built roads, schools, clinics, wells, and government facilities.
- Responsible for designing projects, writing scopes of work, evaluating contractor proposals, performing quality assurance/quality control, and establishing payment milestones.
- Evaluated airfield pavements at US and NATO bases.

**43rd Civil Engineer Squadron, Pope Air Force Base, North Carolina**   2001 to 2003
Chief of Maintenance Engineering
- Supervised 32 personnel that were responsible for designing and managing contracts to maintain and repair 785 facilities and 2,024 acres of grounds with a plant replacement value of over $840 million.


AWARDS
- CEAE Faculty Appreciation Award (Civil Engineering), as voted on by students (2023-2024)
- ASCE Outstanding Faculty Advisor Award – Region 7 (2022-2023)
- Outstanding Academy Educator for top instructor in Department of Civil and Environmental Engineering, USAFA (2015-2016)
- Outstanding First Year Instructor, runner-up, Department of Civil and Environmental Engineering, USAFA (2013-2014)

- Team of the Month, MILCON Division, 966th Air Expeditionary Squadron (2012)
- Nominee, Best Practice Ready Research Paper, *Transportation Research Record: J. Transportation Research Board* (2010)
- National Society of Professional Engineers, Federal Engineer of the Year, Military Category (2008)
- Highest Score on Professional Engineer Exam in Ohio (2005)
- Company Grade Officer of the Year, 43rd Civil Engineering Squadron (2002)
- Distinguished Graduate, Air Force Civil Engineer Basic Course (2001)
- Bronze Star Medal, Defense Meritorious Service Medal, Meritorious Service Medal, Air Force Combat Action Medal (various years)

FUNDED RESEARCH
**External Grants as Principal Investigator, Co-Principal Investigator, or Investigator**
(12 external grants awarded totaling $13.126M)
1. Using a 2D Discrete Element Model to Characterize C-17 Loading on Semi-prepared runways, Defense Advanced Research Projects Agency (DARPA), PI, US Air Force Academy, 2014-2015, $5k.
2. Feasibility of Asphalt Surface Treatments on Airfield Pavement, Air Force Civil Engineer Center, co-PI (PI: J. Rushing), US Air Force Academy, 2014-2015, $6k.
3. Using the Discrete Element Method to Evaluate Army and Air Force Aggregate Base Course Specifications, Air Force Office of Scientific Research (AFOSR), PI, US Air Force Academy, 2015-2016, $3k.
4. Combined Discrete Element - Finite Element Modeling of Wheel Vertical Loading on Cohesionless Soils, DoD High Performance Computing Modernization Project (HPCMO) and AFOSR, PI, US Air Force Academy 2015-2016, $73k.
5. Development of Environmental Product Declarations (EPDs) for Sustainable Pavement Procurement, Grant No. 22-HTD-ZH-00013, Colorado Department of Transportation (CDOT), PI, University of Colorado, 2021-2023, $90k.
6. Evaluating the Structural Properties and Cost-effectiveness of Graphene-modified Asphalt, Grant No. 22-HTD-ZH-00061, Colorado Department of Transportation (CDOT), PI, University of Colorado, 2022-2024, $95k.
7. Best Practices for Rapid Repair, Rehabilitation and Reconstruction of Concrete Airport Pavements, Airport Concrete Pavement Technology Program (ACPTP)-2021-3, Federal Aviation Administration (FAA), co-PI (PI: S. Murrell, Applied Research Associates, Inc.), Senseney Engineering, LLC, 2022-2025, $750k ($68k subcontract to Senseney Engineering, LLC).
8. Determination of Immediate Claystone Scour Potential, Study No. R223.03, State Planning and Research, Grant No. 23-HTD-ZH-00067, Colorado Department of Transportation (CDOT), PI, University of Colorado, 2023-2025, $135k.
9. Reinforced Concrete Repair by an Evolving Visualized Internal Vascular Ecosystem (RC-REVIVE), Defense Advanced Research Projects Agency (DARPA), Co-PI (PI: M. Hubler, University of Colorado Boulder), 2023-2027, $1.727M.
10. EPD Data Analysis and Benchmarking in Support of HB 21-1303, Grant No. 24-HTD-ZH-00078, 2022 Federal Highway Administration (FHWA) Climate Challenge, Colorado Department of Transportation (CDOT), PI, University of Colorado, 2023-2025, $117k.
11. Design and Performance of Thin Concrete Airfield Pavement, Airport Concrete Pavement Technology Program (ACPTP)-2023-7, Federal Aviation Administration (FAA), co-PI (PI: S. Murrell, Applied Research Associates, Inc.), Senseney Engineering, LLC, 2023-2026, $750k ($30k subcontract to Senseney Engineering, LLC).
12. Sustainable Pavement Program Cooperative Center (SPPCC), Federal Highway Administration (FHWA), Investigator (PI: J. Harvey, University of California, Davis), Senseney Engineering, LLC, 2023-2028, $9.375M.

13. Load Transfer in Airfield Concrete Pavements, Airport Concrete Pavement Technology Program (ACPTP)-2024-10, Federal Aviation Administration (FAA), co-PI (PI: S. Murrell, Applied Research Associates, Inc.), Senseney Engineering, LLC, 2026-2029, $750k ($30k subcontract to Senseney Engineering, LLC).
14. Evaluation of Carbon Reduction Technology's Impact on Concrete Performance and Life Cycle Emissions, Grant No. 25-HTD-ZH-00032, Colorado Department of Transportation (CDOT), PI, University of Colorado, 2025-2028, $99k.
15. Impact of State Highway Pavement Traffic Overloading Following Natural Disasters, Grant No. 25-HTD-ZH-00037, Colorado Department of Transportation (CDOT), PI, University of Colorado, 2025-2028, $125k.
16. Cause and Progression of Rutting on Mountain Passes, Grant No. 25-HTD-ZH-00035, Colorado Department of Transportation (CDOT), PI, University of Colorado, 2025-2028, $158k.
17. Illinois Department of Transportation (LCTM) Low Carbon Transportation Materials (LCTM) Program, Bureau of Materials, Job No. MT-85-002-25 Phase I Environmental Services and Support, subconsultant (PI: L. Miller, WAP Sustainability), Senseney Engineering, LLC, 2026-2031, $2.5M ($225,000 subcontract to Senseney Engineering, LLC).

**Internal Grants as Principal Investigator and Co-Principal Investigator**
1. Recruiting and Retaining Underrepresented Minorities in Civil Engineering, Discovery Learning Apprenticeship, CU Summer Program for Undergraduate Research (CU-SPUR), University of Colorado, PI, University of Colorado, $5.7k.
2. Evaluation of Carbon Reduction Technology's Impact on Concrete Performance and Life Cycle Emissions, CU Summer Program for Undergraduate Research (CU-SPUR), University of Colorado, PI, University of Colorado, $5.7k.

PATENTS
1. Jumping Weight Deflectometer, Provisional Patent Application, prepared by Brent Johnson of Berg, Hill, Greenleaf, and Rescitti, LLC., CU Disclosure CU6369B, filed September 2023.

PUBLICATIONS
**Refereed Journal Papers**
1. Senseney, C.T. and Mooney, M.A. "Characterization of a Two-Layer Soil System Using a Lightweight Deflectometer with Radial Sensors," *Transportation Research Record: J. Transportation Research Board*, No. 2186, 2010, 21-28.
2. Senseney, C.T., Krahenbuhl, R.A., and Mooney, M.A. "Genetic Algorithm to Optimize Layer Parameters in Lightweight Deflectometer Backcalculation," *Int. J. Geomechanics*, ASCE, 2012, 13(4), 473-476.
3. Senseney, C.T. "Expedient Mitigation of Collapsible Loess in Northern Afghanistan," *Int. J. of Geoengineering Case Histories*, 2013, 2(4), 252-257.
4. Grasmick, J.G., Mooney, M.A., Surdahl, R., Voth, M., and Senseney, C.T. "Capturing a Layer Response during the Curing of Stabilized Earthwork Using a Multiple Sensor Lightweight Deflectometer," *J. of Mater. Civ. Eng.,* ASCE, 2015, 27(6).
5. Senseney, C.T., Grasmick, J.G., and Mooney, M.A. "Sensitivity of Lightweight Deflectometer Deflections to Layer Stiffness via Finite Element Analysis," *Canadian Geotechnical J.,* 2015, 53(7), 961-970.
6. Grasmick, J.G., Mooney, M.A., Senseney, C.T., Surdahl, R., and Voth, M. "Comparison of Multiple Sensor Deflection Data from Lightweight and Falling Weight Deflectometer Tests on Layered Soil," *Geotechnical Testing J.,* ASTM, 2015, 38(6).

7.  Senseney, C.T., Duan, Z., Zhang, B., and Regueiro, R.A. "Combined Spheropolyhedral Discrete Element (DE) – Finite Element (FE) Computational Modeling of Vertical Plate Loading on Cohesionless Soil," *Acta Geotechnica*, 2017, 12(3), 593-603.
8.  Senseney, C.T., Smith, P.J., Snyder, M.B. "Precast Concrete Paving Repairs at Vancouver International Airport," *Transportation Research Record: J. Transportation Research Board*, 2021, No. 2675, Vol. 9, 439-448, doi 10.1177/03611981211002518.
9.  Senseney, C.T. and Suermann, P.C. "Design, Construction and Monitoring of Concrete Roadway Pavement at Extremely Steep Longitudinal Slopes," *International J. of Pavement Engineering*, 2021, 1-9, doi: 10.1080/10298436.2021.2011277
10. Mitchell, M.M., and Senseney, C.T. "Engineering Project Builds Skills and Showcases Ingenuity," *Civil Engineering*, 2022, 92(6), 22-23.
11. Senseney, C.T., Harvey, J.T., Butt, A.A., Meijer, J. "Recommendations for Cradle-to-Gate Environmental Product Declarations (EPD) in 'Buy Clean' Procurement based on CDOT's experience", *Environmental Research: Infrastructure and Sustainability*, 2023, 3, 35004, doi 10.1088/2634-4505/acf06d.
12. Tucker, J. and Senseney, C.T. Forthcoming "Life cycle cost analysis of graphene oxide modification of a neat asphalt binder for flexible pavement", *ASCE J. of Materials Engineering*, doi: 10.1061/JMCEE7/MTENG-19097.
13. Donado-Quintero, D. and Senseney C.T. "Development of a consumption-weighted benchmarking methodology for asphalt cradle-to-gate global warming potential impacts in Colorado", *Transportation Research Record: J. Transportation Research Board*, 2025
14. Donado-Quintero, D., Senseney, C.T., and Han, S. "Toward Reliable Benchmarking of Concrete's Global Warming Potential: Comparing EPDs and Concrete Mixes in Colorado at a Roadway Network-Level", *ASCE J. of Transportation Engineering, Part B: Pavements*, 2026.
15. Donado-Quintero, D., Han, S., and Senseney C.T. "Comparative Analysis of Life Cycle Greenhouse Gas (GHG) Emissions of Asphalt from Stationary and Portable Plants: An Assessment for Colorado, USA", *Environmental Research: Infrastructure and Sustainability*. 2026, doi 10.1088/2634-4505/ae7154.

