## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

TOHONO O'ODHAM NATION,
a federally recognized Indian tribe,

*Plaintiff,*

v.

MARKWAYNE MULLIN, in his official
capacity as Secretary of U.S. Department of
Homeland Security; RODNEY SCOTT, in his
official capacity as Commissioner of U.S.
Customs and Border Protection; and
ROSARIO VASQUEZ, in his official
capacity as Chief of U.S. Border Patrol,

*Defendants*.

Case No. 26-cv-2127

### DECLARATION OF KENDALL JOSE

I, Kendall Jose, declare the following on the basis of personal knowledge to which I am competent to testify:

1.      I am a citizen of the Tohono O'odham Nation and the Vice Chairman of the Nation's Chukut Kuk District. I was elected in 2015 and have served in this position for eleven years over the course of three four-year terms. The Chukut Kuk District is on the U.S.–Mexico border for 52 of the 62 miles that the border runs along the Reservation.

2.      My extensive service to the Chukut Kuk District also includes roles as Community Representative, Chairman of the District Youth Committee, member of the District Budget Committee, and Advisor to the District's Youth Council for the past 15 years.

3.      I am also the President and Legal Representative for the Cedagi Waihia Wo'oson O'odham Civil Association in Mexico, a Mexican civil association that serves as an institutional bridge for the O'odham whose territory and identity surpass the U.S.–Mexico border line. It exists to defend and promote O'odham traditions, culture, and ancestral land rights; to advocate for the peoples interests before government at the federal, state, and municipal levels and before international bodies; and to drive regional development and well-being across the Sonora–Arizona corridor. It operates as a vehicle for Tohono O'odham legal representation in Mexico.

4.      Before I was elected to serve my District and my people, I taught language, culture, history, and Native American Studies at Baboquivari High School for two years. I graduated from the same high school and am currently working toward an associate degree in general studies at the Nation's community college.

5.      I am also a traditional singer and a ceremony leader. I grew up performing O'odham traditional songs and participating in our sacred ceremonies and cultural and religious practices. I enjoy coordinating, teaching, and sharing these practices and our language with my community. It is important to pass them to the next generations, and I teach these traditions to my own children.

6.      I was born in Tucson, Arizona. My parents and grandparents were born in Sells within the Nation. My paternal grandmother's family originally migrated from what is now San Juan, Sonora, Mexico. The story goes that they were pushed out by the settlers who came to take our land long ago. A lot of people left Mexico and settled or passed through Pozo Verde, Sonora, a traditional community at the end of the Baboquivari Mountains and settled to the north in what is the Tohono O'odham Nation of Arizona, including my family.

7.      Like my parents and grandparents, and our ancestors before them, I grew up crossing through what is now the international border that divides our people and our land. My family has deep connections on both sides. We consider the whole area to be our traditional homelands. We view our community on both sides as one. That is why we grew up knowing that we must support our O'odham in Mexico. We were told that the plight of our people in Sonora to seek resources and services is our plight. In the 1940s, my family tried to get our people in the farthest reaches of Sonora schools, water, and infrastructure so they would not be removed and lose their land. As a child, I went across with my grandparents to meet with the elders to seek rights to our lands in Sonora. I also crossed the border with my family to participate in ceremonies and pilgrimages and to attend meetings and hear the government's plans for the Sonoran land and people.

8.      Now, I assume many of these roles and responsibilities from my elders. I am still involved and still cross into Mexico for many of the same reasons. That is why I am a dual citizen of Mexico and the United States.

9.      Tohono means "Desert" in our language, and O'odham means "people." We are the people of the desert. Our traditional homeland stretches from the Gila River in the North to Hermosillo, Sonora, in the South, and from the Sea of Cortez in the West to the San Pedro River in the East. We are traditionally a semi-nomadic people who moved with the seasons, the animals, the plants, and the water across the Sonoran Desert. We moved from our winter villages in the mountains in the north to our summer villages in the valleys to the south.

10.      We traditionally lived off the land. We moved freely across the land to meet our needs and fulfill our duties to one another and to creation. The Creator taught us to do this. We lived in the desert but knew that the desert is not barren. We harvested food in spring and

dehydrated and stored it in the winter. We searched for plants, animals, and soil that are available

only in certain areas and only at certain times. We shared food, education, and healing practices.

We did these things before there was an international border, and we still do them today.



