## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TOHONO O'ODHAM NATION, a federally recognized Indian tribe, *Plaintiff,* v. MARKWAYNE MULLIN, in his official capacity as Secretary of U.S. Department of Homeland Security; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and ROSARIO VASQUEZ, in his official capacity as Chief of U.S. Border Patrol, *Defendants.* | Case No.   26-cv-2127 |

## DECLARATION OF JAMES COOK

I, James Cook, declare the following on the basis of personal knowledge to which I am competent to testify:

**Background and Experience**

1.      I currently serve as the interim Chief of Police for the Tohono O'odham Nation ("Nation").

2.      I graduated from the Northern Arizona Regional Training Academy (NARTA) in May 2006, where I earned my Arizona Peace Officer Standards and Training certification and graduated near the top of my class in academic achievement.

3.      My first law enforcement position after graduating from NARTA was as a patrol officer with the Tohono O'odham Police Department (TOPD). Then, from 2009 through 2012, I served as a full-time K-9 Officer assigned primarily to narcotics and illegal alien interdiction operations. During this assignment, I conducted numerous interdiction investigations and enforcement actions along the international border within the Reservation, and worked closely with federal law enforcement partners, including Homeland Security Investigations (HSI), the United States Border Patrol, and other federal agencies engaged in border security and transnational criminal investigations. I was subsequently promoted to Sergeant, where I supervised patrol operations and was responsible for shift management, officer training, impaired driving enforcement initiatives, policy implementation, and operational oversight.

4.      In 2020, I was promoted to Lieutenant, and assumed command-level responsibilities in the Department. As a Lieutenant, I supervised TOPD's Special Investigations Division, and oversaw complex criminal investigations, including sophisticated financial crime investigations involving multi-state jurisdictions and coordination with numerous law enforcement and regulatory agencies. My responsibilities included directing investigative strategies, reviewing case findings, ensuring legal and procedural compliance, and coordinating investigative efforts with local, tribal, state, and federal partners.

5.      I have served as TOPD's Interim Chief of Police since 2025. In this capacity, I am responsible for the overall administration and leadership of the department, operational readiness, intergovernmental partnerships, public safety strategy, and coordination with tribal, federal, state, and local stakeholders. Much of this work focuses on border security measures.

6.      I also serve as a Terrorism Liaison Officer for the State of Arizona and the Arizona Counter Terrorism Information Center. In this role, I have received specialized training

and participate in intelligence-sharing initiatives involving terrorism prevention, threat recognition, critical infrastructure protection, homeland security matters, and threat assessment activities.

### TOPD's Operations and Border Security Efforts

7.      The TOPD has approximately 78 sworn police officers on the force. All of the Nation's officers are empowered to arrest and detain non-Indian individuals for violations of State law. The vast majority of our officers have attended State of Arizona police academies and are certified by the State's Peace Officers Standards and Training Board, and this certification confers on them authority to enforce State laws. We also have a handful of officers who have been trained and certified through the Bureau of Indian Affairs, rather than by the State. The Bureau's certification does not confer on officers the authority to enforce State laws, but all of our Bureau-trained officers have been cross-deputized by the Sheriffs for the three counties whose jurisdictions overlap with the Nation's Reservation boundaries, and are empowered to enforce State laws pursuant to those agreements.

8.      During my time as a patrol officer, I was frequently involved with Border Patrol work, including interdictions for illegal crossings and anti-smuggling operations. The Nation's laws criminalize border-related crimes such as drug trafficking, smuggling, and transporting or harboring individuals who have crossed the border illegally. When we encounter tribal citizens engaged in such activities, we arrest them, and the Nation and/or the United States Attorney's office will prosecute them. When we encounter non-tribal U.S. citizens or residents engaged in such activities, we arrest them and contact Border Patrol and state authorities, and the State and/or United States Attorney's office may prosecute them. When we encounter undocumented

3

individuals, we detain them and contact Border Patrol, who come out and take over those individuals' cases.

