# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TOHONO O'ODHAM NATION, a federally recognized Indian tribe,<br><br>*Plaintiff*,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of U.S. Department of Homeland Security; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and ROSARIO VASQUEZ, in his official capacity as Chief of U.S. Border Patrol,<br><br>*Defendants*. | Case No. 26-cv-2127 |

## DECLARATION OF SAMUEL FAYUANT

I, SAMUEL FAYUANT, declare the following on the basis of personal knowledge to which I am competent to testify:

1. I am a tribal member of the Tohono O'odham Nation. I currently serve as the Nation's Cultural Affairs Specialist, a position included under the Nation's Department of Natural Resources. I have held this role since 2017.

2. My principal duties as the Nation's Cultural Affairs Specialist include ensuring that O'odham cultural and religious objects, practices, and sites located on the Tohono O'odham Nation (Nation) and on O'odham traditional lands are identified, protected, and preserved. I also promote respect and understanding for O'odham culture through outreach and education efforts.

1

Part of my duties also include administering federal grant funding and ensuring that federally funded programs comply with applicable grant conditions and federal laws and regulations.

3.    When a new development or construction project is proposed on the Nation or within its traditional use lands, my job is to walk the proposed site and perform a cultural resources survey to make sure there are no artifacts in the construction area. If artifacts are found, the contractor must avoid the cultural site. Another part of my job is to create and maintain good working relationships with museums in Arizona and all over the country, and to work with these institutions regarding the repatriation of O'odham ancestral remains and artifacts, such as ceremonial objects.

4.    When I am notified of O'odham artifacts or ancestral remains at a site or in a museum, I travel to perform a blessing. I use traditional sage and eagle feathers and offer tobacco, cornmeal, and water to the ancestor to let them know they will be brought back to the Nation for our yearly reburial ceremony in March, when all artifacts and remains are sent to their final resting place.

5.    Some of the programs that I oversee are relevant to the federal protection and repatriation of tribal historic and cultural artifacts. These include the Native American Graves Repatriation Act (NAGPRA) and Section 106 of the National Historic Preservation Act (NHPA), which provide important mechanisms for tribal governments, through their Tribal Historic Preservation Offices, to protect their cultural patrimony and exercise self-determination over their lands and physical and material remains.

6.    My role as Cultural Affairs Specialist for the Nation also entails outreach to community both on- and off-reservation. Sometimes, schools, religious organizations, and other non-O'odham people and entities request cultural awareness workshops and trainings with

artifacts. For example, I work with scholars, archaeologists, and other professionals to teach them the proper protocol for handling, storing, and repatriating remains. I also handle cultural awareness trainings for the U.S. Customs and Border Protection (CBP). When people come to me for training, I let them know about the types of cultural resources they might find when they are on O'odham traditional lands and what the laws and proper protocol are once the resources are identified.

7.      I also lead or participate in various religious ceremonies as a representative of the Nation. For example, I participate in the blessings to Creation and offerings to I'itoi performed as part of the run to Baboquivari Mountain and provide the runners with the sacred eagle feathers to use during that ceremony.

**Impact of the Border Wall on Tohono O'odham People, Land, and Animals**

8.      The O'odham have lived, worked, and worshipped in the Sonoran Desert since time immemorial. Oral traditions teach O'odham that they were created in this land and have always lived here. Numerous versions of the creation story exist but the general account is that Earth Medicine Man was the creator of all things. By taking a piece of his own physical being, he caused it to grow to become the earth. He first made the land, the ocean, the sky, the stars, and the sun and moon. He then created Buzzard, Elder Brother, and Coyote, and called on them to steady the earth and make it a livable place. Elder Brother, known to the O'odham as I'itoi, promised that the earth would always be filled with prickly pears and the people would always be happy. He instructed them to remain where they were, in the Sonoran Desert, because it was the center of all things, and he asked them to care for the land so that it would always care for

them. I'itoi then retreated to the Baboquivari Peak, and from there he lived and watched over the people.[1]

9.      Today, the O'odham still know and remember their creation history. Landforms across the Sonoran Desert serve as monuments to the past and living altars for exchange with the Creator, reminding the O'odham of who they are and where they come from. The O'odham believe I'itoi's primary residence is in a cave on the Baboquivari Peak in the eastern portion of the Tohono O'odham Nation. Ceremonies honoring I'itoi and the Baboquivari Mountain range still occur annually.

