**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| TOHONO O'ODHAM NATION, a federally recognized Indian tribe,<br><br>*Plaintiff,*<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of U.S. Department of Homeland Security; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and ROSARIO VASQUEZ, in his official capacity as Chief of U.S. Border Patrol,<br><br>*Defendants.* | Case No. 26-cv-2127 |

**DECLARATION OF ELDELLDA FRANCISCO**

I, Eldellda Francisco, declare the following on the basis of personal knowledge to which I am competent to testify:

1.      I am a citizen of the Tohono O'odham Nation and a member of the Chukut Kuk District. I adhere to the traditional O'odham religious and spiritual beliefs and customs, and I participate in our ceremonies and observances, as I was taught to do by my mother, my elders, and those who came before us.

2.      To understand the spiritual impact of the border wall, you must first understand that for the Tohono O'odham people, the land is not just where our ceremonies take place—the land itself is sacred.

3.      Our ancestors walked these trails long before there was a border, long before there were fences, gates, or walls. They prayed on these lands, lived on these lands, and were buried on these lands. Their footsteps, prayers, songs, and teachings remain connected to these places. We do not simply visit these lands; we maintain a living relationship with them.

4.      The border wall cuts through more than the desert. It cuts through a spiritual pathway that has connected our people to the Creator since time immemorial.

5.      When our elders can no longer reach sacred places, we lose more than attendance at a ceremony. We lose the opportunity for them to pass teachings to the next generation. When our youth cannot walk the same trails as their ancestors, they lose a direct connection to their history, identity, and spirituality.

6.      For the Tohono O'odham people, the wall is not merely steel in the ground. It is a physical barrier placed across a sacred relationship. Imagine a steel wall being built through the center of a church, a temple, or a cemetery where generations of your family are buried. Then imagine being told that the spiritual loss can be replaced somewhere else. It cannot.

7.      These lands are not sacred because ceremonies happen there. Ceremonies happen there because the lands are sacred.

8.      The spiritual harm is not measured in miles of fencing or the number of people turned away. It is measured in the weakening of a connection that has existed between our people, our ancestors, the Creator, and our lands since the beginning of our history.

9.      The wall does not cut through empty desert. It cuts through prayers that have traveled these lands for countless generations.

2

I declare under penalty of perjury that the foregoing is true and correct.


Dated: June 3, 2026                              /s/ *Eldellda Francisco*
                                                 Eldellda Francisco