## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

<table>
<tr><td>
TOHONO O'ODHAM NATION,<br>
a federally recognized Indian tribe,<br><br>
   *Plaintiff*,<br><br>
 v.<br><br>
MARKWAYNE MULLIN, in his official
capacity as Secretary of U.S. Department of
Homeland Security; RODNEY SCOTT, in his
official capacity as Commissioner of U.S.
Customs and Border Protection; and
ROSARIO VASQUEZ, in his official
capacity as Chief of U.S. Border Patrol,<br><br>
   *Defendants*.
</td><td>
Case No. 26-cv-2127
</td></tr>
</table>

## DECLARATION OF LAIKEN JORDAHL

I, Laiken Jordahl, declare the following on the basis of personal knowledge to which I am competent to testify:

1. I live in Tucson, Arizona. I have worked at the Center for Biological Diversity ("Center") since 2017. My job titles have been Borderlands Campaigner, Southwest Conservation Advocate and National Public Lands Advocate. I have been involved in public lands conservation work since 2011, when I started my career working with the Bureau of Land Management.

2. Before joining the Center, I served as a National Park Service Wilderness Fellow, where I worked with stakeholders to monitor conditions in five national parks and monuments, including Organ Pipe Cactus National Monument and Big Bend National Park, and prepared in-

depth reports assessing threats to wilderness character. My work was published in a series of reports entitled "Wilderness Character Narrative and Baseline Monitoring Assessments" for specific national parks and monuments.

3.      As a Public Lands Advocate with the Center, I have been centrally involved in the Center's work monitoring the government's border wall construction activities along the State of Arizona's southern border, and the environmental impacts of these activities. I have personally visited and observed numerous sites along Arizona's border before, during, and after border wall construction activities have taken place. I am accordingly familiar with and competent to speak to the contents of this Declaration.

4.      On May 22, 2026, I visited the Patagonia Mountains border wall construction project site, approximately 10 miles east of Nogales, Arizona. At the site I took photographic and video drone images of the completed double border wall, additional double border wall and patrol road construction in progress, and associated construction site laydown yard and equipment. I uploaded true and correct copies of these images and video at this weblink, hosted by the Center.
https://www.biologicaldiversity.org/resourcespace/pages/search.php?search=%21collection1676 &k=ec62b7a480.

5.      Available at the following weblink hosted by the Center is drone footage taken by my Center colleagues Russ McSpadden and Alex Olivera, showing sites of completed border wall, border wall and patrol road construction activities, and border wall construction infrastructure, at various locations along the Arizona border identified in each photo's description. I am familiar with the progress of construction of the wall at these locations and can faithfully attest that these images accurately and faithfully portray what they purport to be as

2

detailed by the descriptions provided with each video file.

https://www.biologicaldiversity.org/resourcespace/pages/search.php?search=%21collection1485 &k=325e5dc40d#.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 11, 2026

_____
Laiken Jordahl