**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| TOHONO O'ODHAM NATION, a federally recognized Indian tribe, <br><br> *Plaintiff*, <br><br> v. <br><br> MARKWAYNE MULLIN, in his official capacity as Secretary of U.S. Department of Homeland Security; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and ROSARIO VASQUEZ, in his official capacity as Chief of U.S. Border Patrol, <br><br> *Defendants*. | Case No. 26-cv-2127 |

**DECLARATION OF GARY NABHAN, Ph.D**

I, GARY NABHAN, declare the following on the basis of personal knowledge to which I am competent to testify:

1.　I am a natural resource conservation scientist, desert ecologist, ethnobotanist, and cultural geographer based in Patagonia, Arizona. I am also an Ecumenical Franciscan Brother and serve as a liaison between Indian spiritual leaders and the Franciscan order.

2.　I am the founder and coordinator of Sacred Plants Biocultural Recovery Initiative, which models solutions to deal with challenges to free exercise of religion stemming from globally unprecedented threats to plants utilized for millennia by Indigenous cultures and religious faiths.

1

3.      I received my B.A. in Environmental Biology and Regional Literature from Prescott College in 1974. In 1978, I received an M.S. in Plant Sciences (Horticulture) from the University of Arizona. In 1983, I earned my Ph.D. in Arid Lands Resource Sciences from the University of Arizona, writing my dissertation on the flora and soils of traditional Tohono O'odham farms (or fields) on the reservation and in adjacent Mexico. I completed a two-year program from the Center for Action and Contemplation at the Rohr Institute in 2013.

4.      I have over forty years' experience teaching at Arizona state universities. I am a Research Scientist Emeritus at the University of Arizona and Emeritus of the W.K. Kellogg Endowed Chair in Southwest Borderlands Food and Water Security. From 2000 to 2008, I was a tenured Professor in Environmental Sciences, with a focus on applied Indigenous studies and forestry, at Northern Arizona University. I also served as a Founding Director of Northern Arizona University's Center for Sustainable Environments, which coordinated efforts to preserve natural resources between federal agencies and 12 tribes. From 1986 to 1990, I taught ethnobotany as an adjunct professor at Arizona State University.

5.      I am the author or editor of more than 35 trade and scholarly books and have contributed over one hundred refereed scholarly articles to popular publications and technical journals, many of which focus on the ecology and biology of deserts, including the Sonoran Desert. I am widely considered a pioneering innovator in the collaborative conservation movement in deserts of the world.

6.      I serve or have served as a board member for the Society for Economic Botany and the Society for Conservation Biology, among several other institutions, and as a member of the Congressionally appointed National Parks System Advisory Board and National Plant Germplasm System under both Republican and Democratic administrations.

7.      For my work in these areas, I received a MacArthur "genius" Fellowship, a Pew Foundation Fellowship in Conservation and Environment, a Lannan Literary Award, and Lifetime Achievement Awards from the Society for Economic Botany, the Society for Ethnobiology, and the Society for Conservation Biology, among other honors.

8.      Throughout my career, I have spent significant time studying the ecology and ethnobiology of deserts in southern Arizona and throughout the American Southwest, including the Sonoran Desert. I have more than fifty years of field research on the plant diversity and Indigenous uses of Sonoran Desert vegetation, having accomplished contract work or consulting with the Tohono O'odham, the Hia ced O'odham, the Seri or Comcaac in Mexico, the New Pascua Yaqui, and the Colorado River Indian tribes.

9.      My work with the Tohono O'odham Nation spans nearly 50 years. I began working on the Nation's lands in 1978 through the nonprofit Meals for Millions, which collaborated with the Nation's Health & Human Services and Natural Resources Departments on public health programs, including the Women, Infants, & Children Program. Through this work, I regularly visited 12 to 20 O'odham villages each year to provide affordable, nutritious meals to O'odham families. This commitment was part of my lifelong work to build a movement of food-secure and healthy communities and lands by returning to locally grown and traditional food production.

10.     In the early 1990s, I served as a contracting consultant to the Hia C-ed O'odham Alliance, a non-profit community organization that works to promote cultural awareness, economic development, and greater political representation for the Hia C-ed O'odham community. With the Alliance, I assisted efforts to document over 50 historic rancherias, villages, springs, and sacred sites on- and off-Reservation to collect ethnographic background

information for a legal land rights case.

