## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

TOHONO O'ODHAM NATION,
a federally recognized Indian tribe,

*Plaintiff*,

v.

Case No.   26-cv-2127

MARKWAYNE MULLIN, in his official
capacity as Secretary of U.S. Department of
Homeland Security; RODNEY SCOTT, in his
official capacity as Commissioner of U.S.
Customs and Border Protection; and
ROSARIO VASQUEZ, in his official
capacity as Chief of U.S. Border Patrol,

*Defendants*.

## DECLARATION OF REBECCA ORTEGA

**DECLARATION OF REBECCA ORTEGA**

1.  My name is Rebecca Ortega, and I am a Realty Specialist with the Tohono O'odham Nation Planning and Economic Development Department. In that role, it is among my responsibilities to maintain an up-to-date understanding of the lands within the Nation's Reservation, including their legal geographic status as reflected in their legal descriptions, and to ensure that the Nation's land data remains consistent with relevant federal land data with respect to lands within the Nation's Reservation.

2.  Based upon my review of the relevant documentation and professional knowledge and experience regarding the ownership and legal status of the Nation's Reservation land base, I can attest that—with the exception of certain isolated allotted parcels, a handful of isolated parcels claimed by homesteaders or other claimants prior to the creation of the Executive Order Reservation, and pre-1955 mineral entries (none of which abut the Reservation's southern border)— all of the lands within the current Tohono O'odham Reservation's boundaries are held by the United States in trust for the Nation as Tribal Reservation trust lands.

3.  I have examined the township, section, and range legal descriptions of the lands listed in President Wilson's Executive Order 2300—Further Reserving Additional Described Lands for Use by the Papago Indians in Arizona, January 14, 1916 ("1916 Executive Order").

4.  I have also examined the township, section, and range legal descriptions of the lands listed in President Wilson's Executive Order 2524—Reserving Certain Lands in the State of Arizona for the Papago Indians in Arizona, February 1, 1917.

5.  As a result of that examination, I have confirmed that the tracts reserved in the 1916 and 1917 Executive Orders are identical except for a roughly six-mile-wide strip of land running roughly east-west across the northern portion of the Reservation, which strip of land is excluded from the 1917 Executive Order (though it was restored by Congress in 1931).

6.  As a result of that examination and by comparison with a physical map dated August 14, 2006 from the Tohono O'odham Department of Natural Resources of the Tohono O'odham Nation overlaid with Bureau of Land Management (BLM) Public Land Survey System (PLSS) data, I am also able to confirm that the following tracts that form the southern boundary of the Nation's Reservation under the 1916 and 1917 Executive Orders are contiguous with the U.S.-Mexico International Border:

T. 19 S., R. 1 W., all.

T. 19 S., R. 1 E., all.

T. 20 S., R. 1 E., all.

T. 20 S., R. 2 E., all.

T. 20 S., R. 3 E., all.

T. 21 S., R. 3 E., all.

T. 21 S., R. 4 E., all.

T. 21 S., R. 5 E., all.

T. 21 S., R. 6 E., all.

T. 22 S., R. 6 E., all.

T. 22 S., R. 7 E., W. 1/2.

7.      To my knowledge, there have been no modifications to the Nation's southern boundary since the August 14, 2006 publication date of the map I reviewed.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 15, 2026

Rebecca Ortega
Realty Specialist
Tohono O'odham Nation