# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

TOHONO O'ODHAM NATION,
a federally recognized Indian tribe,

*Plaintiff*,

v.

MARKWAYNE MULLIN, in his official
capacity as Secretary of U.S. Department of
Homeland Security; RODNEY SCOTT, in his
official capacity as Commissioner of U.S.
Customs and Border Protection; and
ROSARIO VASQUEZ, in his official
capacity as Chief of U.S. Border Patrol,

*Defendant*.

Case No. 26-cv-2127

## DECLARATION OF THOMASA RIVAS

I, Thomasa Rivas, declare the following on the basis of personal knowledge to which I am competent to testify:

1.     I am a citizen of the Tohono O'odham Nation and a member of the Ge Wo'o District, which runs along the southern border of the Reservation in the west. I am 67 years old.

2.     I grew up in my district with my family. We lived near the Menanger's Dam. My family grew crops, and we would buy and trade our crops and goods with others. I grew up working in the fields with my parents. Even though I now live in Tucson, I still return to my home frequently.

3.     My family has an ancestral burial ground which we take care of. Our ancestors are buried there, at a place in the mountains on the southern side of our territory, in Mexico. We

park on the U.S. side and walk across to Mexico to visit this site. We do this every six years. It is important to us that we be able to take care of our ancestors in this way, because our ancestors are part of our connection to our past. They gave us life and gave us the traditions that we continue to follow today. They gave us our way of life. So we must go and offer them our prayers, and pay our respects and our tribute to them, so that they know that they are not forgotten, just as we hope that our future generations will continue to honor and care for us. We continue to honor their ways, because those ways take care of us and help to keep our community together today. We pray for them so that they can continue to take care of us, guide us and help us in our lives today, as we try to take care of each other while honoring our way of life.

4.     We also take care of our relatives when they pass today, and doing so remains a very important part of our culture. Recently, we lost my niece. Like many of our relatives, she was buried in Mexico. We wanted to have a funerary procession for her, like we have always done for many of our lost relatives. But these days, we have to ask permission. We have to give the government a list of those who will cross, and they must all have their identification. Their belongings can be searched. These requirements are a significant burden for many members of our community. When we buried my niece, only a few of us were able to cross.

5.     If there is a border wall, it will be even harder for us to properly honor and take care of our ancestors and our relatives the way that we have been taught to do. When it is time to take our relatives to be buried, or to visit and care for their burial sites, we all want to go and to feel our spiritual connection to them, to remain connected even though they are no longer here with us in the same way. When we travel with them or to visit the place of their burial we want to hold them in our prayers and feel our connection. We do not want there to be a wall separating us

from them. We do not want to pass through a great wall that will make us feel separated from those that we have lost, and from our communities on either side of the border, and from our land which connects all of us.

6.      In my district, there is an important ceremony, the Vígítha ceremony. It is held in July, on the Mexico side of the border, in the village of Quitovac. It is a ceremony of the Eagle. It is also a creation ceremony. This ceremony is where the Buzzard clan and the Coyote clan come together, and each clan has an important role to fulfill in the ceremony. Clan membership comes through the mother's side. My daughters and I are of the Buzzard clan. The men and the women also have their separate roles to fulfill. The ceremony is about our connection to each other, each group and person doing their part to maintain the ceremony as it was given to us, and fulfilling the ceremony in the way that we were told to do by our ancestors is very important to us. The ceremony cannot happen if the clans and the people cannot come together and fulfill their separate roles.

7.      It used to be that everyone from either side of the border would come and attend the ceremony. There used to be only a cattle guard at the border crossing in our district, and everyone would be able to cross, and so they would all come. Because the passage is now more restricted at the border, fewer people can come.

8.      A border wall through our territory, near the site of our ceremonies, will forever change the way that we are able to participate in our ceremonies. The Vígítha ceremony is about coming together, not only as a people but with our land and the plants and animals that are on it. It is central to our beliefs as it shows us that all things are connected. The air, the dust storms, and the waters during the monsoon. These are all connected to us, and a wall will change how the air and the water can move upon the land. It will block the animal migrations. It will block us

3

in as well. The wall is a wall. It will confine us, enclose us. In our tradition our people are not supposed to be confined, to be cut off from each other and from our land and our ancestors. A wall will cut off our spiritual connection between our territory and between one another, and our connection to our ancestors, our ceremonial sites, and our territory. It will dig up our ancestors and destroy our sacred sites. We are connected to our land, and our ceremonies are a part of the land. If the wall is put onto our land, it will destroy this connection to our people and our territory by physically and spiritually cutting through the middle of our communities and separating us from each other. This will damage the connectivity that is the basis of all of our ceremonies.

9.     As a people, we have many ceremonies that involve travel. Our ancestors would make spiritual runs along the salt trail from our village to the salt plains in the south, on the Mexico side of the border. Our ancestors who did this run, who performed this ceremony, laid their prayers into the earth when they ran. Their prayers were put into the Earth, have become a part of the earth. Those prayers are there for us, continue to protect us and guide us today. Our people are sustained by these prayers that our ancestors have laid down for us.

10.     If the government carves up the earth and destroys the trail to put in a wall across our territory, it will be as if they have taken a knife through the flesh of the earth, the flesh of our prayers. It will desecrate the site where our ancestors left these prayers. It will destroy these prayers, the prayers of our ancestors.

11.     Even if we are allowed a gate to cross, this will still affect our ceremonies. Our journeys are spiritual journeys. The journey is our prayer. Our people traditionally did not have any gates or any barriers to cross. We cannot pray in the way that our ancestors prayed if we have to cross through this barrier to do so.

4

I declare under penalty of perjury that the foregoing is true and correct.


Dated: June 11, 2026                                    /s/ *Thomasa Rivas*
                                                       Thomasa Rivas