**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| TOHONO O'ODHAM NATION, a federally recognized Indian tribe, | |
| *Plaintiff*, | |
| v. | Case No. 26-cv-2127 |
| MARKWAYNE MULLIN, in his official capacity as Secretary of U.S. Department of Homeland Security; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and ROSARIO VASQUEZ, in his official capacity as Chief of U.S. Border Patrol, | |
| *Defendants*. | |

**DECLARATION OF MYLES TRAPHAGEN**

I, Myles B. Traphagen, declare as follows:

1.      I have personal knowledge of each fact stated in this declaration, and if called as a witness could competently testify thereto.

2.      I submit this Declaration regarding the Tucson 5 Project, a planned set of border wall projects consisting of approximately 63 miles of primary and secondary border walls on the Tohono O'odham Nation Reservation.

**A.      Background and Qualifications**

3.      I hold a Master of Science Degree in Geography from the University of Arizona and a Bachelor of Arts Degree from the University of California Santa Cruz in Environmental Studies. I conducted research in Hidalgo County, New Mexico, in the extreme southwest corner of the state that borders the Mexican states of Chihuahua and Sonora. This research resulted in my thesis, "Habitat connectivity for the white-sided jackrabbit (Lepus callotis) between the United States and Mexico: The border divides a species."

4.      Since 1996, I have conducted field surveys, inventories, and research along the U.S. and Mexico border region and in Mexico. From 1996 to 1998, I worked for the U.S. Fish and Wildlife Service at San Bernardino National Wildlife Refuge in southeast Arizona, conducting bird surveys, grassland restoration, native fish surveys, monitoring artesian well flows, and the recovery of endangered native Rio Yaqui fish species.

5.      From 2017 to 2026, I worked as the Borderlands Program Coordinator with Wildlands Network, researching and advocating for wildlife corridors and habitat connectivity. This entailed a significant amount of work in both the U.S. and Mexico on projects such as trail camera trapping, mapping, and designing projects for mitigating road and highway impacts and enhancing habitat connectivity. During this period, I mapped the U.S.-Mexico border wall in

1

California, Arizona, and New Mexico, providing geospatial data to members of Congress, numerous NGOs, and media outlets.

6.      Since 2020, I have served as the Science Coordinator for the Malpai Borderlands Group, a consortium of ranchers in southeast Arizona and southwest New Mexico. In this role, I implement research and monitoring projects on wildlife, vegetation, climate and weather monitoring, and fire and grazing and coordinate projects related to conservation in the borderlands of Arizona and New Mexico.

7.      From 2019 to 2023, I was an expert witness for the State of California for a series of lawsuits in the United States District Court for the Northern District of California captioned *State of California et. al., v. Biden et al.*, Case No. 4:19-CV-872-HSG ("*California I*"), *State of California et. al., v. Biden et al.*, Case No. 4:20-CV- 1563-HSG ("*California II*"), *Sierra Club et. al. v. Biden et. al.*, Case No. 4:19-cv-00892-HSG ("*Sierra Club I*"), and *Sierra Club et. al. v. Biden et. al.*, Case No. 4:20-cv-01494-HSG ("*Sierra Club II*"), challenging construction of border barriers on the southern border of the United States. As a component of this work, I provided scientific recommendations to the States, the Department of Homeland Security, and the Department of Justice to provide mitigation recommendations for wildlife, which resulted in the establishment of wildlife passages in the border wall in Arizona and New Mexico.

8.      In 2022, I coauthored and published a peer reviewed publication titled "Spatial models of jaguar energy expenditure in response to border wall construction and remediation" in the journal Frontiers in Conservation Science. The research area was in the Pajarito Mountains, which lie only 10 miles to the east of the Baboquivari Mountains on the Tohono O'odham Nation. Our research found that the border wall cuts off springs and surface water availability for jaguar, therefore requiring them to expend more energy to find water sources.