**Conference Proceedings**

1.  Suermann, P.C., Pocock, J.B., Senseney, C.T. "Evaluating U.S. Air Force Construction in Afghanistan: Applying Lessons Learned to Future Austere Construction," Proc. Seventh International Conference on Construction in the 21st Century (CITC-VII), Bangkok, Thailand, December 19-21, 2013.
2.  Senseney, C.T. and Dossett, C.S. "Feasibility of Surface Treatments on Asphalt Surfaced Runways," Proc. Transportation Research Board 94th Annual Meeting, Washington, D.C., January 11-15, 2015.
3.  Peloquin, C.P. and Senseney, C.T. "Evaluation of Coal Tar Slurry Seal on Airfield Runways," Proc. Transportation Research Board 95th Annual Meeting, Washington, D.C., January 10-14, 2016.
4.  Amaddio, C.A. and Senseney, C.T. "Characterizing Strength Gain of a Cement Treated Base Using a Lightweight Deflectometer (LWD)," Proc. Transportation Research Board 96th Annual Meeting, Washington, D.C., January 8-12, 2017.
5.  Senseney, C.T., Colby, C., Spencer, T., and Kumar, N. "Mitigating Expansive Soils in Residential Construction," American Society of Civil Engineers Annual Convention (ASCE 2018), Denver, Colorado, October 12-15, 2018.
6.  Senseney, C.T. and Sagisi, E. "A Correlation Between ACN and ACR for the C-17 Aircraft on Flexible Pavement in the ACN-PCN and ACR PCR Airport Pavement Rating Systems," International Conference on Transportation & Development, Austin, Texas, June 14-17, 2023.
7.  Senseney, C.T. "Post-fire impact of pavement overloading during Marshall Fire rebuild," Proc. Transportation Research Board 103rd Annual Meeting, Washington, D.C., January 7-11, 2024.

8. Donado-Quintero, D. and Senseney, C.T. "Case Study: Cradle-to-laid Life Cycle Assessment of a Concrete Pavement Reconstruction Project in Colorado," 6th International Symposium on Pavement, Roadway, and Bridge Life Cycle Assessment, Arlington, Virginia, June 6-8, 2024.
9. Senseney, C.T., Parsons, T.A., "Recommendations for Fast-Track Repairs of Airport Concrete Pavement," ASCE Airfield and Highway Pavements 2025, Phoenix, Arizona, June 5, 2025.
10. Senseney, C.T., Donado-Quintero, D. "Calculation of embodied greenhouse gas emissions from state-wide concrete mix design data," RoadLCA 2026, Palermo, Italy, September 28 – October 4, 2026 (accepted for presentation).

**Technical Reports**
1. Mooney, M.A., Nocks, C.S., Selden, K.L., Bee, G.T., and Senseney, C.T. "Improving Quality Assurance of MSE Wall and Bridge Approach Earthwork Quality Assurance," Report CDOT-2008-11, Colorado Department of Transportation, 2008, 79 pp.
2. Mooney, M.A., Senseney, C.T., and Rudkin, C.R. "Feasibility/Proof of Concept Study for Air Force use of Light Weight Deflectometer in Airfield Evaluation," Study FA4819-07-D-0001, Air Force Research Laboratory, 2009, 44 pp.
3. Senseney, C.T. "Structural Evaluation of Attack Damage at Camp Bastion," Report to Regional Command – Southeast, Afghanistan, 2012, 8 pp.
4. Mooney, M.A., Grasmick, J.G., Senseney, C.T., and Stamp, D.H. "Feasibility/Proof of Concept Study for Air Force use of Light Weight Deflectometer in Airfield Evaluation Phase II: Advancing LWD Capabilities," Study W912HZ-10-1-0006, U.S. Army Corps of Engineers, 2013, 163 pp.
5. Senseney, C.T., Wieden, C.A., Schiebel, W.R., Goodale, H., Meijer, J., "White Paper: CDOT Implementation of House Bill (HB) 21-1303 (Buy Clean Colorado Act) for EPD Colleaction on Key Construction Materials Used in Publicly Funded Transportation Projects," August 15, 2022, 8 pp.
6. Senseney, Christopher T. "Development of Environmental Product Declarations (EPDs) for Sustainable Pavement Procurement." No. CDOT-2023-01. Colorado. Dept. of Transportation. Research Branch, 2023.
7. Senseney, C.T., Donado-Quintero, D., Wieden, C.A., Goodale, H., Meijer, J., "White Paper: On the Development of CDOT Embodied Carbon Benchmark Limit Values for the Buy Clean Colorado Act," May 2, 2025, 12 pp.

WEBINARS
1. Senseney, C.T., Donovan, P.R., Dawson, A.R. "Evaluating and Rating Unsurfaced Roads", Transportation Research Board, August 25, 2021.
2. Senseney, C.T. "AASHTO '93 Pavement Design", American Society of Civil Engineers, December 15, 2021.

INVITED TALKS
1. The LWD as a QA Tool, 17th Falling Weight Deflectometer User's Group, Colorado Springs, CO, October 6, 2008.
2. Comparing LWD to FWD Results, 18th Falling Weight Deflectometer User's Group, Reno, NV, October 5, 2009.
3. Simulating sand grain fracture using a bonded spheropolyhedra DEM model, Technology Coordination Group XI, Sandia National Lab, Albuquerque, NM, December, 9, 2015.
4. Combined spheropolyhedral DE – FE computational modeling of vertical plate loading on cohesionless soil, Transportation Research Board AFP30: Soil and Rock Properties Committee, Washington D.C., January 12, 2016.

5. Realistic particle shapes in DEM modeling, Army Research Office Workshop on Characterizing the Dynamics of Geo-Surface Materials, Chicago, August 18, 2016.
6. Realistic grain shapes in the discrete element method with dilated polyhedra, Caltech Mechanical and Civil Engineering Seminar, Pasadena, CA, October 20, 2016.
7. A discrete element method fracture model with shperopolyhedra, Transportation Research Board AFP30: Soil and Rock Properties Committee, Washington D.C, January 11, 2017.
8. A discrete element method fracture model with dilated polyhedra, University of Colorado - Colorado Springs, Mechanical and Aerospace Engineering Research Seminar Series, Colorado Springs, CO, February 3, 2017.
9. Construction Defect Law and Forensic Engineering, United States Air Force Academy, Colorado Springs, CO, March 8, 2017.
10. A discrete element method fracture model with dilated polyhedra, University of Colorado-Boulder, Geotechnical Engineering and Geomechanics Seminar, Boulder, CO, October 8, 2017.
11. Selection of Subgrade Resilient Modulus for Pavement Design Using FWD Testing, 2019 Falling Weight Deflectometer User's Group Meeting, Alpharetta, GA, September 9, 2019.
12. Radial Sensor Selection for AASHTO 93 Backcalculation Formula, 2020 Falling Weight Deflectometer User's Group Meeting, On-line, October 7, 2020.
13. Moderator - Resilient Modulus Specification and QA/QC Acceptance for Construction, Lectern Session 1147, 2021 Transportation Research Board Annual Meeting, On-line. January 26, 2021.
14. Development of CDOT EPD Protocols, CDOT Internal EPD Workshop, Denver, CO, June 8, 2022.
15. A History of Buy Clean Legislation, CDOT Industry Stakeholder EPD Workshop, Boulder, CO, August 16, 2022.
16. CDOT's Environmental Product Declaration Program for Buy Clean Colorado, Lectern Session, 2023 Transportation Research Board Annual Meeting, Washington D.C., January 8, 2023.
17. Moderator - Assessing Uncertainty and Risk in Geotechnical Analyses, Lectern Session, 2023 Transportation Research Board Annual Meeting, Washington D.C., January 9, 2023.
18. Moderator – Decarbonization of the Built Environment, Workshop Session, ASCE INSPIRE 2023, Arlington, VA, November 17, 2023.
19. Post-fire Impact of Road Pavement Overload During Marshall Fire Rebuild, Lectern Session, 2024 Transportation Research Board Annual Meeting, Washington D.C., January 7, 2024.
20. Accelerating the Use of Low-Carbon Concrete, 2024 Executing Low Carbon Concrete Symposium, National Ready Mixed Concrete Association, Greenwood Village, Colorado, April 23, 2024.
21. Development of Concrete GWP Benchmark Recommendations, CDOT Benchmarking Update to Concrete Industry, Denver, Colorado, May 21, 2024.
22. Development of Asphalt GWP Benchmark Recommendations, CDOT Benchmarking Update to Asphalt Industry, Denver, Colorado, June 10, 2024
23. Development of Concrete GWP Benchmarks for CDOT, Embodied Carbon Bootcamp, University of Colorado, Boulder, July 26, 2024.
24. Development of a Consumption-weighted Benchmarking Methodology for Asphalt Cradle-to-gate Global Warming Potential in Colorado, Transportation Research Board Annual Meeting, Washington D.C.