11.    Through much of the 19th and 20th centuries, the only signs of the border were a

cattle fence and occasional international markers. Now, since 2008, there is a vehicle barrier at

the border within my District. There are also three informal border gates through the vehicle

barrier where only tribal members can pass. These are the San Miguel, Serapo's, and Papago

Farm gates, which were built in cooperation with U.S. Customs and Border Protection (CBP)

along traditional paths that O'odham have taken to cross our lands since time immemorial. Our

people are able to cross the vehicle barrier at these gates to visit our sacred sites and practice our

traditions.

4



Chukut Kuk District
284,880 Acres
Approx. 52 Miles of US/Mex. Boundary
Three Traditional Crossing Points (Gates):
Papago Farms Gate, Serapo's Gate, and San Miguel Gate

12.     Our religion is inseparable from our cultural practices. It is how we live the days, seasons, and stages of life and death, and it is rooted in the land. Through rituals, ceremonies, celebrations, and rites of passage, we fulfill our obligations to each other, to our ancestors, to the spiritual and natural worlds, and to the Creator. These rituals are not optional. We must perform them. They are obligations that keep us, our communities, and the world in balance.

13.     Our people are runners, and many of our traditional practices require our men to run across the sacred landscape from point to point on both sides of the border. Our runs, like so many of our other religious ceremonies and practices, are tied to specific places in our homeland. Landmarks in the natural landscape identify our sacred sites and other places of great cultural and religious significance to us. They are how we pray.

5

14.    Baboquivari Mountain is one of these places. It is the center of the universe for my community. It is a home of the Creator, I'itoi. Every year, our people run from Pozo Verde in Mexico to Baboquivari Mountain on the Reservation to perform a blessing to nature and land, and ultimately I'itoi. This practice helps to combat the wildfires in the mountains in our traditional spiritual sense. Western methods alone do not work. Through this ceremony, we remember that our Creator lives there, we bring him offerings and turn to him for help. Our runners follow the ancient trail from San Juan that has been used for centuries. Where it crosses the border, they cross too. Then there are four days of cleansing and traditional singing and dancing to bring the people together. Runners bring the spirit of the people to the mountain and cleanse any negativity. They must bring forth blessings and positivity for the ceremony to occur. There is no wall there, only the vehicle barrier. They can jump over or climb under the barrier. We cooperate with the Border Patrol so that we can do this while keeping the border safe, but a wall would make this impossible.

15.    I know that I am home when I see the Baboquivari. We can see this mountain from every part of the Reservation. Elders have long expressed Baboquivari's importance to me. They told me of the boarding school era, when they were taken from us and sent to the Carlisle boarding school in Pennsylvania. They were forced to assimilate into Western culture and to practice Western religion. They were not allowed to speak their language or pray the prayers of their people. When survivors ran away, they would tell themselves that home is just right over the mountain. When they returned and saw Baboquivari, they knew they were home. They could pray their prayers into the land to I'itoi and the spirits and be whole.

16.    The Sea of Cortez is another location that is sacred to us. When we pray, we pray to the sea so that the sea can take away our sickness and grief. And we run to the sea. Each year,

a group of boys makes the Salt Run. This is an ancient tradition and rite of passage that is required for a boy to become a man. The route runs from the Reservation into Mexico, where the boys join our relatives south of the border to run to the salt flats near the Sea of Cortez. The runners gather salt, water, and shells from the Sea of Cortez and run back north. The salt runners do not use roads. Instead, they run along traditional sacred paths marked by important religious landmarks on the visual landscape. These landmarks create a map that is read by our people, not with actual words or writing but by memories of stories and songs embedded in our memories. Each has its own sacred meaning. The run is a test for survival, and the boys hunt rabbits and live off the land during their days in the wilderness. The run teaches them to provide for themselves and their families. When they return, they can marry and live full lives.

17.    Since the wall was built in the Organ Pipe Cactus National Park, in our traditional homelands off the Reservation, the salt runners have not been able to access Quitobaquito Springs to present their offerings to the spirits there. Comparing this to the rites of the Catholic church, it is like we are physically blocked from receiving communion from the priest or at the altar and have to instead receive communion through a fence outside the church. Once the second wall is built there, we will not be able to do even this because will not be able to reach through. The ceremony will be impossible.