9.      TOPD has long-standing and highly cooperative relationships with multiple federal law enforcement agencies, including the Federal Bureau of Investigation, the Department of Homeland Security (including Border Patrol and Immigration and Customs Enforcement), the Drug Enforcement Agency, the Bureau of Indian Affairs, and the National Counterterrorism Center. Because federal law enforcement agents frequently lack authority to investigate, make arrests and detentions for, or prosecute violations of state law, these agencies frequently partner with us in order to leverage our tribal and State law enforcement powers, which results in broadening the scope of investigations that can be undertaken on the Reservation.

10.     On behalf of the TOPD, I attend quarterly meetings of the Alliance to Combat Transnational Threats (ACCT), a joint working group consisting of the heads of the local Customs and Border Protection (CBP) districts and state, local and tribal law enforcement personnel. At these meetings we share information and engage in strategic planning with the purpose of addressing issues related to transnational criminal organizations, border security, narcotics trafficking, human smuggling, financial crimes, and emerging public safety threats.

11.     TOPD also participates in the Native American Targeted Investigations Against Violent Enterprises (NATIVE) Task Force, a joint operation between the TOPD and federal agencies focusing on disrupting and dismantling drug trafficking operations within the Nation's borders. This task force was established by former TOPD Assistant Chief of Police William Irby, who served as the HSI Assistant Special Agent in Charge in Sells, Arizona, before he took on the role of Assistant Chief of TOPD. Drawing on his connections with the Federal Bureau of Investigation, the Drug Enforcement Administration, and the Department of Homeland Security

(DHS), Assistant Chief Irby launched the Task Force in August of 2013, and since that time it has successfully completed numerous high-value efforts, including the dismantling of major drug trafficking operations and the seizure of millions of dollars' worth of illicit drugs and other contraband.

12.    The Nation was also instrumental in forming the Shadow Wolves, the DHS's only all-Native American tactical security force, which combines generational environmental knowledge, wilderness tracking skills, and other traditional knowledge with modern cutting-edge techniques to identify, trace, and intercept smuggling operations within the Reservation. According to U.S. Immigration and Customs Enforcement, "[b]etween 2010 and 2020, interdiction and investigative efforts the Shadow Wolves have led or participated in have resulted in 437 drug and immigration arrests along with the seizure of over 117,264 pounds of drugs, 45 weapons, 251 vehicles and $847,928 in U.S. currency."[1] This elite unit has also been deployed abroad to train border guards and customs agents in multiple allied nations and has participated in anti-terrorism operations and trainings in Afghanistan and Pakistan.

**The Nation's Support for Border Protection Operations within the Reservation**

13.    As part of our cooperation with the United States on border security issues, the Nation has authorized Border Patrol to maintain patrol roads along the border, under right-of-way agreements with the Nation. Along these roads, Border Patrol are able to quickly access virtually all of the Nation's border with Mexico, with the exception of those areas where vehicle access is impossible due to the rugged mountainous terrain.

14.    The Nation has also worked with Border Patrol to erect and maintain vehicle barriers along the vast majority of the Nation's southern border. A selection of photographs of

---

[1] https://www.ice.gov/hsi/our-partners/shadow-wolves.

these barriers along various sections of the Reservation's borders is included as Attachment A of this Declaration.

15.    These vehicle barriers have virtually eliminated unauthorized vehicle transit across the border. One clear indication of this fact is that, before the barriers were erected, vehicles would frequently get stuck or damaged in the difficult terrain on the Reservation, and drivers who were attempting to evade detection would abandon them. Since the vehicle barriers have been installed, the problem of abandoned or disabled vehicles in the border areas has decreased considerably.

16.    We have also authorized Border Patrol to deploy a significant amount of personnel, technology, infrastructure, and other resources on the Nation's Reservation. The Nation leases land on the Reservation to Border Patrol to house its Forward Operating Base stations at San Miguel near the community of Sells and Papago Farms. These bases include administrative facilities and living quarters, from which Border Patrol agents monitor the border and patrol units are dispatched to investigate any suspicious activity. The Nation also authorizes Border Patrol to deploy various border security technologies and methodologies, including the following:

a.  Along with TOPD, Border Patrol engages in regular patrols in Border Patrol vehicles along the border roads and interior access roads.

b.  Border Patrol engages in constant aerial patrols and surveillance, including manned helicopter flights and a significant fleet of surveillance drones.