10.      Blasting any portions of the Baboquivari Mountain range would be an insult to our Creator. The border wall will obstruct our view of all the mountains, valleys, and villages of our ancestorial lands in the Sonoran Desert. Songs about the mountain ranges in our ancestorial lands would be compromised by the border wall. Our O'odham belief is the prayers and songs will not reach the intended places because of the border wall; the prayers will not go to the intended persons or places.

**Salt Pilgrimage to Sea of Cortez, Sonora, Mexico**

11.      This is my personal experience assisting and providing spiritual guidance for the O'odham salt pilgrimages runners: The late Kenneth Josemaria, Jr. started the salt pilgrimage in Topawa from 2011 to 2014. The salt runners began with a four-day cleansing and purification at a ceremony ground adjacent to the Tohono O'odham Cultural Center and Museum. This was done to make sure the men were of clear mind, body, and hearts before they started their 4-day run to the ocean.

---

[1] Bahr 2001; Fontana 1989; Underhill 1969, 8-13.

12.     It is a powerful spiritual ceremony for the O'odham and only males undertake the salt pilgrimage because it served as a rite of passage from boyhood to manhood. One of the young men participating in the run celebrated his 18th birthday crossing the Mexican border at the Papago Farms on the way back from Tres Ojitos Salt Flats located northwest of Puerto Penasco.



Salt runners in Sonoita, Sonora, Mexico, an ancestral O'odham village. Photo taken from the Internet.[2]

13.     This rite of passage is important to preserve our cultural line. Our culture and our traditions will be lost if we do not remember them and practice them and have them to reinforce our traditions through our children. O'odham are runners. Ceremonies like the salt pilgrimage also help develop leadership so that the next generations can step into the role of the elders. When they go on the run, the boys enter into the hierarchy of the spiritual realm and connect

---

[2] All photos included in my Declaration were taken by me unless otherwise indicated.

with their ancestors who passed on. From their ancestors, they receive blessings and gifts. For

example, a runner may become a medicine man and receive the gift of healing.

**October 4th Pilgrimage to Magdalena**

14.    The October 4th Pilgrimage to Magdalena is the biggest annual festival in

Magdalena and one of the biggest annual fiestas in Northern Sonora. During this time, O'odham

pilgrims, or walkers, from different villages on the Nation's side gather in Pozo Verde, an ancient

village in Mexico located by the international border. They walk to the town of Magdalena,

where they pay homage to the town's patron saint of San Francisco Javier. It takes the walkers

four days to reach Magdalena from the time they leave Pozo Verde.



Pilgrims walking on their sacred journey to Magdalena. Photo by the late Bernard Siqueiros.

15.    With any cultural pilgrimage one must be of right mind and body. The ceremony

starts long before the walkers reach Pozo Verde. Walkers must prepare themselves mentally and

physically. When they leave home, they start praying that everything will go well, that the

journey will go well, and that there will be no harm to people on the trail. People prepare for this

pilgrimage throughout the year. It is a mental and spiritual journey as well as a physical one. To have a giant imposing structure of a wall right at the start of it will change the traditional route, will interrupt our focus on our spiritual journey, and distract us from the prayers that we are trying to focus on and the mental and spiritual discipline that we must cultivate in order to endure the physical hardship of the journey.

**Water**

16.      Life-giving water has always been critical for human, plant, and animal survival in the harsh climate in the Sonoran Desert. Perennial springs and seeps were the only reliable year-round water sources in Tohono O'odham before wells were dug for livestock. Tinajas, natural bedrock tanks, or catchments held rainwater and runoffs for weeks, months, or years.