11.    When the first Trump Administration announced plans to build a wall through the Nation's lands, I collaborated with now-Tribal Chairman Verlon Jose to assess the cultural and ecological impacts of a border wall. Under the direction of four elected O'odham leaders for the Healing the Border Project, I also worked to assess the impacts of border crossing closures and wall construction on access to sacred ceremonial grounds and sacred plants. I additionally assisted Chairman Jose and other O'odham community members with COVID-19 supply deliveries and relief efforts. This work was conducted through Portable, Practical Educational Preparation (PPEP) programs, which aim to improve the quality of rural life and empower people by providing education, training, and practical life skills. Through the personal relationships I built with members of the Nation over half a century, I learned about many aspects of O'odham culture firsthand.

12.    To prepare to write this declaration, I also reviewed existing literature on the subject matter of this declaration. A working list of my references is contained in **Attachment A**. Based on my professional experience, my work with the Nation and time spent on the Nation's lands, my conversations with Nation officials and members, and my review of the literature on O'odham religion, I conclude the following.

13.    The Sonoran Desert is a complex landscape filled with diverse vegetation communities. Each stretch of desert soil contains many layers. Among the most important is the microbiotic or cryptogamic crust ("biocrust"), a sponge-like, protective layer comprising fungi, mold, cyanobacteria, and other living organisms.[1] The biocrust's unique purpose is to hold the soil in place, to foster water retention, and to provide plants with essential nutrients like carbon

---

[1] Belnap, Jayne. The World at Your Feet: Desert Biological Soil Crusts. *Frontiers in Ecology and the Environment*, 1(4), 181–189 (2003).

and nitrogen. The biocrust forms over the course of a human lifetime, taking 80 or more years to solidify and support the full range of biodiversity.

14.    In some corridors, xero-riparian watercourses, springs, and seeps along desert washes fill up with floodwaters and are stored in the soil after thunderstorms. The rich soil and groundwater access in these areas support unique plant and animal life that cannot exist elsewhere in the region. Sacred trees like mesquite and ironwood provide shaded, fertile nursery grounds where some saguaros and other sacred ceremonial plants begin their lives. In other areas with less water, the flora and fauna are more adapted to drier conditions. Each topographic feature within the Sonoran Desert fosters a complex but often fragile habitat, and harm or changes to one species can affect the entire ecosystem above and below ground.

15.    For millennia, the O'odham have considered plants found throughout the Sonoran Desert landscape to be sacred, using them in religious ceremony and illuminating them in O'odham creation narratives and songs. Families and communities gather their sacred plants at specific locations passed down generation by generation for centuries. They move throughout the wider desert landscape according to the seasons and the plants' availability in particularly optimal locations, not at random. When collection takes them far from home, they use the same specific camp sites their ancestors used. O'odham communities located along the lands that are now the international border between the United States and Mexico have traditional gathering places on both sides of the boundary. The community of Menagers Dam, for example, gathers plants within a broad area spanning the border.

16.    There are 28 kinds (species) of sacred plants documented on or around the Nation's border with Mexico. These are listed by their scientific, O'odham, and common English names, along with their uses and the sources of documentation, in **Attachment B**. I am among

the dozens of botanists who have made plant voucher specimens both along the border and within 15 miles north on the O'odham reservation. These are mapped on the Southwest Environmental Information Network "SEINet" website,[2] an online portal that catalogs the flora of the U.S. Southwest and Mexico. Examining data points on this publicly accessible website, I confirmed that at least 25 of the 28 plant species with sacred and ceremonial uses to the O'odham may be in patches (e.g. cacti), stands (e.g. trees), or micro habitats in areas along the border that would be impacted by the proposed border wall construction on the Nation's lands. Some of the 25 confirmed species of plants are rarer and more geographically restricted than others (like saguaros and mesquites). Their relative locations are listed in **Attachment C**.