9.	In 2024, I coauthored and published a peer reviewed publication in Frontiers in Ecology and Evolution titled "USA-Mexico border wall impedes wildlife movement." Using an array of trail cameras on the border, our research concluded that in places where a border wall was built, there was an 86% reduction in the ability of 20 wildlife species to cross the wall. These species included mountain lion, black bear, mule deer, white-tailed deer, pronghorn, javelina, Gould's turkey, and numerous small and medium sized mammals like skunks and rabbits. Large animals, like black bear, deer, pronghorn, and male mountain lions, were stopped by the border wall in 100% of crossing attempts documented.

10.	In 2010 and 2011, I conducted research for the New Mexico Department of Game and Fish to assess the population status of the white-sided jackrabbit in Hidalgo County, New Mexico. The species reaches its northern limit only 15 miles north of the U.S.-Mexico border, in a rural area that has a high rate of Border Patrol vehicle traffic. The results of these surveys estimated the U.S. population to number around 64 hares. Furthermore, survey results suggest that roadkill by the U.S. Border Patrol was a significant factor contributing to a threefold population decline of the hare in less than decade.

11.	From 2022 to 2024, I was an expert witness for the State of New Mexico Attorney General's Office to inventory and evaluate damages caused by border wall construction to State Trust Lands that occurred between 2019 and 2021. My research and analysis in this matter focused on the effect of construction staging areas and grading on State-owned native grasslands leased to private ranchers as grazing lands. The construction activities resulted in the loss of forage and carrying capacity for livestock, as well as the introduction of invasive plant species to the area following construction, most likely brought in by heavy equipment from out of state.

12.	From 2007 to 2014, I was a Bureau of Land Management Authorized Biologist and worked as a consultant on renewable energy projects in California and Nevada, surveying and translocating desert tortoise and inventorying rare plants and wildlife to ensure compliance under the Endangered Species Act and the National Environmental Policy Act.

13.	In 2024 and 2025, I worked with the Tohono O'odham Natural Resources Department and the University of Arizona to deploy a network of trail cameras on the west side of the Baboquivari Mountains on the Tohono O'odham Nation to inventory wildlife occurrence and distribution on the Reservation.

14.	In 2024, I participated in the Sonoran Pronghorn Connectivity project with the Center for Large Landscape Connectivity, which was comprised of a multiagency bi-national working group to assess Sonoran Pronghorn survival and connectivity, including the pronghorn recovery units on the Tohono O'odham Nation. The final report was published in September 2025 and is among the sources that form the basis of my opinion in this Declaration.

15.	I am a member of the Borderlands Jaguar Linkages Group, which works to build and maintain corridors and connectivity for the jaguar and other large mammals in the Southwestern U.S. and northern Mexico. The Linkages Group includes the following organizations: The Northern Jaguar Project, Sky Islands Alliance, Cuenca Los Ojos, Profauna, Biophilia, Borderlands Restoration Network and Wildlands Network. I provide regional scientific expertise to the group, which includes mapping, land use, fire history, and wildlife habitat and connectivity. We maintain a network of trail cameras in both the U.S. and Mexico that monitors wildlife movements between the two countries.

4

**B.      Executive Summary**

16.      The Tucson 5 Project, a planned set of single or double border wall projects consisting of approximately 63 miles of primary and secondary border walls on the Tohono O'odham Nation Reservation, would fragment habitat, block wildlife movement, and damage ecologically critical and culturally sacred areas. These impacts have already been documented in adjacent lands where a border wall has already been built.

17.      Three federally listed endangered species will be severely impacted by border wall construction: jaguar, Sonoran pronghorn, and ocelot. The walling off of the last open migration corridor between the U.S. and Mexico will put an end to the recovery of these rare and endangered species in the United States. See Attachment A for an overview of where and how these species interact with the Nation's Reservation.

18.      Wall construction will consume large quantities of groundwater, alter surface water flow, and affect wildlife dependent on sparse surface water sources. Wells for groundwater are crucial for supplying domestic sources, livestock watering troughs that many animals, like deer and pronghorn take advantage of. The loss of these water sources could result in increased mortality of animals due to dehydration and the inability to reach scarce surface water sources.