PHD AND MASTER'S, COMMITTEE CHAIR/CO-CHAIR
1.  Michael Seamon, MS (Architectural Engineering), Graduated in Fall 2022

  Project topic: Literature Review of Colorado Ready Mix Concrete Environmental Product Declarations and Comparison to the NRMCA Benchmark

2. Erin Sagisi, MS (Civil Engineering), Graduated in Fall 2023
  Thesis topic: Evaluating the Operational Impacts of Transitioning Bearing Capacity Rating Systems for Airfield Pavements in the United States Air Force

3. Joseph Tucker, MS (Civil Engineering), Graduated in Fall 2023
  Thesis topic: Evaluating the Structural Properties and Cost-effectiveness of Graphene-modified Asphalt

4. Daniel Donado, PhD (Civil Engineering), Expected to graduate in Spring 2026
  Dissertation topic: Development of Benchmarks for Environmental Impact Data for "Buy Clean" Procurement Policies

5. Kathryn Stelwagon, MS (Civil Engineering), Graduated in Summer 2024
  Project topic: Prediction of Claystone Scour Potential for Bridge Pier and Abutment Foundations

6. Merrick Choate, MS (Civil Engineering), Expected to graduate in Fall 2024
  Project topic: Evaluation of Carbon Reduction Technology's Impact on Concrete Performance and Life Cycle Emissions

7. Suttichai Charoenkij, PhD (Civil Engineering), Expected to graduate in Spring 2028
  Dissertation topic: TBD

8. Alexandr Roche, MS (Civil Engineering), Expected to graduate in Fall 2027
  Thesis topic: Cause and Progression of Rutting on Mountain Highway Passes

UNDERGRADUATE ADVISING
- AY 2020-2021: Advised 12 students
- AY 2021-2022: Advised 17 students
- AY 2022-2023: Advised 16 students
- AY 2023-2024: Advised 12 students
- AY 2024-2025: Advised 9 students
- AY 2025-2026: Advised 11 students

TEACHING
**Continuing education courses at the Air Force Civil Engineering School:**
- Airfield Pavement Rehabilitative Design and Maintenance (ENG 550)
- Airfield Pavement Construction Inspection (ENG 555)
- Simplified Facility Design (ENG 481)
- Air Force Civil Engineer Basic Course (MGT 101)
- Contingency Engineer Command Course (MGT 585)
- Readiness Flight Commander Course (MGT 434)

**Undergraduate classes at the U.S. Air Force Academy:**
- Introduction to Air Force Engineering (Engr 101)
- Introduction to Soil Mechanics (Civ Engr 390)
- Pavement Design and Rehabilitation (Civ Engr 488)
- Professional Engineering Development (FE Exam Review) (Engr 402)
- Civil Engineering Practices – Field Engineering (Civ Engr 351)
- Lightweight Concrete Design (Civ Engr 352)

**Courses at the University of Colorado, Boulder**

| Number | Level | Title | Semester | Size |
|---|---|---|---|---|
| CVEN 2012 | U | Intro to Geomatics | SP-26 | 48 |
| CVEN 3256 | U | Construction Equip/Methods | SP-26 | 37 |
| AREN 4319 | U | AREN Design II | SP-26 | 35 |
| CVEN 2012 | U | Intro to Geomatics | FA-25 | 47 |
| AREN 4318* | U | AREN Design I | FA-25 | 35 |
| GEEN 1400 | U | First Yr Engr Projects | SP-25 | 30 |
| CVEN 2012 | U | Intro to Geomatics | SP-25 | 26 |
| AREN 4319* | U | AREN Design II | SP-25 | 35 |
| CVEN 2012 | U | Intro to Geomatics | FA-24 | 39 |
| AREN 4318* | U | AREN Design I | FA-24 | 36 |
| GEEN 1400 | U | First Yr Engr Projects | SP-24 | 30 |
| CVEN 2012 | U | Intro to Geomatics | SP-24 | 34 |
| AREN 4319* | U | AREN Design II | SP-24 | 28 |
| CVEN 2012 | U | Intro to Geomatics | FA-23 | 41 |
| AREN 4318* | U | AREN Design I | FA-23 | 36 |
| GEEN 1400 | U | First Yr Engr Projects | SP-23 | 30 |
| CVEN 2012 | U | Intro to Geomatics | SP-23 | 35 |
| AREN 4319* | U | AREN Design II | SP-23 | 28 |
| CVEN 2012* | U | Intro to Geomatics | FA-22 | 36 |
| CVEN 3256 | U | Construction Equip/Meth | FA-22 | 24 |
| CVEN 4897 | U | Prof Issues Civ Engr | FA-22 | 54 |
| AREN 4318* | U | AREN Design I | FA-22 | 32 |
| GEEN 1400 | U | First Yr Engr Projects | SP-22 | 29 |
| CVEN 3246 | U | Intro to Construction | SP-22 | 21 |
| AREN 4319* | U | AREN Design II | SP-22 | 31 |
| CVEN 2012* | U | Intro to Geomatics | FA-21 | 34 |
| CVEN 3256 | U | Construction Equip/Meth | FA-21 | 27 |
| CVEN 4897 | U | Prof Issues Civ Engr | FA-21 | 62 |
| AREN 4318* | U | AREN Design I | FA-21 | 32 |
| CVEN 3246 | U | Intro to Construction | SP-21 | 12 |
| CVEN 3256 | U | Construction Equip/Meth | SP-21 | 65 |
| AREN 4317* | U | AREN Senior Design | SP-21 | 45 |
| CVEN 3256 | U | Construction Equip/Meth | FA-20 | 33 |
| CVEN 4897 | U | Prof Issues Civ Engr | FA-20 | 66 |
| CVEN 3246 | U | Intro to Construction | SP-20 | 25 |

* - indicates co-taught course

SERVICE
**National/International**
- Portland Cement Concrete Pavement TRI-Service and Industry Criteria Review Committee, 2014-present
- Asphalt Pavement TRI-Service and Industry Criteria Review Committee, 2014-present
- DoD/DoE Technology Coordination Group-XI (Penetration Mechanics), 2015-2017
- Transportation Research Board (TRB) AKG30: Standing Committee on Soil and Rock Properties and Site Characterization, 2016-present
- American Society for Testing and Materials (ASTM) Committee E17 on Vehicle-Pavement Systems, 2020-present
- Academy of Pavement Science and Engineering (ASPE), Task Force on Pavement Sustainability and Resilience, 2021-present

- Federal Highway Administration (FHWA), Sustainable Pavements Technical Working Group (SPTWG), 2022-present
- ASCE Infrastructure 2050, executive member, 2022-present
- Designated Steel Construction Products PCR Committee, member, 2023-present

**Journal Reviews**
- Transportation Research Record, Journal of the TRB, 2014-present
- Arabian Journal of Geosciences, 2014
- Geotechnical Testing Journal, ASTM, 2014-present
- Inverse Problems in Science & Engineering, 2016
- Canadian Geotechnical Journal, 2016
- International Journal of Pavement Engineering, 2020-present
- Journal of Transportation, Part B Pavements, ASCE, 2022-present
- Journal of Materials in Civil Engineering, ASCE, 2022-present

**University**
- Quarterly Awards Board, USAFA, 2013
- Core Curriculum Review Committee, USAFA, 2013-2014
- Contract Review of Airfield Improvements, USAFA, 2015-2016
- Undergraduate Scholarship Committee, College of Engineering and Applied Science, CU-Boulder, 2020-2023
- Director, Kiewit Design-Build Scholarship Program, College of Engineering and Applied Science, CU-Boulder, 2020-2024

**Departmental**
- Academic Review Committee, Civil and Environmental Engineering, USAFA, 2013
- Department Cost Center Manager, USAFA, 2013-2017
- Government Purchase Card Approving Official, USAFA, 2013-2017
- Geotechnical Division Head, USAFA, 2014-2016
- ASCE Faculty Advisor, USAFA, 2015-2017
- Director of Curriculum, USAFA, 2017
- CEM Group Coordinator, CU-Boulder, 2020-2022
- CEAE Curriculum Committee, CU-Boulder, 2020-2023
- Undergraduate Pathways Committee, CU-Boulder, 2023-present
- ASCE Faculty Advisor, CU-Boulder, 2021-present
- Colorado Contractor's Association (CCA) Faculty Advisor, CU-Boulder, 2021-present
- CEAE Representative to Transfer Credit Committee, CU-Boulder, 2022-present
- Associate Chair for Undergraduate Education, CU-Boulder, 2024-present

EXPERT WITNESS

| Representing Law Firm | Case Caption | Attorney's Client | Testimony | Date |
|---|---|---|---|---|
| Daniel B. McConnel, Esq Assistant Counsel US Army Corps of Engineers Winchester, VA | Appeal of ECC International LLC Under Contract No. W912-DQ-11-C4009 ASBCA No. 58993 Armed Services Board of Contract Appeals | US Army Corps of Engineers, Middle East District | Deposition | 3/9/2017 |
| Daniel B. McConnel, Esq Assistant Counsel US Army Corps of Engineers Winchester, VA | Appeal of ECC International LLC Under Contract No. W912-DQ-11-C4009 ASBCA No. 58993 Armed Services Board of Contract Appeals | US Army Corps of Engineers, Middle East District | Trial | 5/16/2017 |
| Matthew J. Ninneman Hall & Evans, LLC Denver, CO" | Mountain Vista Builder Services, LLC v. R & M Parker Tech Center, Inc. Case No. 2016CV32538 Arapahoe County District Court | R & M Parker Tech Center, Inc. | Deposition | 11/15/2017 |
| M. Kate Strauss Overturf McGath & Hull, P.C. Denver, CO | The Latitude at Vista Ridge Homeowners Association, Inc. v. Vista Ridge Development, LLC, dba Chartered Homes of Colorado, Stoney Creek Concrete Co, Inc., et. Al Case No. 2016CV30918 Weld County District Court | Stoney Creek Concrete Co, Inc. | Deposition | 12/19/2018 |
| Craig Flinders Flinders Law, LLC Englewood, CO | Sean Dixon and Crystal Dixon v. James L. McMillin and Jan T. McMillin Case No. 2017CV032965 El Paso County District Court | James L. McMillin and Jan T. McMillin | Trial | 2/26/2019 |
| Abigail Frame Woods & Aiken, LLP Denver, CO | Don Kehn Construction, Inc. v. ABCO Contracting, Inc. Case No. 2022CV30750 Larimar County District Court | ABCO Contracting, Inc. | Deposition | 2/15/2023 |

# APPENDIX B

# JOURNAL PAPER TITLED 'DESIGN, CONSTRUCTION AND MONITORING OF CONCRETE ROADWAY PAVEMENT AT EXTREMELY STEEP LONGITUDINAL SLOPES'





## International Journal of Pavement Engineering

ISSN: 1029-8436 (Print) 1477-268X (Online) Journal homepage: www.tandfonline.com/journals/gpav20

# Design, construction and monitoring of concrete roadway pavement at extremely steep longitudinal slopes

Christopher T. Senseney & P. C. Suermann

**To cite this article:** Christopher T. Senseney & P. C. Suermann (2023) Design, construction and monitoring of concrete roadway pavement at extremely steep longitudinal slopes, International Journal of Pavement Engineering, 24:1, 2011277, DOI: 10.1080/10298436.2021.2011277

**To link to this article:** https://doi.org/10.1080/10298436.2021.2011277

Published online: 14 Dec 2021.