18.    Other ancient and traditional paths of the Salt Run cross the international border on the Reservation. Our people still run these paths during the Salt Run. To block these traditional migratory and spiritual paths would harm the practice and cut our relationship to our ancestors, our spirits, and our land. We cannot practice the run through other gates or points of entry because those are not where our ancestors ran. It would cause the same harms that are occurring at Quitobaquito Springs. We would not be able to perform our rites as our ancestors

performed them for centuries. Our traditions will change. We will lose ourselves, and our minds and our spirits will be sick. The wall will change the practice and meaning and further dilute what we are still fortunate to hold on to.

19.    To keep our community together and to preserve our cultural and religious traditions, we also began to perform the unity run in the 1990s. This run crosses at the San Miguel gate and brings O'odham runners from both sides of the border together to unite in prayer. It is based on our ancient practice of running to nearby villages to deliver news, prayer, and social invitations to bring together our people from the faraway reaches of our homelands, including our sister tribes the Salt River Pima Maricopa Indian Community, Ak Chin Indian Community, Gila River Indian Community, and the O'odham in Mexico. We carry our prayers along with us across the land so that we may heal our community and continue as United O'odham.



San Miguel Gate c.2010

20.     Throughout the year, we travel to Sonora to visit Catholic and traditional sacred sites to fulfill our religious obligations and join with our relatives in ceremony. Whenever we hold a ceremony or ritual practice, it ends in a feast. The point is for our community to come together. We play traditional games, including running games, to pass on our traditions and stories of creation to the younger generations so they will know their identity and culture, who they are, and where they come from. If we cannot perform our ceremonies and traditions, our people suffer mentally and spiritually.

21.     At Pozo Verde, we revere the natural springs and perform ceremonies to honor creation. It is told that a monster was eating children there. The Creator, the medicine people, and the elders sat down together and danced with the creature for four days to defeat her. People go

to this site to honor the great minds who came together to defeat this powerful being and present offerings and blessings. They ask the Creator and ancestors for strength and to receive their gifts and purpose in life.

22.    In July, we attend mass at the Feast of Our Lady of Mount Carmel at the Catholic church in Sonora. The father speaks of the relationship between Our Lady of Mount Carmel and the rain in his homily. After the mass, there is a procession at the chapel and then through the grounds to bless the grounds. We perform Catholic and traditional songs and rain dances to encourage the rain and to invoke the elements of rain. We appease the spirits and imitate what we want to happen so that they will bring the rain. For many years, an elder held the Wo'osan cemetery blessing during the feast. This was another way for families to come together to clean the burial sites of loved ones and to receive a blessing if they could not make the journey for All Souls' Day.

23.    The feast and mass must be held at the church because the chapel is dedicated to Our Lady of Mount Carmel. One year, when the gate at our traditional crossing was closed, and we could not perform the ceremony there. We held it at the home of a community member. The elders felt sick from this displacement. Having the feast at the chapel and on the grounds is part of what makes it feel safe and intimate. It is natural and powerful to do it there. Each change we make takes us further away from our traditions.



**Our Lady of Mount Carmel Church**
**Wo'osan (El Bajio), Altar, Sonora, Mexico**



**Interior of Our Lady of Mount Carmel Church
Wo'osan (El Bajio), Altar, Sonora, Mexico**

24.     We cross the border for the Magdalena Pilgrimage every September. O'odham pilgrims walk from sites on the Reservation to Pozo Verde in Sonora, eight miles south of the border. Along the way, we camp in the wilderness. We cross into Mexico through the existing San Miguel gate. The Pilgrimage ends with the Catholic feast of San Francisco. If the group cannot cross at the San Miguel gate, then we would have to travel by foot for four to five days to cross at the nearest port of entry.



**K.Jose's Great Grandmother**
**Sleeping at Roadside Altar on Pilgrimage to Magdalena, Sonora, Mexico**
**Puente Las Pedradas, Sonora, Mexico c. Oct 2007**

25.     Some families bury their loved ones in their ancestral villages in Mexico to keep the family together. Since 2016, we had three deaths on the Reservation when the gates at traditional crossings were closed. Because we could not cross there, we passed the caskets of our loved ones to our relatives on the other side of the border. Some of us were able to make the long journey to an official port of entry to cross there. But for others it was too far, and they were unable to bury their dead. When we miss the chance to bury and grieve our dead, we can never get it back.

26.     We as O'odham have ongoing relationships with our deceased relatives. Our religious obligations to the dead begin when a person passes on, but they extend throughout our lives and through the generations. Communing with our deceased ancestors is an essential part of

our belief system. There are religious commands and duties we must fulfill in the immediate years following the loss of a loved one. To mark the first and fourth anniversaries of a person's death, we observe sacred religious rites. We gather to pray and create a memorial of candles and flowers that is taken to the burial site. We make sure that there is a grave marker by the fourth year, the final mourning, when we let the physical presence of the deceased go.