c.  Border Patrol maintains an Integrated Fixed Tower system consisting of ten 160-foot-tall towers that are spread across the border on the Reservation, on lands that the Nation leased to CBP in 2019. Each tower is equipped with night vision, thermal sensors, and

ground sweeping radar, which feed real-time data to Border Patrol agents at Border Patrol's facilities within the Reservation. The towers also have long-range and wide-angle surveillance cameras. Border Patrol uses the combination of cameras, sensors and radar to monitor every person and vehicle along the entire span of the international border along the Reservation's boundaries. The system also stores an archive with the ability to rewind and track individuals' movements across time—an ability known as "wide-area persistent surveillance."

d.  Border Patrol also utilizes mobile vehicle surveillance units, which consist of sophisticated camera and surveillance systems mounted on the beds of all-terrain pickup trucks, which can be parked at various vantage points across the Reservation to detect and track suspicious activity.

The Nation has also authorized Border Patrol to erect and maintain a vehicle checkpoint on Route 15, the main route from the Reservation to Phoenix. Border Patrol also maintains a checkpoint on Highway 86, between the Nation and Tucson.

**The Nation's and Border Patrol's Proven Border Security Measures Are Highly Effective.**

17.  The measures that the Nation and Border Patrol have put in place on the Reservation have proven to be highly effective in preventing, deterring, and intercepting illegal crossings and smuggling within the Reservation. TOPD, in cooperation with Border Patrol and other federal law enforcement partners, has achieved significant successes in dismantling smuggling operations and cartel activity within the Reservation, including through the following high-value operations:

a.  the February 2025 arrest of Jesús Humberto Limón López, alias "El Chubeto," founding leader for Los Cazadores Cartel in Sinaloa, and José Bibiano Cabrera Cabrera, alias "El Durango," operations leader for Los Chapitos in Sonora;

b.  the March 2025 arrest of three U.S. citizens for suspicion of human smuggling and sex trafficking, and the liberation of the three undocumented women being transported in their vehicle, who served as material witnesses in the prosecution;[2]

c.  the May 2025 apprehension by TOPD of two vehicles containing ten undocumented individuals and three suspected human traffickers, after the vehicles fled onto the Nation's Reservation while attempting to evade a Border Patrol checkpoint;[3]

d.  the dismantling of a major narcotics distribution and human smuggling operation in 2023, resulting in the seizure of nearly 700 grams of fentanyl, other drugs and drug paraphernalia, guns, ammunition, and U.S. currency;[4]

e.  the August 3, 2020 seizure of 400 pounds of methamphetamine and 10 pounds of fentanyl, which NATIVE task force and Border Patrol agents tracked from an illegal border crossing on the Reservation to a distribution site in Phoenix;[5]

f.  a 2019 joint operation with the Department of Interior Opioid Reduction Task Force, resulting in 50 arrests and the seizure of $2.3 million worth of narcotics;[6] and

---

[2] https://www.cbp.gov/newsroom/local-media-release/border-patrol-agents-arrest-sex-offender-among-group-smuggling-three.

[3] https://www.facebook.com/Border PatrolChiefTCA/posts/two-human-smuggling-loads-one-awesome-partnership-58-agents-from-the-three-point/1276916427768567/.

[4] https://www.justice.gov/usao-az/pr/seven-individuals-charged-distribution-fentanyl-and-methamphetamine-tohono-oodham-nation.

[5] https://arizonadailyindependent.com/2020/08/03/native-task-force-bust-nets-400-lbs-meth-fentanyl-cash-4-suspects/.

[6] https://www.doi.gov/pressreleases/interior-department-law-enforcement-seizes-23-million-illegal-drugs-southern-border.

g.  the 2019 dismantling of a Sinaloa cartel smuggling operation within the Nation's borders, in which cartel operatives would camp out in the remote and mountainous areas of the Reservation with binoculars and communications equipment, and alert smugglers to the presence and location of law enforcement resources to help them avoid detection. Through a sophisticated multi-agency law enforcement collaboration known as Operation Rocky Top 2, we were able to identify the location of these cartel operatives, seize their contraband, and successfully prosecute 18 individuals.[7]