17.      Within each of the Nation's districts, we practice open range grazing, and our horses and cattle travel freely so that they can find food and water sources over a larger area within the desert landscape. When it comes time to harvest our animals or bring them to market, we collect them by rounding them up. O'odham families rely on cattle to supplement their income, especially when travel is needed to perform ceremonies and rites of passage. To prepare for the Magdalena Pilgrimage, for example, families sell cattle to pay for costs and supplies for their four-day journey, including food, gas, campfire wood, campsites, and Mexican wares.

18.      Buenos Aires Ranch is one of three ranches located close to the border. It was operated by the same family for generations. The ranch is located 2.5 miles from the eastern boundary of the Tohono O'odham Nation. The windmill and concrete water tank on the ranch are located 107 feet from the U.S./Mexico border. I am concerned that both would be destroyed if the border wall is constructed. If they are, there is no telling what would happen to the groundwater, or where the family would get water for their livestock. This would affect several families who use the ranch, or over thirty people. And this is only one of the many ranches

7

directly along the border that O'odham families have used for generations and continue to rely on today. Disrupting their lands and their access to water and other resources by building a wall right through the middle of the lands that they cultivate would cause significant hardship to them, and could make it so that they are no longer able to work these lands like their parents and grandparents have done for generations.



Windmill and water storage tank on Buenos Aires Ranch, 107 feet from the U.S.-Mexico border. I am concerned that a secondary border wall could destroy or significantly impact this site.

19.     There is also a salt cave on the banks of the wash by the ranch where the livestock go to get their intake of salt nutrients. Salt licks are highly beneficial and often essential for livestock. They provide critical sodium and chloride, which plants often lack, to regulate body fluids, support nerve function, stimulate digestion, and promote healthy growth. The border wall construction could also destroy the salt cave or make it so that animals from one side of the border or the other are unable to access it.

8

20.     There are also a number of unanswered questions about how a wall will impact water flow. Will the monsoon rains be affected by the border wall? Will runoff from the mountains and washes be diverted to different channels?

21.     We have a right to ask these questions and to receive answers. The Nation uses a consensus model of government. Decisions affecting the O'odham and our lands cannot be approved immediately. The issues must be taken to the districts, which must take them to the people. The information must be translated for the elders, who must be consulted. This takes time, but it ensures that everyone is heard. The federal government's border wall plans are not being run through the people, and the federal government is not honoring our timeline for making decisions. We have a right to be concerned about how a border wall will impact us, our lands, and our Mexican O'odham. We have been here for millennia, and we know our lands, our seasons, our animals and plants, and the impacts a wall will have on our culture and traditions. We should not be forced to accept this dramatic alteration of our homeland, our landscape and ecology, our livelihoods, and our traditions and culture, without the opportunity to know fully what these changes are going to be and to decide as a community whether those are changes that we are willing to accept.

22.     We have seen what can happen when people build on our lands but do not understand the natural landscape. The Vamori High Water Crossing Bridge, which is located on the Nation's lands near the international border. This project was commissioned by Border Patrol, and its contractors did not design it correctly. It neglected to account for days of potential additional waterflow from summer monsoon floodwaters. On August 18, 2022, a major storm came through the Nation. Debris collected during the storm and diverted the water toward the

bridge, causing significant damage. The water washed the approach road for the project and the

bank of the wash on the north side of Vamori Wash.



Storm damage to the Vamori High Water Crossing Bridge in 2022.



23.     I am concerned that something similar could happen if a border wall is

constructed. I worry that debris will collect along the double walls and keep the water from

flowing where it needs to go. If this happens, flooding could worsen in some areas, and other

areas could experience drought. It would destroy the natural balance of the flow of water and all

of the life forms that depend on it.

**Saguaros**

24.     Saguaro Cactus, Ha:san in O'odham, has always been known to O'odham as a

living person. There is a story of how the Ha:san came to be in our O'odham beliefs. A boy made

a prophesy that he would become the saguaro so that he would last forever and bear fruit each year. The saguaro fruit harvest is a cultural tradition for the Tohono O'odham. The dried saguaro ribs of the Ha:san provided O'odham with building materials. The Ku'ibad is the tool made from the saguaro rib to bring saguaro fruit down from the top of the 50-foot saguaros. The saguaro fruit (bahidaj) can be made into a syrup which can be made into wine for our traditional wine ceremony.