17.    Beginning in the seventeenth century, Spanish missionaries introduced Christianity to the O'odham. One of the first Catholic masses in O'odham homelands was held at the site on the present-day border currently called Quitobaquito Springs, which seems to have been selected because it was already deemed sacred and used ceremonially by the Tohono O'odham and Hia-ced O'odham.[3] Over the next century, the O'odham syncretized their Indigenous beliefs and rites with those of Spanish Catholicism with the result that today a majority of the O'odham adhere to a form of Sonoran Catholicism that incorporates their indigenous beliefs, values, and practices with those of more mainstream Catholicism (while some maintain their traditional beliefs apart from Catholicism).

18.    Today, both Catholic priests and O'odham *mamakai* (medicine persons) use traditional O'odham sacred plants in O'odham community ceremonies. An example of this is that plants traditionally used by O'odham for purification and as symbols of renewal or

---

[2] https://swbiodiversity.org/seinet/index.php.
[3] Hoy, W. E. A Quest for the Meaning of Quitobaquito. *Kiva*, 34(4), 213–218 (1969), http://www.jstor.org/stable/30247091.

vanquishing evil, such as cottonwood (*Auppa*) and willow (*Ce'ul* or *Komaghi Ce'ul*), are woven into crosses and placed on doors and shrines for the Roman Catholic Feasts and Fiestas of Santa Cruz and San Isidro.

19.    In meetings held at the Vatican, scholars have argued that sacred plants important to the exercise of Indigenous traditions and those used in the Abrahamic religious traditions hold a spiritual equivalency that is confirmed by theological tenets and environmental policies of the Catholic Church, among others.[4] Indigenous spiritual leaders, the Catholic Church, and social scientists apply the same criteria to the sacred plants of Indigenous traditions as are legally applied to those of Christianity and Judaism. Because many O'odham adhere to both traditional and Catholic teachings, their uses of sacred plants for spiritual and ritual needs in both traditions are protected under many legal and theological precedents and even condoned at the highest levels of the Catholic Church.[5]

20.    One of the most sacred plants in O'odham religious tradition is the saguaro cactus, or *Ha:sañ*. In the O'odham creation stories, an orphaned O'odham boy turned into a saguaro. According to one version of the creation story, the boy declared "I will turn myself into a saguaro, so that I may last forever, and bear fruit each summer."[6] As a result, O'odham cosmology treats these plants as sacred, sentient beings that are used as sacraments, in much the same way that Christianity treats blessed bread and wine to be the sacramental Body and Blood

---

[4] *See* Indigenous Peoples' Knowledge and the Sciences Workshop, The Pontifical Academy of Social Sciences, Mar. 14–15, 2024, https://www.pass.va/en/events/2024/indigenous_peoples.html.

[5] "Address of His Holiness Pope Francis to the Participants in the Workshop on 'Indigenous Peoples' Knowledge and the Sciences: Combining Knowledge and Science on Vulnerabilities and Solutions for Resilience," The Pontifical Academy of Social Sciences, Mar. 14, 2024, https://www.pass.va/en/magisterium/francis/2024-14-march.html.

[6] Rea, Amadeo et al. At the Desert's Green Edge: An Ethnobotany of the Gila River Pima. University of Arizona, Tucson (1997); Batsaki, Yota & Anatolia Tchikine, Eds. Plant Humanities, Harvard University Press, Cambridge, Mass. (Forthcoming, 2026).

of Christ.

21.     Saguaros are the primary cactuses used to ferment a sacramental *nawait* cactus wine for the *nawait* rain and *dahiwuak kii* ceremonies. During these ceremonies, which occur at the onset of summer, O'odham sit together and drink saguaro wine to summon the monsoon rains so that O'odham farmers may plant their traditional crops and provide food. Saguaros are essential to the O'odham seasonal cycle of ceremonial practice. Each community harvesting saguaros uses traditional gathering areas passed down through generations. The communities are tied to these cactus populations in spiritual relationship. Just as the Catholic Eucharist, which symbolizes the body and blood of Christ, must be made in a specific way using pure wheat flour and pure, natural grape wine, O'odham communities drink saguaro wine made from specific cacti grown in specific places used by their ancestors for millennia. These practices cannot be performed correctly if they are not done in the traditional way.