19.      Between 2019 and 2021 a groundwater well used for border wall construction adjacent to the San Bernardino National Wildlife Refuge drew an estimated 700,000 gallons per day. Following construction, the artesian wells which fed the pond system at the refuge for the protection of endangered native fish stopped flowing. Solar powered pumps had to be installed on the refuge to keep the water flows running, and several ponds had to be decommissioned because there was not enough water to supply them. A U.S. Fish and Wildlife hydrological study

conducted in 2021 quantified this process. Natural output of water from the artesian springs has not returned to the refuge five years after the groundwater extraction.

20.     Construction activities—blasting, grading, road building, groundwater pumping—will destroy vegetation, increase erosion, displace wildlife, and accelerate invasive species spread. These impacts are consistent with what has already been documented in Organ Pipe, Cabeza Prieta National Wildlife Refuge, San Bernardino National Wildlife Refuge, and other lands adjacent to the Nation.

**C.     Structure of Border Walls and Known Impacts**

21.     The modern design of the border wall, also called bollard or pedestrian fence, is composed of 6-inch diameter and 1/4-inch-thick square steel tubing with columns that are 30 feet tall with 4-inch gaps between each tube. The steel beams are embedded in a 6-foot deep by 2-foot-wide concrete footer trenched into the ground. The deep trenching is known to dramatically increase erosion and mass wasting and has been a source of chronic repair in border wall segments immediately east of the Tohono O'odham Reservation for the last six years. At the top of the structure is a flat 3-foot piece of 1/4 inch sheet metal welded onto the steel bollards to create a slick no-climb surface. The purpose of this structure is to impede all human entry and passage. This also results in the inability of most wildlife to pass through.

22.     The 2024 Arizona study that I co-authored found that wildlife crossings for 20 species observed dropped by 86% where border wall segments were built. For large animals like deer, pronghorn, and black bear, 100% of crossing attempts were blocked by the border wall. See Paragraph 9.

6

**D.    Border Wall Impacts on Jaguar Populations**

**i.        Recovery of Jaguar Populations in the Baboquivari Mountains**

23.    The jaguar (Panthera onca) is a Federally listed endangered species which reaches its northern range in southern Arizona, with a notable occurrence in the Baboquivari Mountains, which form the eastern boundary of the Tohono O'odham Nation. It is the world's third largest cat and ranges throughout most of Mexico, Central America, and South America. After a period of sparse occurrence in the U.S. following a century of overhunting and predator control, the first live jaguar was photographed in 1996 by rancher and professional hunting guide Warner Glenn in the Peloncillo Mountains of southeastern Arizona. Glenn later authored the book "Eyes of Fire" about his encounter with the jaguar. Six months later a second jaguar, the male "Macho B," was photographed in the Baboquivari Mountains by Jack Childs, a professional hunter and author of the book "Ambushed," about his trail camera work that documented this jaguar.

24.    Between 1996 and 2009 Macho B, was repeatedly photographed utilizing the entire length of the Baboquivari range and the adjacent Atascosa Mountains in Pima County of southern Arizona. In 1996, Childs encountered Macho B less than one mile from the Tohono O'odham border. He later tracked him onto tribal land. The Baboquivari Mountains provide rugged, heavily vegetated habitat with low human density that provides secure cover, prey, and refuge. His 13-year residency demonstrates that the landscape between northern Sonora, the Altar Valley, the Atascosa Mountains and the Baboquivari Mountains was permeable, connected, and ecologically suitable for a large carnivore requiring extensive territory. See Attachment B for a graphic description of Macho B's movements.

25.     Since 1996, seven more jaguars have been documented in the U.S. at more frequent intervals. Trail camera videos and photographs of different jaguars taken by the University of Arizona Wild Cat Conservation Center and Sky Island Alliance demonstrate a pattern of documented jaguar habitat in the same historically known locations.