Submit your article to this journal 

Article views: 257

View related articles 

View Crossmark data 

Citing articles: 2 View citing articles

Full Terms & Conditions of access and use can be found at
https://www.tandfonline.com/action/journalInformation?journalCode=gpav20

INTERNATIONAL JOURNAL OF PAVEMENT ENGINEERING
2023, VOL. 24, NO. 1, 2011277
https://doi.org/10.1080/10298436.2021.2011277





Taylor & Francis
Taylor & Francis Group

Check for updates

# Design, construction and monitoring of concrete roadway pavement at extremely steep longitudinal slopes

Christopher T. Senseney [a] and P. C. Suermann [b]

[a]Department of Civil, Environmental and Architectural Engineering, University of Colorado, Boulder, CO, USA; [b]Department of Construction Science, Texas A&M University, College Station, TX, USA

## ABSTRACT

Most conventional roadway pavements are not constructed at grades greater than 15% due to construction limitations and/or motor vehicle operator safety concerns; however, there are conditions, especially in the developing world, where roadways must be built at extremely steep longitudinal slopes. Currently, there are limited published design procedures for extremely steep concrete roadways, and little guidance on either the type, shape, or spacing of sliding restraint devices for these pavements. This paper presents an original design methodology for concrete roadways at slopes of 15–60% with integral concrete lug anchors to resist sliding where the design computes a sliding factor of safety of the earth pressure resistance developed by the lug anchors as compared to the downhill forces acting on the concrete pavement from gravity, vehicle loading and vehicle braking. A case study of a concrete roadway construction project, which uses the lug anchor design methodology with slopes of 23–58% and with limited right of way, is also presented. Many valuable lessons were learned during the construction of a roadway at such steep grades, including novel ways to transport and place fresh concrete and the fabrication of specialised equipment to screed and smooth concrete on a steep slope.

## ARTICLE HISTORY
Received 17 May 2021
Accepted 22 November 2021

## KEYWORDS
Steep slope concrete pavement; pavement design; concrete pavement construction; concrete pavement smoothness; lateral earth pressure

## Introduction

Roadway pavements, i.e. asphalt pavement or portland cement concrete pavement, are not conventionally built at extremely steep longitudinal slopes (greater than 15% grade) due to motor vehicle operator safety concerns and construction limitations. A longer indirect alignment with gradual grades through hilly or mountainous regions is often established; however, there are conditions where the right of way for a road is limited to an alignment directly on steep longitudinal grades. One such condition is in developing countries, where an existing low volume road may be aligned on a steep grade and the roadway may not be able to be easily re-aligned due to cost, conflict with dwellings and infrastructure, and/or availability of materials and equipment.

The installation of concrete pavement on steeply sloped roadways has advantages over asphalt, gravel, or unsurfaced conditions due to the increased strength, increased durability, and the ability to better resist damage from intense precipitation events. On rising grades, the loads on the rear axles of trucks are increased due to force equilibrium (Razouki and Radeef 2005), and it has been shown that overloaded and tall trucks can cause excessive damage to flexible pavements when driving up steep slopes, especially in developing countries (Karim et al. 2013, Razouki et al. 2020). The stability and rigidity of concrete makes it more resistant to the higher stress levels induced by trucks and motor vehicles on step grades. Furthermore, the World Bank (Dos Anjos Ribeiro Cordeiro et al. 2017, Johnson et al. 2019) has reported that concrete pavement can provide improved resilience to flooding, inundation, erosion, and heavy surface runoff that may arise from extreme weather events happening at an increased rate, possibly due to global climate change. For these reasons, rigid concrete is a preferred alternative to asphalt or gravel on steeply sloped roadways, especially at grades greater than 15%.

There are scarce published design procedures and criteria for the design and construction of concrete pavement at steep longitudinal grades. ACI 330.2R-17 (ACI Committee 318 2019) provides recommendations for restricting concrete slab movement at industrial and trucking facilities where fine-grained subgrade soils, steep slopes, and forces of braking and vehicle turning can cause in-plane sliding of the concrete pavement panels and lead to overly wide joints and reduced joint stability. The ACI states that tie bars are often used to restrain concrete slabs, but this practice alone may not be sufficient where the loads are higher than usual (e.g. extremely steep slopes), and especially where sliding forces are present over large areas. The ACI guide identifies pre-set or integrally placed trench footings (lug anchors), post-style anchors, or thickened edges as additional sliding mitigation techniques, but the guide does not offer a design methodology to layout the restraints. Perrie (Perrie 2000) provides recommendations for lug anchors across the full width of steep concrete low volume roads for two situations, (1) the placement of anchors at the bottom end of the grade for slopes between 5 and 10%; and (2) the placement anchors at the bottom end of the grade and at 100 ft (30 m) intervals thereafter uphill for slopes greater than 10%.

**CONTACT**  Christopher T. Senseney ✉ senseney@colorado.edu
© 2021 Informa UK Limited, trading as Taylor & Francis Group

The objective of this paper is to introduce an original design methodology for a unique concrete road condition, namely extremely steep longitudinal grades (15%–60%), for which a design procedure does not currently exist to the authors' knowledge. The new methodology uses integral concrete lug anchors and was developed for specific project along the United States and Mexico international border, presented here as a case study, where concrete pavement was specified by the owner/agency to prevent washouts and erosion, and where there was little right of way to allow construction of a more gradual roadway slope. The methodology computes the sliding factor of safety of the passive earth pressure resistance developed by the lug anchors as compared to the downhill forces acting on the concrete pavement from gravity, vehicle loading and vehicle braking. A secondary objective of this paper is to present lessons learned from the transport, placement, screeding, and finishing of concrete at such steep grades and where roadway smoothness specifications must be met. Additionally, survey data from a closed traverse survey conducted during construction and three months later is presented. The maximum horizontal concrete pavement movement was measured at 0.71 in (18 mm) between the two surveys, which is within an acceptable range of movement for similar types of concrete roads.

### Project background and soil conditions

The concrete road construction project was located along the United States side of the international border with Mexico, where the climate in the region is arid desert with an average yearly high temperature 84° F (29° C), average yearly low temperature of 60° F (16° C), and average annual rainfall of 7.74 in (19.6 cm). The project required the construction of a gravel road at slopes less than 15% grade, and construction of a 12-ft (3.7-m) wide unreinforced concrete paved road, with load transfer dowels, at slopes between 15 and 60%. Concrete durability was not a major concern due to the arid environment, negligible sulphate exposure, and limited number of days with temperatures below freezing. This paper will focus on a specific section of the 12-ft (3.7-m) wide concrete road pavement at the east side of a high point on the project, referred to as Promontory Point, where a 1465-ft (447-m) long section of road begins at the base of the mountain with a grade of 23% and continuously steepens to a grade of 58% near the summit. Promontory Point is used a pseudonym in this paper for the actual name of the mountain peak on the project site to preserve the confidentiality of the project.

This project included specialised requirements and limitations not normally found on conventional roadway construction projects or not normally specified for concrete placed at steep slopes (e.g. dam spillways, concrete drainage structures, etc.). The construction specifications required the pavement to be smooth and true to grade and cross section. When tested with a 10-foot (3.05-m) straightedge parallel with the centreline of the pavement, the surface could not vary more than 1/4 in (6.35 mm) from the testing edge of the straightedge. Rock rip rap or a concrete apron was required on the south side road to prevent erosion, and the project team elected to pave the apron with concrete, which the team completed

prior to the roadway pavement construction, allowing the edge of the concrete apron to serve as an edge form and construction joint for the concrete road paving. The project team was restricted to a narrow 60-ft (18-m) wide right-of-way through the Promontory Point alignment during construction since there was an international border on one side and a national park on the other side of the alignment. The project team was not allowed to construct access roads to enter the right of way from either side of the alignment, which significantly limited the options for transporting materials and moving equipment, especially over such steep terrain.

The steep grades and rock formations within the road alignment are part of a mountain range, which was formed as a result of ancient volcanic activity from the Quaternary period. Soil borings were taken at either 500- or 1000-ft (152- to 304-m) intervals along the alignment to depths of 10–20 ft (3–6 m). As shown in Table 1, soil samples of three borings taken along the Promontory Point alignment indicated the in-situ near surface soils, to a depth of approximately 5 ft (1.5 m) are generally classified as very dense sandy silt with gravel (ML), very dense well graded gravel with sand (SM), and very dense silty sand (SM). There were no soil strength or stiffness tests conducted on the subgrade soil at the Promontory Point site; however, California Bearing Ratio (CBR) tests were conducted on 10 nearby soil samples with similar soil classifications, which yielded a 25th percentile CBR value of 35 based on cumulative distribution function of the dataset. A CBR of 35 would correlate to a resilient modulus ($M_R$) value of approximately 25,000 psi (172 MPa) based on AASHTO 1993 Design Guide correlation of $M_R = 2555(CBR)^{0.64}$ (AASHTO 1993).

### Lug anchor design methodology

The shape and orientation of the full width lug anchors were based on recommendations in ACI 330.2R-17 (ACI Committee 330 2017), which provides details of lug anchors with the stated purpose of minimising concrete pavement panel sliding in areas with fine-grained subgrade soils, steep pavement grades, and locations where heavy vehicles brake and turn. The ACI guide's example cross-section detail shows a lug anchor that is 18-in (460-mm) wide and 24-in (600-mm) deep and includes a 4-ft (1.2-m) thickened edge extending longitudinally from both sides of the lug. The lug is longitudinally and transversely reinforced with No. 4 rebar. The ACI guide states that some roadway agencies recommend lug anchor spacings of less than 40 ft (12.2 m) and as much as 200 ft (61 m); however, the guide does not provide a design methodology or a procedure to determine lug anchor spacing.

The lug anchor detail in ACI 330.2R-17 is intended for jointed plain concrete pavement (JPCP) at industrial and

**Table 1.** Soil properties of in-situ soil from near surface soil borings taken at Promontory Point.

| Boring | Soil classification | Dry unit weight | Angle of internal friction |
|---|---|---|---|
| P2-002 | ML | 129.4 | 33 |
| P2-003 | SM | 133.5 | 34 |
| P2-003.5 | SC-SM | 124.0 | 31 |

trucking facilities; however, the ACI lug anchor is similar in form and concept to the lug anchor designs used for the ends of continuously reinforced concrete pavement (CRCP). All concrete pavements exhibit movement, primarily due to volume changes from temperature fluctuations, but also due to drying shrinkage and moisture changes. CRCP exhibits more movement than JPCP since CRCP is constructed without contraction joints. Lug anchors, as well as other expansion control devices, are generally installed at CRCP terminal joints to prevent damage to adjacent structures, e.g. bridge foundations, from CRCP expansion. Various terminal lug anchor systems for CRCP have been proposed and evaluated by researchers and highway agencies (Mitchell 1963, McCullough 1971, McCullough and Wu 1992, Zollinger and Soares 1999, Jaiswal 2012, Ryu *et al.* 2012, Ren *et al.* 2013, Roesler *et al.* 2016, Oh *et al.* 2016, Cargnin and Balbo 2021). Lug anchors have been used in the past for terminal systems at bridge approaches with JPCP (Shelby and Ledbetter 1962), but the use lug anchors in modern JPCP roadways is limited.