27.    We also visit our burial sites on holidays and special occasions and birthdays to bring fresh offerings, renew our connections to our ancestors, and appease spirits of the recently departed. Sometimes we bring the deceased their favorite foods from the Earth or a cup of water. These practices and rituals help us grieve and heal and feel spiritually whole.

28.    Starting in late October, in the weeks leading up to All Souls' Day and Dia de Los Muertos in November, we refresh our ancestors' graves to renew our relationships with the deceased. We remove old flowers and decorations and add new ones. We replace old wooden crosses and light new candles. After we gather at the cemetery, families go home and prepare a meal to set out on a table for the deceased. Some families hunt and prepare rabbit and the other foods that are the favorites of the elders. We light candles so that the spirits can find their way to us and find our offerings. The next day, our families serve the meal to the community. It is the same as an almsgiving. Some families save up all year to do this. Through the act of feeding the spirits, we feed our community, and we give everything away, including the table settings.

29.    All Souls' Day and Dia de Los Muertos are communal gatherings. Like many of our feasts, they require planning and work to set up. We transfer tables and chairs, water, food, and other supplies over the border at the traditional crossings. We carpool and work together so that everyone who is able to attend can make the trip. One year, the gate at our traditional crossing was closed, and the elders tried to take food and other supplies through an official port

14

of entry. They had to pay high entry fees and some of the offerings for our dead were confiscated by Mexican Immigration.

30.    We fear that the construction of a wall will block the spirits of our ancestors. I am not a spirit, so I cannot know for certain which harms the spirits will feel. But we believe that the spirits travel back and forth across our lands. When someone dies, they must be able to find the specific pathway to complete their journey south. When we bury the deceased in a wooden box, we do not nail the lid down all the way so the spirit can push its way out and make that journey. We also guide the spirits to commune with the living. We do this through physical markers. During All Souls' Day, we light candles in the cemetery, on the table set with their favorite foods, and on top of the family home so that the spirits can find their way to us. If the All Souls' Day table is inside of our homes, we leave the windows open so they can enter. We remove obstacles and physical barriers to their journey. That way, they can be with us and receive our offerings. We do not know if a wall will cause the spirits to lose their way.

31.    Our ancient ancestors are not just buried in marked cemeteries, they are buried across the landscape of our traditional homelands. If an ancient ancestor is disturbed from eternal rest, we must appease them with food and other offerings. Because our ancestors ate off the land, our people will hunt rabbits and gather natural foods to make the offering so they can go back to eternal rest. If the construction of a wall disturbs our ancestors in their rest and their human remains are not repatriated to us, we will not be able to appease them. Their spirits will remain offended, and our people will suffer as a result.

32.    We must also make offerings to spirits at specific sites throughout our homelands to cure sickness. Some illnesses are caused when we offend another being, like the ocean, the wind, or an animal. To cure the illness, the sick person may need to travel to the ocean, to a

15

mountain where the wind lives, or to a site where the spirit of the animal lives to make offerings and appease them. These sites are generally known by our people and our elders, and they are on both sides of the border. If the sick person cannot gain physical access to make this journey, then the sick person cannot complete the healing process and their illness will not be cured.

33.    A wall will divide us from the natural world, where we hunt and gather essential components for our ceremonies and rituals. We have long told stories of the saguaro cactus, teaching our future generations that in the creation story, saguaro was born of a child and that it has personhood. We use the fruit of the saguaro for food, we dry it for use in the winter. For O'odham to harvest saguaro fruit and other plants for food and ritual use, we must go to the mountains along the border, where there are many. We save the first fruit of the saguaro for the bats and the other animals. They are the pollinators who keep the cycle of life going so each year the process can begin again.

34.    Our religious practices also require spiritual materials that are found only in certain areas throughout our ancestral homelands. We use red clay and white clay for our pottery. It also has a spiritual property. When an O'odham child is born and first begins to eat solid foods, we give the child a small drink of that clay because it makes them whole as a person. This is a rite, and it must be done. Only in this way can the child be connected to the land. Women drink the clay again at the time of their first menstruation, signaling their entry into womanhood. At other times of our lives, we may be told by a traditional healer that we must take the clay again. There are only certain places that our practitioners gather this sacred clay. We rely on the land to move from one stage of life to another. We need access to all our lands to perform our rites and complete our life cycle.