In honor of NATIVE's stellar accomplishments in the effort to stem the tide of drugs, human smuggling, and illegal crossings over the Nation's southern border, in 2018 NATIVE was a recipient of the White House Office of National Drug Control Policy's United States Interdiction Coordinator award for exceptional performance, which recognizes "individuals and units which have demonstrated exceptional innovation, tactics, aggressiveness, and results in the effort to stem the flow of drugs into the United States."[8]

18.    The success of these efforts is borne out by the numbers as well. Currently, TOPD's border-related interdiction numbers are the lowest that I have ever seen. Calls coming in from our community members to report trespassers from across the border, smuggling activity, or other border-related incidents have almost disappeared. During the 18-month period between July of 2023 and December of 2024, TOPD incident reports recorded 766 incidents of illegal entry on the Reservation. During the last 17 months, from January 1 of 2025 through June 1 of this year, that number has plummeted to 70 recorded incidents of illegal entry, which amounts to

---

[7] https://www.justice.gov/usao-az/pr/final-defendant-largest-cartel-drug-scout-prosecution-arizona-sentenced-prison.
[8] https://trumpwhitehouse.archives.gov/briefings-statements/white-house-recognizes-superior-drug-interdiction-efforts/.

a roughly 90% decrease since the beginning of 2025. Below is a true and correct copy of a chart

documenting TOPD service calls relating to illegal entry for each six-month period starting on

July 1, 2023.



| | 7/01/2023 - 12/31/2023 | 1/1/2024 - 6/30/2024 | 7/01/2024 - 12/31/2024 | 1/01/2025 - 6/30/2025 | 7/01/2025 - 12/31/2025 | 1/01/2026 - 6/01/2026 |
|---|---|---|---|---|---|---|
| ☐ Illegal Entry | 384 | 214 | 168 | 34 | 20 | 16 |

19.     The Nation's recorded incidents are consistent with those reported by Border

Patrol. In conjunction with our quarterly ACCT meetings, Border Patrol will frequently provide

briefing regarding apprehension metrics, and the numbers reported in recent meetings are

consistent with the roughly 90% decreases in interdictions experienced by the Nation. They are

also consistent with the nationally reported declines that CBP has publicly reported under the

current administration. *See* https://www.cbp.gov/newsroom/national-media-release/trump-

administration-delivers-11-straight-months-zero-releases ("With daily apprehensions down 95%

from the previous administration and 14 consecutive months of fewer than 9,000 southwest

border apprehensions, the border remains more secure than at any point in history[,]" as of April

09, 2026.).

20.     Based on my knowledge and experience in law enforcement and Border Patrol

operations within the Reservation, I am confident that building a wall across the Reservation's

border will not make an appreciable difference for border security. From my participation in the various inter-agency working groups, task forces, and other information sharing, as well as my specialized training in border security and counter-terrorism methods and practices, I know that static security measures such as a wall are ineffective, because sophisticated operators like the drug and smuggling cartels will discover the system's vulnerabilities and work around them. Where there is a vulnerability in a static system, these operators will find and exploit them. It is a cat-and-mouse game, where the methodologies need to evolve to avoid being exploited. The only effective measures are those that enable us to strategically stagger our resources and change up our tactics, so that they cannot anticipate what the security protocols will be and therefore cannot plan their way around them.

21.    And our existing methods have proven to be effective. In 2025, as part of the Joint Task Force – Southern Border operation, the Department of Defense deployed significant resources to bolster the border security operations on either side of the Reservation's border. The operation's commanders warned us that the increased security presence outside of the Reservation would funnel illegal border activity onto the Reservation. After being briefed on the operation, Border Patrol officials also predicted a major surge in illegal border activity on the Reservation. "It's gonna be the wild west," one Border Patrol area director told me. But, rather than lead to a spike in border-related crimes, 2025 saw a 96% decrease in Border Patrol apprehensions and a 90% decrease in TOPD apprehensions as compared to previous reporting periods. The fact is, there was no spike in border crimes on the Reservation, because the security measures being implemented by the Nation and its federal partners have worked.

I declare under penalty of perjury that the foregoing is true and correct.

11

Dated: June 16, 2026

_James Cook_
_____
James Cook
Chief of Police
Tohono O'odham Nation Police Department

# ATTACHMENT A