25. The wine ceremony is a religious ceremony filled with prayers and songs. Its purpose is to bring together representatives of O'odham from all directions and to summon the rains for us on the Nation. It is a communal event for tribal members and anyone else on the Nation to participate in. The ceremony occurs on the north, south, east, and west of the reservation, and different villages host their ceremonies at different times. O'odham travel for many miles to join each ceremony and form the sacred circle on the ceremony grounds. It is a powerful ceremony. O'odham come from all corners of the Nation, and the Creator hears our songs and prayers and provides us with life-giving rains.

26. In 2021, the Nation enacted a Resolution for the Recognition and Protection of the Sacred Ha:san, announcing that "the Tohono O'odham … consider the Ha:san [saguaro] as an O'odham person" on the basis of our traditional teachings and stories, and announcing the saguaro's vital importance to the religious practices of the O'odham. The Resolution is attached as **Attachment A** to my Declaration. The Resolution calls on federal agencies to reverse the destruction of these sacred plants. It describes how "the saguaro fruit has been used by the O'odham since time immemorial to make saguaro fruit wine for the important rain-making ceremonies," and that "the saguaro fruit are as essential to O'odham spirituality as sacramental bread and wine are to the Holy Eucharist in Christian traditions."



A rare Cresent Saguaro near the vehicle barrier along the Nation's southern border.

27.     The vehicle barriers on the international border from the Tohono O'odham eastern boundary to the western boundary avoid the areas where the saguaros grow. The vehicle barrier zigzags to avoid saguaros and cultural sites. This was the result of negotiations between the Nation and CBP. It was a requirement from the Nation that CBP avoid all saguaros on the border.



Saguaro along the Nation's border. I am concerned that a border wall would damage this saguaro.

28.     With the proposed border wall project, the hundreds of saguaros on the border are in danger of being bulldozed like the wall construction at Organ Pipe National Monument in 2020. CBP disregarded the biological and cultural losses at Organ Pipe National Monument to

12

build the wall without consulting with the O'odham. I am concerned the same thing might happen on the Nation's lands. The saguaro in the photo above would be knocked down to make way for a wall on the Nation's lands like the saguaros in the photos below at Organ Pipe National Monument. It can take centuries for a saguaro to grow and reach its full height.



Damage to a saguaro at Organ Pipe National Park in 2020.



Damage to a saguaro at Organ Pipe National Park in 2020.

**Mountains**

29.    Shee'e is the Grey Wolf, also the Mexican Wolf. Shee'e Naggiak, meaning "Place Where A grey Wolf Hangs," is the name of a prominent peak of volcanic rock that sticks up

prominently right on the international border between Chukut Kuk District and Sonora, Mexico.[3]

Will Shee'e Naggiak be in danger of being destroyed by a border wall like the mountains and

hills at Cabeza Wildlife Refuge?



Shee'e Naggiak, a view from the east side of the Nation looking west.



Shee'e Naggiak, a view from the west side of the Nation looking east.

---

[3] Winters, 2020.

14

30.     In 2020, a construction company drilled holes into Monument Hill and packed them with explosives to make way for a border wall, resulting in the destruction of mountains and hills at Cabeza Wildlife Refuge.



Border wall and trucks driving over Monument Hill.



Heavy machinery at location of planned secondary wall at Monument Hill.

15



Heavy machinery at Monument Hill in preparation for secondary wall.

31.     I am concerned that the same thing that happened at Monument Hill in the Cabeza Wildlife Refuge will happen at Shee'e Naggiak on the Nation's lands. At both sites, there may be caves, artifacts, and possibly human remains. Our O'odham ancestors were experts at cremation, leaving cremation pots in the grounds and in the caves in the hills, many of which we have yet to discover.