22.     Recognizing the cultural and religious significance of saguaros to the O'odham, the federal government took steps to protect the O'odham's access to these plants. In 1937, President Franklin Delano Roosevelt granted O'odham tribal members the right to harvest cactus fruit at the Organ Pipe Cactus National Monument in perpetuity through Presidential Proclamation 2232. Beginning in the 1940s, the U.S. Customs Service (now Customs and Border Protection (CBP)) granted the O'odham freedom to harvest saguaro fruit, along with other sacred cacti such as the organ pipe, along the border and in Mexico. The Nation's members were granted and have exercised more than 85 years of unrestricted access to plants along the border and in Mexico.

23.     In 2021, the Nation's Legislative Council and each of its districts passed resolutions legally confirming the sacred status of the saguaro and declaring that the cactus is

O'odham kin, has "personhood," and should never be harmed or disrespected. Because spiritual injury may occur to those who damage or destroy these plants, they are of particular moral, ethical and spiritual concern within the O'odham belief system.

24.    As described in Attachment C, saguaros are located along the Nation's border with Mexico, including where the proposed border wall will be built. As a result, CBP may need to relocate saguaros from within the border wall's footprint and to create access roads, lay down yards, and work and staging areas. CBP has dug up at least 100 saguaros along the border since 2019, and as many as half did not survive in their new locations.[7]

25.    Based on my knowledge of the biological properties of saguaros, they do not easily relocate. Relocation is especially fatal to older or taller saguaros, which are not likely to survive being uprooted and transported to another location. Under O'odham religious belief, the loss of or harm to even one saguaro is spiritually devastating because it is viewed as losing an O'odham person or kin. The spiritual relationships communities form with specific saguaro populations will also be severed if O'odham are forced to drive to collect cactus fruit miles or hours away during the critically important and short harvest season because of a wall.

26.    Excessive truck traffic or bulldozing of Sonoran Desert soils to build a wall could fragment the critical biocrust and make the desert soil more vulnerable to erosion and depletion from summer floodwaters, wind, and other elements.[8] This would affect the root systems of

---

[7] GAO-23-105-443, Southwest Border: Additional Actions Needed to Address Cultural and Natural Resource Impacts from Barrier Construction, 27 (Sept. 2023), https://www.gao.gov/assets/830/828858.pdf; Tori Gantz, "More than 100 saguaros were transplanted in Trump's rush to build border wall. Many have died," KJZZ (Feb. 14, 2024), https://www.kjzz.org/2024-02-14/content-1871287-more-100-saguaros-were-transplanted-trumps-rush-build-border-wall-many-have-died; Curt Prendergast, "Feds move some saguaros, destroy others for border wall near Lukeville," Tucson.com (Oct. 12, 2019), https://tucson.com/news/local/article_55b96d3f-2caf-5314-9b8a-87ae400103ce.html.

[8] Belnap, Jayne. The World at Your Feet: Desert Biological Soil Crusts. *Frontiers in Ecology and the Environment*, 1(4), 181–89 (2003).

plants (e.g. trees) and make them more vulnerable to toppling. It would also disrupt access to critical nutrients like nitrogen, which are essential for plant growth. Once the living composition of the biocrust is destroyed, it will not resolidify or regenerate within our lifetime.

27.    The construction of a wall or double wall can also change the flow and destination of summer floodwaters, blocking desert washes that rely on this precipitation and flooding dry areas. As a result, excessive flooding in areas that are typically dry can topple or drown plants, while insufficient flow to other areas that are normally wetter would cause plants to starve from insufficient moisture. Xero-riparian landscapes provide one example of the latter scenario. Plants located in xero-riparian watercourses rely on the precipitation that creates this critical and fragile habitat. When rainwater flow is insufficient, species that make up this productive vegetation community will not be able to survive. The destruction of this habitat will set back regeneration and increase mortality within the whole ecosystem, especially plants that rely on trees for shade and composting.[9]

28.    Harm to the desert soil, or to any species of plant, can have lasting impacts on the entire vegetation community on a single strip of land. Because plants rely on each other and the soil for food, shelter, and fertilization in the harsh desert elements, the habitat can quickly be thrown out of balance. These cascading effects can jeopardize traditional plant gathering habitats and camping areas where O'odham have developed spiritual relationships with a multitude of sacred plants over millennia.

---

[9] Nabhan, Gary P. and Carr, John L. eds., *Ironwood: An Ecological and Cultural Keystone of the Sonoran Desert*. Arlington, VA, USA: Conservation International with University of Chicago Press (1994).