26.     Following these sightings and acknowledging that the jaguar was recolonizing its former range in the US, in 2014 the U.S. Fish and Wildlife Service declared approximately 764,000 acres of land as critical habitat for the jaguar. The designation of critical habitat was composed of six separate units distributed across Pima, Santa Cruz, and Cochise Counties in southern Arizona, and Hidalgo County in southwestern New Mexico. The Baboquivari Mountain unit (Unit 1), shares the eastern boundary of the Tohono O'odham Nation. It encompasses approximately 63,000 acres, and includes the Baboquivari, Saucito, Quinlan, and Coyote Mountains. This westernmost critical habitat unit protects a major rugged mountain corridor heading toward the Mexican border. This is the same mountain range where Macho B, the second live jaguar photographed in the US, was first documented in 1996 by hunter Jack Childs, who followed the jaguar onto the Reservation in the Baboquivari Mountains.[1]

27.     The U.S. Fish and Wildlife Service has determined that the Baboquivari Mountains (Unit 1) contain the essential Primary Constituent Elements required to sustain jaguars in the northwesternmost extent of their range, which include the following physical and biological attributes:

1)  Expansive, Undeveloped Space: Provides vast, contiguous patches of land needed to accommodate the large home ranges and long-distance movements of solitary male jaguars.

---

[1] Relatedly, the 145,000-acre Atascosa critical habitat unit lies about 12 miles to the east of the Baboquivari Unit and was also part of the documented home range of Macho B. The study referenced in Paragraph 8 occurred in the Atascosa Unit, which exhibits similar conditions to the Baboquivari Unit.

2) Rugged Terrain: Features steep slopes, rocky outcrops, deep canyons, and high-altitude ridgelines used for concealment, stalking, and resting.

3) Native Vegetation Cover: Consists of Madrean evergreen oak woodlands and Sonoran desert scrub / semi-desert grasslands that offer essential cover for hunting and shelter.

4) Stable Prey Base: Supports healthy populations of native large and medium-sized mammals, primarily white-tailed deer, mule deer, and javelina.

5) Access to Surface Water: Contains perennial, intermittent, or ephemeral water sources (such as springs, tinajas, and canyon streams) within 20 km (12.4 miles) of each other.

6) Low Human Footprint: Maintains an environment mostly free of major infrastructure, heavy vehicle traffic, and dense human populations that could disrupt animal movement.

7) Border Connectivity: Forms a continuous, unobstructed geographic corridor stretching south to the U.S.-Mexico border, enabling jaguars to travel northward from the breeding population in Sonora, Mexico.

### ii.    The Border Wall Will End Jaguar Migration into Tohono O'odham Lands.

28.    Macho B's case serves as a baseline for understanding the critical habitat that could be irrevocably disrupted by construction of a border wall across the Nation's southern border. The long-term presence of Macho B in the Baboquivari Mountains demonstrates that this region has historically functioned as a viable jaguar corridor, linking Sonora to southern Arizona.

29.    A border wall across the Tohono O'odham Nation, specifically the Baboquivari Mountains, would block the only remaining migratory route between the nascent Arizona jaguar population and the more robust breeding populations in Sonora. In 2021, a 23-mile-long border wall was constructed from the Pajarita mountains to the east, stopping just two miles east of the Tohono O'odham Nation at the southern foot of the Baboquivari Mountains. Currently, a secondary border wall is being constructed in the Pajarita Mountains, Patagonia Mountains, Santa Cruz River, San Rafael Valley, and Huachuca Mountains, with the plan to extend the same primary and secondary border wall system further west across Reservation lands connecting to Organ Pipe Cactus National Monument at the western end of the Reservation. It is

9

the extension of this border wall across the reservation that threatens the continued existence of the jaguar on the Tohono O'odham Nation.

30.    All these locations have repeatedly documented jaguar, but these migration corridors will be rendered ineffective when wall construction is complete. The last remaining unwalled jaguar corridor is the Baboquivari Mountains, half of which lies on the Tohono O'odham Nation. Severing this migratory route would expose animals to excessive energy expenditure while attempting to navigate around the border wall and increased risk of starvation and dehydration because they would not be able to access historical locations for food, water, and shelter. It would also isolate breeding populations, cutting the U.S. population off from the more established and genetically diverse populations in the south. This would render recovery of the species impossible and accelerate regional extinction risk by isolating individuals on either side of the border.