Since the forces acting on the JPCP roadway lug anchors for this project were different than the forces acting on conventional CRCP and JPCP roadway terminal anchorage systems, the team needed to develop an original lug anchor design methodology. The methodology for the lug anchor restraint system assumed that downhill pavement sliding from the gravitational force of the concrete pavement mass, the vehicle load, the vehicle braking force, and active earth pressure are restrained by the passive earth pressure resistance of the in-situ subsoil at downhill side the anchors.

As specified in the project documents, the design vehicle for the roadway, and the associated restraint system, was a single 35,000-lb (16,000-kg) truck. The net downhill load ($F_{\text{downhill-net}}$) from the design vehicle and concrete was taken as the sum of the orthogonal component ($F_{\text{truck-orthog}}$) and braking force ($F_{\text{braking-orthog}}$) of a truck between proposed lug anchors, plus the gravitational force of the concrete mass ($F_{\text{concrete-orthog}}$), minus the friction resistance between the cast-in-place concrete and the native subgrade ($R_{\text{concrete-friction}}$) as

shown in Figure 1. The braking force was assumed to be 80% of the normal component of the vehicle weight, a value that has been demonstrated to be the maximum braking force that could be applied before the vehicle's tyres disengage with the pavement (Barber 1963). Vehicle traffic information provided in the project documents indicated that no more than one 35,000-pound (16,000-kg) truck at a time would be expected on the extreme slopes between lug anchors with our recommended lug anchor spacing.

### Factor of safety against sliding

The factor of safety against sliding of the lug anchor design was computed by dividing the passive resistive force on the downhill side of the anchor ($R_{\text{anchor-passive}}$) by the net downhill load of the vehicle and concrete plus the active earth pressure on the uphill side of the anchor ($F_{\text{anchor-active}}$). The sliding factor of safety of the anchor ($FS_{\text{sliding}}$) follows as Equation (1):

$$FS_{\text{sliding}} = \frac{R_{\text{anchor-passive}}}{F_{\text{downhill-net}} + F_{\text{anchor-active}}} \tag{1}$$

where $F_{\text{downhill-net}}$ equals $F_{\text{truck-orthog}}$ plus $F_{\text{braking-orth}}$ minus $F_{\text{concrete-orthog}}$. Consistent with the industry standard for sliding factors safety in the design of retaining walls, $FS_{\text{sliding}}$ was limited to a minimum of 1.5. During the design process, the anchor key spacing was optimised to keep $FS_{\text{sliding}}$ close to, but not less than, 1.5.

### Lateral earth pressure calculation

Lateral earth pressure calculations were based on the Logarithmic Spiral earth pressure theory developed by Terzaghi (Terzaghi 1943). Duncan and Mowka (Duncan and Mokwa 2001) found the Logarithmic Spiral passive pressure theory provided the most accurate method for computing ultimate passive soil resistance as compared to the Coulomb and Rankine theories. Logarithmic earth pressure coefficients were selected from charts for a sloping wall with granular soil and wall friction from NAVFAC Design Manual 7.02 (NAVFAC 1986), which are derived from tables by Caquot and Kerisel (Caquot and Kérisel 1948). The ratio of the friction between soil-concrete interface ($\delta$) and the coefficient of friction of the soil ($\varphi$) was assumed to be $\delta/\varphi = 0.8$ based on the friction of similar materials reported by Potyondy (Potyondy 1961). With the Logarithmic Spiral method, the passive earth pressure resistance at the downhill side of the lug anchor $R_{\text{anchor-passive}}$ and the active earth pressure force on the uphill side of the lug anchor $F_{\text{anchor-active}}$ were calculated in Equations (2) and (3), respectively:

$$R_{\text{anchor-passive}} = \frac{1}{2}K_P\gamma H^2_{\text{downhill}} \tag{2}$$

$$F_{\text{anchor-active}} = \frac{1}{2}K_a\gamma H^2_{\text{uphill}} \tag{3}$$

where $K_p$ is the passive earth pressure coefficient, $K_a$ is the active earth pressure coefficient, $\gamma$ is the soil unit weight, $H_{\text{downhill}}$ is the height of the downhill face of the lug anchor and $H_{\text{uphill}}$ is the height of the uphill face of the lug anchor.



**Figure 1.** Profile view of concrete lug anchor schematic with applied loads used in the design methodology.

**Table 2.** Earth pressure coefficients, anchor spacing, and factors of safety against sliding for the slopes on the project based on the design methodology presented in this paper.

| Slope (%) | Slope-β (degrees) | Soil internal angle of friction (degrees) | Passive earth pressure coeff. | Active earth pressure coeff. | Anchor key spacing (ft) [m] | FS against sliding |
|---|---|---|---|---|---|---|
| 20 | 11.3 | 31 | 8.13 | 0.33 | 120 [36] | −1.93 |
| 30 | 16.7 | 31 | 9.11 | 0.37 | 120 [36] | −23.82 |
| 40 | 21.8 | 31 | 10.22 | 0.41 | 120 [36] | 3.10 |
| 50 | 26.6 | 32 | 12.19 | 0.54 | 72 [22] | 1.58 |
| 60 | 31.0 | 33 | 15.33 | 0.83 | 48 [14.6] | 1.53 |
| 70 | 35.0 | 35 | 19.98 | 0.95 | 24 [7.3] | 1.96 |

The roadway slopes, internal angle of friction of the soil, calculated earth pressures, our slected lug anchor spacings, and $FS_{sliding}$ for the lug anchors are shown in Table 2. The $FS_{sliding}$ values at slopes of 20% and 30% are negative since the friction resistance term ($R_{concrete-friction}$) is large at lower slopes and is subtracted in the calculation of the $F_{downhill-net}$ term, which makes the $F_{downhill-net}$ negative. In Equation (1), if $F_{downhill-net}$ term is more negative than the positive value of $F_{anchor-active}$, then the $FS_{sliding}$ value will be negative. This simply means that friction between the concrete and the subgrade overcomes all downhill forces and potentially no additional sliding restraint (i.e. lug anchor) would be necessary; however, we specified the construction of lug anchors at slopes of 20% and 30% with a spacing of 120 ft (36 m) to be relatively consistent with lug anchor recommendations by Perrie (Perrie 2000).

### Reinforcement design

The design and sizing of the longitudinal reinforcement for the concrete lug anchors was based on possible failure by shear sliding along a crack in the concrete pavement slab. It was assumed that a crack will form in the slab on the downhill side of the lug anchor where a weakened plane sawcut contraction joint was specified. The contraction joint was placed at a slight offset from the lug anchor, to create a crack at the weakened plane that would extend perpendicular to the reinforcement, as shown in Figure 2. When shear acts along the crack, the crack faces attempt to separate since the faces are rough and irregular, thus causing tension in the reinforcement. The

applied shear from vehicle loading will be resisted by friction between the crack faces, by resistance to the shearing of aggregate protrusions on the crack faces, and by dowel action of the reinforcement crossing the crack.

According to ACI 318–19 (ACI Committee 318 2019), the required area of shear-friction reinforcement $A_{vf}$ can be calculated with Equation (4) as:

$$A_{vf} = \frac{V_u}{\varphi f_y \mu} \tag{4}$$

where $V_u$ is the factored shear load, $\varphi$ is the strength reduction factor ( = 0.75 for shear loading), $f_y$ is the yield strength of the steel (=40,000 psi [275 MPa]), and $\mu$ is the coefficient of friction ( = 1.4 for concrete placed monolithically). The 35,000-lb (16,000-kg) truck, with 8750 lb (4000 kg) per tyre, generates the factored shear load $V_u$ on the reinforcement and this load was distributed to the bars through dowel group action per Huang (Huang 1993). The dowel group action assumes the load from truck tyre or tyres is shared by each of the reinforcement bars with the bar directly underneath the tyre experiencing the greatest shear load and the load decreases inversely proportional to distance of the tie bar from the point of loading. The shear-friction analysis calculated the maximum projected shear load on a reinforcement bar and led to selection of No. 4 (12.7-mm diameter) bars with 16-in (40-cm) centre-to-centre spacing for the longitudninal lug anchor reinforcement.

### Concrete roadway pavement design methodology

The JPCP structural roadway design followed the concrete pavement design procedure outlined in U.S. Army Corps of Engineers UFC 3-250-01 (UFC 3-250-01 2016), which uses a Westergaard analysis (Westergaard 1926) to calculate stresses in the pavement acting under the wheel load and uses a separate fatigue analysis model to determine the allowed number of wheel load repetitions. The inputs into the UFC 3-250-01 JPCP design chart for a 3-axle, 35,000-lb (16,000-kg) vehicle were a concrete flexural strength of 600 psi (4137 kPa), a modulus of subgrade reaction (k-value) of 200 pci (54 MPa/m), and a traffic load of 55,000 truck passes. The 55,000 truck passes represent the total predicted 35,000-lb (16,000-kg) truck loadings for a 25-year design life of the roadway based on traffic information provided in the project documents. The CBR 35 subgrade soil near Promontory Point would correspond to a k-value of 375 pci (101 MPa/m) based on the UFC 3-250-01 correlation of k = (1500 * CBR/26)$^{0.7788}$ (for imperial units); however, we chose to use a k-value of 200 pci (54 MPa/m) since



**Figure 2.** Profile view of concrete lug anchor schematic with tension in shear-friction reinforcement loads.



**Figure 3.** Profile view of concrete lug anchor and roadway pavement showing dimensions and taper of roadway on both sides of lug anchor.

stiffness testing of the Promontory Point subgrade soil was not directly conducted. The UFC 3-250-01 JPCP design chart yielded a required concrete thickness of 5.75 in (14.6 cm), which we rounded up to 6 in (15.2 cm) for constructability purposes. Figure 3 shows a profile view of the pavement section and how the pavement was designed with a thickened edge (or taper) into the lug anchor at both the uphill and downhill sides of the anchor.