16

35.    We hunt animals like deer and rabbit for some of our ceremonies. Our men plan and discuss if they have seen animals on our hunting lands months ahead of a ceremony. If there are no animals, we cannot hunt them. And if we cannot hunt them, our ceremonies that require them cannot be performed. One year we could not find any mule or white-tailed deer to perform a deer dance. The dance harmonizes the desert by bringing rain, drives away sickness, and provides an abundance for winter. We went out every Friday and Saturday for a month to look for them but found nothing. We felt this was not a good omen. We were concerned that we would not have an abundant winter.

36.    We are afraid of how a wall will harm the animals. We fear that a wall will separate animal communities and change their migration and mating patterns. Harm to the animals will cause harm to us. We will not be able to find them at the traditional places where we look for them. If we cannot find them, we cannot perform the religious practices that require us to harvest them. This will cause physical harm if we cannot eat, and harms that we cannot see to our minds, spirits, and emotions. Over time, we will have to alter our practices and our traditions will change. We will lose our culture. Eventually, our people will be erased.

37.    Keeping our community together is essential to who we are. It reminds us where we came from, and helps us fulfill our obligations to one another, to our ancestors, to our creator, and to the spirits. We cannot raise our children without our core beliefs and practices. We must take our children to the O'odham Church in Sonora to learn about their Catholic faith and their traditional religious and cultural practices. They must participate in religious feasts and perform acts of community service, such as bringing Christmas gifts to O'odham in Sonora. Just as I learned as a child, the next children and their children must learn that we are one community

17

across the border. We must continue to share essential resources and services like medical care,

groceries, food, and water.

38.    Although the vehicle barrier creates obstacles, it still allows us to cross to be

together and to be united in our faith. Even during the COVID-19 pandemic, we took care of

each other. O'odham parked on either side of the barrier to distribute community donations,

personal protective equipment, food, and other supplies over the barrier. This has always been

our way. It is all I have ever known. A border wall would make these practices difficult or

impossible.



39.     At the same time, our community recognizes the need for border security, and we have worked with Border Patrol to secure the border. From 2003 to 2008, the Chukut District and the Nation cooperated with CBP to install the existing vehicle barrier along the border. We also approved the integrated fixed towers that surveil our lands. We compromised by allowing these measures because it was important to us not to have a wall. We wanted the animals to travel through the barrier and for us to cross on foot and by car for our religious ceremonies. We have not been consulted about a wall, and we have not been asked how it will affect us as people.



## Ha:san (Saguaro) Mitigation
## Vehicle Barrier
## La Lesna Pass West, Chukut Kuk District

40.     If a wall is built and our gates are closed, our people will suffer. Our people will not be able to cross to perform the religious obligations on both sides of the border that I have

described. In the past, when one or more of our three gates at the traditional crossings was closed, our people had to travel long distances to an official border crossing. We traveled thirty minutes to one stop, forty minutes to another, and another thirty minutes after that to an official port of entry. This cut us off from our traditional paths, where our ancestors prayed and left us guidance, and from our sacred sites, where we turn to our Creator and consult our ancestors and other powerful beings. It also became a trip of many hours, too long and expensive for some people to make, especially the elders. At official ports of entry, Border Patrol inspected our sacred bundles and ceremonial items and taxed our ritual objects. These are not for them to see or handle.

41.    A wall will cause harm to us and our ancestors on the spiritual plane. It is important that we perform our rites of passage, pilgrimages, and ceremonies in the traditional ways, the proper ways, just as our ancestors did it. As we perform our traditions, we must have the right mental process and be able to observe the natural landscape, the pathways and sacred sites, central to our beliefs and heritage. The quality of our participation in our traditions will reflect our mental state. If we are hindered in our practice, if we cannot fully express our beliefs, give our offerings, and receive what is sacred to us, it will hurt us mentally, emotionally, and spiritually.

42.    As a people, if we are divided by a wall, then we cannot hold on to our history and traditions, and we will lose our purpose and our way. The Creator put us here to live the way he taught us, and we have been here performing these rituals since time immemorial. I do not know how we can pass on the Creator's wisdom and teachings and tell the story of our people if we cannot practice our religious traditions and beliefs with our children and their children.

I declare under penalty of perjury that the following is true and correct.


Dated:  June 13, 2026                                         /s/ *Kendall Jose*
                                                             Kendall Jose