**Cemeteries and Historical Sites**

32.     According to Richard and Sandra Martynec's Archaeological Report, conducted along the United States-Mexico border for U.S. Immigration and Customs Enforcement between 1991 and 1992, there are 109 prehistoric and historic sites concentrated on the Tohono O'odham Nation on or near the border. Of the 109 sites they surveyed and documented, 68 of these sites are prehistoric and 21 are historic, and 20 exhibit components of both prehistoric and historic occupation. The sites are connected both north and south of the border.[4]

---

[4] Martynec et al., 1991.

33.    **Attachment B** contains maps of cultural sites on the Tohono O'odham Nation from the eastern boundary to the western boundary provided by Arizona State Museum Archaeological Records Office. These maps show all the sites along the Nation's border that have been identified thus far.

34.    I am concerned that the building of the primary and secondary walls along the border could significantly disturb or destroy these sites. Additionally, because there are cultural sites and ancestral remains buried throughout O'odham traditional use lands, it is difficult to predict what harms construction of the walls will cause to them.

35.    One identifiable site that will be harmed by the construction of a border wall is located south of Ali Chuk village (Menagers Dam), north of the border vehicle barrier. Here, there are two well-tended graves roughly 60 feet from the vehicle barrier. The living family members of the deceased relatives would suffer great harm if their loved ones were dug up and removed from their resting place so that a wall can be built. According to community members, there is also a grave of a small child in the vicinity, but that ancestor could not be located.



Grave sites at the Ali Chuk Village near the border on the Nation's lands.

**Inter-Generational Trauma**

36.     Tohono O'odham have travelled freely back and forth from villages in Sonora, Mexico for generations to work in agriculture fields and ranches around Eloy, Casa Grande, and the Avra Valley area. When they made enough money to get supplies and food for their families, they traveled back home to their villages in Sonora. At the turn of the century, most O'odham families chose to stay and live at the work camps provided by the owners of agricultural fields. O'odham coming from towns and cities where they live now and wanting to visit ancestral lands in Sonora will be shocked to see two 30-foot walls in place of the vehicle barrier.

37.     The vehicle barriers and Integrated Fixed Towers (IFT Communication Towers) serve their purpose of deterring drugs from being brought through the Nation and into the United States. The vehicle barrier still allows animals to travel back and forth from the border, avoids saguaros, and allows water to flow. These were compromises that were put into place after the Nation heard from its members and negotiated with CBP. But none of this will be the case if the wall or secondary wall is constructed on the Tohono O'odham Nation.

38.     The Nation continues to advocate for comprehensive immigration reforms at the federal level that deliver flexible security tools, address the root causes of undocumented immigration, and facilitate tribal members' travel to ancestral lands on both sides of the U.S./Mexico Border. But if a primary and secondary border wall are built, it will be heartbreaking to our people to know we will not be able to travel freely to and from villages in Sonora. To look now at the vast areas of O'odham in Mexico, it is traumatic to hear the proposed border wall and secondary wall will block the way of life we have known for millennia. It will also affect our future generations. They will not know how we used to travel back and forth to find work and be with each other in community. They will not know of the Nation being an open land—they will only see a wall closing us off. Our ceremonies keep the balance of the world in

18

order. We perform the ceremonies not just for us but the balance of all living things in the world—plants, animals, and people. It does not matter where they come from, we offer a prayer, we try to take care of things for the betterment of everyone and everything that deters or goes against that belief is itself a very destructive process. Putting up the wall is a destructive thing. Will our next generations remember these stories and our traditional way of life, or will they just see a wall? That is what is at stake.

I declare under penalty of perjury that the following is true and correct.