I declare under penalty of perjury that the foregoing is true and correct.


Dated: June 13, 2026                          /s/ *Gary Nabhan*
                                              Gary Nabhan

**Attachment A: References**

| |
|---|
| Austin, Daniel F. Baboquivari Mountain Plants. University of Arizona Press, Tucson (2010). |
| Bahr, Donald M. Pima-Papago Ritual Oratory: A Study of Three Texts. Indian Historian Press, San Francisco (1975). |
| Bahr, Donald M. O'odham Creation and Related Events. University of Arizona Press, Tucson (2001). |
| Bahr, Donald M. How Mockingbirds Are: O'odham Ritual Orations. SUNY Press, Albany (2011). |
| Bahr, Donald M., J. Gregorio, D. Lopez & A. Alvarez. Piman Shamanism and Staying Sickness (*Ka:cim Mumkidag*). University of Arizona Press, Tucson (1974). |
| Batsaki, Yota & Anatolia Tchikine, Eds. Plant Humanities, Harvard University Press, Cambridge, Mass. (Forthcoming, 2026). |
| Becerra, Judith, David Yetman, & Exequiel Ezcurra. Elephant Trees, Copal and Cuajlotes. University of Arizona Press (2024). |
| Belnap, Jayne. The World at Your Feet: Desert Biological Soil Crusts. *Frontiers in Ecology and the Environment*, 1(4) (2003). |
| Davis, E.H. The Papago Ceremony of the Vikita. Indian Notes and Monographs, Heye Foundation Museum of the American Indian, New York (1920–1921). |
| Eiler, Jose, Jose, Monti, Nuñez, Nabhan, Polacca & Trujillo (2021). |
| Felger, Richard S. & Felipe Sylvester Molina. Plants and Animals in the Yoeme World: Ethnoecology of the Yaquis in Sonora and Arizona. Desert Institute Press, Silver City NM (2024). |
| Felger, Warren, Anderson & Nabhan (1992). |
| Hoy, W. E. A Quest for the Meaning of Quitobaquito. *Kiva*, 34(4), 213–218 (1969), http://www.jstor.org/stable/30247091. |
| Jones, R. The Wi'igita of Achi and Quitobac. The Kiva 36(4) (1971). |
| Nabhan, Gary P., Rea, A.M., Reichhardt, K.L., Mellink, E. & Hutchinson, C.F. Papago Influences on Habitat and Biotic Diversity: Quitovac Oasis Ethnoecology. *Journal of Ethnobiology*, 2(2) (1982). |
| Nabhan, Gary P. The Desert Smells Like Rain. A Naturalist in O'odham Country (1982). |
| Nabhan, Gary P. *Papago Fields: Arid Lands, Ethnobotany, and Agricultural Ecology (Arizona, Mexico)*. University of Arizona, Tucson (1983). |
| Nabhan, Gary P., Wendy Hodgson, and Francis. Fellows. "A Meager Living in Lava and Sand: Hia c-ed O'odam Subsistence." *Journal of the Southwest* (1989). |
| Nabhan, Gary P. and Carr, John L. eds., *Ironwood: An Ecological and Cultural Keystone of the Sonoran Desert*. Arlington, VA, USA: Conservation International with University of Chicago Press (1994). |
| Nabhan, Gary P. Plant Diversity Influenced by Indigenous Management of Freshwater Springs: Flora of Quitovac, Sonora, in Aridland Springs in North America: Ecology and Conservation. Lawrence E. Stevens and Vicky J. Meretesky, eds. University of Arizona Press, Tucson (2008). |
| Nabhan, Gary P. Working List of Native Plants with Probable or Documented Occurrence Along 62 Mile Border Between Tohono O'odham Nation Reservation Lands & Mexico, Memo to Lorraine Eiler and Austin Nunez of Tohono O'odham Nation (2024). |
| Rea, Amadeo et al. At the Desert's Green Edge: An Ethnobotany of the Gila River |

| |
|---|
| Pima. University of Arizona, Tucson (1997). |
| Underhill, Ruth M., Donald M. Bahr, Baptisto Lopez, Jose Pancho, & David Lopez. Rainhouse & Ocean: Speeches for the Papago Year. University of Arizona Press, Tucson (1979). |