**E.    Border Wall Impacts on Sonoran Pronghorn**

 **i.    Sonoran Pronghorn Population on the Nation's Reservation and Surrounding Territory**

31.    The Sonoran pronghorn (Antilocapra americana sonoriensis), colloquially known in America as "antelope," is a federally listed endangered species endemic to the Sonoran Desert, with a historical range that includes all the current Tohono O'odham Nation. It has been listed since 1967 under the Endangered Species Preservation Act, which predates the Endangered Species Act of 1973. It is also federally listed in Mexico under the equivalent environmental regulation of NOM-059-ECOL-1994. A truly bi-national species, it ranges between the U.S. and Mexico with a roughly even distribution between the two countries.

32.    Mexico and the United States have collaborated for decades on a binational recovery plan. The species nearly went extinct in 2002, when its numbers dropped to just 21

individuals following severe drought conditions. The lack of connectivity between herds, largely due to roads and other barriers, impeded the ability of the animals to find suitable habitat, forage (green vegetation), and water availability. Despite being the second fastest land animal on earth with an ability to travel great distances, the species is at great risk due to a severe prolonged drought, habitat fragmentation by roads and border barriers, and genetic bottlenecks due to a low population size that contributes to inbreeding depression. The border wall would compound these factors greatly.

33.     Approximately 460 animals live in three management units in Arizona, with a total target population of 525. The target population is the number of animals that are deemed necessary to maintain a viable population, and acts as the official recovery milestone needed to remove the endangered Sonoran pronghorn from the Endangered Species Act list. Because border fences and major highways isolate United States and Mexican herds, wildlife managers set target numbers for individual "recovery units" to protect genetic diversity across their entire habitat. Each management unit has a target population that is based upon the size and predicted carrying capacity of the unit. Meeting this population goal prevents the herd from shrinking to levels where inbreeding and high fawn mortality threaten extinction.

34.     One of the three management units, Sauceda, is on the Tohono O'odham Nation. This unit has been assigned a target population number of 150 individuals. However, 2023 survey data indicate that only 37 individuals occupied the unit at that time. With the population level being so far below the target, this population is extremely vulnerable to risk of local extinction, particularly because it does not have adequate connectivity to the adjacent Cabeza unit.

11

35.      The Quitovac Sonoran pronghorn management unit in Mexico lies less than 20 miles south of the Tohono O'odham Nation. In 2023, 449 animals were reported (with a target of 450), which suggests that this population is robust, and has the potential to contribute animals to the Sauceda population on Tohono O'odham lands. Maintaining an unbroken corridor and connectivity between the Quitovac unit in Mexico and the Sauceda unit is therefore a vital linkage for the survival of the small population that exists on the reservation and represents one of a few remaining opportunities for the species to reoccupy its former range on the reservation and throughout the region.

ii.      **Survival of the Sonoran Pronghorn will be severely impacted by construction of a border wall on the Nations' Reservation.**

36.      If a 30-foot steel wall is built across the reservation, the impacts on the Sonoran pronghorn will be severe for three main reasons:

37.      **Severing the Gene Pool**: The Sonoran pronghorn is a critically endangered subspecies. Animals with low populations are inherently at risk of inbreeding depression. For decades, intensive conservation efforts in Arizona (at the nearby Cabeza Prieta National Wildlife Refuge and Organ Pipe Cactus National Monument) and in Sonora, Mexico, have worked to save them from extinction. The pronghorn rely on crossing the border to access greater genetic variety and thereby prevent inbreeding depression. A physical wall permanently divides the U.S. and Mexican populations, greatly impacting the population's access to genetic diversity critical to its continued viability.

38.      **Blocking Climate Adaptation**: The Sonoran Desert is a dynamic, unpredictable environment where rainfall occurs sporadically in both space and time. Pronghorn survive by being nomadic because they track localized monsoon rainstorms across vast distances to find forage and seasonal water holes. If a drought strikes Arizona, the herd may migrate south

12

into Sonora where it might have rained, and vice versa. Cutting their available habitat use in half deprives them of available options, leaving the segregated populations on either side of the barrier highly vulnerable to starvation or dehydration. The past five years have been the hottest and driest conditions in recorded history in the region. Disrupting the population's ability to roam in search of more viable territory under such conditions imposes significant risks to the populations' continued viability.