The mix design for the 4000 psi (27.6 MPa) compressive strength concrete used on the project is shown in Table 3. A 4000 psi (27.6 MPa) mix, as opposed to a conventional 3000 psi (20.7 MPa) roadway mix, was used to improve the shear resistance at the reinforcement bars and to provide added strength to the lug anchor structures. A 2-in (5-cm) slump mix was selected after some trial-and-error experimentation by the concrete labour crew at test sections with workability and screeding on an incline slope. Although fly ash was not required due to limited durability and environmental concerns, 20-percent fly ash replacement by weight was added to the mix to improve the workability and finishability of the fresh concrete to help achieve the smoothness specifications required for the roadway. Water reducer and hydration stabilizer admixtures were included to increase workability and to extend initial set time, respectively.

## Construction process

Placement of concrete at extreme longitudinal slopes was challenging due to difficulties with material transport,

concrete forming, equipment constraints, and safety. For the Promontory Point section of the project, concrete could not be delivered directly to the forms by mixer truck since large trucks could not safely travel up or down the nearly 60% grade and there was no right of way on either side of the alignment to allow the building of temporary access roads. Pumping of concrete to the forms was also not feasible because an expensive staged pumping system would be needed to generate enough pressure to pump the concrete a horizontal distance of approximately 1500 ft (457 m) and to an elevation increase of approximately 400 ft (122 m) to the summit of the mountain. A concrete pumping system could not be economically placed on the top of Promontory Point either, since the slope and limited right of way restrictions are similar on the west side of the mountain as on the east side of the mountain. The only realistic option for the Promontory Point roadway construction was to haul the fresh concrete to the forms up the slope with a tracked loader.

The transport of the concrete and the other sequential steps of the concrete roadway construction process are explained in the following sections.

### Lug anchor trench and reinforcement

The 24-in (600-mm) deep and 18-in (450-mm) wide trenches, which served as earthen forms for the concrete lug anchors, were excavated with a mini-excavator and hand shovels at an interval equal to or less than the lug anchor spacing specified in Table 2. Inverted standee, or U-shaped, No. 4 (12.7-mm diameter) longitudinal reinforcement bar sections were placed in the trenches at 16-in (40-cm) transverse spacing with transverse reinforcement bar for support and rebar chairs to maintain proper cover as shown in Figure 4(a). At the steepest sections of the roadway, extra transverse bar supports and rebar chairs were used to prevent displacement of the bar cage during concrete pours.

### Concrete transport

Fresh was concrete was delivered to the base of the hill from a nearby mobile batch plant by mixer truck to a track loader equipped with a 2-yd³ (1.5-m³) capacity side dump bucket (see Figure 4(b)). The track loader would transport an approximate 3/4-yd³ (0.57-m³) load of concrete up the steep grade and side dump the fresh concrete into to a 1-

**Table 3.** The 4000 psi compressive strength concrete mix design used on the Promontory Point roadway project.

| Mix proportions | | | |
|---|---|---|---|
| Water/cement ratio | | 0.52 | |
| Calculated unit weight | | 142.5 lb/ft³ | |
| Target slump | 2 in +/− 1 in | | |
| Target air content | | 1.5% | |
| **Material** | **Quantity (per/yd³)** | **Specific gravity** | **Volume (ft³ per yd³)** |
| Cement (Type I/II) | 480 lb | 3.14 | 2.45 |
| Fly ash (Class F) | 120 lb | 2.2 | 0.87 |
| Water | 315 lb (37.8 gal) | 1.0 | 5.05 |
| Fine aggregate | 1288 lb | 2.591 | 7.94 |
| Coarse aggregate | 1650 lb | 2.590 | 10.21 |
| Air content | 1.5% | | 0.40 |
| Water reducer | 4.0 oz/cwt | | |
| Hydration stabilizer | 5.0 oz/cwt | | |
| | | **Total** | 26.9 |



**Figure 4.** Sequential photographs of the construction process showing (a) an excavated trench footing for a concrete lug anchor with an inverted standee reinforcement bar section inserted, (b) the concrete delivered to a track loader equipped with a hydraulic side-dump bucket, (c) the concrete delivered to the forms via a crane bucket attached to a feller buncher machine, (d) the paving skid above concrete slab placement with winches attached to a concrete roller screed, (e) the roller screed being pulled up the grade to form the fresh concrete, and (f) the finished concrete surface with a plastic preformed contraction joint, transverse tining, and liquid spray on curing membrane.

yd$^3$ (0.75-m$^3$) capacity crane bucket attached to the arm of a feller buncher machine parked adjacent to the formwork. A feller buncher machine, traditionally used in logging operations, was utilised for this project since the machine offers a self-levelling cabin for operator comfort and improved safety on steep terrain.

### Concrete placement in forms

The feller buncher operator would manoeuvre the crane bucket over the formwork for placement (see Figure 4(c)). A concrete labourer in the forms controlled the rate and quantity of concrete discharged from the crane bucket with a lever on



**Figure 5.** (a) Plan and (b) profile views of survey points, benchmarks, lug anchor locations, elevations, and grades for the concrete roadway pavement at Promontory Point.

the bucket, which allowed the labour crew to distribute concrete to sections of the slab starting at the low end of the form and working to the high end of the form. Portions of the 3/4-yd$^3$ (0.57-m$^3$) load would be discharged into the form with two labourers manually distributing the fresh concrete throughout the form with heavy-duty concrete placer rakes and another labourer distributing concrete with a flat blade shovel. This step usually required the labourers to pull and move the fresh concrete up the grade against gravity. When the concrete load was uniformly distributed in the form, a labourer would vibrate the mix to remove entrapped air using a concrete consolidation vibration tool.

### Concrete screeding and smoothing

A custom fabricated paving skid, which supported a roller screed used to create a smooth roadway surface, was anchored into subgrade above the slab being poured. Each corner of the bottom of the skid had a height adjustable leg that was driven and secured into the subgrade at a specified height to level the skid platform. The skid platform held two hydraulic pumps and two 11-horsepower motors that were paired together to power two winches connected to the sides of a roller screed (see Figure 4(d)). The two winches could independently pull the rotating roller screed up the slope with 1/2-in (13-mm) diameter steel cables that provided the force for the roller screed to distribute and form the concrete surface in conjunction with two concrete labourers who manipulated pull handles positioned at each end of the roller screed (see Figure

4(e)). The roller screed operation helped ensure the pavement surface met the 1/4-in (0.64-cm) smoothness specification as measured with a 10-foot (3.05-m) long straightedge.

### Concrete jointing, finishing, and tining

Preformed, 1-1/2-in (3.8-cm) deep, plastic contraction joint formers, longitudinally spaced every 12 ft (3.7 m), were placed in the concrete to control random cracking. The preformed joint former is a two-piece system that is inserted into fresh concrete and then the top section is pulled free after the concrete is cured (see Figure 4(f)). Sawcutting of contraction joints with a hand-held concrete cutting saw was not allowed by specification. Sawcutting with a walk-behind saw was not feasible at slopes greater than 30% since gas powered walk-behind concrete saw engines have safety cutoff switches when the equipment tilt angle is exceeded to prevent problems with engine oil circulation, and the walk behind saws can also become unstable and unsafe at these slopes. The concrete was further smoothed and finished with bull floats and other hand tools. The surface was manually tined in the transverse direction with a tine rake to enhance surface friction and sprayed with a liquid curing compound membrane. Figure 4(f) shows a close-up view the preformed plastic control joint, tining, and curing compound on the surface of the concrete roadway.

Concrete roadway construction at steep slopes presented unique safety issues that required creative procedures to mitigate. The primary safety concern of the concrete labour crew was losing their footing. The labourers wore high traction

boots and kept the soles of their boots clean to avoid slips and falls. To aid in walking up and down the slope, a ladder walkway with wooden rungs and rubber side rails was fastened to the concrete apron adjacent to the concrete roadway forms. There was also a safety concern that equipment, e.g. the roller screed, could break free and tumble down the slope; and therefore, no personnel were permitted below the roller screed when concrete was being placed or finished. In some cases, it was nearly impossible for the equipment operators to see the concrete labourers, especially when the feller buncher was delivering concrete via the crane bucket. In addition to normal visibility safety protocol for equipment operations, the concrete labour crew always utilised an extra spotter on the ground when delivering concrete to the forms with the crane bucket.

### Construction lessons learned

(1) The placement of concrete on extremely steep slopes required some experimentation to achieve the proper slump. The concrete could have slid down the slope with too high of a slump and the roller screed and the concrete labourers could have been unable to pull the concrete up the slope with too low of a slump. The construction team settled on a relatively dry 2-in (5-cm) slump mix with a water-to-cement ratio of 0.52 for optimal placement.

(2) The work zone was limited to a 60-ft (18-m) wide right-of-way within the road alignment. If more right-of-way was available and/or side access roads could have been built, a more efficient concrete pumper truck and/or pumping system could have reached the roadway project. The pumper truck option was implemented successfully at other steep slope locations of the project where side access roads were permitted.

(3) The custom fabricated paving skid with the attached roller screed was critical to efficient placement of the concrete slabs. The construction team estimated the concrete placement would have taken four times as long without the paving screed.

(4) Placement of transverse tines (or grooves), with a tine rake, in the concrete was critical for vehicle traction. At other sections of the project where concrete sections were placed at similar slopes, but without grooves, conventional four-wheel drive pickup trucks lost traction when attempting to drive up the roads. At the Promontory Point roadway with transverse grooves, the same types of trucks were able to travel up and down the roadway in dry conditions without losing traction.

### Pavement monitoring

Concrete pavement movement was evaluated through a closed traverse angle and distance survey during initial construction and again three months after initial service, using a total station survey and established survey benchmarks. The survey points, survey benchmark, lug anchor locations, elevations, roadway grades, and a North arrow are presented in plan and profile views in Figure 5. The survey points were selected to capture potential movement at the steepest grades, which would likely translate to survey point 1 (SP-1), and to capture any movement below the steepest grade, which would be detected at SP 2 and SP-3. Also, as shown in Figure 5, some of the lug anchor spacings, namely the 24-ft (7.3-m) anchor spacings shown on the left side of SP-1 in the plan view, were narrower than the maximum spacing specified in Table 2 for the associated road grade; however, the narrow spacings were chosen by the project team for added conservatism.

The coordinates and elevations of the survey points during the initial survey were compared to coordinates and elevations of the same points after three months of service to evaluation potential movement. The initial survey was conducted while the concrete road (at the east side of Promontory Point and being built from the bottom up) was two-thirds complete with approximately 1000 ft (305 m) of roadway constructed. Some of the test points for the initial survey were taken on concrete that had been placed five to six days prior to the survey. The coordinates and elevations from the first survey and second survey are shown in Table 4. The change in lateral position was calculated by taking the root sum of squares of the horizontal change in easting and northing coordinates from the two surveys and dividing by the cosine of the slope angle where the survey measurement was taken. There are uncertainty factors that could influence the measured position change, namely, survey error, changes in volume due to curing and drying shrinkage, changes in volume due to concrete temperature differences during the two surveys, and potential elastic deformation of the concrete as the remaining one-third of concrete pavement was placed after first survey. The combined effect the uncertainty factors was not computed since data on each of the factors was either limited or not available.