Dated: June 15, 2026                              /s/ Samuel Fayuant
                                                  Samuel Fayuant

**Attachment A:**

## RESOLUTION OF THE TOHONO O'ODHAM LEGISLATIVE COUNCIL
### (Recognition and Protection of the Sacred Ha:san)

**RESOLUTION NO. 21-137**

**WHEREAS,** it is the policy of the Tohono O'odham Nation to promote "enjoyable harmony between members of the [N]ation and their environment; to promote efforts which will preserve and protect the natural and cultural environment of the Tohono O'odham Nation, including its lands, air, water, flora and fauna, its ecological systems, and natural resources, and its historic and cultural artifacts and archeological sites; and to create and maintain conditions under which members of the [N]ation and nature can exist in productive harmony and fulfill the social, economic, and other requirements of present and future generations of members of the Tohono O'odham Nation" (Constitution, Article XVIII, Section 1); and

**WHEREAS,** Indigenous peoples have made the compelling argument that the trees, wildlife, rivers, and mountains are sacred and should be granted "personhood" and the legal rights associated with it; and

**WHEREAS,** the Tohono O'odham and sister O'odham tribes, hold the Ha:san in the highest regard and consider the Ha:san as an O'odham person; and

**WHEREAS,** some of the commentaries on saguaros as "people" or "kindred spirits" come directly from O'odham scholars, including, José Luis Brennan, Juan Smith, Francis Vagages, Ofelia Zepeda, Danny Lopez, and Camillus Lopez, while others come from competent historians —most of them working for the federal government—who corroborate in written form the oral histories long transmitted as part of the O'odham himdag (Way of Life) — the traditional knowledge and values of O'odham; and

**WHEREAS,** Tohono O'odham scholar José Luis Brennan aka José Lewis worked with the U.S. federal Bureau of American Ethnology recording traditional O'odham narratives and translating them, including one in which an O'odham boy prophesizes that, "I will turn myself into a saguaro, so I shall last forever, and bear fruit each summer," the O'odham have been gifted with such up to this day; and

**WHEREAS,** the Ha:san is an integral part of the O'odham himdag (Way of Life) and early teachings and stories have taught that the Ha:san should never be harmed or disrespected; and

**WHEREAS,** the saguaro fruit has been used by the O'odham since time immemorial to make saguaro fruit wine for the important rain-making ceremonies; and

**WHEREAS,** the saguaro fruit are as essential to O'odham spirituality as sacramental bread and wine are to the Holy Eucharist in Christian traditions; and

1

RESOLUTION NO. 21-137
(Recognition and Protection of the Sacred Ha:san)
Page 2 of 4

WHEREAS, the spiritual use of desert plants fits the definition of unalienable rights in the draft release of Secretary Pompeo's Commission on Unalienable Rights in July 2020, in the sense that saguaro fruit are "essential" to the religious practices of the O'odham engaged in rain-making ceremonies, and are therefore an unalienable "cultural property"; and

WHEREAS, the majority of O'odham lands in the Sonoran Desert were transferred without the consent of the Tohono O'odham from México to the U.S. following the Gadsden Purchase, Treaty of Guadalupe Hidalgo, and the Gadsden Treaty, which guaranteed the O'odham all the religious and property rights they had enjoyed as Mexican citizens; and

WHEREAS, the Agricultural and Natural Resources and Cultural Preservation Committees recommend recognition and protection of the ha:san.

NOW, THEREFORE, BE IT RESOLVED that the Tohono O'odham Legislative Council condemns the destruction, damage, and poorly executed transplanting of saguaros during the border wall construction and other Department of Homeland Security, (DHS) projects on tribal and federal lands that are aboriginal homelands of the O'odham.

BE IT FURTHER RESOLVED by the Tohono O'odham Legislative Council that this wanton destruction of a scared plant amounts to a violation of the religious liberties of the Tohono O'odham Nation and its members.

BE IT FINALLY RESOLVED that the Tohono O'odham Legislative Council calls on all entities, state, and federal agencies to reverse the destruction of sacred plants associated with O'odham traditions and to that:

1. Enter into proper government-to-government consultation with the Tohono O'odham Nation whenever projects or federal or state projects may potentially affect saguaros on the Tohono O'odham Nation or on or around the O'odham aboriginal lands.

2. Adhere to the spirit and detail of the December 5, 2012 memorandum signed by the Department of Defense along with five other federal entities, pledging to Native Americans full government-to government consultation and training for employees to do no or least harm, to sacred sites, ceremonial plants, pilgrimage trails and shrines on federal lands and that these agencies (including the Department of Homeland Security, Customs and Border Protection and the Army Corps of Engineers) explicitly recognize that they must avoid destruction of access to sacred sites and their culturally significant plants.