**Attachment B: 2026 Working List of Native Plants with Probable or Documented Occurrence Along 62 Mile Border Between Tohono O'odham Nation Lands & Mexico**

| Scientific name | O'odham name or names | Common English Name | Uses, or inclusions in stories, songs or rituals that can be revealed | Sources of Documentation |
|---|---|---|---|---|
| Agave deserti | A'ud | Desert agave | Used for fermenting sacred "wine," and as an ingredient in face paint used by medicine men (*maakai*). | Bahr (1994); Nabhan (2008). |
| Agave murpheyi | A'ud Nonakam | Hohokam agave | Used for fermenting sacred "wine." | Nabhan (2008). |
| Ambrosia ambrosioides | Ñuñui jeej | Canyon ragweeds, chicura | Used in ceremonial "dry" sweats. | Felger, Warren, Anderson & Nabhan (1992); Nabhan (2008). |
| Anemopsis californica | Waawisa, Vavis | Yerba del manso | Medicinal and scared plant used by medicine men and women to take care of both staying sickness and wandering sickness including fever, impetigo, etc. | Bahr, Gregorio, Lopez & Alvarez (1974); Felger, Warren, Anderson, & Nabhan (2008). |
| Bursera fagaroides | Ko'otidam | Elephant-tree, Copal | Resin-like gum used in smoking and purification. | Austin (2010); Becerra, Yetman, & Ezcurra (2024). |
| Carnegiea gigantea | Haashañ, bahidaj (fruit) | Saguaro | Primary cactus used in fermenting a sacramental *nawait* cactus "wine" for *nawait* rain and *dahiwuak kii ceremonies*; O'odham boy turned into saguaro in Creation narrative; granted sacred personhood by all Tohono O'odham Nation district | Bahr et al. (1994); Bahr (2011); Eiler, Jose, Jose, Monti, Nuñez, Nabhan, Polacca & Trujillo (2021); Nabhan (2008); Rea (1997). |

1

| | | | councils and tribal council in 2021. | |
|---|---|---|---|---|
| Datura discolor | Kotadopi | Desert thornapple, jimsonweed, sacred datura, toloache | Spiritually and physically dangerous hallucinogenic plant used in curing songs, including used in hunting songs by medicine men; avoided by others for fear of becoming entranced even by smelling it. | Bahr et al. (1984); Russell (1908); Nabhan (2008). |
| Descurainia pinnata | Su'uvad | Tansy mustard | In creation narrative after flood; a "fine (tansy) mustard-seed" rain. | Bahr (2001). |
| Fouquieria splendens | Melhog | Ocotillo | Primary building material for sacred roundhouses used in ceremonies. | Underhill, et al. (1979); Rea (1997). |
| Fraxinus greggii | Bitoi | Gregg's ash | Cocoons of *Eupackardia calleta* are deposited on this host plant and used to make ceremonial leg rattles by both Yaqui and O'odham spiritual leaders. | Felger & Molina (2024); *see also* www. speciesconnect.com/interaction/eupackardia-calleta-hostof-fraxinus-velutina/. |
| Fraxinus velutina | Bitoi | Velvet Ash | Also a host for *Eupackardia calleta,* the moth providing cocoons for rattles of pascola dancers. | Nabhan (2008); *see also* www. speciesconnect.com/interaction/eupackardia-calleta-hostof-fraxinus-velutina/. |
| Hymenocallis sonorensis | | Burroweed | This fragrant shrub is used to build the walls of ceremonial round houses used in the *Vi'igita* and *Nawait'iga* ceremonies. | Nabhan (2008). |
| Isocoma acradenia | Tatsagi | Alkali goldenbush, chamisa | Yellow flowers used in *Vi'igita* ceremony. | Nabhan (2008). |
| Larrea tridentata | Shegoi, shegai | Creosote bush, | Blessing wand at burials and water | Felger, Warren, Anderson & Nabhan (1985). |