39.     **Groundwater and surface water use**: Building a border wall, and in this case potentially a double-wall system, requires hundreds of thousands, if not millions, of gallons of groundwater per day to mix concrete and suppress dust. At the San Bernardino National Wildlife Refuge east of the reservation, 700,000 gallons of groundwater per day was extracted for border wall construction in 2020, and the artesian wells that flowed for thousands of years in the San Bernardino valley ceased to flow. Solar powered pumps had to be installed, and since then the wells of the refuge have been "on a ventilator."

40.     For over 50 years, intensive efforts have been applied to the recovery of the Sonoran pronghorn. It is a binational and multi-agency effort in which tens of millions of dollars have been spent on its recovery, yet the species is suffering the proverbial "death by a thousand cuts." Habitat fragmentation by highways, fences, and border barriers has been a large cause of the species' decline. The construction of the border wall at Cabeza national wildlife refuge, the core of its habitat in the region, has further exacerbated fragmentation. More frequent and hotter drought conditions have been a continued stress on the pronghorn, and this new normal is showing no signs of abating. The population of Sonoran pronghorn on the reservation is the smallest of the recovery units and one of the most vulnerable. They have very few options, and the construction of a border wall across tribal lands will further reduce any opportunities it has

13

towards a healthy recovery. The loss of this charismatic and iconic species for the Tohono O'odham people will be felt for generations to come. If the effects of the proliferation of highways and fences, which function similarly to border barriers, is any indicator of what to expect for the pronghorn in the future, then there is a monumental risk that the construction of a border wall across the U.S.'s southern border could doom the species to extinction in its historical range on Tohono O'odham lands.

**F.      The Tohono O'odham Nation can provide habitat for Ocelot.**

41.      Ocelots were once widespread across southern Arizona but are now exceedingly rare. Most ocelots found in Arizona are believed to disperse northward from breeding populations in the Mexican state of Sonora. The northernmost documented breeding population for ocelot occurs 30 miles south of the U.S.-Mexico border within roaming range of the Reservation and was documented by retired U.S. Fish and Wildlife Service Biologist Jim Rorabaugh, who published a paper on this population in 2020, titled "Ecology of an ocelot population at the northern edge of the species' distribution in northern Sonora, Mexico."

42.      In 2024 an ocelot was photographed in the Pajarito Mountains, which, not coincidentally, was in the Atascosa jaguar critical habitat unit, less than 20 miles to the east of the Tohono O'odham reservation. This same ocelot has also been photographed in the Patagonia Mountains, Whetstone Mountains, and Santa Rita Mountains, demonstrating that wildlife corridors between these ranges remain active. Researchers determined that this ocelot traveled at least 111 miles between these mountain ranges, making this the longest documented movement by an ocelot in the United States. See Attachment C-Ocelot. Figure from Harrity, E. & Ragan, K., "One small cat and 178 kilometers: longest-known displacement movement by an endangered ocelot (Leopardus pardalis)." *Therya Notes*, 7(1), 51–57 (2026).

14

43.     The cultural connection to the ocelot is strong for the Tohono O'odham. In 2026, youth from the Nation's San Xavier District participated in a community process to name this ocelot, choosing "Himdam" an O'odham word meaning "traveler" to acknowledge his wide-ranging journey across the borderlands. Tribal youth worked with O'odham language speakers and conservation groups to select the name, reflecting the strong connection between wildlife conservation and cultural heritage.

44.     A double border wall system is being constructed 30 miles north of the northernmost ocelot breeding population in Mexico. Given the fact that Himdam was documented traveling 111 miles, with a portion of that journey only occurring 12 miles southeast of the reservation, it is likely that Tohono O'odham lands could provide an alternative migration corridor between Mexico and the U.S. for ocelot such as Himdam, particularly once other viable corridors have been cut off by border wall construction and other barriers.