The authors are not aware of any state highway agency or industry standards that govern acceptable lateral movement of JPCP roadways. As previously stated, CRCP moves more than JPCP since contraction joints are not used. One standard of satisfactory performance used in Illinois for CRCP horizontal movement from temperature fluctuations with lug anchor terminal systems was 3/4 in (19 mm) (Dhamrait and Taylor 1977). It should be noted that lateral movement of CRCP, usually without lug anchors or similar terminal systems, has

**Table 4.** Survey data, lateral position change, and vertical position change of surveys taken during initial construction and three months after initial service.

| Point | Coordinates – 1st Survey | | Coordinates – 2nd Survey | | Elevation of Initial Survey (ft) | Elevation of 2nd Survey (ft) | Lateral Position Change (in) |
|---|---|---|---|---|---|---|---|
| | Northing (ft) | Easting (ft) | Northing (ft) | Easting (ft) | | | |
| SP-01 | 412870.63 | 324049.60 | 412870.53 | 324049.65 | 1654.56 | 1654.52 | 0.71 |
| SP-02 | 413008.43 | 323997.97 | 413008.34 | 323997.98 | 1601.26 | 1601.21 | 0.54 |
| SP-03 | 413132.27 | 323950.93 | 413132.17 | 323950.89 | 1557.86 | 1557.81 | 0.65 |

been reported at greater than 2 in (Burke and Dhamrait 1967, Teng and Coley 1970).

The short-term, three-month observation of the roadway and the movement survey indicate the lug anchors have performed satisfactory over a limited time of service. Surveys of three points, found the maximum amount of lateral movement to be 0.71 in (18 mm), less the than the 3/4-in (19-mm) movement standard for CRCP lug anchors in Illinois. Some of the lateral movement measured on the Promontory Point pavement could possibly be attributed to temperature gradients since the weather conditions were different during the two survey dates. As further evidence of satisfactory initial performance, the authors observed no cracking or faulting in the concrete that could signify excessive movement or distress at the lug anchors. Although three months is a short period of time, the concrete would likely experience most of the curing and shrinkage stresses during this period. The authors will continue to monitor the movement of the roadway as access and approval allows.

## Conclusion

The Promontory Point concrete roadway project represented the implementation of an original design methodology, using integral lug anchors, for a concrete road at longitudinal slopes of 15–60%. The lug anchor design methodology and unique project restrictions (e.g. limited right of way, smoothness specifications) required the construction team to develop new construction techniques for the transport, placement, and screeding of concrete. Future roadway surveys and research aim to monitor roadway pavement at Promontory Point and other steep sections on the project, to evaluate the roadway performance and better establish concrete roadway movement tolerances. These future surveys and studies will help to assess the effectiveness of the design methodology and construction practices presented in this paper and provide the opportunity to update the procedures as necessary.

## Disclosure statement

No potential conflict of interest was reported by the author(s).

## ORCID

Christopher T. Senseney http://orcid.org/0000-0001-9709-1268
P. C. Suermann http://orcid.org/0000-0002-2322-5486

## References

AASHTO, 1993. *Guide for the design of pavement structure*. Washington: American Association of Highway and Transporations Officials.

ACI Committee 318, 2019. *Building code requirements for structural concrete (ACI 318-19) and commentary on building code requirements for structural concrete (ACI 318R-19)*. Farmington Hills: American Concrete Institute.

ACI Committee 330, 2017. *Guide for the design and construction of concrete site paving for industrial and trucking facilities (ACI 330.2R-17)*. Farmington Hills: American Concrete Institute.

Barber, E. S, 1963. Shear loads on pavements. *Public Roads*, 32, 141–144.

Burke, J. E., and Dhamrait, J. S, 1967. A twenty-year report on the Illinois continuously reinforced pavement. *Highway Research Record*, 189, 197–211.

Caquot, A. I., and Kérisel, J. L, 1948. *Tables for the calculation of passive pressure, active pressure and bearing capacity of foundations*. Paris: Gauthier-Villars.

Cargnin, A. P., and Balbo, J. T, 2021. Cracking patterns of continuously reinforced concrete pavement using black and galvanized steel under tropical climate. *International Journal of Pavement Engineering*, 22, 41–53.

Dhamrait, J. S., and Taylor, R. K, 1977. Terminal Treatments for Illinois Continuously Reinforced Concrete Pavements. *Interim Report IHR-36*. Springfield, IL: Illinois Department of Transportation.

Dos Anjos Ribeiro Cordeiro, M. J, *et al.*, 2017. Climate and disaster resilient transport in small island developing states: a call for action. The World Bank.

Duncan, J. M., and Mokwa, R. L, 2001. Passive earth pressures: theories and tests. *Journal of Geotechnical and Geoenvironmental Engineering*, 127, 248–257.

Huang, Y. H, 1993. *Pavement analysis and design*. Upper Saddle River: Pearson Prentice Hall.

Jaiswal, H, 2012. *Rational use of terminal systems in Portland cement concrete pavements*. Texas Tech University.

Johnson, S, Faiz, A, and Visser, A, 2019. Concrete Pavements for Climate Resilient Low-Volume Roads in Pacific Island Countries. The World Bank.

Karim, M. R., *et al.*, 2013. Degree of vehicle overloading and its implication on road safety in developing countries. *Civil and Environmental Research*, 3, 20–31.

Mccullough, B. F, 1971. Evaluation of terminal anchorage installations on rigid pavements. *Highway Research Record*, 21–29.

Mccullough, B. F, and WU, W.-Y., 1992. Terminal movement in continuously reinforced concrete pavements. *Research Report No. 1169-4*. Austin, TX: Texas Department of Transportation.

Mitchell, R. A, 1963. End anchors for continuously-reinforced concrete pavements. *Highway Research Record*, 50–82.

NAVFAC, 1986. *Design Manual 7.02, foundations & earth structures*. Alexandra: Department of the Navy, Naval Facilities Engineering Command.

Oh, H. J., *et al.*, 2016. Experimental evaluation of longitudinal behavior of continuously reinforced concrete pavement depending on base type. *Construction and Building Materials*, 114, 374–382.

Perrie, B, 2000. *Low-volume concrete roads*. Midrand: Cement and Concrete Institute.

Potyondy, J. G, 1961. Skin friction between various soils and construction materials. *Geotechnique*, 11, 339–353.

Razouki, S. S., Al-Muhanna, R., and Hashim, Z, 2020. Average full-trailer truck equivalency factors for uphill flexible pavements in developing countries. *International Journal of Pavement Engineering*.

Razouki, S. S., and Radeef, H. Y, 2005. Increased damage to uphill flexible pavements from trucks. *Proceedings of the Institution of Civil Engineers-Transport*, 158, 33–34.

Ren, D, Houben, L, and Rens, L, 2013. Cracking behavior of continuously reinforced concrete pavements in Belgium: characterization of current design concept. *Transportation Research Record*, 2367, 97–106.

Roesler, J. R, Hiller, J. E., and Brand, A. S., 2016. Continuously Reinforced Concrete Pavement Manual, Guidelines for Design, Construction, Maintenance, and Rehabilitation. United States. Federal Highway Administration.

Ryu, S. W., *et al.*, 2012. Rational use of terminal anchorages in Portland cement concrete pavement. *Transportation Research Record*, 2305, 62–73.

Shelby, M. D., and Ledbetter, W. B, 1962. Experience in Texas with terminal anchorage of concrete pavement. *Highway Research Board Bulletin*.

Teng, T, and Coley, J, 1970. Continuously Reinforced Concrete Pavement Observation Program. *Report No. 1*. Jackson, MS: Mississippi State Highway Department.

Terzaghi, K, 1943. *Theoretical soil mechanics*. New York: John Wiley & Sons.

UFC 3-250-01, 2016. *Pavement design for roads and parking areas*, U.S. Army Corps of Engineers.

Westergaard, H.M, 1926. Stresses in concrete pavements computed by theoretical analysis. *Public Roads*, 7, 25–35.

Zollinger, D. G., and Soares, J, 1999. Performance of Continuously Reinforced Concrete Pavements, Volume VII-Summary. Federal Highway Administration (FHWA).

# APPENDIX C

# INSPECTION PHOTOGRAPHS

**Analysis of Construction of Pedestrian and Vehicle Barrier Replacement at Tohono O'odham Reservation**
Tohono O'odham Nation
Sells Business Loop
Sells, AZ 85634

Job No: 04.26

## PHOTOGRAPH INDEX

26 May 2026

**<u>Tohono O'odham Southeastern Border Boundary Inspection, Tohono O'odham Reservation</u>**

<u>Photograph 1</u> – View standing on the gravel border patrol access road looking in a westerly direction showing the Normandy style vehicle barrier near the north-south gravel road from the town of Newfield. For the purposes of this photo log, the relatively abandoned town of Newfield will serve as the baseline horizontal zero milepost to reference subsequent photographs.

<u>Photograph 2</u> – View looking in an easterly direction at the same location as photo #1.

<u>Photograph 3</u> – View looking in a northerly direction showing the intersection of the north-south gravel road from Newfield with the border patrol access road.

<u>Photographs 4 and 5</u> – Views looking in a southerly direction showing that the width of the gravel border patrol access road is approximately 25 feet wide. The border patrol access road appears to be well maintained, with few potholes and washboards at this location. There is a small drainage ditch along the north side of the access road that also appears to be well maintained. At this location, the width of the barbed wire fence to the vehicle barrier is approximately 6 feet, with another 5 to 10 feet to the actual international boundary.

<u>Photograph 6</u> – View showing the height of the horizontal steel rails of the Normandy style vehicle barrier at this location are approximately 3.5 feet high. This style of barrier is an X-shaped steel metal obstacle without a foundation that is used to halt or redirect vehicle traffic. It is believed that the Normandy style barriers may be less disruptive to the archaeological or cultural features along the border since they do not require foundations to construct.

<u>Photographs 7, 8, and 9</u> – Views showing a transition to the post and beam style barrier with steel posts filled with concrete installed into the earth with concrete foundations at the base. The

horizontal steel beams are similar in style to railroad track, are welded to the posts at an approximate height of 2.5 feet and run relatively contiguously along the length of the boundary. There is barbed wire running below and above steel beams to help prevent cattle from crossing. The steel posts alternate in height from smaller-size posts at 3 feet high, to medium-size posts at 4 feet high, to large-size posts at 5 feet high. It is my understanding that the varying height of the posts helps prevent vehicle ramps from being securely positioned on top of the vehicle barrier.