RESOLUTION NO. 21-137
(Recognition and Protection of the Sacred Ha:san)
Page 3 of 4

3. Refrain from any bulldozing, damage, defacing, or attachment of wiring or other manmade objects to saguaros anywhere on the Tohono O'odham Nation or in traditional cultural properties of the O'odham on lands managed by the National Park Service, Bureau of Land Management, USDA Forest Service, Bureau of Land Management or US Air Force.

4. Begin "healing the cultural, spiritual and ecological wounds" caused by saguaro destruction on the Nation and the border wall construction off the Nation by the following actions:

   (a) removal of the border wall away from sacred sites and sacramental plants;

   (b) re-consecration by O'odham spiritual leaders of damaged sacred plants and sacred sites (and payment to those involved);

   (c) restoration of native vegetation damaged along the border to include saguaros, organ pipe cactus and their nurse plants such as Ironwoods, Mesquites, and Palo Verde, and DHS or appropriate entity compensate, O'odham youth work crews to be involved in this restoration and replanting along with appropriate professionals or companies;

   (d) restitutional compensation for tribal, National Park Service, and National Wildlife Refuge professionals who flagged and mapped all sacred sites and plants of concern areas at the request of the DHS; and

   (e) cultural sensitivity training for all DHS employees working on the border and on or around O'odham aboriginal lands to ensure that they understand and will not violate the Native American Religious Freedoms and other appropriate laws, customs, or traditions.

The foregoing Resolution was passed by the Tohono O'odham Legislative Council on the 04TH day of MAY, 2021 at a meeting at which a quorum was present with a vote of 3,175.7 FOR; -0- AGAINST; -0- NOT VOTING; and -0- ABSENT, pursuant to the powers vested in the Council by Article XVIII, Section 1 of the Constitution of the Tohono O'odham Nation, adopted by the Tohono O'odham Nation on January 18, 1986; and approved by the Acting Deputy Assistant Secretary - Indian Affairs (Operations) on March 6, 1986, pursuant to Section 16 of the Act of June 18, 1934 (48 Stat.984).

TOHONO O'ODHAM LEGISLATIVE COUNCIL

Timothy Joaquin, Legislative Chairman

___11___ day of _____May_____, 2021

3

**RESOLUTION NO. 21-137**
**(Recognition and Protection of the Sacred Ha:san)**
**Page 4 of 4**

ATTEST:

_____
**Evonne Wilson, Legislative Secretary**

_10_ day of _May_, 2021

Said Resolution was submitted for approval to the office of the Chairman of the Tohono O'odham Nation on the ___11___ day of ___May___, 2021 at _2:28_ o'clock, _P_ .m., pursuant to the provisions of Section 5 of Article VII of the Constitution and will become effective upon his approval or upon his failure to either approve or disapprove it within 48 hours of submittal.

TOHONO O'ODHAM LEGISLATIVE COUNCIL

_____
**Timothy Joaquin, Legislative Chairman**

[X] **APPROVED**          on the ___12___ day of ___May___, 2021

[ ] **DISAPPROVED**       at _2:00_ o'clock, _P_ .m.

_____
**NED NORRIS, JR., CHAIRMAN**
**TOHONO O'ODHAM NATION**

Returned to the Legislative Secretary on the _12_ day of _____, 2021, at _3:10_ o'clock, _P_ .m.