2

| | | gobernadora greasewood, hediondilla | purifications, medicine. | |
|---|---|---|---|---|
| Neltuma glandulosa | Kui, vihog (pods) | Honey mesquite, Mezquite | Used to build ceremonial roundhouses, firewood used in ceremonies. | Bahr (2001); Felger, Warren, Anderson, & Nabhan (1992). |
| Neltuma velutina | Kui, vihog (pods) | Mezquite, velvet mesquite | Used to build ceremonial roundhouses, firewood used in ceremonies. | Felger, Warren, Anderson, & Nabhan (1992). |
| Nicotiana obtusifolia | O'odham ha-vivga, Ban viiv | Coyote tabaco, desert tabaco, tabaquillo de coyote | Smoked ceremonially by O'odham medicine men to prognosticate where enemies are hidden; in Creation narrative about growing out of grandmother's grave on hilltop near San Pedro village. | Bahr et al. (1974); Felger, Warren, Anderson, & Nabhan (1992); Nabhan (2008); Rea (1997). |
| Peniocereus greggii | Ho'ok wa'o | Desert night-blooming cereus, reina de la noche, zaramatraca | Wand for ho'ok witch-like character in Creation narrative. | Felger, Warren, Anderson & Nabhan (1992). |
| Pleradenophora bilocularis | Hinaheta? | Mexican jumping bean | Host plant for cocoons of *Rothschildia cincta* and *Eupackardia calleta* moth used by pascola and deer dances of both the Yaqui and O'odham | Nabhan (2008). |
| Phragmites australis | Vapk | "Bamboo," carrizo, common reed grass | Possibly the bamboo cane through which the O'odham first emerged. "Bamboo" | Bahr (2001). |

3

| | | | in Creation narrative after Great Flood. | |
|---|---|---|---|---|
| Pluchea sericea | Komahi u'us, u'us kokomadk | Arrow weed | Possibly the bamboo cane through which the O'odham first emerged. Canes used for purification in a 16-day ceremony of an O'odham who killed an enemy. It was also used for sucking out toxins by medicine men and women; "Bamboo" in Creation narrative after Great Flood. | Bahr (2001); Rea (1997). |
| Populus fremontii | Auppa | Alamo, cottonwood | Woven wreaths and crosses for Dia de Santa Cruz and Palm Sunday. | Felger, Warren, Anderson & Nabhan (1992). |
| Salix exigua | Ce'ul | Sauz, Willow | Woven wreaths and crosses for Dia de Santa Cruz and Palm Sunday. | Austin (2010); Nabhan (2008). |
| Salix goodingii | Ce'ul | Sauz, willow | Leafy twigs and branches used in and crosses for blessing houses on Dia de Santa Cruz and Palm Sunday. | Austin (2010); Nabhan (2008). |
| Salix lasiolepsis | Ce'ul Kohmagi | Sauz, willow | Leafy twigs and branches used in and crosses for blessing houses on Dia de Santa Cruz and Palm Sunday. | Austin (2008). |
| Salix taxifolia | Ce'ul | Sauz gris, Yew-leaf willow | Leafy twigs and branches used in and crosses for blessing houses on Dia de Santa Cruz and Palm Sunday. | Austin (2008). |
| Stenocereus thurberi | Chuchuwis | Organpipe cactus, pitahaya dulce | Used in sacred rain ceremonies to ferment *nawait* cactus wine with or separate | Nabhan (2008); Nabhan, Rea, Mellink, Reichhardt & Hutchinson (1992). |

4

| | | | from saguaro for rain ceremonies. | |
| Wislizenia refracta | | Jackass clover | Used in altars or shrines in *Vi'igita* ceremony. | Davis (1921); Nabhan (2008). |