**G.   Conclusion**

45.     A border wall on the Tohono O'odham Nation would have significant ecological consequences because the reservation encompasses some of the most intact, unwalled wildlife habitat remaining along the U.S.–Mexico border. Many species depend on the ability to move freely across the international boundary to find food, water, mates, and seasonal habitat. A border wall will fragment these habitats, isolate wildlife populations, and reduce genetic diversity by preventing animals from dispersing between populations in Arizona and Sonora.

46.     Species that would be most affected include the endangered Sonoran pronghorn, which relies on large expanses of open desert and must move long distances during droughts to locate forage and water, and the jaguar and ocelot, which disperse north from Mexico into Arizona. These rare and endangered wildlife will lose access to critical habitat and

movement corridors. But it is not just the rare and threatened species that will suffer if a wall is built. The common resident wildlife, such as desert bighorn sheep, mule deer, black bears, mountain lions, javelinas, and numerous smaller mammals and reptiles, will also experience reduced connectivity across the landscape and be deprived of their basic needs and resources to fulfill their life cycles.

47.      Beyond restricting movement, border wall construction will damage sensitive desert habitats through road building, vegetation clearing, increased erosion, and disruption of natural water flows. The Sonoran Desert experiences intense seasonal rains, and walls are barriers that trap debris and alter drainage patterns, potentially causing localized flooding and habitat degradation. Artificial lighting, increased vehicle traffic through the Nation, and human activity associated with wall infrastructure will further disturb wildlife behavior and reduce habitat quality.

I swear under penalty of perjury that the foregoing is true and correct.

Dated:  June 16, 2026

Myles B. Traphagen
_____
Myles B. Traphagen

16

# ATTACHMENT A

Map legend and labels:

- Phoenix, Mesa, Casa Grande, Tucson, Green Valley, Sierra Vista, Nogales, Magdalena de Kino, Santa Ana
- Sonoran Desert NM, Ironwood Forest NM, Organ Pipe Cactus National Monument
- Sauceda Sonoran Pronghorn Unit (37 animals)
- Tohono O'odham Nation
- San Xavier District
- Baboquivari
- Whetstone
- Patagonia
- Atascosa
- Planned Border Wall- 63 miles
- Quitovac Sonoran Pronghorn Unit (449 animals)
- Macho B movement between critical habitat units
- Mexico
- Rancho El Aribabi Breeding Ocelot Population

Scale: 0 — 15 — 30 Miles

Legend:
- Existing Border Wall (red line)
- Wall Under Construction (black line)
- Federal Lands
- Jaguar Critical Habitat — Baboquivari
- Mexico Preserves

CONANP, Esri, TomTom, Garmin, FAO, NOAA, USGS, Bureau of Land Management, EPA, NPS, USFWS

This map is for illustrative purposes only. Sonoran pronghorn unit polygons have been simplified for ease of clarity and do not represent exact boundaries. For actual legal descriptions see U.S. Fish and Wildlife Service. 2016. Recovery Plan for the Sonoran pronghorn (Antilocapra americana sonoriensis), Second Revision. U.S. Fish and Wildlife Service, Southwest Region, Albuquerque, New Mexico, USA.

Appendix A- Overview

# ATTACHMENT B



Appendix B- Detail

Jaguar Macho B range in proximity of Tohono O' odham Nation 1996-2009

# ATTACHMENT C

# Appendix C- Ocelot



**Figure 1.** Four detections of the same male ocelot (*Leopardus pardalis*) in four different mountain ranges in Arizona, USA during 2024 and 2025. White dots represent detection locations and dashed lines represent simplified movements between detections. Rancho El Aribabi (black dot) is home to the northernmost breeding population of ocelots in Sonora, MX. Pedestrian walls (shown in red) are steel bollard-type walls between 5.5 - 9.1 m tall and with interstitial spaces averaging ≤ 10 cm. Yellow indicates where construction of pedestrian walls was announced or initiated in 2025. Vehicle barriers (shown in blue) are variable structures designed to stop vehicle but not pedestrian traffic.