Photographs 10 and 11 – Views showing the approximately 7-foot-tall obelisk survey monument labeled number 142A that is located approximately 4 feet on center to the south of the vehicle barrier. Monument 142A is located approximately 0.7 miles east of Newfield. The plaque on the monument states "the treaties of 1932 and 1939…the destruction of the monument is punishable by the U.S. or Mexico". It appears there are remnants of other monuments or monument foundations located approximately 6-10 feet south of the vehicle barrier.

Photograph 12 – View looking in a southerly direction showing the Normandy style barrier at a wash (or arroyo) creek crossing across the border.

Photographs 13 and 14 – Views showing a culvert running under the secondary border patrol access road located approximately 80 feet to the north of the international border. The culvert is constructed with two approximately 3-foot diameter steel pipes, and is armored with riprap and shotcrete.

Photographs 15, 16, 17, and 18 – Views showing the termination of the Normandy style barrier at a location approximately 5.6 miles to the east of Newfield, where the Baboquivari Mountain range begins to increase the grade of the terrain starting from a wash (or arroyo). At this location, the Normandy style vehicle barrier transitions to a barbed wire fence at the steeper terrain, presumably to help prevent cattle crossing. The eastern boundary of the Tohono O'odham reservation is approximately 0.75 miles east of this location.

Photographs 19, 20, and 21 – Views showing the slope of the terrain located approximately 45 feet to east of the wash (or arroyo) in the previous photos (approximately 5.6 miles to the east of Newfield). The slope coming out of the wash to the east at the relatively steepest point is approximately 41%, about 16 feet to the north of a barbed wire fence at the international border.

Photographs 22, 23, and 24 – Views showing the slope of the gravel border access road at a location approximately 5.3 miles to the east of Newfield. The slope is approximately 29% at one of the steepest points of the road, and the measurement is taken approximately 12 feet to the north of the vehicle barrier.

Photographs 26, 27, and 28 – Views the transition from the post and beam vehicle barrier to the bollard vehicle barrier system located approximately 1.5 west of Newfield. This new barrier system consists of a 4.5-foot-tall bollard followed by a 6-foot-tall bollard, both with a diameter of approximately 11 inches. There is a horizontal 1/2-inch diameter steel cable running approximately 3.5 feet above grade and two sections of horizontal barbed wire.

Photographs 28 and 29 – Views showing the obelisk boundary monument number 144 located approximately 2.4 miles to the west of Newfield.

Photographs 30 through 33 – Views showing the San Miguel Gate located 3.0 miles west of Newfield, which is a vehicle and pedestrian access gate to the Mexico side of border for tribal members traveling between the U.S. and Mexico. The San Miguel Gate is located approximately 5.0 miles south of the town of San Miguel. It is my understanding that there are two other gates similar to this one along the border in the Tohono O'odham Reservation.

Photographs 34 and 35 – Views of a modified circular bollard vehicle barrier system beginning just west of the San Miguel Gate. There are a steel rail and a 1/2-inch cable running horizontally. The second photo shows there is a steel wing flange at the base of the bollard longitudinally in line with the barrier.

Photographs 36 through 41 – Views showing images of the Vamori Wash and the associated culvert/bridge structure crossing across the wash located approximately 3.5 miles west of Newfield. The Vamori Wash flows north to south from a large watershed on the U.S. side of the border into the Mexico side of the border. The culvert structure is approximately 300 feet long with a concrete armored stream crossing located below and north of the culvert, presumably to permit crossing even if the bridge has failed and/or to protect the bridge. The armored structure extends more than 60 feet north of the international border and exhibits severe erosion and potential erosion failure along the northern end of the structure.

Photograph 42 – View showing the vehicle barrier transition from the bollard system to the beam and post system at a location approximately 3.8 miles to the west of Newfield.

Photographs 43 and 44 – Views showing obelisk survey monument number 145 located approximately 5.5 miles west of Newfield and located approximately 45 feet to the south of the existing vehicle barrier.

Photograph 45 – View showing erosion of the post and beam style vehicle barrier at the base of the foundation that has eroded due to drainage in the area.

Photographs 46 and 47 – Views showing a wash at the vehicle barrier located approximately 8.5 miles to the west of Newfield near the base of Horse Peak.

Photographs 48 and 49 – Views showing a wash near the vehicle barrier located approximately 9.0 miles to the west of Newfield midway up the rise in terrain heading up to Horse Peak.

Photographs 50 and 51 – Views showing the near termination of the Normandy style barrier approximately 9.0 miles west of Newfield near the wash in the previous photos.

Photographs 52 through 55 – Views showing the slope of terrain at the wash located approximately 9.0 miles west of Newfield. The slope is approximately 31% at a location approximately 3 feet to north of the vehicle barrier.

27 May 2026

**8.0 to 9.5 miles east of Nogales at the U.S.-Mexico barrier construction, Santa Cruz County, Arizona**

Photograph 56 – View looking in an easterly direction at an approximately 25-foot-tall single vertical barrier with concertina wire located approximately 8.0 miles east of the city of Nogales, Arizona at the base of the Patagonia Mountains. It appears there is no active construction in this specific location; however, a large construction laydown yard with both a new, approximately 30-foot-tall primary vertical barrier and a new, 30-foot-tall secondary vertical barrier, is undergoing installation approximately 1.5 miles east of this location. It is our understanding that construction of 15 miles of double barrier is being constructed by Fisher Sand & Gravel under a contract with CBP and the Department of Homeland Security.

Photograph 57 – View looking in a westerly direction in the same location as the previous photo.

Photographs 58 and 59 – Views showing a point at the end of the tape measure near the northern edge of a gravel patrol road that is approximately 60 feet north of the single vertical barrier at the same location as the previous two photos.

Photographs 60 – View looking in a southeasterly direction at part of the construction laydown yard and active construction site for a barrier section that consists of a primary 30-foot-tall vertical barrier, an approximately 105-foot-wide gravel patrol road, and 30-foot-tall secondary vertical barrier. This laydown yard is located approximately 9.5 miles east of the city of Nogales, Arizona.

<u>Photograph 61</u> – View looking in a southwesterly direction, showing the active construction installation of the secondary 30-foot-tall vertical barrier.

<u>Photograph 62</u> – View looking in a westerly direction showing the active construction operations of the 30-foot-tall secondary barrier, which appears to be similar to the technique used on the primary barrier. The barrier appears to come in prefabricated sections of 35-foot-long hollow steel bollards filled with concrete in joined columns of 4 bollards. An approximate 8- to 10-foot-deep trench appears to be excavated, and then the columns of 4 bollards are placed contiguously along the barrier line. The 4-bollard sections are joined to each other by either bolting or welding. There is a continuous 4-foot-wide section of anti-climb metal sheathing located at the top of all sections of the barrier. It should be noted that there is an obelisk survey monument on the left side of the photo that appears to be located 30 to 40 feet south of the primary barrier.

<u>Photograph 63</u> – View looking in an easterly direction, showing the active construction of both the primary and secondary 30-foot-tall barrier sections. It appears there are active earthwork and construction operations on the mountainside located approximately 2.0 miles from this location, or 11.5 miles east of the city of Nogales, Arizona. The mountainside construction is approaching steeper sections of the Patagonia Mountains to the east.

<u>Photograph 64</u> – View looking in an easterly direction showing construction workers accessing joined columns of 35-foot-tall steel 4-bollard sections of barrier. The workers appear to be loading the 4-bollard sections onto a telehandler for transport into a new installation of barrier.

<u>Photographs 65 and 66</u> – Views, looking first in an easterly direction and then in a westerly direction, showing a section of border where the barrier transitions from the new 30-foot-tall primary barrier to the older style 25-foot-tall barrier with concertina wire. There is another material laydown yard in this area. The laydown yard is located approximately 0.5 miles west of the laydown yard in the previous photographs and 9.0 miles east of the city of Nogales, Arizona.

<u>Photographs 67 and 68</u> – Views looking in a westerly direction, showing the transition from the new 30-foot-tall primary barrier to the older style 25-foot barrier.

<u>Photographs 69, 70, and 71</u> – Views looking in a northerly direction at the gravel side access road to the gravel patrol road and laydown yard located approximately 9.0 miles east of the city of Nogales, Arizona. The gravel side access road is approximately 20 feet wide with soil embankment from motor grader operations on both sides of the road to a horizontal distance of 4 to 6 feet and to a height of 1 to 3 feet.

Case 1:26-cv-02127-RJL    Document 3-3    Filed 06/17/26    Page 52 of 69



Photograph 001

Photograph 002

Photograph 003

Photograph 004

# Photograph 005

# Photograph 006

# Photograph 007

# Photograph 008






# Photograph 009

# Photograph 010



# Photograph 011

# Photograph 012



# Photograph 013

# Photograph 014

# Photograph 015

# Photograph 016




## Photograph 017

## Photograph 018



## Photograph 019



## Photograph 020

Case 1:26-cv-02127-RJL     Document 3-3     Filed 06/17/26     Page 57 of 69



Photograph 023



Photograph 024

# Photograph 025

# Photograph 026

Case 1:26-cv-02127-RJL     Document 3-3     Filed 06/17/26     Page 58 of 69



# Photograph 027



# Photograph 028

Case 1:26-cv-02127-RJL    Document 3-3    Filed 06/17/26    Page 59 of 69




## Photograph 031

## Photograph 032




# Photograph 033



# Photograph 034



# Photograph 035



# Photograph 036



Case 1:26-cv-02127-RJL    Document 3-3    Filed 06/17/26    Page 60 of 69

## Photograph 037

## Photograph 038

## Photograph 039

## Photograph 040





# Photograph 041



# Photograph 042



# Photograph 043



# Photograph 044



# Photograph 045

# Photograph 046





# Photograph 047

# Photograph 048





## Photograph 049

## Photograph 050



## Photograph 051

## Photograph 052



# Photograph 053

# Photograph 054

# Photograph 055

# Photograph 056




# Photograph 057

# Photograph 058



# Photograph 059

# Photograph 060



# Photograph 061

# Photograph 062

# Photograph 063

# Photograph 064





Case 1:26-cv-02127-RJL    Document 3-3    Filed 06/17/26    Page 68 of 69







Photograph 067



Photograph 068

Case 1:26-cv-02127-RJL    Document 3-3    Filed 06/17/26    Page 69 of 69





Photograph 071