_____
**Evonne Wilson, Legislative Secretary**

4

**RESOLUTION NO. 21-137**

**ACTION:    RECOGNITION AND PROTECTION OF THE SACRED HA:SAN**

**MOVED:    VICE CHAIRMAN QUINTIN C. LOPEZ          SECOND:  COUNCILMAN DANIEL L.A. PRESTON III**

**DATE:      MAY 04, 2021**

| DISTRICT | LEGISLATIVE REPRESENTATIVES | # OF VOTES | FOR | AGAINST | NOT VOTING | ABSENT |
|---|---|---|---|---|---|---|
| BABOQUIVARI 384.8 | 1. LEANDER MASE (Francine Schooling) 2. ALBERTA J. RAY (Frances G. Antone) | 192.40 192.40 | X X | | | |
| CHUKUT KUK 347.5 | 1. VIVIAN JUAN-SAUNDERS (Juanita Homer) 2. MARLAKAY HENRY (Billman Lopez) | 173.75 173.75 | X X | | | |
| GU ACHI 279.3 | 1. VICTORIA HOBBS (        ) 2. TIMOTHY L. JOAQUIN (        ) | 139.65 139.65 | X X | | | |
| GU VO 264.5 | 1. DALLAS LEWIS (Nacho Flores) 2. GRACE MANUEL (        ) | 132.25 132.25 | X X | | | |
| HICKIWAN 213.8 | 1. SANDRA D. ORTEGA (        ) 2. LOUIS R. LOPEZ (Delma M. Garcia) | 106.90 106.90 | X X | | | |
| PISINEMO 230.7 | 1. MONICA K. MORGAN (        ) 2. MARIETTA MARTIN (        ) | 115.35 115.35 | X X | | | |
| SAN LUCY 235.6 | 1. GLORIA RAMIREZ (        ) 2. JANA MONTANA (Lorraine M. Eiler) | 117.80 117.80 | X X | | | |
| SAN XAVIER 238.9 | 1. JANICE FELIX (Adam Andrews) 2. DANIEL L.A. PRESTON III (Racheal Vilson-Stoner) | 119.45 119.45 | X X | | | |
| SCHUK TOAK 189.0 | 1. QUINTIN C. LOPEZ (Agnes V. Joaquin) 2. TERESA F. DONAHUE (Alberta Espinoza) | 94.50 94.50 | X X | | | |
| SELLS 547.1 | 1. EVELYN JUAN MANUEL (        ) 2. ARTHUR WILSON (        ) | 273.55 273.55 | X X | | | |
| SIF OIDAK 244.5 | 1. LUCINDA ALLEN (Yolonda Garcia) 2. MARY LOPEZ (Ann M. Garcia) | 122.25 122.25 | X X | | | |
| **TOTAL** | | **3,175.7** | **3,175.7** | **-0-** | **-0-** | **-0-** |

5

**Attachment B: Maps of Cultural Sites on the Tohono O'odham Nation from the Eastern Boundary to the Western Boundary Provided by ASM Archaeological Records Office[5]**



Ali Chuk (Menagers Dam), village located on the Nation's lands on the border.

---

[5] Documented O'odham cultural sites are circled in each map with black outlines.

1



Kom Vo, village on the Nation's lands east of Ali Chuk and west of Papago Farms along the border.



Bailey Peak, west of Papago Farms on the Nation's lands along the border.



South of Papago Farms on the Nation's lands along the border.



La Lesna Mountains to Wolfley Hill on the Nation's lands along the border.



Tecolote, an O'odham ranch on the Nation's lands along the border.

6



San Agustin, ranch west of San Miguel village on the Nation's lands along the border.



San Miguel, village on the Nation's lands along the border where the traditional border crossing is located.

7



Caponera Peak, near Buenos Aires Ranch on the Nation's lands along the border.

**Attachment C: Resources**

Bahr, Donald M. (ed.), *O'odham Creation and Related Events*. University of Arizona Press, Tucson (2001).

Fontana, Bernard L., *Of Earth and Little Rain*. University of Arizona Press, Tucson (1989).

Martynec, Richard, Charles Suhler, Sandra Martynec, Sharlene N. Allday, Duane E. Peter, Cultural Resources Survey/Monitoring of a JTF-6 Action, Tohono O'odham Sector, Arizona, (1991–1992).

Underhill, Ruth M., *Papago Indian Religion*. Reprinted. AMS Press, New York. Originally published 1946, Columbia University Contributions to Anthropology Vol. 33, Columbia University Press, New York (1969).

Winters, Jr., Harry, *O'odham Place Names, Meanings, Origin, and Histories, Arizona and Sonora*. 2nd Edition, SRI Press (2020).