5

**Attachment C: Location of Plants Confirmed Along the Border Between Tohono O'odham Nation Lands & Mexico**

| Scientific name | O'odham name or names | Common English Name | Confirmed along the TO Nation border with Mexico by SEINET |
|---|---|---|---|
| Agave deserti | A'ud | Desert agave | Just N & S of border on W end of reservation. But no dot ON border. |
| Agave murpheyi | A'ud Nonakam | Hohokam agave | No map; found 25 km N of border on E side near Topawa of TO res; 35 km s of border on W side at San Luisito. |
| Ambrosia ambrosioides | Ñuñui jeej | Canyon ragweeds, chicura | On border on W side of TO reservation by ORPI. |
| Anemopsis californica | Waawisa, Vavis | Yerba del manso | On border in Sonoita River drainage; specimen from just below border. |
| Bursera fagaroides | Ko'otidam | Elephant-tree, Copal | Found just N of border on TO Reservation in Baboquivari Mountains at Fresnal Canyon. |
| Carnegiea gigantea | Haashañ, bahidaj (fruit) | Saguaro | Found at Menagers Dam almost on border on W side of TO reservation, and likely all across TO reservation boundary. |
| Datura discolor | Kotadopi | Desert thornapple, jimsonweed, sacred datura, toloache | Found just S of border on W side of TO reservation & likely all the way across to reservation. |
| Descurainia pinnata | Su'uvad | Tansy mustard | Found all across TO reservation and just S of border as well. |
| Fouquieria splendens | Melhog | Ocotillo | Found all across TO reservation and just S of border as well. |

1

| | | | |
|---|---|---|---|
| Fraxinus greggii* | Bitoi | Gregg's ash | Found just E of Baboquivari Mountains near O'odham acorn gathering grounds, should be on TO reservation too. |
| Fraxinus velutina | Bitoi | Velvet ash | Found along arroyos sporadically across TO reservation. |
| Hymenocallis sonorensis | | | Found just E & off TO reservation boundary, S in O'odham oases in Sonora, but can be only where there are springs, LESS PROBABLE on TO border. |
| Isocoma acradenia | Tatsagi | Alkali goldenbush, chamisa | Found on TO reservation N of border and on line E and W of TO boundary, so should be all the way across. |
| Larrea tridentata | Shegoi, shegai | Creosote bush, gobernadora greasewood, hediondilla | Found all the way across TO S boundary. |
| Neltuma glandulosa | Kui, vihog (pods) | Honey mesquite, Mezquite | Probable largely on W side of TO reservation boundary, grading into N. velutina. |
| Neltuma velutina | Kui, vihog (pods) | Mezquite, velvet mesquite | Found all over TO reservation, including along nearly all of TO reservation boundary. |
| Nicotiana obtusifolia | O'odham ha-vivga, Ban viiv | Coyote tobacco, desert tobacco, tabaquillo de coyote | Found all over TO reservation, including along nearly all of TO reservation boundary. |
| Peniocereus greggii | Ho'ok wa'o | Desert night-blooming cereus, reina de la noche, zaramatraca | Found with close kin P. Striatus near Menagers Dam, just a little N of boundary by less than a mile. |
| Pleradenophora bilocularis | Hinaheta | Mexican jumping bean | Found near Menagers Dam just a little N of boundary by less than a mile. |
| Phragmites australis | Vapk | "Bamboo," carrizo, common reed grass | Found all over TO reservation, including along nearly all of TO reservation boundary. |

2

| Pluchea sericea | Komaghi u'us, U'us kokomadk | Arrow weed | Found on TO reservation N of boundary and right on border on far W side, probable several places in washes by TO boundary. |
|---|---|---|---|
| Populus fremontii | Auppa | Alamo, cottonwood | Found on TO reservation near springs, seeps, windmills and in intermittent washes all across TO reservation boundary. |
| Salix exigua* | Ce'ul | Sauz, Willow | Found on TO reservation near springs, seeps, and in intermittent washes all across TO reservation boundary. |
| Salix goodingii* | Ce'ul | Sauz, willow | Found on TO reservation near springs, seeps, and in intermittent washes all across TO reservation boundary. |
| Salix lasiolepis | Komaghi Ce'ul | Sauz, willow | Found on TO reservation on E side near boundary in Baboquivari Mountains. |
| Salix taxifolia | Ce'ul | Sauz gris, Yew-leaf willow | Found on TO reservation on E side near boundary in Baboquivari Mountains. |
| Stenocereus thurberi | Chuchuwis | Organpipe cactus, pitahaya dulce | Found all across S section of TO reservation and in Mexico on both immediate sides of TO boundary. |
| Wislizenia refracta | | Jackass clover | Found just W of TO reservation, but also E along boundary, should be along most of TO reservation near boundary. |
| * All plants in this table are documented on SEINET and confirmed by me to exist along the border within the Reservation's boundaries, except for those marked with an asterisk, which are confirmed to exist along the border near the Reservation but have not been specifically confirmed along the border within the Reservation. | | | |

3