**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| TOHONO O'ODHAM NATION, a federally recognized Indian tribe, <br><br> *Plaintiff*, <br><br> v. <br><br> MARKWAYNE MULLIN, in his official capacity as Secretary of U.S. Department of Homeland Security; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and ROSARIO VASQUEZ, in his official capacity as Chief of U.S. Border Patrol, <br><br> *Defendants*. | Case No. 26-cv-2127 |

**DECLARATION OF JOHN ROBERT WELCH, Ph.D**

I, JOHN ROBERT WELCH, declare as follows:

1.     The facts set forth in this declaration are based on my personal knowledge and professional experience and, if called as a witness, I can competently testify thereto under oath.

2.     I am a tenured full professor in the Department of Archaeology at Simon Fraser University in British Columbia, Canada. I have advanced through the faculty ranks to this position since my 2005, pre-tenured appointment as a Canada Research Chair in Indigenous Heritage Stewardship. I teach courses, supervise graduate students, and maintain research and outreach programs centered on the advancement of knowledge concerning Indigenous People's responsibilities for taking care of culturally significant places, belongings, and traditions.

3.     My peer-reviewed publications since 2020 have, among other topics, provided

1

expert recommendations for improvements to cultural landscape studies, to cultural resource damage assessments, to inter-regional trails investigations, and to geoforensic studies in support of archaeological resource crime investigations. I have also published recently on treaty rights in relation to proposed alterations to Indigenous lands and on appropriate nomenclature for petroglyphs and pictographs. My curriculum vitae is included as **Attachment A** of this Declaration.

4.    I serve as the vice-president for preservation and collaboration at the nonprofit Archaeology Southwest, a position that has become the vehicle and context for most of my research and outreach. Since joining Archaeology Southwest in 2018, my duties have grown to include supporting programs that provide technical assistance and training to Tribes in the implementation of the Native American Graves Protection and Repatriation Act (NAGPRA) and the Archaeological Resources Protection Act (ARPA). I am also responsible for advocating for the protection of imperiled heritage sites and landscapes and for stewarding Archaeology Southwest's 23 small preserves, each of which protects one or more culturally significant places. The position entails supervision of a diverse team of archaeologists and museum specialists and collaboration with about a dozen Tribes, including the Tohono O'odham Nation (Nation), and another dozen or so governmental and non-governmental organizations, including the U.S. Bureau of Indian Affairs, the Conservation Lands Foundation, and The Nature Conservancy.

5.    I have a lifelong interest in the natural and human history, geography, and management of the American Southwest. I earned a master's degree and a PhD in anthropology from the University of Arizona, Tucson in 1985 and 1996, respectively. My dissertation research was on White Mountain Apache Tribe land and on how ancestral Hopi and Zuni communities present there in the 1200s and 1300s shifted toward reliance on farming. That research and my

work with Apache crews as a wildland firefighter laid foundations for my career at the interface of resource stewardship and related Indigenous values, interests, and preferences.

6.    I am a registered professional archaeologist (RPA 10027) and have worked in the field for 42 years. From 1984 to 1989, I worked for the University of Arizona, where I helped train students and conduct archaeological excavations and site surveys as part of the Summer Archaeological Field School at Grasshopper, White Mountain Apache Tribe land. I was employed by Statistical Research (1990–1993), a private consulting firm, to direct research into ancient farming and land use in the Tonto Basin and Lower Verde areas, both in central Arizona.

7.    Beginning around 1986, while a graduate student at the University of Arizona, I started visiting the Nation's landscapes and archaeological sites and learning about O'odham history and land use. I was intrigued by southern Arizona's culturally infused landscapes, by the reports of archaeological excavations I studied in my coursework, and by remote tracts of the Sonoran Desert on the Nation's land, located only about an hour's drive west from the University of Arizona. My graduate studies included instruction and encouragement from the late archaeologist Emil Haury, the most prominent Arizona archaeologist of the 1900s, and a close student of O'odham lands and histories.

8.    My expanding interests in southern and central Arizona lands and archaeologies led me to employment in 1992 by the U.S. Department of the Interior at the Safford District Office of the U.S. Bureau of Land Management. Late in 1992 I transferred to the U.S. Bureau of Indian Affairs (BIA), where I served as the Fort Apache Agency Archaeologist (1992–2005) and, beginning in 1996, as the White Mountain Apache Tribe's historic preservation officer (THPO). In those years of "reinventing government," a policy promulgated by the Clinton White House to boost intergovernmental cooperation, the agency and the Tribe collaborated to create

3

efficiencies by adopting shared practices for integrated compliance with federal laws and tribal policies. Local adoption of this federal policy afforded truly unprecedented opportunities for the Fort Apache Agency of the BIA to serve the Tribe's interests and for me to provide technical assistance in pursuit of a broad spectrum of cultural resource initiatives.

9.      Although my THPO duties focused on protecting archaeological and cultural sites from economic and community development projects, the Tribe and BIA also entrusted me with proactive preservation and adaptive reuse of highly significant places, especially the Cibecue Lutheran Mission Chapel, Grasshopper Pueblo, and the two national historic landmarks owned and cared for by the White Mountain Apache Tribe, Fort Apache and Kinishba Pueblo. My THPO works also extended to working relationships with multiple Tribes' elected and cultural leaders, including the Nation's, to implement statutes intended to protect and assure respectful treatment of ancestors, cultural belongings, and sites. These statutes included NAGPRA, the National Historic Preservation Act (NHPA), the National Environmental Policy Act (NEPA), the American Indian Religious Freedom Act (AIRFA), and associated federal statutes, regulations, and policies. My THPO position allowed me to train Apache scholars and technicians and to support establishment of other tribal historic preservation offices, including the Nation's and the San Carlos Apache Tribe's.

10.     My sustained participation in intertribal collaborations featured opportunities to receive guidance from many venerable elders, including the late cultural preservationist Joseph Joaquin, who directed the Nation's NAGPRA efforts through the 1990s and most of the 2010s. Mr. Joaquin helped set the pace and tone for intertribal responses to major land alteration projects and NAGPRA initiatives. Further, Mr. Joaquin demonstrated the benefits of integrating academic and community scholarship to advance interests shared by the Nation and other Tribes.

4

My THPO duties required me to listen carefully to Apache, O'odham, Hopi, and Zuni historians and cultural leaders and to facilitate plans for mobilizing the knowledge they shared. This work influenced my knowledge of the Nation and its lands and my enduring commitments to using archaeological knowledge and perspectives to obtain recognition for Tribes' right to safeguard, control, and make appropriate use of their cultural resources, often including the land itself.

11.    Archaeology Southwest, my employer since 2018, has collaborated with the Nation since at least 1999. The Archaeology Southwest mission embraces efforts to document, assess the significance of, protect, and share appropriate information about archaeological and cultural resource sites and landscapes meaningful to the Nation and its members. This definition of cultural resources includes traditional cultural landscapes and sacred sites. As one example of this type of work, beginning in 2000, Archaeology Southwest enlisted a group of the Nation's historians and cultural specialists in a multi-tribal assessment of the San Pedro Valley, the eastern edge of O'odham Jeweḍ, which is the blanket term for the territory under O'odham control and use at the time of Euroamerican contact. The San Pedro Valley is a remarkably intact cultural landscape of villages, farms, trails, and resting places. I served Archaeology Southwest as an unpaid advisor and "humanities scholar" for this project and helped facilitate field visits, consultations, and follow-up research with various collaborators. The most prominent result of the project is the widely cited 2006 book, *History Is in the Land.*[1] The work also catalyzed ongoing projects, including an effort I am currently leading to obtain a formal determination of eligibility for listing the entire San Pedro Watershed in the National Register of Historic Places as a traditional cultural place because of its deep and continuing significance in Apache, Hopi,

---

[1] Ferguson, T. J., and Chip Colwell-Chanthaphonh. 2006. *History Is in the Land: Multivocal Tribal Traditions in Arizona's San Pedro Valley*. University of Arizona Press, Tucson. https://uapress.arizona.edu/book/history-is-in-the-land.

O'odham, and Zuni cultures.

12.    Upon joining Archaeology Southwest, when the first Trump Administration began pursuing the construction of barriers along the U.S. border with Mexico, I reacquainted myself with ethnographic and archaeological evidence for O'odham religious practices that might be interrupted or impaired by the construction of a border wall along the southern border of the Nation's Reservation. My familiarity with published sources of information, along with my past and current experiences working with the Nation's officials, provide the basis for my opinions in this declaration.

13.    For the O'odham, the Sonoran Desert is more than just a physical expanse of mountains, valleys, and watercourses—it is a living sacred landscape. The natural landforms that populate the Nation's land, including mountains, washes, hills, springs, and the Gulf of California (Sea of Cortez) to the south, are visual landmarks that embody and relate O'odham creation stories, pronounce and reaffirm the spiritual order, and mark and preserve pathways carved by the O'odham through religious practice over millennia. The sacred landscape is not just a backdrop upon which the O'odham practice their religion; it is an essential and living participant in and conduit for these rituals. The O'odham landscape is both source and destination for essential, inveterate efforts to sustain spiritual balance and harmony at the individual, collective, and cosmological levels. This balance is best encapsulated as the O'odham Himdag, perhaps best understood by English speakers as *way of life* or *worldview*.

14.    O'odham believe that Himdag must be maintained in thought, word, and action in relation to all persons and elements of the natural world, and that some illnesses emerge from imbalances resulting from individual or group spiritual transgressions. One type of illness, "staying sickness," is different from illnesses that "wander" and are thus shared by and with

other people. O'odham medical practitioners are also religious leaders and specialize in making diagnoses of the causes of sickness and typically trace staying sickness to the "strength" of powerful non-human entities, such as plants, animals, or minerals that have been offended by human action.[2] O'odham "contract [staying] sicknesses because they have behaved improperly toward a dangerous object which was endowed with dignity at the time of creation." Among the cures for staying sickness prescribed by the medicine man or woman is a pilgrimage to the south to find and make amends with the offended being or object in its home.[3]

15.     Himdag has limitless spiritual, cultural, and physical implications and manifestations. Archaeological evidence from the Gila River Valley west of its confluence with the Salt River and south to the Rio Sonora reflects this framing of the O'odham worldview and provides many clear material indications of centuries-old, religiously infused practices linking areas and peoples north and south of the current international boundary. It is noteworthy that the Tohono O'odham landscape south of the Gila River is structured by north-south trending mountain ranges, valleys, and stream channels. Ancient trails conform to this overall landscape structure by aligning and connecting population and agricultural areas in the north to the Sea of Cortez.[4]

16.     Early anthropological studies of O'odham culture and religion confirm that people living in residential and agricultural areas to the north of the current international boundary

[2] Bahr, Donald M. 1983. Pima and Papago Medicine and Philosophy. In *Southwest*, edited by Alfonso Ortiz, pages 193–200. Handbook of North American Indians, vol. 10, William C. Sturtevant, general editor. Smithsonian Institution, Washington, D.C. Pages 195–198.
[3] Bahr, Donald M., Juan Gregorio, David I. Lopez, and Albert Alvarez. 1974. *Piman Shamanism and Staying Sickness (Ká:Cim Múmkidag).* (Donald M. Bahr, Anthropologist; Juan Gregorio, Shaman; David I. Lopez, Interpreter; Albert Alvarez, Editor). University of Arizona Press, Tucson. Page 22.
[4] Hayden, Julian D. 1972. Hohokam Petroglyphs of the Sierra Pinacate, Sonora, and the Hohokam Shell Expeditions. *The Kiva* 37(2):74–83. Erickson, Winston P. 1994. *Sharing the Desert: The O'odham in History*. University of Arizona Press, Tucson.

maintained integral connections to other human communities and to physical and spiritual resources to the south. The single most critical resource of the south is water, with the majority of life-sustaining precipitation on O'odham land originating from the Sea of Cortez. Traditional O'odham religion prominently features prayers and rituals to sustain access to rain spirits and maintain the pathways for summer monsoon and winter rains needed to support desert life. Traditional healers—medicine men and women—use other prayers and rituals to maintain broadly similar spiritual pathways from the south as means for accessing the essential powers of plants, animals, minerals, and landscape elements of the natural world, the medicine required to cure illnesses by restoring balances disrupted by disrespectful actions or other affronts to powerful beings.[5] Also intrinsically linked to the south are salt flats along the shores of the Sea of Cortez. Enigmatically, while these distinctive coastal features provide almost no habitat for plants or animals, the dietary supplement they provide was critical to O'odham life through much of the 1900s. As discussed below, the salt flats continue to serve as the objective for the spiritual initiation pilgrimage for O'odham boys and, for some O'odham religious adherents, as the final destination for spirits of deceased community members.

17.    Among the most elaborate and widely practiced O'odham rituals is the centuries-old Wi:gita Ceremony (also Vikita, Navai't, or Wine Ceremony). The Wi:gita Ceremony marks the beginning of the O'odham annual calendar and attracts participants from communities across O'odham land to acknowledge and rejoice in the commencement of the monsoon summer rains. The most sacred and possibly original location of the Wi:gita Ceremony is the village of Quitovac, Sonora, Mexico, located directly south of the Nation's Arizona trust lands.[6] Many of

---

[5] Bahr 1983, *supra* note 2.
[6] Davis, Edward H. 1920. The Papago Ceremony of Víkita. *Indian Notes and Monographs* 3(4). Museum of the American Indian, Heye Foundation, New York.

the Nation's citizens seek to participate in the Wi:gita whenever it is observed in Quitovac.

18.    When the time comes to host the Wi:gita, O'odham men traditionally run to invite neighboring villages. The ceremony entails several days of dancing, singing, reenactment of O'odham creation stories, and celebration of the annual harvest of saguaro cactus (Carnegiea gigantea) fruit through the drinking of fermented saguaro fruit juice.[7] Participants "sit and drink" the wine, singing and speaking supplications to rain spirits.[8] Some of these ritual orations lament the "dry and pitiful" condition of land in need of rain. Speakers may also describe a runner's journey to a distant "rainhouse" that is replete with "winds, clouds, and seeds" with the goal of convincing the wind to bring the rain and nourish land to the north.[9]

19.    Far more than an isolated rain or harvest ritual, the Wi:gita Ceremony is best understood as a mechanism for maintaining and reaffirming the O'odham Himdag and the Nation's unity and sovereignty across vast distances. Has:an (saguaro) are sacred to O'odham and their natural distribution defines the outer limits of O'odham land and resource use. In 2021, the Nation's Legislative Council passed Resolution 21-137, declaring that "the Tohono O'odham and sister O'odham tribes, hold the Ha:san in the highest regard and consider the Ha:san as an O'odham person."[10] Saguaro National Park, near Tucson, prohibits the removal, alteration, or consumptive use of any natural or cultural resource, but formally recognizes and supports

---

[7] Toupal, Rebecca S., Henry F. Dobyns, and Richard W. Stoffle. 2006. Traditional Saguaro Harvest in the Tucson Mountain District, Saguaro National Park, Final Report. Bureau of Applied Research in Anthropology, University of Arizona. https://npshistory.com/publications/sagu/tmd-saguaro-harvest.pdf. Underhill, Ruth M. 1946. *Papago Indian Religion*. Columbia Contributions to Anthropology Vol. 33. Columbia University Press, New York. Pages 41–67.

[8] Underhill, Ruth M., Donald M. Bahr, Baptisto Lopez, Jose Pancho, and David Lopez. 1979. *Rainhouse and Ocean: Speeches for the Papago Year*. University of Arizona Press, Tucson. Page 24.

[9] Underhill et al. 1979, *supra* note 8. Pages 24–28.

[10] Tohono O'odham Legislative Council. 2021. *Resolution of the Tohono O'odham Legislative Council (Recognition and Protection of the Sacred Ha:san)*. Resolution no. 21-137.

O'odham traditional cultural and religious rights to harvest saguaro fruit on land managed by the U.S. National Park Service (Park Service). Also in 2021, as part of ongoing commitments to perpetuate O'odham cultural and religious traditions, the Nation repatriated a suite of Wi:gita regalia, including dancer headdresses and other ceremonial objects used in the early 1900s and held at the American Museum of Natural History.[11]

20.   The Sitting Ceremony is a mourning ritual to commune with the recently departed and to foster grieving and healing among the living. In this ceremony, O'odham sit with deceased family members or friends for a period of structured, collective grief, in part to facilitate the spirit's final journey southward, along a route parallel to that taken by participants on the Salt Pilgrimage (described below).[12] Josiah Moore, a Tohono O'odham Nation citizen, suggests that Himdag itself has a longitudinal alignment, in that O'odham once "moved seasonally on a north-south axis to various springs, wells, streams, grazing areas and religious and cultural sites between what now is Arizona and Sonora."[13]

21.   The Salt Pilgrimage is a diversely documented O'odham religious practice. Carl Lumholtz participated in an O'odham Salt Pilgrimage around 1910, referencing the trip as the "annual salt expedition to the gulf" from O'odham land to the north.[14] Lumholtz describes stops along pilgrimage routes at water sources and spiritually meaningful landmarks, noting religious

---

[11] AMNH 2021. Tohono O'odham Nation Repatriation. https://www.amnh.org/research/anthropology/news-events/tohono-oodham-nation-repatriation.
[12] Underhill, Ruth M. 1939. *Social Organization of the Papago Indians*. Columbia University Contributions to Anthropology, No. 30. Columbia University Press, New York.
[13] Letter from Josiah Moore to Ms. Ruth Ann Meyers, District Director, Immigration and Naturalization Services, 4 February 1987, Morris K. Udall Papers, MSN 325, box 675, folder 13, University of Arizona Library Special Collections, Tucson. Quoted in Schulze, Jeffrey. 2018. *"Are We Not Foreigners Here?": Indigenous Nationalism in the Twentieth-Century U.S.-Mexico Borderlands*. The University of North Carolina Press, Chapel Hill. Page 125.
[14] Lumholtz, Carl. 1912. New Trails in Mexico: An Account of One Year's Exploration in North-Western Sonora, Mexico, and South-Western Arizona, 1909–1910. Charles Scribner's Sons, New York. Page 99.

practices and associations of the trip, including landscape-linked prayers, songs, and rituals.[15]

22.     Ruth Underhill describes the Salt Pilgrimage as an integral element in O'odham religion and social organization. She documents the Salt Pilgrimage as an essential demonstration of O'odham recognition of the ocean's spiritual and biophysical powers and the Sea of Cortez as the principal source of religious inspiration, precipitation, and life itself. Underhill's review of the fundamentals of O'odham cosmology includes a southern ocean inhabited by powerful rain spirits and the Salt Pilgrimage as both a rite of passage for young men and a communal act of supplication for the summer monsoon rains upon which desert life depends.[16]

23.     Salt Pilgrimages were guided by *siwani,* medicine men who led expeditions from water source to water source and conducted ceremonies that included ritual fasting and the exclusion of speaking except as part of religious observations.[17] For novitiates being trained by expert practitioners, the Salt Pilgrimage begins with gazing southwesterly, absorbing instruction from the *siwani*, then dreaming the route to be followed. The physical ritual features travel by pilgrims through an intricately named sacred landscape—previously experienced through prayers, songs, and dreams—with oral and behavioral rituals linked to each waypoint. Underhill traces one leg in the route southward, past what she translates as "Sharp Mountain" and into what is now the international border into Sonora.[18] Successful completion of one or more Salt Pilgrimages is recognized by the O'odham community as a signal of preparedness to marry, father children, and fulfill the destiny envisioned in pre-adult dreams.

24.     Frank Russell's 1908 report observes that the O'odham "made religious

---

[15] Lumholtz 1912, *supra* note 14, see exemplary content on pages 222, 270–272, 285, 355.
[16] Underhill 1946, *supra* note 7.
[17] Underhill 1946, *supra* note 7; see also Dobyns, Henry. 1972. *The Papago People.* Indian Tribal Series, Phoenix. Page 28.
[18] Underhill 1946, *supra* note 7. Pages 215, 223.

pilgrimages to the salt lakes below the Mexican boundary to obtain the sacred salt. They lived on pinole during the journey and walked with their eyes fixed upon the trail…. As they approached the shore of the lagoon in which the Great Spirit resided they ran at topmost speed and circled four times around the salt deposits before those who understood the proper ritual began to collect the salt…. As the salt gatherers approached the home village they were given a noisy welcome but were compelled to remain outside for four days…. For four days those who remained at home sang for those who journeyed, and then all might eat the salt ….”[19] Russell's Plate XLI features a photograph of a trail shrine similar to those observed along Salt Pilgrimage (*idag*) trails.[20]

25.     These scholarly accounts and my knowledge of O'odham Himdag, Jewed, and cultural practices are the bases for my understanding of the Salt Pilgrimage as a fusion of virtual, spiritual, and geographical travel. The physical travel itself is a prayer, with each step taken by an O'odham pilgrim along the sacred trails conveying supplications directly into the earth. The material accompaniments along Salt Pilgrimage trails—including shrines, petroglyphs, camp remnants, and trail treads across desert pavement—should be understood less as incidental remnants and more as preserved indicators of O'odham forebearers' commitments to register and sustain spiritual activities. Trails and associated materials are akin to sacred texts, the tangible correlates and indexes for profound, life-changing religious training and resulting wisdom, inspiration, and guidance to new generations of salt pilgrims. Following these specific trails is a

---

[19] Russell, Frank. 1908. *The Pima Indians. Twenty-sixth Annual Report of the Bureau of American Ethnology to the Secretary of the Smithsonian Institution,1904-1905*, pages 3–389. U. S. Government Printing Office, Washington, D.C. Page 94.
[20] Ferguson, T.J., Maren P. Hopkins, Michael C. Spears, and Sharlot Hart (editors). 2019. O'odham Trails on Organ Pipe Cactus National Monument. School of Anthropology, University of Arizona, Tucson (Report on file, Tohono O'odham Nation Office of Cultural Affairs, Topawa). Page 31.

central part of the ritual practice and is essential to perpetuating O'odham history and culture. The Salt Pilgrimage cannot be performed in accord with established traditions anywhere except O'odham Jewed.

26.     Recognizing the need to preserve these sacred pathways, the Park Service recognized Organ Pipe Cactus National Park as one of the landscapes important in the O'odham Salt Pilgrimage and associated trails. The Park Service commissioned a study "to create baseline data needed for preservation and maintenance of these linear cultural resources" both within the park and on the western part of the Nation's lands.[21] Funded by the United States and completed in 2019, that study documents multiple Salt Pilgrimage trails and associated artifacts, features, and O'odham oral, behavioral, and religious traditions and practices, all of which require O'odham access to and religious and logistical transit across the international border. Since about 2000, some O'odham have revived this once-widespread practice.

27.     On June 5, 2026, I traveled to the Nation's lands to reacquaint myself with the landscape on and around the international border and to inspect areas used in the Salt Pilgrimage. My goals were to gain insights into what O'odham see from the reservation when they regard Mexico and to experience and assess cross-border continuity in relation to my readings of published literature. I was especially interested in the possibility of directly inspecting material indicators of the Salt Pilgrimage. During my visit, I spoke with the Nation's cultural resource officials and members. We traversed sites and landscapes sacred to the O'odham along the border with Mexico and assessed the effects of the proposed border wall construction on cultural resources, including traditional O'odham religious sites. The work entailed cross-examination of historical reports and maps with imagery and digital data from Google Earth™, Gaia GPS™, and

---

[21] Ferguson et al. 2019, *supra* note 20, Report Abstract.

13

AzSite, Arizona's statewide data base of documented archaeological sites.

28.     Following landscape clues from prior studies and our regional experiences navigating areas on the Nation's lands southwest of Topawa, we located what we think is "Sharp Mountain," a landform bisected by the international border. This barnacle-like volcanic peak south of the Arvicio Ranch (current name for Ak komelik [or Akimelik], an O'odham village no longer occupied) is known in the O'odham language as Shee'e Naggiak ("Hanging Wolf").[22] Underhill identified this crag as a holy place and locus for summit ritual offerings, a critical landmark for one leg of the Salt Pilgrimage. At the northern base of Sharp Mountain, we found a segment of a north-south aligned trail tread (altered by vehicular and livestock traffic), an apparent trail shrine (a "donut" shaped mound of geologically diverse cobbles and small boulders), a nearby boulder emblazoned with multiple petroglyphs, and a scatter of chipped stone, ceramic fragments (also known as potsherds), and part of a mano, or hand-held stone for grinding seeds and grains.

29.     We also traveled just over one mile northward to visit the site of Ak komelik (Arvicio Ranch), a far more complex suite of architectural features and objects not previously recorded by professional archaeologists. The site includes a well and possible reservoir or stone corral, dozens of petroglyphs and bedrock grinding areas, a mid-1900s ranch house, outbuildings used until about 2000, and multi-era scatter of diverse artifacts. Given the site's presence on a segment of the Salt Pilgrimage trail, it is probably not coincidental that Ak komelik residents built a stone chapel there, circa 1920.[23]

30.     Prior investigations of proposed border road and wall impact areas list the site at

---

[22] Winters, Harry J. 2020. *O'odham Place Names: Meanings, Origins and Histories, Arizona and Sonora*, Second Edition. Nighthorses, Tucson. Pages 111–113.

[23] Weight, Harold O. 1952. Padre of the Papago Trails. *Desert Magazine* 15(2):5–10. Winters 2020, *supra* note 22.

14

the northern foot of Shee'e Naggiak as AZ C:8:24(ASM) and AZ C:8:25(ASM). Previous investigators identified, in addition to what we observed, clusters of fire-cracked rocks and ash, seashell fragments, and distinctive potsherds with rim coils. The earlier investigators suggested that the ring of cracked rocks and ash were the remains of an horno, or food roasting feature and that the site served as a camp.[24] We noted that pottery with rim coils dates to the post-1450 era and is associated with historical-era O'odham and Yuman ceramic technologies. We noted that the petroglyphs are the only ones found along the entire border survey through the Nation's land. We further noted disagreement with the prior investigators' supposition that the "ring of rocks" represents an horno because few of the rocks we saw are fire-cracked. Also, we saw little charcoal or ash, and the near-surface bedrock would limit the effectiveness of a roasting pit.

31.    Based on my experience in the field and my knowledge of the literature, I think Shee'e Naggiak is the Salt Pilgrimage landmark and holy place Underhill references as "Sharp Mountain." I think AZ C:8:24(ASM) and AZ C:8:25(ASM) were likely staging areas utilized by O'odham on long-ago Salt Pilgrimages, and that the petroglyphs there represent "perpetual prayers" left by salt pilgrims to inspire and guide future generations.[25] I think most or all of the pilgrims would have camped at the nearby water source at Ak komelik.

32.    Based on the foregoing, it is my opinion that multiple distinct aspects of O'odham religious belief and practice span and define the sacred landscape of the Sonoran Desert and thus the international borderlands. Travel to and from distinct areas of both Arizona and Sonora,

---

[24] Martynek, Richard, Charles Subler, Sandra Martynec, Sharlene N. Allday, and Duane E. Peter. 1995, Cultural Resources Survey/ Monitoring of A Jtf-6 Action, Tohono O'odham Sector, Arizona. Miscellaneous Report of Investigations Number 39. Geo-Marine, Inc., Plano, Texas Report on file, Tohono O'odham Nation Office of Cultural Affairs, Topawa. Pages 245–249.
[25] I have borrowed the phrase "perpetual prayers" from Cushing, Frank H. 2002. *The Lost Itinerary of Frank Hamilton Cushing*. Edited by Curtis M. Hinsley and David R. Wilcox. The University of Arizona Press, Tucson. Page 117.

Mexico is prescribed to cure spiritual illnesses afflicting the O'odham. Also required on the basis of beliefs held by many O'odham are communal celebrations necessary (a) to affirm and sustain O'odham creation stories, songs, and dances for the benefit of current and future O'odham generations and all of Creation; (b) to summon the rain-bringing spirits to make the desert flourish and to sustain life; and (c) to mourn and commune with the deceased. The evidence for the antiquity, frequency, and significance of the Salt Pilgrimage is especially diverse and abundant. That evidence conforms with longstanding religious and cultural practices and confirms centuries-old religious uses of specific localities on the present-day border.

33.     The ceremonies, rituals, and traditions considered in this declaration mark the passage of time, the accrual of wisdom, and the perpetuation of identity and health for O'odham individuals, as experienced through the Salt Pilgrimage; for communities, as demonstrated and perpetuated by the Wi:gita Ceremony and associated retellings of O'odham creation stories; for O'odham and ancestors, as enacted through the Sitting Ceremony and other mourning and funerary traditions; and for the natural world, as nourishing rains are summoned and delivered through the Wi:gita Ceremony, the Salt Pilgrimage, and innumerable other prayers and observances. The Himdag and other essences of what it means to be O'odham are irrevocably tied to physical, spiritual, and cultural travels on the south-to-north trails that define the O'odham Jewed and Nation.

34.     It is my opinion that construction of walls along the southern border of the United States and through the lands of the O'odham Nation would disturb the sacred natural-cultural landscape that is, in effect, the origin, destination, medium, and altar for O'odham religious belief and practice. The proposed wall would directly and adversely impact holy places and eliminate access to important cultural and historical resources, such as traditional trails,

16

landmarks, and historical markers that O'odham religion both relies on for guidance and actively harnesses and sustains through contemporary practice. It is also my opinion that a wall would make it more difficult for the O'odham to complete their cross-border religious practices, as set forth above, and that this will harm their ability to maintain spiritual equilibrium and balance with the natural world.

Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct.

Executed this 13th day of June, 2026 in Tucson, Arizona.

*John R. Welch*

John R. Welch, Ph.D.

# ATTACHMENT A

# John R. Welch, PhD, Registered Professional Archaeologist 10227

Professor, Department of Archaeology, Simon Fraser University welch@sfu.ca
www.sfu.ca/archaeology/about/people/faculty/jwelch.html — https://orcid.org/0000-0001-8820-7150

## EDUCATION

1996  Ph.D.     Anthropology, University of Arizona, Tucson, U.S.
1985  M.A.      Anthropology, University of Arizona, Tucson, U.S.
1983  A.B.      Anthropology (Honors), Spanish, Hamilton College, Clinton, New York, U.S.

## INTERESTS

*Sovereignty-driven cultural and biophysical heritage stewardship and research*
Keywords: Sovereignty-driven research; Community-based conservation; Cultural resources management; Historic preservation; Indigenous archaeology; Resistance; American Southwest

*Western Apache archaeology, history, and human ecology in the Arizona uplands*
Keywords: Apache archaeology; Trail archaeology; Sacred sites protection; Land claims; Heritage tourism and culturally appropriate economic development; Indigenous management models

## COURSE PORTFOLIO

*Policy, Ethics, and Professional Practice in Archaeology*       *Cultural Heritage Management*

## WEBSITE PORTFOLIO (Core member of editorial teams)

*SaveHistory.org*                                    *archpress.lib.sfu.ca/index.php/archpress*
*digital.lib.sfu.ca/white-mountain-apache-collection*     *RespectGreatBend.org*

## EMPLOYMENT

| | |
|---|---|
| September 2023–Current | **Professor**, Department of Archaeology, Simon Fraser University, Burnaby, BC |
| February 2018–Current | **Vice President, Preservation & Collaboration**, Archaeology Southwest, Tucson. |
| January 2005–Current | **Advisor, Consulting Historian, and Expert Witness**, White Mountain Apache Tribe, Whiteriver, Arizona; San Carlos Apache Tribe, San Carlos, Arizona; Apache Stronghold, Bylas, Arizona. Assist in redeveloping the Fort Apache Historic District, repatriating cultural items, and protecting Holy Places and cultural landscapes |
| April 2005–2023 | **Professor & Director of the Professional Graduate Program in Heritage Resource Management**, jointly appointed in the Department of Archaeology and School of Resource and Environmental Management, Simon Fraser University |
| September 2008–2017 | **Associate Faculty**, Archaeology, Arizona State Museum, University of Arizona, Tucson |
| April 2010–July 2013 | **Faculty Mentor**, White Mountain Apache – University of Arizona Western Apache Ethnography and GIS Field School |
| September 1998–June 2005 | **Visiting Scholar**, Department of Anthropology, University of Arizona, Tucson |

*Curriculum Vitae,* **John R. Welch, RPA 10227**          orcid.org/0000-0001-8820-7150

| | |
|---|---|
| September 1992–June 2005 | **Archaeologist**, U.S. Bureau of Indian Affairs (BIA), Fort Apache Agency, Whiteriver, Arizona<br>Provided cultural heritage protection, planning, and compliance services for the federal agency administering White Mountain Apache Tribe trust lands |
| November 1996–Jan 2005 | **Tribal Historic Preservation Officer**, White Mountain Apache Tribe, Whiteriver, Arizona<br>Established the Fort Apache Heritage Foundation 501(c)3; Managed research, intergovernmental consultation, environmental protection, and repatriation initiatives in support of White Mountain Apache heritage conservation and economic and community development |
| May 1996–September 2002 | **Archaeologist**, U.S. Dept of Interior, Emergency Rehabilitation Team. Cultural resource lead on interdisciplinary team that created treatment plans for wildfire-impacted federal and Indian lands |
| January 1998–May 2001 | **Associate Faculty** and chair of the Heritage Preservation Curriculum Committee, Northland Pioneer College, Holbrook, Arizona |
| September 1990–May 1991 | **Associate Faculty**, Human Sciences, Pima Comm. College, Tucson |
| August 1990–Dec 1993 | **Assistant Project Director**, Statistical Research Inc, Tucson<br>Directed study of Tonto Basin and Verde River agricultural ecology and ethnohistory under contract to the U.S. Bureau of Reclamation |
| April 1992–October 1992 | **Gila Resource Area Archaeologist**, Safford District, U.S. Bureau of Land Management, Arizona<br>Provided heritage preservation, research, and interpretation services |
| May 1990–August 1990 | **Archaeologist**, International Archaeological Research Institute Inc. Assisted with excavation and survey on island of Moloka'i, Hawaii |
| August 1983–Dec 1989 | **Teaching Assistant** and **Assistant Director**, Archaeological Field School, Anthropology, University of Arizona, Tucson |
| August 1988–June 1989 | **Archaeologist in Residence**, Fenster School, Tucson |

# FUNDING FOR RESEARCH AND RELATED SCHOLARLY PURSUITS

1. **Grant:** Ecological Restoration Planning   **Period:** 2024–2026   **Project Title:** Planning Eco-Cultural Regeneration for Fort Apache and Theodore Roosevelt School National Historic Landmark, White Mountain Apache Tribe Lands   **Funding:** America the Beautiful Challenge, National Fish and Wildlife Fdn.   **Total:** $333,789   **Involvement:** Grant and Project Supervisor

2. **Grant:** Cultural Landscape Preservation   **Period:** 2025–2026   **Project Title:** Cultural-Natural Co-Evolution of San Pedro Valley, Southern Arizona and Northern Sonora, Mexico   **Funding**: Tohono O'odham Nation Community Program   **Total:** $125,000   **Involvement**: Principal Investigator

3. **Contract:** Historic Property Preservation   **Period:** 2025–2026   **Project Title:** New Market and Historic Preservation Tax Credits to Support Rehabilitation of the Fort Apache National Historic Landmark   **Funding:** U.S. Bank and Sovereign Bank **Total:** $5,283,000 **Involvement:** Core member of proposal team; coordinator of architect-engineer team

*Curriculum Vitae,* John R. Welch, RPA 10227        **orcid.org/0000-0001-8820-7150**

4.  **Contract:** National Historic Landmark Repair and Maintenance  **Period**: 2024–2027 Project **Title**: District-Wide Preservation Treatments for the Fort Apache and Theodore Roosevelt School National Historic Landmark **Funding**: U.S. Bureau of Indian Affairs **Total**: $8,088,241 **Involvement**: Contract Proposal Preparer and Supervisor

5.  **Grant:** Research Grant/ Cooperative Agreement in Support of Government Land Management **Period:** 2023–2024   **Project Title:** Documenting Indigenous Trails in and around National Conservation Lands System Units, Southern Arizona **Funding:** U.S. Bureau of Land Management **Total:** $39,974   **Involvement:** Co-Principal Investigator (Dr. Aaron Wright, 1st Principal) **Collaboration:** Support Dr. Wright in field investigations and lead consultations with affected Tribes in the identification and analysis of trails that connect culturally salient Indigenous places and federally managed lands.

6.  **Grant:** Research Grant   **Period:** 2023–2024   **Project Title:** Ndee Bi'intin: Apache Trails Documentation Project **Funding:** Douglas B. Craig Memorial Research Grant **Total:** $3,000 **Involvement:** Principal Investigator, supported by Cibecue Apache expert Gregg Henry **Collaboration:** I am supervising Mr. Henry and photographer Bill Hatcher in the identification and analysis of trails that link culturally salient Ndee (Western Apache) places.

7.  **Grant:** Preservation Treatment Grant   **Period:** 2022–2024   **Project Title:** Masonry Preservation for Nzhooníhí Benkegohen'áání Gowah (Home of Harmony Project, building 116, Fort Apache National Historic Landmark) **Funding:** Heritage Fund, Arizona State Parks **Total:** $298,600 **Involvement:** Grant Preparer and Project Supervisor

8.  **Grant:** Preservation Treatment Grant   **Period:** 2022–2024   **Project Title:** HVAC for Nzhooníhí Benkegohen'áání Gowah (Home of Harmony Project, building 116, Fort Apache National Historic Landmark)   **Funding:** Heritage Fund, Arizona State Parks **Total:** $199,380 **Involvement:** Grant Preparer and Project Supervisor

9.  **Grant:** Preservation Treatment Grant   **Period:** 2023–2024   **Project Title:** Nzhooníhí Benkegohen'áání Gowah (Home of Harmony Project, building 116, Fort Apache National Historic Landmark) **Funding:** U.S. Economic Development Administration **Total:** $4,780,000 **Involvement:** Grant Preparer and Phase I (Planning & Design) Project Supervisor

10. **Grant:** Capacity Building and Knowledge Mobilization **Period:** 2022–2024 **Project Title:** National Education Coordinator for Apache Stronghold/Protect Chi'chil Bildagoteel/Oak Flat **Funding:** San Manuel Band of Mission Indians Strategic Philanthropy Department  **Total:** $85,000   **Involvement:** Project Planner and Grant Co-Writer **Collaboration:** I worked with lead grant writer Peggy Mainor (Mica Group) to secure funding for this initiative.

11. **Grant:** Archives Management Grant   **Period:** 2021–2023 **Project Title:** Inventory, Conservation, and Management Planning for the White Mountain Apache Tribe National Archives **Funding:** Mellon Foundation   **Total:** $100,000   **Involvement:** Principal Investigator **Collaboration:** I am supervising professional archivist Dennis Preisler in inventory, conservation, and planning for the Tribe's Archives.

12. **Grant:** Landscape Conservation Catalyst Fund **Period:** 2021–2022 **Project Title:** New Protection for Holy Mountains of the Western Apache, Arizona **Funding:** Landscape Conservation Network  **Total:** $20,600   **Involvement:** Principal Investigator **Collaboration:** I am coordinating research and outreach to prepare the multi-property nomination to the National Register of Historic Places.

*Curriculum Vitae,* **John R. Welch, RPA 10227**          **orcid.org/0000-0001-8820-7150**

13. **Grant:** Research Grant **Period:** 2021 **Project Title:** The Apache – U.S. Treaty of 1852: Western Apache Reserved Treaty Rights to Tonto National Forest, Arizona. **Funding:** MICA Foundation **Total:** $10,000 **Involvement:** Project Director **Collaboration:** I coordinated investigation and cartography to understand implications of the 1852 Treaty for land management decisions and Apache Nation rights to the free exercise of their religion at Chi'chil Biłdagoteel (Oak Flat). Recognition of either of these rights will hamper efforts to construct the Resolution Copper Mine. Research results are featured in the ***PBS Newshour*** (https://www.pbs.org/newshour/show/in-arizona-a-struggle-over-a-sacred-site-of-the-apache-tribe), ***Washington Post*** (https://www.washingtonpost.com/history/2021/04/12/oak-flat-apache-sacred-land/).

14. **Grant:** Designer-Led Place-Making    **Period:** 2021–2023    **Project Title:** Engaging Apache Cultural Preferences and Community Creativity in Site Presentation and Visitor Experience Planning for the Fort Apache and Theodore Roosevelt School National Historic Landmark, Arizona **Funding:** National Endowment for the Arts, *Our Town*   **Total:** $100,000    **Involvement:** Principal Investigator **Collaboration:** I am coordinating community outreach and efforts by the THINC and Swaback creative consultants.

15. **Grant:** Research Infrastructure Development Grant    **Period:** 2021–2024    **Project Title:** From Households to Landscapes: Cyberinfrastructure for Deep Time Network Analyses in the Pre-Hispanic Southwest  **Funding:** National Science Foundation   **Total:** $951,000   **Involvement:** I am co-coordinating (with Ashleigh Thompson) the Tribal Work Group for the multi-institutional cyberSW: https://cybersw.org/cybersw/

16. **Grant:** Research Grant    **Period:** 2021–2022    **Project Title:** Intersectional analysis of the experiences of Canadian archaeologists **Funding:** Social Sciences and Humanities Research Council (Small SSHRC)  **Total:** $7,000   **Involvement:** Principal Investigator, in collaboration with the Canadian Archaeological Association's Working Group on Equity and Diversity **Collaboration:** I supervised research associate Patricia Markert in the analysis of the corpus of interview data linked to the 2019 survey of Canadian archaeologists.

17. **Grant:** Mitacs Accelerate Internship Cluster Grant **Period:** 2019–2021 **Project Title:** Expanding Cultural Heritage Stewardship Knowledge and Capacity with Nlaka'pamux Nation Tribal Council and Teck Highland Valley Copper Operations  **Funding:** Mitacs  **Total:** $105,000    **Involvement:** Project Director **Collaboration:** I recruited HRM Professional Program students and matching them with SFU faculty supervisors and one of the seven funded research internships to optimize Nlaka'pamux capacity building and research impacts from the Teck HVC operations.

18. **Grant:** Community Listening Foundations for District-Scale Interpretation of the Fort Apache and Theodore Roosevelt School National Historic Landmark **Period:** 2020–2021 **Funding:** Arizona Humanities Council  **Total:** $10,000   **Involvement:** Project Director **Collaboration:** I worked with Cline Griggs and other Fort Apache Heritage Foundation Board members, to plan and facilitate about 20 focus group sessions to learn how Apache community members envision the desired future for Fort Apache and what stories they want to be told, and how, during the next phase of property interpretation and presentation.

19. **Grant:** Conservation Assessment Program for Fort Apache and Theodore Roosevelt School National Historic Landmark **Period:** 2019–2020 **Funding:** American Institute for Conservation **Total:** $20,000   **Involvement:** Project Director **Collaboration:** I planned and facilitated an interdisciplinary review by five established professionals of the 26 historic buildings and associated collections that constitute the Fort Apache Historic Park, resulting in a detailed assessment of conservation issues to serve as the plan for the next phase of property preservation and presentation.

*Curriculum Vitae,* John R. Welch, RPA 10227        orcid.org/0000-0001-8820-7150

20. **Grant:** Interdisciplinary Workshop Grant **Period:** 2018–2019 **Project Title:** Cultural Heritage Crime and Forensic Sedimentology: Global Theoretical and Local Tactical Responses to Thwart and Prosecute Heritage Destruction and Theft **Funding:** Wenner-Gren Foundation for Anthropological Research **Total:** $20,000 **Involvement:** Project Director **Collaboration:** I planned and facilitated a workshop at Fort Apache to focus theoretical perspectives and practical tools on the prevention, investigation, and prosecution of heritage Resource Crime.

21. **Grant:** SSHRC Research Connections Grant **Period:** 2018–2020 **Project Title:** A Knowledge Creation Plan for Advancing Stó:lō Collaborative Resource Stewardship and Shared Land-Use Decision-Making in Southwest British Columbia **Total:** $45,676 **Involvement:** Co-Principal Investigator **Collaboration:** I supported David M. Schaepe (Sto:lo Research and Resource Management Centre) and Natasha Lyons (Ursus Consulting & SFU Archaeology) in convening a workshop and preparing a white paper to guide the first-ever Sto:lo Nation research plan.

22. **Contract:** Research and Consulting Contract **Period:** 2018–2023 **Project Title:** Technical Assistance in Heritage Site Restoration and Preservation **Funding**: U.S. Bureau of Indian Affairs **Total:** $875,000 **Involvement:** Principal Investigator **Collaboration:** I was and still am a principal in Archaeology Southwest's assistance to BIA in preventing and investigating archaeological resource crime, in repairing damages to affected sites, and in creating training and outreach materials.

23. **Grant:** Graduate Research Fellowship Grant **Period:** 2017–2018 **Project Title:** Climate Change Adaptation Planning in Two Indigenous Conservation Organizations. **Funding:** Pacific Institute for Climate Studies **Total:** $5000 **Involvement:** Project Director **Collaboration:** I directed and supported master's research by Vivian Gauer with the Fort Apache Heritage Foundation and the Stolo Research and Resource Management Centre.

24. **Grant:** Open Educational Resource Development Grant (SFU) **Period:** 2016–2017
**Project Title:** OER Assessment and Development for a New Breadth-Humanities Course, Heritage Stewardship in Global Context (ARCH 286) **Funding:** SFU Library OER Fund **Total:** $3000
**Involvement:** Project Director **Collaboration:** I facilitated collaborations among Erin Hogg, Hope Power, and other SFU colleagues in identifying and refining OERs for ARCH 286.

25. **Grant:** Publication Grant **Awarded:** 2016 **Period:** 2016–2017 **Project Title:** Digital Publication of the SFU Archaeology Press Catalogue **Funding:** SFU Scholarly Digitization Fund **Total:** $4960 **Involvement:** Principal Investigator **Collaboration:** I supervised Erin Hogg in creating the full online compendium of the 32 books published by SFU Archaeology Press.

26. **Grant:** Research Grant **Period:** 2016 **Project Title:** 'Ground Truthing' of Ancestral Pueblo Settlement of the Southern and Western Flanks of Arizona's White Mountains, White Mountain Apache Tribe Lands, Arizona. **Funding:** Arizona Archaeological and Historical Society **Total:** $500 **Involvement:** Project Director **Collaboration:** I led seven colleagues on a mobile symposium to visit and boost documentation for 16 Ancestral Pueblo villages.

27. **Contract:** Professional Consulting Services **Period:** 2016
**Project Title:** San Carlos Apache Strike Team **Funding:** San Carlos Apache Tribe, Arizona
**Total:** $19,650 **Involvement:** Cultural heritage consultant **Collaboration:** I supported the Apache Strike Team's opposition to the Proposed Resolution Copper Mine by conducting historical research and preparing strategic assessments of documents and plans prepared by the mining company, U.S. Forest Service, and their consultants.

*Curriculum Vitae,* John R. Welch, RPA 10227        **orcid.org/0000-0001-8820-7150**

28. **Contract/Grant:** Research and Exhibition / Outreach    **Period:** 2015–2016
**Project Title:** Scowlitz Virtual Museum Companion Project **Funding:** SFU Community Engagement Fund  **Total:** $10,000    **Involvement:** Co-Principal Investigator    **Collaboration:** I support Kate Hennessey (SFU SIAT) and David Schaepe in developing and installing twin exhibits—in the SFU Museum of Archaeology and Ethnology and the Sto:lo Research and Resource Management Centre—to expand the reach of the Virtual Museum of Canada website dedicated to the Scowlitz ancestral village site.

29. **Contract/Grant:** Professional Consulting Services    **Period:** 2015–2016
**Project Title:** A Cultural Heritage Program for the San Carlos Apache **Funding:** Resolution Copper Mining Corporation, Arizona    **Total:** $10,578 **Involvement:** Cultural heritage consultant **Collaboration:** I supported Statistical Research Inc. Foundation and Apache colleagues in creating a values-based program to protect and perpetuate Apache cultural heritage in the face of changing social, economic and biophysical environments.

30. **Grant:** Curriculum Development Research    **Period:** 2015–2016
**Project Title:** Assessment of a Required Graduate Course, *Social Science of Resource Management: Theories of Cooperation* (REM 601) **Funding:** SFU Teaching and Learning Center **Total:** $5000    **Involvement:** Project Director **Collaboration:** I worked with Soudeh Jamshidian and other SFU colleagues to survey students and refine REM 601, the social science core course in the Master's of Resource Management (MRM) program.

31. **Grant:** Curriculum and Credential Development    **Period:** 2015–2016
**Project Title:** A Professional Online MA Program in Heritage Resource Management (HRM) **Funding:** SFU Professional Online Scholarship and Training (POST) grant    **Total:** $100,000    **Involvement:** Program Director **Collaboration:** I facilitate and direct SFU and HRM industry colleagues in creating and delivering a new Master's program, starting fall 2016.

32. **Grant:** Research Grant    **Period:** 2014–2017
**Project Title:** Trails of the Apache **Funding:** SSHRC Small Institutional **Total:** $6950 **Involvement:** Principal Investigator    **Collaboration:** I directed landscape-scale efforts to document ancient Apache activity hubs using least-cost path GIS analyses to identify trails and the residential, agricultural, and foraging localities they connect.

33. **Grant:** Research and Internet Publication Grant    **Period:** 2013–2015
**Project Title:** People of the River: Sq'éwwets **Funding:** Virtual Museums of Canada **Total:** $193,000    **Involvement:** Collaborator    **Collaboration:** I supported David Schaepe and Natasha Lyons in facilitating virtual repatriation to the Scowlitz community of all information and other materials relating to their most important ancestral village site.

34. **Grant:** Publication Grant  **Awarded:** 2013    **Period:** 2013–2014    **Project Title:** Digital Publication of Documents on the History and Management of White Mountain Apache Lands, Arizona  **Funding:** SFU Scholarly Digitization Fund   **Total:** $5000    **Involvement:** Principal Investigator **Collaboration:** I enabled Ian Song (SFU Library) and students to create the text-searchable archive of documents relating to (mis)management of Apache lands.

35. **Contract:** Contract  **Awarded:** 2012    **Period:** 2012–2013
**Project Title:** History of the Northern Boundary Dispute, White Mountain Apache Reservation **Funding:** U.S. Bureau of Indian Affairs   **Total:** $17,380    **Involvement:** Principal Investigator **Collaboration:** I supported Robert D. Brauchli (White Mountain Apache Legal Department) in prosecuting a White Mountain Apache claim to lands erroneously excluded from their reservation.

*Curriculum Vitae,* John R. Welch, RPA 10227          orcid.org/0000-0001-8820-7150

36. **Grant:** Management grant **Awarded:** 2012     **Period:** 2012–2013 **Project Title:** Digitizing FAIRsite, the Fort Apache Indian Reservation heritage site inventory    **Funding:** The Digital Archaeological Record (tDAR)    **Total:** $2680    **Involvement:** Principal Investigator **Collaboration:** I supported Frank McManamon (Arizona State U and Digital Antiquity), Matt Peeples (Archaeology Southwest), and Mr. Mark Altaha (White Mountain Apache Tribe) in designing and trialing a system to incorporate existing site files into a permanent records repository, complete with a digital index to enable heritage site research and conservation.

37. **Grant:** Research Grant    **Awarded:** 2011    **Period:** 2011–2014
**Project Title:** CNH: Long-term vulnerability and resilience of coupled human-natural ecosystems to fire regime and climate changes at an ancient Wildland Urban Interface **Funding:** National Science Foundation Grant 1114898  **Total:** $1,498,027    **Involvement:** Co-Investigator **Collaboration:** I supported Tom Swetnam (U Arizona), Chris Roos (Southern Methodist U),  T.J. Ferguson (U Arizona) in integrating dendrochronology, archaeology, and ethnography in pursuit of recommendations for forest, fuels and fire management in the upland Southwest U.S.

38. **Grant:** Research and Curriculum Development Grant    **Awarded:** 2011    **Period:** 2012–2014
**Project Title:** Tribal Historic Preservation Officer Toolkit: Essential Guide for Tribal Programs **Funding:** U.S. National Park Service   **Total:** $39, 634           **Involvement:** Project Consultant **Collaboration:** I supported John Brown (Narragansett Tribe), D. Bambi Kraus (National Association of Tribal Historic Preservation Officers), and an advisory team by conducting surveys, compiling comparable toolkits, and facilitating consultations to build a curriculum to train tribal officials in the functions of tribal historic and cultural preservationists.

39. **Grant:** Research Grant    **Awarded:** 2010    **Period:** 2010–2013
**Project Title:** Western Apache Ethnography and GIS Research Experience for Undergraduates **Funding:** National Science Foundation Grant 1004556 **Total:** $254,694 **Involvement:** Joint Investigator    **Collaboration:** I supported Karl Hoerig (White Mountain Apache Cultural Center) and T.J. Ferguson (U Arizona) in running a community-based field school that maps traditional use sites across Western Apache homelands.

40. **Grant:** Internship Grant    **Awarded:** 2010    **Period:** 2011–2013
**Project Title:** Community land-use planning on First Nations reserves and the influence of land tenure: A case study with the Penticton Indian Band    **Funding:** MITACS Accelerate  **Total:** $30,000  **Involvement:** Co-Preceptor    **Collaboration:** Murray Rutherford (SFU School of Resource and Environmental Management), the Penticton Indian Band Development Corporation, and I supervised intern Marena Brinkhurst's study of how different forms of land tenure influence the process and results of land use planning on Penticton Indian Band lands.

41. **Contract:** Contract **Awarded:** 2010     **Period:** 2010–2012
**Project Title:** History of the Northern Boundary Dispute, White Mountain Apache Reservation **Funding:** U.S. Bureau of Indian Affairs   **Total:** $9950           **Involvement:** Principal Investigator **Collaboration:** I supported Robert D. Brauchli (White Mountain Apache Legal Department) in prosecuting a White Mountain Apache claim to lands illegally excluded from their reservation.

42. **Grant:** Publication Grant    **Awarded:** 2010    **Period:** 2010–2011
**Project Title:** Documenting the Management History of White Mountain Apache Tribe Lands, Arizona **Funding:** SFU Scholarly Digitization Fund **Total:** $5000 **Involvement:** Principal Investigator **Collaboration:** Ian Song (SFU Library) and I engaged students to build a digital archive of documents relating to federal (mis)management of White Mountain Apache lands.

*Curriculum Vitae,* John R. Welch, RPA 10227          orcid.org/0000-0001-8820-7150

43. **Contract:** Contract  **Awarded:** 2010      **Period:** 2010–2011
    **Project Title:** Intergovernmental protocol for Heritage Site Protection, Tla'amin Territory
    **Funding:** City of Powell River   **Total:** $3770          **Involvement:** Principal Investigator
    **Collaboration:** I facilitated efforts by First Nation, City, and Provincial officials to improve consultation and protection for heritage sites threatened by proposed land use changes.

44. **Grant:** Internship Grant   **Awarded:** 2010      **Period:** 2010–2011
    **Project Title:** An Evaluation of Cultural Heritage as a Basis for First Nations Land Use Planning
    **Funding:** MITACS Accelerate  **Total:** $30,000  **Involvement:** Preceptor    **Collaboration:** David Schaepe (Stó:lo Research and Resource Management Centre), Ch-ihl-kway-ukh Forest Limited officials, and I supervised an intern Karen Brady's development of land use planning tools grounded in Stó:lo cultural precepts and site-specific knowledge.

45. **Contract:** Contract  **Awarded:** 2010      **Period:** 2010
    **Project Title:** Archaeological Site Inspection, Savary Island Dock Enhancement, Tla'amin First Nation Territory, British Columbia    **Funding:** Powell River Regional District **Total:** $6970
    **Involvement:** Principal Investigator **Collaboration:** Megan Caldwell (U Alberta), Chris Springer (SFU) and I conducted pre-project heritage site identification surveys and project monitoring to avoid dock expansion impacts to heritage sites.

46. **Grant:** Management grant   **Awarded:** 2009   **Period:** 2010–2011
    **Project Title:** Pilot Assessment of the Archaeological Sensitivity of the Surface of the Fort Apache and Theodore Roosevelt School Historic District, Arizona
    **Funding:** Fort Apache Heritage Foundation   **Total:** $7100   **Involvement:** Principal Investigator
    **Collaboration:** I guided student crews led by Jenifer Lewis in gathering detailed data to identify significant areas within the 300-acre fort and residential school site.

47. **Grant:** Research Grant   **Awarded:** 2008   **Period:** 2008–2011
    **Project Title:** Community forests as a new model for forest management in British Columbia
    **Funding:** Social Sciences and Humanities Research Council   **Total:** $136,820
    **Involvement:** Joint Investigator   **Collaboration:** I supported Evelyn Pinkerton's (SFU) interdisciplinary assessments of ecological, economic, cultural, and policy issues to promote community forests as alternatives to industrial timber management models.

48. **Grant:** Major Collaborative Research Initiative   **Awarded:** 2007   **Period:** 2008–2016   **Project Title:** Intellectual Property in Cultural Heritage     **Funding:** Social Sciences and Humanities Research Council **Annual:** $400,000 **Total:** $2,500,000 **Involvement:** Joint Investigator **Collaboration:** I support and am a Steering Committee member and working group co-chair for George Nicholas' (SFU) major collaborative research initiative (MCRI) examining relationships among past legacies and contemporary assertions of cultural and intellectual property rights and interests.

49. **Contract:** Consultant contract   **Awarded:** 2008   **Period:** 2008–2009
    **Project Title:** Tribal Engagement in Fort Lowell Master Plan     **Funding:** Pima County and City of Tucson, Arizona   **Total:** $8900     **Involvement:** Principal Investigator   **Collaboration:** I served as tribal liaison in the planning efforts and contributed to draft and final reports.

50. **Grant:** Research Grant   **Awarded:** 2008   **Period:** 2008–2010
    **Project Title:** Ancestral Knowledge, Ethnohistory, and Archaeology of Two Tahltan Village Sites
    **Funding:** Copper Fox Metals, Inc. **Total:** $15,000 **Involvement:** Principal Investigator
    **Collaboration:** I supported Tahltan community engagement in Vera Asp's Ph.D research.

*Curriculum Vitae,* John R. Welch, RPA 10227          [orcid.org/0000-0001-8820-7150](orcid.org/0000-0001-8820-7150)

51. **Grant:** Research Grant    **Awarded:** 2008    **Period:** 2008–2009
**Project Title:** Tourism Development By and For the White Mountain Apache Tribe
**Funding:** Coastal Rainforest Alliance and Harvard University Project on American Indian Economic Development **Total:** $800 **Involvement:** Principal Investigator

52. **Grant:** Strategic Research Grant    **Awarded:** 2007    **Period:** 2008–2011
**Project Title:** Sovereignty and stewardship: Expanding First Nations conservation and collaborative capacities    **Funding:** Aboriginal Research Program, Social Science and Humanities Research Council    **Total:** $219,000    **Involvement:** Principal Investigator    **Collaboration:** I coordinated participant-driven research with Tla'amin, Tahltan, Scowlitz and Katzie First Nations to create and implement plans to advance stewardship-based sovereignty.

53. **Grant:** Research Grant    **Awarded:** 2007    **Period:** 2007–2008
**Project Title:** Ancestral knowledge, Ethnohistory, and Archaeology of Two Tahltan Village Sites.
**Funding:** Fortune Minerals, Inc.          **Total:** $500    **Involvement:** Principal Investigator
**Collaboration:** I supported Tahltan community engagement in Vera Asp's Ph.D research.

54. **Grant:** Research Grant    **Awarded:** 2007    **Period:** 2007–2008
**Project Title:** Ancestral knowledge, Ethnohistory, and Archaeology of Two Tahltan Village Sites
**Funding:** Copper Fox Metals, Inc.          **Total:** $10,000    **Involvement:** Principal Investigator
**Collaboration:** I supported Tahltan community engagement in Vera Asp's Ph.D research.

55. **Grant:** Research Grant    **Awarded:** 2007    **Period:** 2007–2009
**Project Title:** Evaluating ecological, economic, and social trade-offs of managing for valued species **Funding:** BC Forest Science Program **Total:** $80,000 **Involvement:** Joint Investigator
**Collaboration:** I supported Evelyn Pinkerton's (SFU) interdisciplinary assessment of the value spectra linked to non-timber forest flora. Other team members included K. Lertzman and M. Rutherford (SFU), U Toronto (S. Kant), and Kamloops First Nation (J. McGrath).

56. **Grant:** Research Grant    **Awarded:** 2007    **Period:** 2007–2008
**Project Title:** Community Resistance as a Window into Customary Conservation Policy and Practice  **Funding:** Social Sciences and Humanities Research Council    **Total:** $4950
**Involvement:** Principal Investigator    **Collaboration:** I compiled oral and documentary histories in support of R. Ewing's MA thesis and repatriation studies. Non-SFU partners: Arizona State Museum (U Arizona); Peabody Museum, Harvard; Glenbow Museum, White Mountain Apache Tribe, Tohono O'odham Nation, Hopi Tribe.

57. **Grant:** Equipment Grant    **Awarded:** 2004    **Period:** 2005–2008
**Project Title:** First Nations Cultural and Environmental Resource Management Equipment Infrastructural Development    **Funding:** Canada Foundation for Innovation, BC Knowledge Fund, SFU Matching Funds    **Total:** $312,000    **Involvement:** Principal Investigator

58. **Grant:** Research Grant    **Awarded:** 2005    **Period:** 2005–2007
**Project Title:** A Survey of First Nations Heritage Stewardship    **Funding:** SFU President's Research Grant **Total:** $10,000 **Involvement:** Principal Investigator

59. **Grant:** Research Grant    **Awarded:** 2005    **Period:** 2005–2007
**Project Title:** Seals of Fate    **Funding:** SFU Discovery Parks    **Total:** $5000
**Involvement:** Principal Investigator

*Curriculum Vitae,* **John R. Welch, RPA 10227**　　　**orcid.org/0000-0001-8820-7150**

60. **Grant:** Research Grant　**Awarded:** 2003　**Period:** 2003–2005
**Project Title:** Cultural Affiliation Assessment, White Mountain Apache Tribal Lands
**Funding:** National NAGPRA Office, U.S. National Park Service **Total:** $75,000
**Involvement:** Principal Investigator　**Collaboration:** I facilitated intertribal collaboration resulting in the repatriation of collections and a guide to the groups affiliated with tribal lands.

61. **Grant:** Research Grant　**Awarded:** 2002　**Period:** 2003–2005
**Project Title:** The Battle of Cibecue: Investigation and Preservation Planning for the Fight that Changed the Apache World　**Funding:** American Battlefield Protection Program, U.S. National Park Service **Total:** $24,000 **Involvement:** Principal Investigator **Collaboration:** Chip Colwell-Chanthaphonh (Center for Desert Archaeology, Tucson) and I developed and published a study.

62. **Grant:** Operating Grant　**Awarded:** 1998　**Period:** 1998–2005
**Project Title:** White Mountain Apache Tribe Historic Preservation Office
**Funding:** U.S. National Park Service **Total:** $480,000 **Involvement:** Principal Investigator

63. **Grant:** Operating and Training Grant　**Awarded:** 2001　**Period:** 2002–2004
**Project Title:** Undergraduate Research Experience in Native American Archaeology and Heritage Preservation: A Cooperative Project of the University of Arizona and the White Mountain Apache Tribe (co-PI with Barbara J. Mills)　**Funding:** U.S. National Science Foundation Research Experiences for Undergraduates　**Total:** $221,999　**Collaboration:** Mills directed the U Arizona field school and research agendas Welch directed the White Mountain Apache stewardship agenda.

64. **Grant:** Strategic Grant　**Awarded:** 2002　**Period:** 2002–2003
**Project Title:** Organization Development for the Fort Apache Heritage Foundation
**Funding:** National Trust for Historic Preservation Locals Initiative **Total:** $2500
**Involvement:** Principal Investigator

65. **Grant:** Operating Grant　**Awarded:** 2001　**Period:** 2001–2003
**Project Title:** Exterior Restoration, Fort Apache Officers Quarters no. 205　　**Funding:** Heritage Fund, Arizona State Parks　**Total:** $91,100　　**Involvement:** Principal Investigator

66. **Grant:** Operating Grant　**Awarded:** 2001　**Period:** 2001–2003 **Project Title:** Nohwiki'i Nohwanane' (Bringing Home the Ancestors): The Western Apache Repatriation Working Group **Funding:** NAGPRA Program, U.S. National Park Service **Total:** $71,381 **Involvement:** Principal Investigator　**Collaboration:** I supported Western Apache Repatriation Working Group consultations with and visits to major U.S. museums.

67. **Grant:** Operating Grant　**Awarded:** 1999　**Period:** 1999–2002
**Project Title:** Preservation Treatments to the Fort Apache Historic District
**Funding:** Save America's Treasures Program, White House Millennium Council, Washington, DC
**Total:** $313,000 **Involvement:** Principal Investigator

68. **Grant:** Operating Grant　**Awarded:** 1998　**Period:** 1998–2000
**Project Title:** Rehabilitation of Fort Apache Officers Quarters no. 203. **Funding:** Heritage Fund, Arizona State Parks **Total:** $82,572 **Involvement:** Principal Investigator

*Curriculum Vitae,* John R. Welch, RPA 10227          [orcid.org/0000-0001-8820-7150](orcid.org/0000-0001-8820-7150)

69. **Grant:** Operating Grant    **Awarded:** 1997    **Period:** 1997–2000
**Project Title:** Stabilization and Rehabilitation of Grasshopper Ruins **Funding:** University of Arizona Research Fund **Total:** $33,420 **Involvement:** Principal Investigator

70. **Grant:** Research Grant    **Awarded:** 1997    **Period:** 1997–1999
**Project Title:** Western Apache Placenames Survey **Funding:** Historic Preservation Fund Grants to Indian Tribes, U.S. National Park Service **Total:** $49,900 **Involvement:** Principal Investigator **Collaboration:** I facilitated participation by representatives from Arizona's five Apache tribes in the documentation of toponyms.

71. **Grant:** Operating Grant    **Awarded:** 1997    **Period:** 1997–1999
**Project Title:** Rehabilitation of Fort Apache Officers Quarters no. 207 **Funding:** Heritage Fund, Arizona State Parks **Total:** $101,190 **Involvement:** Principal Investigator

72. **Grant:** Research Grant    **Awarded:** 1997    **Period:** 1997–1998
**Project Title:** Fort Apache Rehabilitation Planning **Funding:** U.S. Department of the Interior **Total:** $145,000    **Involvement:** Principal Investigator

73. **Grant:** Operating Grant    **Awarded:** 1997    **Period:** 1997–1998
**Project Title:** Fort Apache Restoration Cost Assessment    **Funding:** World Monuments Fund/American Express Foundation    **Total:** $80,000    **Involvement:** Principal Investigator

74. **Grant:** Operating Grant    **Awarded:** 1996    **Period:** 1996–1998
**Project Title:** Rehabilitation of Cibecue's Oldest Church **Funding:** Heritage Fund, Arizona State Parks **Total:** $34,775 **Involvement:** Principal Investigator

75. **Grant:** Operating Grant    **Awarded:** 1994    **Period:** 1994–1998
**Project Title:** Nohwiki'i Nohwanane': Establishment of the Western Apache Repatriation Working Group **Funding:** NAGPRA Program, U.S. National Park Service **Total:** $55,000 **Involvement:** Principal Investigator

76. **Grant:** Operating Grant **Awarded:** 1994 **Period:** 1995–1997
**Project Title:** White Mountain Apache Tribe Museum Director Salary
**Funding:** AZ Commission on Arts **Total:** $15,000 **Involvement:** Principal Investigator

77. **Grant:** Research Grant **Awarded:** 1995 **Period:** 1995–1996
**Project Title:** Needs Assessment for the White Mountain Apache Historic Preservation Office
**Funding:** Historic Preservation Fund Grants to Indian Tribes, U.S. National Park Service    **Total:** $30,000    **Involvement:** Principal Investigator

78. **Grant:** Research Grant    **Awarded:** 1994    **Period:** 1994–1996
**Project Title:** Architectural Preservation and Visitor Use Planning for Kinishba Ruins National Historic Landmark    **Funding:** Heritage Fund, Arizona State Parks          **Total:** 22,532 **Involvement:** Principal Investigator

79. **Grant:** Operating Grant    **Awarded:** 1994    **Period:** 1994–1994
**Project Title:** Emergency Stabilization, Sole Surviving Cavalry Stables at Fort Apache National Register District **Funding:** Heritage Fund, Arizona State Historic Preservation Office **Total:** $5000    **Involvement:** Principal Investigator

80. **Contract:** Contract    **Awarded:** 1991    **Period:** 1991–1992
**Project Title:** Factors Affecting Agricultural Sustainability in Tadla, Morocco
**Funding:** U.S. Agency for International Development **Total:** $16,000
**Involvement:** Principal Investigator

*Curriculum Vitae,* John R. Welch, RPA 10227         **orcid.org/0000-0001-8820-7150**

## CONTRIBUTIONS

### Peer-Reviewed Journal Articles, Books, and Book Chapters

1. Welch, J.R., Michael Spears, Sean O'Meara, Katie Portman, Alex Binford-Walsh (2025) Cultural Landscape Studies Help Match Cultural Resource Identification and Assessment Efforts to Undertaking Size and Complexity in the Section 106 Process. *Advances in Archaeological Practice* 13(2). https://doi.org/10.1017/aap.2024.38

2. Wright, Aaron M. and J.R. Welch (2025) "A Mark by Any Other Name . . . ": Reconciling Historical and Descendant Terms and Concepts for Indigenous Petroglyphs and Pictographs. *American Antiquity* 1–22. https://doi.org/10.1017/aaq.2025.2

3. Markert, Patricia G., Lisa Hodgetts, Marie-Pier Cantin, Solène Mallet Gauthier, Natasha Lyons, Kisha Supernant, John R. Welch, Adrianna Wiley, and Joshua Dent. (2025) Confronting Archaeology's 'Gray Zones.' *American Antiquity* 90: 555–72. https://doi.org/10.1017/aaq.2024.81.

4. Welch, John R., Fred Nials, Emma L. Britton, Christopher D. Dore, Brandi L. MacDonald, and Randy Ream (2025) How to Prepare for Geoforensic Fieldwork to Investigate Archaeological Resource Crime. *Advances in Archaeological Practice*. https://doi.org/10.1017/aap.2025.9.

5. Bouevitch, N., S. Jamshidian, and J.R. Welch (2024) Indigenous Co-management of Salish Sea Protected Areas. In *Salish Archipelago: Environmental and Social Dynamics in the Salish Sea*, edited by Moshe Rappaport, pp. 399–418. Australia National University Press. http://doi.org/10.22459/SA.2024

6. Rapaport, Moshe, Nancy J. Turner, Richard Hebda and J.R. Welch (2024) Introduction. In *Salish Archipelago: Environmental and Social Dynamics in the Salish Sea*, edited by Moshe Rappaport, pp. 1–13. Australia National University Press. http://doi.org/10.22459/SA.2024

7. Welch, J.R., and Robert Alan Hershey (2024) Revisiting American Indian Treaty Rights in Arizona. *Arizona Attorney* (July/August): 18–26. https://www.azattorneymag-digital.com/azattorneymag/library/page/20240708/19/

8. Welch, J.R., Shannon Cowell, Stacy L. Ryan, Duston Whiting, and Garry J. Cantley (2023) Cultural Resources Damage Assessment. *Advances in Archaeological Practice* 11: 111–125. doi.org/10.1017/aap.2022.46

9. Armstrong, Chelsey, Anne Spice, Mike Ridsdale, J. R. Welch (2023) Liberating Trails and Travel Routes in Gitxsan and Wet'suwet'en Territories from the Tyrannies of Heritage Resource Management Regimes. *American Anthropologist* 125(1): 1–16. doi.org/10.1111/aman.13817

10. Hogg, Erin A., Chelsea H. Meloche, George P. Nicholas, and John R. Welch (2023) Whose Rights? Whose Heritage?: Policy Changes in Canada. In *Heritage and Democracy: Crisis, Critique, and Collaboration*, edited by Kathryn Lafrenz Samuels and Jon D. Daehnke, pp. 48–64. University Press of Florida, Gainsville.

11. Roos, Christopher, I., Thomas W. Swetnam, T. J. Ferguson, Matthew J. Liebmann, Rachel A. Loehman, John R. Welch, Ellis Q. Margolis, Christopher H. Guiterman, William C. Hockaday, Michael J. Aiuvalasit, Jenna Battillo, Joshua Farella, Christopher A. Kiahtipes (2021) Native American Fire Management at an Ancient Wildland-Urban Interface in the Southwest US. *Proceedings of the National Academy of Sciences* 118 (4) e2018733118. doi.org/10.1073/pnas.2018733118.

12. Welch, John R. (2021) "United States shall so legislate and act as to secure the permanent prosperity and happiness of said Indians": Policy Implications of the Apache Nation's 1852 Treaty. *International Indigenous Policy Journal* 12(4). https://doi.org/10.18584/iipj.2021.12.4.14181

*Curriculum Vitae,* **John R. Welch, RPA 10227**          **orcid.org/0000-0001-8820-7150**

13. Hogg, Erin A., and John R. Welch (2021) Expert Witnesses' and Lawyers' Perspectives on the Use of Archaeological Data as Evidence in Aboriginal Rights and Title Litigation. *BC Studies: The British Columbian Quarterly* 211 (Autumn 2021): 13–41. doi.org/10.14288/bcs.vi211.193425

14. Gauer, Viviane H., David M. Schaepe, and John R. Welch (2021) Supporting Indigenous adaptation in a changing climate: insights from the Stó:lō Research and Resource Management Centre (British Columbia) and the Fort Apache Heritage Foundation (Arizona). *Elementa: Science of the Anthropocene.* doi.org/10.1525/elementa.2020.00164.

15. Hogg, Erin A., and John R. Welch (2021) Archaeological Evidence in the Tsilhqot'in Decision. *Canadian Journal of Archaeology* 44:155–84. doi.org/10.51270/44.2.155

16. Hogg, Erin A., and J.R. Welch (2020) Aboriginal Rights and Title for Archaeologists: A History of Archaeological Evidence in Canadian Litigation. *Journal of Social Archaeology* 20 (1):1-28. doi.org/10.1177/1469605320916099

17. Welch, John R. (2020) I ♥ Archaeology. In *Archaeologies of Heart and Emotion*, edited by Kisha Supernant, Jane Eva Baxter, Natasha Lyons, and Sonya Atalay, pp. 23-37. Springer Nature. www.academia.edu/42187856/Archaeologies_of_the_Heart

18. Welch, John R., Kanthi Jayasundera, Christopher D. Dore, Michael Klassen, David Maxwell, George Nicholas and Joanne Hammond (2020) Where New Meets Old: Online Graduate Training for Professional Archaeologists and Heritage Practitioners. In *6th e-Learning Excellence Awards 2020: An Anthology of Case Studies*, edited by Dan Remenyi, pp. 223-236. Academic Conferences International Limited, Reading, United Kingdom.

19. Hodgetts, Lisa, Kisha Supernant, Natasha Lyons, John R. Welch (2020) Broadening #MeToo: Tracking Dynamics in Canadian Archaeology through a Survey on Equity and Diversity. *Canadian Journal of Archaeology* 44(1):20-47. canadianarchaeology.com/caa/publications/canadian-journal-archaeologyjournal-canadien-darcheologie/44/1/020-047

20. Welch, J.R. and Michael Corbishley (2020) Grand Challenge No. 4: Curriculum Design; Curriculum Matters: Case Studies from Canada and the UK. *Journal of Archaeology and Education* 4 (3/5):1-25. digitalcommons.library.umaine.edu/jae/vol4/iss3/5

21. Welch, John R. (2019) Conserving Contested Ground: Sovereignty-Driven Stewardship by the White Mountain Apache Tribe and the Fort Apache Heritage Foundation. In *Environmentalism on the Ground: Processes and Possibilities of Small Green Organizing*, pp. 73–97, edited by Jonathan Clapperton and Liza Piper. Athabasca University Press. https://ucalgary.scholaris.ca/server/api/core/bitstreams/7c4e89bb-8f20-47bb-9732-5f3ee59480d1/content.

22. Welch, John R., Mark Altaha, Garry J. Cantley, William H. Doelle, Sarah A. Herr, Morag M. Kersel, Brandi L. MacDonald, Francis P. McManamon, Barbara Mills, Fred Nials, Mary Ownby, Michael Richards, Ramon Riley, Stacy L. Ryan, Duston Whiting, Donna Yates (2019) Hope in Dirt: Report of the Fort Apache Workshop on Forensic Sedimentology Applications to Cultural Property Crime, 15–19 October 2018. *International Journal of Cultural Property* (2019) 26: 197–210. doi:10.1017/S0940739119000092

23. Tosa, Paul, Matthew J. Liebmann, T. J. Ferguson, and John R. Welch (2019) Movement Encased in Tradition and Stone: Hemish Migration, Land Use, and Identity. In *The Continuous Path: Pueblo Movement and the Archaeology of Becoming*, edited by Sam Duwe and Robert Preucel, pp. 60-77. Amerind Foundation and University of Arizona Press, Tucson.

24. Welch, John R.; Burley, David V.; Driver, Jonathan C.; Hogg, Erin A.; Jayasundera, Kanthi; Klassen, Michael; Maxwell, David; Nicholas, George P.; Pivnick, Janet; and Dore, Christopher D. (2018) Digital Bridges Across Disciplinary, Practical and Pedagogical Divides: An Online Professional Master's Program in Heritage Resource Management. *Journal of Archaeology and Education* 2. digitalcommons.library.umaine.edu/jae/vol2/iss2/1

*Curriculum Vitae,* **John R. Welch, RPA 10227**        **orcid.org/0000-0001-8820-7150**

25. Welch, John R. (2018) Sovereignty-Driven Research. In *Giving Back: Research and Reciprocity in Indigenous Settings*, pp. 307–329, edited by R. Douglas K. Herman. Oregon State University Press.

26. Ferris, Neal, Aubrey Cannon, and John R. Welch (2018) Objects as Stepping Stones: Sustainable Archaeology. *Canadian Journal of Archaeology* 42(1): 4-12.

27. Schaepe, David, Bill Angelbeck, David Snook, and John R. Welch (2017) Archaeology as Therapy: Connecting Belongings, Knowledge, Time, Place, and Well-Being. *Current Anthropology* 58(4):502-533. doi.org/10.1086/692985.

28. Welch, J.R. (2017) Earth, Wind, and Fire: Pinal Apaches, Miners, and Genocide in Central Arizona, 1859-1874. *Sage Open* (October-December):1-19. http://journals.sagepub.com/doi/full/10.1177/2158244017747016

29. Saul L. Hedquist, Alyson M. Thibodeau, John R. Welch, and David J. Killick (2017) Canyon Creek Revisited: New Investigations of a Late Prehispanic Turquoise Mine, Arizona, USA. *Journal of Archaeological Science* 87: 44-58. doi: 10.1016/j.jas.2017.09.0040305-4403.

30. Welch, John R., Sarah A. Herr, and Nicholas C. Laluk (2017) Ndee (Apache) Archaeology. In *Oxford Handbook of Southwest Archaeology*, edited by Barbara J. Mills and Severin Fowles, pp. 495-512. Oxford University Press, New York. doi.org/10.1093/oxfordhb/9780199978427.013.26

31. Hogg, Erin A., Welch, J.R. & Ferris, Neal (2017) Full Spectrum Archaeology. *Archaeologies* 13:1-26.  doi:10.1007/s11759-017-9315-9

32. Welch, John R. and Joseph A. Ezzo (2017) Agricultural Commitment in the Grasshopper Region. In *The Strong Case Approach in Behavioral Archaeology*, pp. 35-50, edited by Michael B. Schiffer, Charles R. Riggs, and J. Jefferson Reid. University of Utah Press, Salt Lake City.

33. Welch, J.R., Editor (2016) *Dispatches from the Fort Apache Scout: White Mountain and Cibecue Apache History Through 1881,* By Lori Davisson, with Edgar Perry and the Original Staff of the White Mountain Apache Cultural Center. University of Arizona Press, Tucson. https://uapress.arizona.edu/book/dispatches-from-the-fort-apache-scout

34. Natasha Lyons, David M. Schaepe, Kate Hennessy, Michael Blake, Clarence Pennier, Kyle McIntosh, Andy Phillips, J.R. Welch, Betty Charlie, Clifford Hall, Lucille Hall, Alicia Point, Vi Pennier, Reginald Phillips, Johnny Williams Jr., John Williams Sr., Joseph Chapman and Colin Pennier (2016) Sharing Deep History as Digital Knowledge: An Ontology of the Sq'éwlets First Nation Website Project. *Journal of Social Archaeology* 16(3):359–384. doi.org/10.1177/1469605316668451.

35. Welch, J.R, and Evelyn Pinkerton (2015) 'Ain't Gonna Study War No More': Teaching and Learning Cooperation in a Graduate Course in Resource and Environmental Management. *Groupwork* 25(2):6-30.

36. Hoerig, Karl A., J.R. Welch, T. J. Ferguson, and Gabriella Soto (2015) Expanding Toolkits for Heritage Perpetuation: The Western Apache Ethnography and Geographic Information Science Research Experience for Undergraduates. *International Journal of Applied Geospatial Research* 6(1):60-77.

37. Welch, J.R. (2015) The Last Archaeologist to (Almost) Abandon Grasshopper. *Arizona Anthropologist* (Centennial Edition):107-119. https://journals.uair.arizona.edu/index.php/arizanthro/article/viewFile/18856/18499

38. Ferris, Neal, and J.R. Welch (2015) New Worlds: Ethics in Contemporary North American Archaeological Practice, in *Ethics and Archaeological Praxis*, edited by Cristobal Gnecco and Dorothy Lippert, pp. 69–92. Springer, New York.

*Curriculum Vitae,* John R. Welch, RPA 10227          orcid.org/0000-0001-8820-7150

39.  Atalay, Sonya, Lee Rains Clauss, Randall H. McGuire, and John R. Welch, Editors (2014) *Transforming Archaeology: Activist Practices and Prospects*, Left Coast Press, Walnut Creek, Ca.

40. Atalay, Sonya, Lee Rains Clauss, Randall H. McGuire, and John R. Welch (2014) Transforming Archaeology. *In Transforming Archaeology: Activist Practices and Prospects*, edited by Sonya Atalay, Lee Rains Clauss, Randall H. McGuire, and John R. Welch, pp. 7–28. Left Coast Press, Walnut Creek, Ca.

41. Ferris, Neal, and J.R. Welch (2014) Beyond Archaeological Agendas: In the Service of a Sustainable Archaeology, *Transforming Archaeology: Activist Practices and Prospects*, edited by Sonya Atalay, Lee Rains Clauss, Randall H. McGuire, and John R. Welch, pp. 215–237. Left Coast Press, Walnut Creek, Ca.

42. J.R. Welch and Neal Ferris (2014) 'We have Met the Enemy and It is Us': Improving Archaeology through Application of Sustainable Design Principles. In *Transforming Archaeology: Activist Practices and Prospects*, edited by Sonya Atalay, Lee Rains Clauss, Randall H. McGuire, and John R. Welch pp. 91–113. Left Coast Press, Walnut Creek, Ca.

43. Ferris, Neal, J.R. Welch, and Aubrey Cannon (2013) Towards a Sustainable Archaeology. In *Archaeology and Sustainability*, edited by S. Chiu and C.H. Tsang, pp. 387–410. Center for Archaeological Studies, Research Center of Humanities and Social Science, Taipei, Taiwan.

44. Welch, J.R. and Ian Lilley (editors and authors of introduction with the same title) (2013) Beyond the Equator (Principles): Community Benefit Sharing in Relation to Major Land Alteration Projects and Associated Intellectual Property Issues in Cultural Heritage. Report on a Forum at the Annual Meeting of the Society for American Archaeology, 5 April 2013, Honolulu, Hawai'i. *International Journal of Cultural Property* 20(4): (entire submission) 467–493; (introduction) 467–469.

45. Welch, J.R. (2013) Globalizing CRM / CHM. In Beyond the Equator (Principles): Community Benefit Sharing in Relation to Major Land Alteration Projects and Associated Intellectual Property Issues in Cultural Heritage. Report on a Forum at the Annual Meeting of the Society for American Archaeology, 5 April 2013, Honolulu, Hawai'i. *International Journal of Cultural Property* 20(4):469–474.

46. Welch, J.R., Editor (2013) *Kinishba Lost and Found: Mid-Century Excavations and Contemporary Perspectives*. Arizona State Museum Archaeological Series 206, University of Arizona, Tucson.

47. Welch, J.R. (2013) Un-Silencing Kinishba. In *Kinishba Lost and Found: Mid-Century Excavations and Contemporary Perspectives*, edited by J.R. Welch, pp. 1–11. Arizona State Museum Archaeological Series 206, University of Arizona, Tucson.

48. Welch, J.R. (2013) Episodes in Kinishba's Cultural and Management Histories. In *Kinishba Lost and Found: Mid-Century Excavations and Contemporary Perspectives*, edited by J.R. Welch, pp. 13–30. Arizona State Museum Archaeological Series 206, University of Arizona, Tucson.

49. Welch, J.R., Mark T. Altaha, and Nicholas C. Laluk (2013) The Kinishba Boundary Survey. In *Kinishba Lost and Found: Mid-Century Excavations and Contemporary Perspectives*, edited by J.R. Welch, pp. 243–260. Arizona State Museum Archaeological Series 206, University of Arizona, Tucson.

50. Welch, J.R. and T. J. Ferguson (2013) Apache, Hopi, and Zuni Perspectives on Kinishba History and Stewardship. In *Kinishba Lost and Found: Mid-Century Excavations and Contemporary Perspectives*, edited by J.R. Welch, pp. 261–287. Arizona State Museum Archaeological Series 206, University of Arizona, Tucson.

**Curriculum Vitae,** John R. Welch, RPA 10227          orcid.org/0000-0001-8820-7150

51. Welch, J.R. (2012) Effects of Fire on Intangible Cultural Resources: Moving Toward a Landscape Approach. In *Wildland Fire in Ecosystems: Effects of Fire on Cultural Resources and Archaeology*, edited by K.C. Ryan, A.T. Jones, and C.H. Koerner, pp. 157–170. RMRS-GTR-42-vol. 3. Ft. Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. https://research.fs.usda.gov/treesearch/40433.

52. Caldwell, Megan E., Dana Lepofsky, Georgia Combes, Michelle Washington, John R. Welch, and John R. Harper (2012) A Bird's Eye View of Northern Coast Salish Intertidal Resource Management Features, Southern British Columbia, Canada, *Journal of Island and Coastal Archaeology* 7:1–15.

53. Welch, J.R., Dana Lepofsky, Megan Caldwell, Georgia Combes, and Craig Rust (2011) Treasure Bearers: Personal Foundations For Effective Leadership In Northern Coast Salish Heritage Stewardship, *Heritage and Society* 4(1):83–114.

54. Welch, J.R., Dana Lepofsky, and Michelle Washington (2011) Assessing Collaboration with the Sliammon First Nation in a Community-Based Heritage Research and Stewardship Program, *Archaeological Review from Cambridge* 26(2):171–190.

55. Welch, J.R. (2011 [2008]) National Historic Landmark Nomination for Fort Apache and Theodore Roosevelt School. National Park Service, Washington, DC. (book-length, peer- and agency-reviewed significance assessment that was unanimously endorsed by the NHL Committee of the U.S. Park System Advisory Board. http://www.nps.gov/nhl/news/LC/spring2011/FortApache.pdf).

56. Welch, J.R., and Robert C. Brauchli (2010) "Subject to the Right of the Secretary of the Interior": The White Mountain Apache Reclamation of the Fort Apache and Theodore Roosevelt School Historic District, *Wicazo Sa Review* 25(1):47–73. www.jstor.org/stable/40891309

57. Nicholas, George, Catherine Bell, Rosemary Coombe, John R. Welch, Brian Noble, Jane Anderson, Kelly Bannister, and Joe Watkins (2010)  Intellectual Property Issues in Heritage Management, Part 2: Legal Dimensions, Ethical Considerations, and Collaborative Research Practices, *Heritage Management* 3(1):117–147.

58. Welch, J.R., Ramon Riley and Michael V. Nixon (2009) Discretionary Desecration: American Indian Sacred Sites, Dzil Nchaa Si An (Mount Graham, Arizona), and Federal Agency Decision Making, *American Indian Culture and Research Journal* 33(4):29–68. doi.org/10.17953/aicr.33.4.2866316711817855

59. Welch, J.R., Mark K. Altaha, Karl A. Hoerig and Ramon Riley (2009) Best Cultural Heritage Stewardship Practices by and for the White Mountain Apache Tribe, *Conservation and Management of Archaeological Sites* 11(2):148–160.

60. Welch, J.R. (2009) Reconstructing the Ndee Sense of Place. In *The Archaeology of Meaningful Places*, edited by Brenda Bowser and M. Nieves Zedeño, pp. 149–162. University of Utah Press, Salt Lake City.

61. Welch, J.R. (2008) Places, Displacements, Histories and Memories at a Frontier Icon in Indian Country. In *Monuments, Landscapes, and Cultural Memory*, edited by Patricia E. Rubertone, pp. 101–134. World Archaeological Congress and Left Coast Press, Walnut Creek, California.

62. Mills, Barbara J., Mark Altaha, J.R. Welch, and T. J. Ferguson (2008) Field Schools Without Trowels: Teaching Archaeological Ethics and Heritage Preservation in a Collaborative Context. In *Collaborating at the Trowel's Edge: Teaching and Learning in Indigenous Archaeology*, edited by Stephen W. Silliman, pp. 25–49. University of Arizona Press, Tucson.

63. Nicholas, George P., J.R. Welch, and Eldon C. Yellowhorn (2008) Collaborative Encounters. In *Archaeological Practice: Engaging Descendant Communities*, edited by Chip Colwell-Chanthaphonh and T. J. Ferguson, pp. 273–298. AltaMira Press, Walnut Creek, California.

**Curriculum Vitae,** John R. Welch, RPA 10227          orcid.org/0000-0001-8820-7150

64. Welch, J.R., and T. J. Ferguson (2007) Putting Patria into Repatriation: Cultural Affiliations of White Mountain Apache Tribe Lands. *Journal of Social Archaeology* 7:171–198. DOI: 10.1177/1469605307077477

65. Welch, J.R. (2007) 'A Monument to Native Civilization': Byron Cummings' Still-Unfolding Vision for Kinishba Ruins. *Journal of the Southwest* 49 (1):1–94.

66. Welch, J.R. (2007) The White Mountain Apache Photographs of Chuck Abbott and Esther Henderson. *Journal of the Southwest* 49 (1):95–116.

67. Welch, J.R. (2007) Kinishba Bibliography. *Journal of the Southwest* 49(1):117–127.

68. Welch, J.R., Chip Colwell-Chanthaphonh and Mark Altaha (2005) Retracing the Battle of Cibecue: Western Apache, Documentary, and Archaeological Interpretations. *Kiva* 71(2):133–163.

69. Welch, J.R., Alex Jay Kimmelman, and Stan Schuman (2002) National Register Nomination for Lower Cibecue Lutheran Mission, White Mountain Apache Tribe lands. Keeper of the National Register of Historic Places, National Park Service, Washington, DC.

70. Mahaney, Nancy, and J.R. Welch (2002) The Legacy of Fort Apache: Interpretive Challenges at a Community Historic Site. *Journal of the Southwest* 44(1):35–47.

71. Welch, J.R., and Ramon Riley (2001) Reclaiming Land and Spirit in the Western Apache Homeland. *American Indian Quarterly* 25(1):5–12.

72. Welch, J.R., and Todd Bostwick (editors) (2001) *The Archaeology of Ancient Tactical Sites*. The Arizona Archaeologist No. 32, Arizona Archaeological Society, Phoenix.

73. Welch, J.R. (2001) Ancient Masonry Fortresses of the Upper Salt River. In *The Archaeology of Ancient Tactical Sites*, edited by John R. Welch and Todd Bostwick, pp. 77–96. The Arizona Archaeologist No. 32, Arizona Archaeological Society, Phoenix.

74. Welch, J.R. (2000) The White Mountain Apache Tribe Heritage Program: Origins, Operations, and Challenges. In *Working Together: Native Americans and Archaeologists*, edited by Kurt E. Dongoske, Mark Aldenderfer, and Karen Doehner, pp. 67–83. Society for American Archaeology, Washington, DC. http://www.saa.org/Portals/0/SAA/publications/SAAbulletin/16-1/SAA9.html.

75. Anyon, Roger, T.J. Ferguson, and J.R. Welch (2000) Heritage Management by American Indian Tribes in the Southwestern United States. In *Cultural Resource Management in Contemporary Society*, edited by Francis P. McManamon and Alf Hutton, pp. 120–141. Routledge, New York.

76. Van West, Carla, Richard S. Ciolek-Torrello, John R. Welch, Jeffrey H. Altschul, Karen R. Adams, Steven D. Shelley, and Jeffrey A. Homburg (2000) Subsistence and Environmental Interactions. In *Salado*, edited by Jeffrey S. Dean, pp. 29–56. Amerind Foundation, Dragoon, Arizona and University of New Mexico Press, Albuquerque.

77. Welch, J.R. (1997) White Eyes' Lies and the Battle for Dzil Nchaa Si An. *American Indian Quarterly* 27(1):75–109. https://doi.org/10.2307/1185589

78. Whittlesey, Stephanie, Teresita Majewski, John R. Welch, Matthew Bischoff, and Richard S. Ciolek-Torrello (1997) Euroamerican History, 1540 to the Present. In *Vanishing River: Landscapes and Lives of the Lower Verde Valley: The Lower Verde Archaeological Project: Overview, Synthesis, and Conclusions*, edited by Stephanie Whittlesey, Richard S. Ciolek-Torrello, and Jeffrey H. Altschul, pp. 281–336. Statistical Research Inc. Press, Tucson, Arizona.

79. Adams, Karen R., and John R. Welch (1997) Land form Associations, Seasonal Availability, and Ethnobotany of Plants in the Lower Verde. In *Vanishing River, Landscapes and Lives of the Lower Verde Valley: The Lower Verde Archaeological Project*, Volume 2: Agricultural, Subsistence, and Environmental Studies, edited by Jeffrey A. Homburg and Richard S. Ciolek-Torrello, pp. 33–55. Statistical Research Inc. Press, Tucson, Arizona.

*Curriculum Vitae,* **John R. Welch, RPA 10227**        **orcid.org/0000-0001-8820-7150**

80. Homburg, Jeffrey A., John R. Welch, Stephanie M. Whittlesey, and Richard S. Ciolek-Torrello (1997) The Environmental Setting of the Lower Verde Archaeological Project. In *Vanishing River, Landscapes and Lives of the Lower Verde Valley: The Lower Verde Archaeological Project*, Volume 2: Agricultural, Subsistence, and Environmental Studies, edited by Jeffrey A. Homburg and Richard S. Ciolek-Torrello, pp. 1–15. Statistical Research Inc. Press, Tucson, Arizona.

81. Welch, J.R. (1996) The Dry and the Drier: Conflict and Cooperation in Moroccan Irrigation Systems. In *Canals and Communities: Small-Scale Irrigation Systems*, edited by Jonathan B. Mabry, pp. 69–87. University of Arizona Press, Tucson.

82. Welch, J.R., Jonathan B. Mabry, and Hsain Ilahiane (1996) Rapid Rural Appraisal of Arid Land Irrigation. In *Canals and Communities: Small-Scale Irrigation Systems*, edited by Jonathan B. Mabry, pp. 119–138. University of Arizona Press, Tucson.

83. Reid, J. Jefferson, J.R. Welch, Barbara K. Montgomery, and Maria Nieves Zedeno (1996) A Demographic Overview of the Late Pueblo III Period in the Mountains of East-Central Arizona. In *The Prehistoric Pueblo World, A.D. 1150–1350*, edited By Michael A. Adler, pp. 73–85. University of Arizona Press, Tucson.

84. Welch, J.R. (1995) Preservation, Research, and Public Interpretation at Pueblo Devol, an Arizona Cliff Dwelling. *Kiva* 61(2):121–143.

85. Welch, J.R. and Richard S. Ciolek-Torrello (1994) Nineteenth- and Twentieth-Century Land Use in the Tonto Basin. In *The Roosevelt Rural Sites Study*, Volume 3: Changing Land Use in the Tonto Basin, edited by Richard S. Ciolek-Torrello and John R. Welch, pp. 57–78. Statistical Research Inc., Tucson, Arizona.

86. Ciolek-Torrello, Richard S. and J.R. Welch (editors) (1994) *The Roosevelt Rural Sites Study*, Volume 3: Changing Land Use in the Tonto Basin. Statistical Research Inc., Tucson, Arizona

87. Ciolek-Torrello, Richard S. and John R. Welch (1994) Introduction. In *The Roosevelt Rural Sites Study*, Volume 3: Changing Land Use in the Tonto Basin, edited by Richard S. Ciolek-Torrello and John R. Welch, pp. 1–18. Statistical Research Inc., Tucson, Arizona.

88. Welch, J.R., and Richard S. Ciolek-Torrello (1994) Analytic Approaches to Ancient Agroecology: Goals and Methods of the Agricultural Field Study. In *The Roosevelt Rural Sites Study*, Volume 3: Changing Land Use in the Tonto Basin. edited by Richard S. Ciolek-Torrello and John R. Welch, pp. 41–56. Statistical Research Inc., Tucson, Arizona.

89. Welch, J.R. (1994) Environmental Influences on Tonto Basin Agricultural Productivity and Sustainability. In *The Roosevelt Rural Sites Study*, Volume 3: Changing Land Use in the Tonto Basin, edited by Richard S. Ciolek-Torrello and John R. Welch, pp. 19–39. Statistical Research Inc., Tucson, Arizona.

90. Ciolek-Torrello, Richard S., Stephanie M. Whittlesey, and John R. Welch (1994) A Synthetic Model of Prehistoric Land Use. In *The Roosevelt Rural Sites Study*, Volume 3: Changing Land Use in the Tonto Basin, edited by Richard S. Ciolek-Torrello and John R. Welch, pp. 437–472. Statistical Research Inc., Tucson, Arizona.

91. Welch, J.R. (1994) Archaeological Studies of Agricultural Contexts. In *The Roosevelt Rural Sites Study*, Volume 3: Changing Land Use in the Tonto Basin, edited by Richard S. Ciolek-Torrello and John R. Welch, pp. 223–251. Statistical Research Inc., Tucson, Arizona.

92. Adams, Karen R., and J.R. Welch (1994) Tonto Basin Plant Geography and Ecology. In *The Roosevelt Rural Sites Study*, Volume 3: Changing Land Use in the Tonto Basin, edited by Richard S. Ciolek-Torrello and John R. Welch, pp. 121–133. Statistical Research Inc., Tucson, Arizona.

*Curriculum Vitae,* **John R. Welch, RPA 10227**        **orcid.org/0000-0001-8820-7150**

93. Welch, J.R. (1994) Ethnographic Models for Tonto Basin Land Use. In *The Roosevelt Rural Sites Study*, Volume 3: Changing Land Use in the Tonto Basin, edited by Richard S. Ciolek-Torrello and John R. Welch, pp. 79–120. Statistical Research Inc., Tucson, Arizona.

94. Ciolek-Torrello, Richard S., and J.R. Welch (1993) Reconstructing Prehistoric Land Use in the Tonto Basin, Arizona. *Proceedings of the 24th Chacmool Conference*, edited by Ross W. Jamieson, Sylvia Abonyi, and Neil Mirau, pp. 273–282. The Archaeological Association of the University of Calgary, Alberta.

95. Welch, J.R. (1992) Irrigation Agriculture in the Tonto Basin. *Proceedings of the 1992 Salado Conference*, edited by Richard Lange, pp. 93–111. Arizona Archaeological Society, Tucson.

96. Welch, J.R., and Daniela Triadan (1991) The Canyon Creek Turquoise Mine, East-Central Arizona. *Kiva* 56(2):145–164.

97. Welch, J.R. (1991) From Horticulture to Agriculture in the late Prehistory of the Grasshopper Region, Arizona. In *Mogollon V*, edited by Patrick H. Beckett, pp. 75–92. COAS, Las Cruces, New Mexico.

98. Donaldson, Bruce R., and J.R. Welch (1991) Western Apache Dwellings and their Archaeological Correlates. In *Mogollon V*, edited by Patrick H. Beckett, pp. 93–105. COAS, Las Cruces, New Mexico.

99. Ciolek-Torrello, Richard S., S. D. Shelley, Jeffrey H. Altschul, and John R. Welch (1990) *The Roosevelt Rural Sites Study Research Design*. Technical Series 28 (1). Statistical Research Inc., Tucson.

## Articles, Reports, Reviews, and Other Works Not Formally Peer-Reviewed

1. Welch, John R., Paul F. Reed, Skylar Begay (2025) Public Lands: The Places That Hold Our Nation's Stories Are Not for Sale. Tucson Sentinel, March 9, 2025, https://www.tucsonsentinel.com/opinion/report/030925_public_lands_op/public-lands-places-that-hold-our-nations-stories-are-not-sale/

2. John R. Welch (2025) Review of *Mogollon Communal Spaces and Places in the Greater American Southwest*. Robert J. Stokes, Katherine A. Dungan, and Jakob W. Sedig, editors. 2024. University of Utah Press, Salt Lake City. American Antiquity 90(2). doi: https://doi.org/10.1017/aaq.2024.76

3. Welch, John R. (2024) White Mountain Apache THPO and Archaeology Southwest Boost Protections for Mattocks Pueblo, Mimbres Valley. Archaeology Southwest Preservation Archaeology Blog https://www.archaeologysouthwest.org/2024/10/24/white-mountain-apache-thpo-and-archaeology-southwest-boost-protections-for-mattocks-pueblo-mimbres-valley/

4. Welch, John R., William H. Doelle, Skylar Begay, Ashleigh Thompson (2023) On Head Shaking While Others Nod: Archaeology Southwest's Collaborative Opposition to the SunZia Power Line. https://www.archaeologysouthwest.org/2023/08/15/on-head-shaking-while-others-nod-archaeology-southwests-collaborative-opposition-to-the-sunzia-power-line/

5. Hershey, Robert A., and John R. Welch (2023) *Killers of the Flower Moon* is a Study in Genocidal Villainy That Continues in Today's War on Native American Sacred Sites. Counterpunch, December 20, 2023. https://www.counterpunch.org/2023/12/20/killers-of-the-flower-moon-is-a- study-in-genocidal-villany-that-continues-in-todays-war-on-native-american-sacred-sites/

*Curriculum Vitae,* **John R. Welch, RPA 10227**         **orcid.org/0000-0001-8820-7150**

6. Cowell, Shannon, John R. Welch, and Randy Ream (2023) How Often Are Heritage Resource Crimes Prosecuted in Arizona? SaveHistory.org (blog). https://savehistory.org/az_prosecutions/

7. Welch, John, and Bill Doelle (2023) San Pedro Riparian Area is At Risk. Opinion. *Arizona Daily Star*, June 7, 2023. https://arizonadailystar-az.newsmemory.com/?publink=065ba186d_134abf3

8. Welch, John R., Skylar Begay, Ashleigh Thompson, Brian Williams, and Bill Doelle (2022) Unfencing Preservation Archaeology. Preservation Archaeology Blog. Archaeology Southwest. https://www.archaeologysouthwest.org/2022/10/25/unfencing-preservation-archaeology.

9. Gauer, Viviane H., and John R. Welch (2022) Indigenous-led capacity for climate adaptation: a case study with the Stó:lō Research and Resource Management Centre. Juried poster, Ecological Management Association of British Columbia, April 28, 2022.

10. Leonard, Kathryn, Sean Hammond, Shannon Cowell, Ashleigh Thompson, and John R. Welch (2022) Heritage Resource Looting and Vandalism in Arizona: How Serious is the Problem? July 19, 2022. https://www.savehistory.org/az-site-stewards/

11. Krista Beazley and J. R. Welch (2021) Fort Apache Heritage Foundation starts listening (sessions). Fort Apache Scout, January 15, 2021.

12. Welch, J.R., Fred Nials, and Duston J. Whiting (2021) Fort Apache Dirtscapes: Sampling White Mountain Apache Tribe Lands to Enable Forensic Sedimentology and Prosecute Archaeological Resource Crimes. *The Society for American Archaeology Archaeological Record* 21(3):8-12. http://onlinedigeditions.com/publication/?i=708266&ver=html5&p=1

13. Stacy L. Ryan, Shannon Cowell, and John R. Welch (2021) What Does a Crime Against History Look Like? In Respect the Land You Stand Upon, edited by Stacy L. Ryan. *Archaeology Southwest Magazine* 34 (2-3):20-21.

14. John R. Welch, Fred Nials, and D. J. "Dusty" Whiting (2021) Fort Apache Dirtscapes. In Respect the Land You Stand Upon, edited by Stacy L. Ryan. *Archaeology Southwest Magazine* 34 (2-3):9.

15. Ramon Riley and John R. Welch (2021) Everything Is a Sacred, Living Entity: An Apache Perspective on Archaeological Resource Crime. In Respect the Land You Stand Upon, edited by Stacy L. Ryan. *Archaeology Southwest Magazine* 34 (2-3):23-25.

16. Benjamin H. Nuvamsa and John R. Welch (2021) Our Way of Life Is Forever Disrupted: A Hopi Perspective on Archaeological Resource Crime. In Respect the Land You Stand Upon, edited by Stacy L. Ryan. *Archaeology Southwest Magazine* 34 (2-3):28-30.

17. John R. Welch (producer, host & videographer) (2021) Komatke Trail Survey, Sonoran Desert National Monument. Archaeology Southwest. https://www.youtube.com/watch?v=-hfWon15pOA

18. J.R. Welch (2020) Archaeological Resource Crime is a Wicked Problem. Blog, Save History: https://www.savehistory.org/archaeological-resource-crime-is-a-wicked-problem/.

19. Benjamin H. Nuvamsa and John R. Welch (2020) Conversation with Benjamin H. Nuvamsa. Blog, Save History: https://www.savehistory.org/interview-with-benjamin-h-nuvamsa/.

20. J.R. Welch (2020) Listening to Apache Voices. *Fort Apache Scout* December 10, 2020.

21. Hanacek, Ksenija, and J. R. Welch (2020) Proposed copper mine on land sacred to the indigenous Apache of Arizona, USA. Environmental Justice Atlas. https://ejatlas.org/conflict/a-proposed-copper-mine-on-a-land-that-is-sacred-to-the-apache-indigenous-of-arizona-usa

22. J.R. Welch (compiler and lead author) (2020) A Guide to Field Investigation and Documentation of Archaeological Resources Protection Act (ARPA) Violations. Department of Justice Services, U.S. Bureau of Indian Affairs, Albuquerque.

*Curriculum Vitae,* **John R. Welch, RPA 10227**          **orcid.org/0000-0001-8820-7150**

23. J.R. Welch (2019) Congressman O'Halleran Pledges Support for Work to Promote Stewardship and to Prevent Grave Robbing, Looting. *Fort Apache Scout* August 30, 2019.

24. J.R. Welch (2019) "Congressman O'Halleran Supports Site Stewardship and Work to Prevent Grave Robbing, Looting." ACRAsphere, August 22, 2019, https://acra-crm.org/acrasphere/7844079

25. Natasha Lyons, Kisha Supernant, and John R. Welch (2019) What Are the Prospects for an Archaeology of Heart? *SAA Archaeological Record* 19(2):6–9.

26. Schaepe, David, Natasha Lyons, and John R. Welch, with Dalton Silver and the Téméxw, Stewardship Alliance (2019). Knowledge Creation for Advancing Reconciliation through Collaborative Resource Stewardship and Shared Land-Use Decision-Making: A Case of Indigenous-Crown Relations in Southwest British Columbia. Submitted to the Social Sciences and Humanities Research Council. https://www.researchgate.net/publication/344012326_Knowledge_Creation_for_Advancing_Reconciliation_through_Collaborative_Resource_Stewardship_and_Shared_Land-Use_Decision-Making_A_Case_of_Indigenous-Crown_Relations_in_Southwest_British_Columbia

27. J.R. Welch (2019) (Yet) Another Southwest: Incipient Preservation Archaeology in Southwest Ethiopia. Preservation Archaeology Blog. Archaeology Southwest https://www.archaeologysouthwest.org/2019/02/14/yet-another-southwest-incipient-preservationarchaeology-in-southwest-ethiopia/

28. J.R. Welch, Mark Altaha, Ramon Riley (2019) THPO, BIA, Fort Apache Heritage Foundation, and Archaeology Southwest Team up to Curb Grave Robbing, Looting. *Fort Apache Scout*, February 15, 2019.

29. J.R. Welch, Mark Altaha, Stacy Ryan, and Garry Cantley (2019) White Mountain Apache THPO, BIA, and Archaeology Southwest Team up to Boost Training to Curb Grave Robbing, Looting, *Site Steward Newsletter*, Arizona State Parks.

30. Helen Erickson, Karl A. Hoerig and John R. Welch (2018) Fort Apache and Theodore Roosevelt School National Historic Landmark [Fort Apache, Arizona], *SAH Archipedia,* eds. Gabrielle Esperdy and Karen Kingsley, Charlottesville: UVaP, 2012—, http://sah-archipedia.org/buildings/AZ-01-017-0034.

31. Welch, J.R. (2017) Cycles of Resistance, *SAA Archaeological Record* 17(1):17-21. http://onlinedigeditions.com/publication/?i=378203&article_id=2700507&view=articleBrowser&ver=html5.

32. Welch, J.R. (2017) How Can the Cultural / Heritage Management (CRM) Industry Reduce Key Obstacles to Upward Mobility for Junior Staff? Linked In, https://www.linkedin.com/pulse/how-can-cultural-heritage-management-crm-industry-reduce-welch

33. Benrita "Mae" Burnette, Ronnie Cachini, T. J. Ferguson, Sharlot Hart, Stewart B. Koyiyumptewa, Octavius Seowtewa, Paul Tosa, and J.R. Welch (2017) Fire Adds Richness to the Land: Ethnographic Knowledge about Forests and Fire. *Archaeology Southwest* 30(4):5-6.

34. Vigil, Francis, and J.R. Welch (2017) Beyond Community Consent: Toward Sovereignty-Driven Academic Research. *Archaeology Southwest* 30(4):26-27.

35. Welch, J.R., and Erin Hogg (2017) Heritage Resource Management. Open access bibliography containing over 1,000 complete citations to books, articles and other resources. https://www.zotero.org/groups/635575/heritage_resource_management

*Curriculum Vitae,* John R. Welch, RPA 10227        orcid.org/0000-0001-8820-7150

36. Welch, J.R., Mark Altaha, and the BFRR Collective (2016) 'Ground-Truthing' Ancestral Pueblo Settlement of the Southern and Western Flanks of Arizona's White Mountains, White Mountain Apache Tribe Lands, Arizona. *Glyphs* 67(3):12-15. http://www.az-arch-and-hist.org/publications/glyphs/

37. The Black Trowel Collective (2016) Foundations of an Anarchist Archaeology: A Community Manifesto. http://savageminds.org/2016/10/31/foundations-of-an-anarchist-archaeology-a-community-manifesto/

38. Ferris, Neal, and J.R. Welch (2016) Notes from the Next Century: Sustainable Archaeology, *Kiva* 82(3):330.

39. Welch, J.R. (2016) Toward Full-Spectrum Cultural Heritage Management (or, My Big, Fat Cultural Future!). *IPinCH Newsletter* 7(Spring 2016):13. http://www.sfu.ca/ipinch/sites/default/files/news/newsletters/ipinch_newsletter_7_final_singles_web.pdf

40. Welch, J.R. (2016) Preservation, Decolonization and Sovereignty Reclamation at the Fort Apache and Theodore Roosevelt National Historic Landmark, Arizona. IHOPE featured case study http://ihopenet.org/preservation-decolonization-and-sovereignty-reclamation-at-the-fort-apache-and-theodore-roosevelt-national-historic-landmark-arizona/

41. Welch, J.R., Editor (2016) *The Site that Nobody Really Knows: Kinishba Reawakened*. *Archaeology Southwest* 30(1): 1-28. https://www.archaeologysouthwest.org/what-we-do/information/asw/asw30-1/

42. Welch, J.R., (2016) The Site that Nobody Really Knows: Kinishba Reawakened. *Archaeology Southwest* 30(1): 3-5.

43. Welch, J.R., (2016) Episodes in Kinishba History. *Archaeology Southwest* 30(1): 6-7.

44. Welch, J.R., (2016) A Dream Deferred: Cummings and the Shaeffers at Kinishba. *Archaeology Southwest* 30(1): 8-10.

*45.* Welch, J.R., (2016) The Fateful Box: Excavations at Kinishba after 1939. *Archaeology Southwest* 30(1): 11-13.

46. Welch, J.R., Nicholas C. Laluk, and Mark T. Altaha (2016) The Kinishba Boundary Survey. *Archaeology Southwest* 30(1): 23-25.

47. Welch, J.R., and T.J. Ferguson (2016) Preservation Spotlight: Apache, Hopi, and Zuni Perspectives on Kinishba History and Stewardship—This Place is Protected. *Archaeology Southwest* 30(1): 26-27.

48. Hart, Sharlot, T. J. Ferguson, John Welch, and Paul Tosa (2016) Fire Adds Richness to the Land. Pueblo of Jemez *Red Rocks Reporter* (January): 7. http://www.jemezpueblo.org/uploads/FileLinks/46a94f403cfa4d6e9573eeeb89520879/JANUARY_2016_FINAL.pdf

49. Welch, J.R., Karl Hoerig, and Stephen Grede (2016) *Visitor Guide to Kinishba*. White Mountain Apache Tribe Heritage Program, Fort Apache, Arizona (revised edition).

50. Welch, J.R. (2015) From the Garbage Czar, with Love (and apologies to the "real" Uncle Willy). *Arizona Anthropologist* (Centennial Edition):120-121.

51. Welch, J.R. (2014) Cultural Heritage: What is it? Why is it important? Fact Sheet Presented by the Intellectual Property Issues in Cultural Heritage Project (IPinCH). http://www.sfu.ca/ipinch/sites/default/files/resources/fact_sheets/ipinch_chfactsheet_final.pdf.

*Curriculum Vitae,* John R. Welch, RPA 10227          orcid.org/0000-0001-8820-7150

52. Welch, J.R., and the SAA Amity Pueblo Task Force (2014) The Amity Pueblo Remediation. Analysis presented in the Society for American Archaeology Government Affairs Newsletter, December 2014. http://www.saa.org/AbouttheSociety/GovernmentAffairs/tabid/115/Default.aspx

53. Welch, J.R., editor (2014) Community-Based Cultural Heritage Research. Wiki for the IPinCH project's Community-Based Cultural Heritage Research (CBCHR) Working Group. https://wiki.sfu.ca/research/ipinch/index.php/Main_Page.

54. Welch, J.R. (2014) Untitled blog for the Simon Fraser University Indigenous Research Institute. http://www.sfu.ca/olc/blog/indigenous-sfu-community-stories/indigenous-research-institute-sfu-john-r-welch.

55. Welch, J.R. (2014) White Mountain Apache Collection. Text-searchable compendium of over 500 archival documents relating to the history and resource management of the Fort Apache Indian Reservation, Arizona.  http://content.lib.sfu.ca/cdm/search/collection/faca/page/1.

56. Welch, J.R. (2013) IPinCH and Golder Associates Host Lively Forum on IP and Benefits-Sharing Issues in International Cultural Resources Management. IPinCH Digest: 2013, Volume 4 (April 2013):1. http://www.sfu.ca/ipinch/news/ipinch-news/ipinch-and-golder-associates-host-lively-forum-ip-and-benefits-sharing-issues-inter.

57. Welch, J.R., Rudy Ethelbah, and Larry Ethelbah (2013) Freda Ethelbah: Apache Living Treasure, Mickey Free Granddaughter. *White Mountain Independent*, July 17, 2013. http://www.wmicentral.com/news/latest_news/freda-ethelbah-apache-living-treasure-mickey-free-granddaughter/article_8effce98-ed97-11e2-a8fc-0019bb2963f4.html.

58. Welch, J.R., Rudy Ethelbah, and Larry Ethelbah (2013) Freda Ethelbah: Apache Living Treasure, Mickey Free Granddaughter. *Fort Apache Scout*, July 12, 2013, pages 1, 3.

59. Welch, J.R. (2012) Review of *Indigenous Peoples and the Collaborative Stewardship of Nature: Knowledge Binds and Institutional Conflicts*, by Ross, Anne, Kathleen Pickering Sherman, Jeffrey G. Snodgrass, Henry D. Delcore, and Richard Sherman (Left Coast Press, Walnut Creek, California, 2011), *Journal of Anthropological Research* 68:129–130.

60. Welch, J.R. (2011) Heritage Site Protection Protocol for Tla'amin Territory, British Columbia. Multi-party Agreement sent to respective councils in November 2011.

61. Welch, J.R., and Lindsay Tripp (2011) Cooperation in Land and Resource Management – Guide to research materials. http://www.lib.sfu.ca/help/subject-guides/rem/cooperation-in-rem.

62. Welch, J.R., Erica Kowsz, and Lindsay Tripp (2011) Applied Archaeology and Cultural Resource Management (CRM) – Guide to research materials. http://www.lib.sfu.ca/help/subject-guides/archaeology/applied-archaeology-and-cultural-resource-management.

63. Lyons, Natasha, Andy Philipps, Dave Schaepe, Betty Charlie, Clifford Hall, Kate Hennessey, and John R. Welch (2011) The Scowlitz Site Online: Launch of the Scowlitz Artifact Assemblage Project. *The Midden* 43(2):11–14.

64. Lewis, Jennifer, and J.R. Welch (2011) Historic Property Identification and Documentation Survey of Portions of the Fort Grant Prison, Arizona. Submitted to Arizona Department of Corrections.

65. Welch, J.R. (2011) Review of *From Cochise to Geronimo: The Chiricahua Apaches, 1874–1886*, by Sweeney, Edwin R. (University of Oklahoma Press, 2010) *Journal of Arizona History* 52:393–395.

66. Welch, J.R. (2011) Review of *The Museum of Anthropology at the University of British Columbia*, edited by Carol E. Mayer and Anthony Shelton (Douglas & McIntyre and University of Washington Press, Vancouver and Seattle, 2009), *Museum Anthropology* 34(2):175–176.

*Curriculum Vitae,* John R. Welch, RPA 10227            orcid.org/0000-0001-8820-7150

67. Welch, J.R., Eric McLay, Michael Klassen, Fred Foster, and Robert Muir (2011) A Database of Unauthorized Heritage Site Alterations. *The Midden* 43(1):2–3.

68. Caldwell, Megan, Dana Lepofsky, John R. Welch, Chris Springer, and Nyra Chalmer (2011). Tla'amin-SFU Field School in Archaeology & Heritage Stewardship 2010 Field Report and 2011 Prospectus. Submitted to the Sliammon First Nation.

69. Welch, J.R., F. Foster, R. Gillies, M. Klassen, E. McLay, R. Muir (2010) The Heritage Conservation Act Contravention Data Base. *BC Association of Professional Archaeologists Fall/Winter Bulletin* 2010(2):2–3.

70. Nicholas, George, J.R. Welch, Alan Goodman, and Randall McGuire (2010) Beyond the Tangible: Repatriation of Cultural Heritage, Bioarchaeological Data, and Intellectual Property. Anthropology News (March):10–11.

71. Welch, J.R. (2010) Review of *Opening Archaeology: Repatriation's Impact on Research and Practice*, edited by Thomas W. Killion (School for Advanced Research Press, 2008) *American Antiquity* 75:201-202.

72. Lewis, Jennifer, and J.R. Welch (2010) Fort Apache-Theodore Roosevelt School (FA-TRS) Survey 2010, Fort Apache Historic Park, Arizona. Submitted to the Fort Apache Heritage Foundation.

73. Ewing, Robyn, T.J. Ferguson, and J.R. Welch (2009) Repatriation and Reburial Bibliography, http://tinyurl.com/cput3r, RefShare, Simon Fraser University, Burnaby, BC.

74. Jackley, Julia, Dana Lepofsky, John R. Welch, Megan Caldwell, Chris Springer, Morgan Ritchie, Craig Rust and Michelle Washington (2008) Tla'amin-SFU Archaeology and Heritage Program 2009. *The Midden* 41(4):5–7.

75. Welch, J.R. (2009) Review of *Shadows at Dawn: A Borderlands Massacre and the Violence of History,* by Karl Jacoby (The Penguin Press, New York, 2008). *Journal of Arizona History* 50(4):403–404.

*76.* Lepofsky, Dana, and John R. Welch (2009)  Herring Archaeology in Tla'amin Territory. *Midden* 41(3):3.

77. Tla'amin First Nation – Simon Fraser University Archaeology and Heritage Stewardship Program. Website and electronic documents, http://www.sliammonfirstnation.com/archaeology.

78. Johnson, Sarah, Dana Lepofsky, John R. Welch, Craig Rust and Michelle Washington (2008) Field School Update: Tla'amin-SFU Field School in Archaeology & Heritage Stewardship, *The Midden* 40(3):8–9.

79. Welch, J.R., Mark Altaha, Doreen Gatewood, Karl Hoerig, and Ramon Riley (2008) Past is Present: Fort Apache and Theodore Roosevelt School. In *American Indian Places*, edited by Frances Kennedy, p. 230. Houghton Mifflin Press, New York.

80. Welch, J.R., Mark Altaha, and Nicholas Laluk (2008) Decolonizing Kinishba Ruins National Historic Landmark. In *American Indian Places*, edited by Frances Kennedy, pp. 208–209. Houghton Mifflin Press, New York.

81. Welch, John R., and Karl A. Hoerig (2008) The White Mountain Apache Tribe. In "Nature-Based Tourism and Tenuring Strategy," prepared by Peter W. Williams, Aaron Heidt, Jen Reilly, and Sydney Johnsen. Coastal First Nations Rainforest Solutions Project.

82. Welch, J.R. (2008) Review of *Zuni Origins: Toward a New Synthesis of Southwestern Archaeology*, edited by David A. Gregory and David R. Wilcox (University of Arizona Press, 2007) *Canadian Journal of Archaeology* 32:289–292.

*Curriculum Vitae,* John R. Welch, RPA 10227         orcid.org/0000-0001-8820-7150

83. Welch, J.R. (2008) Review of *Chiricahua Apache Enduring Power*, by Trudy Griffin-Pierce (University of Alabama Press, 2006) *American Anthropologist* 110(1):108–109.

84. Lepofsky, Dana, John R. Welch, Sarah Johnson, Craig Rust, and Lisa Wilson (with Michelle Washington, Georgia Combes, Hugh Prichard, and the 2008 students) (2008) Tla'amin-SFU Field School in Archaeology & Heritage Stewardship: 2008 Season Report and 2009 Prospectus. Department of Archaeology, Simon Fraser University.

85. Asp, Vera J., Knut Fladmark, John R. Welch, Robert Muir, and George Kauffman (2007)  Tahltan and Tanzilla Villages. Ancestral Knowledge, Ethnohistory, and Archaeology of Two Tahltan Villages: Report on 2007 Fieldwork. Department of Archaeology, Simon Fraser University.

86. Welch, J.R., David V. Burley, Michael Klassen, and George P. Nicholas (2007) New Options for a Professional Preparation Curriculum at Simon Fraser University. *The Midden* 39(4):16–19.

87. Welch, J.R. (2007) Peer Review of Ndee: The Apache Experience, exhibit planning grant submitted by the Heard Museum, Phoenix, Arizona to the National Endowment of the Humanities.

88. Welch, J.R. (2007) Review of Apache Playing Cards, by Wayland, Virginia, and Alan Ferg (Waveland Press, 2006) *Journal of Arizona History* 49(1):77–79.

89. Welch, J.R. (2007) Review of *History is in the Land: Multivocal Tribal Traditions in Arizona's San Pedro Valley*, by T.J. Ferguson and Chip Colwell-Chanthaphonh (University of Arizona Press, 2006). *Journal of Arizona History* 48(2):202–204.

90. Welch, J.R., Mark Altaha, Doreen Gatewood, Karl Hoerig, and Ramon Riley (2006)  Archaeology, Stewardship, and Sovereignty. *The SAA Archaeological Record* 6(4):17–20, 57.

91. Welch, J.R., Karl A. Hoerig, and Raymond Endfield, Jr. (2005) Enhancing Cultural Heritage Management and Research through Tourism on White Mountain Apache Tribe Trust Lands. *The SAA Archaeological Record* 5(3):15–19.

92. Welch, J.R., Chip Colwell-Chanthaphonh and Mark Altaha (2005) Triangulating Perspectives on the Battle of Cibecue. *Glyphs* 56(6):7–8.

93. Welch, J.R., and T.J. Ferguson (2005) Cultural Affiliation Assessment of White Mountain Apache Tribal Lands (Fort Apache Indian Reservation). Final Report, prepared in fulfillment of a National NAGPRA Documentation and Planning Grant, National Park Service. Historic Preservation Office, White Mountain Apache Tribe, Arizona.

94. Hoerig, Karl A., and J.R. Welch (2005) *Fort Apache Walking Tour Guide*. White Mountain Apache Tribe Heritage Program, Fort Apache, Arizona.

95. Welch, J.R., Karl Hoerig, and Stephen Grede (2005) *Visitor Guide to Kinishba Ruins*. White Mountain Apache Tribe Heritage Program, Fort Apache, Arizona.

96. Welch, J.R. (2004) Final Report: Kinishba National Historic Landmark Boundary Study.  Report prepared under Contract for the National Park Service, Southwestern Regional Office, Santa Fe.

97. Welch, J.R. (2002) The Rodeo-Chediski Fire and Cultural Resources. *Arizona Archaeological Council Newsletter* 26(3):1–3.

98. Welch, J.R. (2001) The End of Prehistory. *Anthropology News*, May 2001, pp. 9–10.

99. Welch, J.R. (2000) Old Fort Apache: A Tribe's Struggle to Take the Best Parts of the Past into the Future. *Heritage Matters*, October 2000, pg. 6.

100.    Welch, J.R. (2000) The New Battle for Old Fort Apache. *White Mountain Magazine* 46:22–23, 116–117 (Summer).

101.    Welch, J.R., with George Pinter, Nancy Mahaney, Ngozi Robinson, and Bambi Kraus (2000)

*Curriculum Vitae,* John R. Welch, RPA 10227          orcid.org/0000-0001-8820-7150

*Ndee La'ade: Gathering of the People.* White Mountain Apache Tribe, Whiteriver, Arizona.

102.    Welch, J.R., Nancy Mahaney, and Ramon Riley (2000) The Reconquest of Fort Apache: The White Mountain Apache Tribe Reclaims its History and Culture. *CRM* 23(9):16–19.

103.    Welch, J.R., and Ramon Riley (1998) The Reconquest of Apachería: Apaches Reclaim their History and Culture. *Ciencia Hoi*.

104.    Welch, J.R. (1998) White Mountain Apache Heritage Program Operations and Challenges. *Bulletin, Society for American Archaeology* 16(1):8–11.

105.    Welch, J.R. (1998) *Arch-Bark*: Smokescreen or Shortcut? *Glyphs* 49(2):14

106.    Welch, J.R. (1997) Did Archaeoastronomy Begin at the Sabino Canyon Ruin? *Old Pueblo Archaeology* 10:1–5.

107.    Welch, J.R. (1997) Origins of the White Mountain Apache Heritage Program. *Bulletin, Society for American Archaeology* 15(5):26–28.

108.    Welch, J.R. (1996) Archaeological Measures and Social Implications of Agricultural Commitment. Doctoral dissertation, Department of Anthropology, University of Arizona. University Microforms, Ann Arbor, Michigan.

109.    Welch, J.R. (1992) Book Note: The Fite Ranch Project, by Yvonne R. Oakes, *Kiva* 57(1):281.

110.    Welch, J.R. (1989) Early Investigations at the Sabino Canyon Ruin. Archaeology in Tucson, *Institute for American Research Newsletter*, Summer 1989, pp. 4–6.

111.    Welch, J.R. and Aamir Rashid Mufti (1983) Structuralism and Systems of Folk Classification. *Northeastern Anthropological Association Newsletter*, Fall, pp. 1–4.


## Selected Conference Presentations and Invited Lectures, Colloquia, Seminars

1.    Welch, J.R. (2024) What's Archaeology Got to Do With lt? Resolution Copper Mine, SunZia Powerline, and Traditional vs. Landscape-Scale Cultural Resource Compliance. Annual Meeting of the Arizona Archaeological Society, Sedona, October 26, 2024.

2.    Welch, J.R. (2023) Forensic Sedimentology in an Indigenous Key: Crafting Collaboration at a Science-Humanities-Social Science Interface. University of Missouri Research Reactor and Department of Chemistry Colloquium, Columbia, Missouri, October 27, 2023.

3.    Welch, J.R. (2021) Protected Places: Archaeology Southwest's Conservation Properties and Their Emerging Roles in Preservation Archaeology, Archaeology Café Online, January 5, 2021. https://www.archaeologysouthwest.org/event/protected-places-archaeology-southwests-conservation-properties-and-their-emerging-roles-in-preservation-archaeology/

4.    Welch, J.R. webinar organizer (2020) Perspectives and Tools for Addressing Archaeological Resource Crime in Indian Country: Prevention, Detection, Investigation, Remediation. Webinar invited by the Arizona State Site Stewards, November 12, 2020. https://www.youtube.com/watch?v=HsDHKhVHV9g.

5.    Welch, J.R. and Krista Beazley (2020) Cultural Tourism as Creative Placemaking at Fort Apache. Association for American Indian Tourism (Fort Apache segment runs roughly 18:30-39:50, https://youtu.be/-cK4Z48PmkY?si=iXH8PumwXPAYbDdz.

6.    Welch, J.R. (2020) A Tale of Two Cities: Casa Malpais, Kinishba, and the Elusive Promise of Archaeological Tourism. Archaeology Southwest Café, May 5, 2020, https://www.archaeologysouthwest.org/event/why-you-should-experience-casa-malpais-and-kinishba/

7.    Welch, J.R. (2019) The White Mountain Experiment in Community-Based Site Protection. Archaeology Southwest Tea Series, May 6, 2019, https://www.youtube.com/watch?v=lmTIrcN5PYo

8.    Welch, J.R. (2018) Landscapes, Consultations, Archaeologies, and the Promise of Full-Spectrum

*Curriculum Vitae,* **John R. Welch, RPA 10227**            **orcid.org/0000-0001-8820-7150**

Heritage Resource Management. Invited keynote. Annual meeting of the Federal Columbia River Power System Cultural Resource Program, Kalispell, Montana, November 8, 2018

9. Welch, J.R. (2018) Fort Apache: Conflict, Conservation, and (Re)Conciliation(?) in Indian Country. Haffenreffer Museum 2018 Shepard Krech III Lecture, Brown University, April 5, 2018. https://www.youtube.com/watch?v=qCj_xKgVUNc&index=1&list=PL031FD246CE1CDC15&t=0s

10. Lyons, Natasha, Lisa Hodgetts, Kisha Supernant, John R. Welch (2018) What Does #MeToo Mean for Archaeology? Paper presented in "Unsettling Archaeology" symposium at the 51st Annual Meeting of the Canadian Archaeological Association, Winnipeg, Manitoba May 3, 2018

11. Welch, J.R., David Burley, Erin Hogg, Kanthi Jayasundera, David Maxwell, George Nicholas, Janet Pivnick, Christopher D. Dore, and Michael Klassen (2017) Digital bridges across disciplinary, practical and pedagogical divides: An Online Professional Master's Program in Heritage Resource Management. Paper presented in "The 'Other Grand Challenge': Archaeological Education & Pedagogy in the Next 50 Years," Chacmool Conference, Calgary, Alberta, November 9, 2017.

12. Welch, J.R. (2017) Fort Apache: Pasts, Presents, Futures. Summer Public Lecture Series, Fort Vancouver, Washington, July 20. http://www.friendsfortvancouver.org/archeology-lecture-series-july-2017/

13. Welch, J.R. (2017) Open Eyes, Open Minds, Open Arms, and Open Hearts Open Archaeology. Paper presented at the Society for American Archaeology Annual Meeting, Vancouver, April 1.

14. Welch, J.R., Francis Vigil, and Rachel A. Loehman (2015) Toward a Sovereignty-Driven Paradigm for Transdisciplinary Research on Social-Ecological Systems. Paper presented at the Society for American Archaeology Annual Meeting, San Francisco, California, April 17.

15. Welch. J.R. (2015) Tribal Historic Preservation Officer Toolkit Training Workshop: Quick Start Guide—Essential Guide for Tribal Programs. Full-day workshop presented to 20 tribal government officials at the National Tribal Preservation Conference, Laguna Pueblo lands near Albuquerque, New Mexico, August 17.

16. Schaepe, David M., Bill Angelbeck, John R. Welch, and David Snook (2015) Archaeology as Therapy: Linking Community Archaeology to Community Health. Paper presented at the meeting of the Society for Applied Anthropology, Pittsburgh, Pennsylvania, March 28.

17. Welch, John R. (presenter and discussant) (2015) Sovereignty-Driven Research Ethics: Beyond Baseline Compliance, Consent and Limitation of Liability. Panel discussion, Indigenous Research Ethics conference, Vancouver, February 19. https://indigenousresearchethics2015.wordpress.com/

18. Welch. J.R. (2015) Tribal Historic Preservation Officer Toolkit Training Workshop: Essential Guide for Tribal Programs. Full-day workshop presented to 22 tribal government officials at the National Tribal Preservation Conference, Milwaukee, Wisconsin, September 11.

19. Welch, John R. (presenter) (2014) Fire and Humans in Resilient Ecosystems. Curriculum development workshop for teachers, Laboratory for Tree-Ring Research and College of Education, University of Arizona, Tucson, June 23.

20. Welch, John R. (organizer and moderator) (2014) CRM-ology: Toward a Research Design for Improving the Dominant Form of Archaeological Practice. Forum, Society for American Archaeology Annual Meeting, Austin, Texas, April 25.

21. Hogg, Erin A., and John R Welch (2014) What does Collaborative Archaeology Mean to You? Community-Engagement in Field Schools, Research Projects, and Consulting. Poster presented at the meeting of the Society for American Archaeology, Austin, Texas, April 25.

22. Ruth Aloua and John R. Welch (2014) Closing the Gap Between Management Practice and Policy at a National Historical Park in Hawai'i. Paper presented in the invited symposium, Society for Applied Anthropology, Albuquerque, New Mexico.

*Curriculum Vitae,* **John R. Welch, RPA 10227**             **orcid.org/0000-0001-8820-7150**

23. Hogg, Erin, and John R. Welch (2013) Do you Collaborate? Community Engagement in Field Schools, Research, and Consulting Projects. Poster presented at the meeting of the Canadian Archaeological Association, Whistler, B.C, May 17, 2013.

24. Welch, John R., and Ian Lilley (organizers and moderators) (2013) Beyond the Equator (Principles): Community Benefit Sharing in Relation to Major Land Alteration Projects and Associated Intellectual Property Issues in Cultural Heritage. Forum, Society for American Archaeology Annual Meeting, Honolulu, Hawaii. April 5.

25. Welch, John R., and Karl A. Hoerig (2013) Fort Apache Heritage Foundation. Presentation in symposium, Bellwhether Nonprofits of the Southwest. Society for American Archaeology Annual Meeting, Honolulu, Hawaii. April 4.

26. Atalay, Sonya, Lee Rains Clauss, Randall H. McGuire, and John R. Welch (organizers) (2013) Archaeology, Relevance, and Activism. Seminar, Amerind Foundation, Arizona. February 27-March 3.

27. Welch, John R. (2013) Placemaking and Displacement at Fort Apache and the Theodore Roosevelt School. Archaeology Café public lecture, sponsored by Archaeology Southwest, available at http://www.archaeologysouthwest.org/event/archaeology-cafe-tucson-placemaking-and-displacement-at-fort-apache-and-theodore-roosevelt-school/.

28. Welch, John R. (2012) Home, Home at the Fort: A Millennium of Place Making and Displacement at Fort Apache and TR School National Historic Landmark, Arizona. Environmental Science Program Seminar, Thompson Rivers University, Kamloops, British Columbia.

29. Welch, John R., and Neal Ferris (2011) Making a Sustainable Archaeology. Society for American Archaeology Annual Meeting, Sacramento, California.

30. Ferris, Neal, John R. Welch, and Aubrey Cannon (2011) Capacities for a Sustainable Archaeology. Sustainable Archaeology Workshop, Taipei, Taiwan.

31. Lepofsky, Dana, John R. Welch, and Michelle Washington (Siemthlut) (2011) The Tla'amin-SFU Field School in Archaeology and Heritage Stewardship. People of the River Conference, May 2011.

32. Welch, J.R., Dana Lepofsky, and Michelle Washington (Siemthlut) (2010) Assessing Collaboration with the Sliammon First Nation in a Community-Based Heritage Research and Stewardship Project, in "Perspectives on the Ethical Engagement of Indigenous Peoples In Archaeological Practice" symposium organized by Kerry Thompson, annual meeting of the Society for American Archaeology, St. Louis, Missouri.

33. Speller, C., D. Lepofsky, A. Benson, M. Washington, M. Caldwell, J.R. Welch, D. Yang. (2010) Reconstructing Past Abundance, Diversity, and Use of Herring in the Pacific Northwest of North America, International Council for Archaeozoology, 11th Annual Conference, Paris, France, August 23–28.

34. Welch, J.R., Siemthlut (Michelle Washington) and Dana Lepofsky (2009) *Getting to 100*: Harmonizing Community, Research, and Societal Interests Through the Tla'amin First Nation-Simon Fraser University Field School in Archaeology and Heritage Stewardship, in "Practicing Public Archaeology: Contemporary Issues of Engagement and Action" symposium organized by Paul Thacker, annual meeting of the Society for Applied Anthropology, Santa Fe, New Mexico.

35. Laluk, Nicholas C. and J.R. Welch (2008) Interpretation and Indigenation of Place: Fort Apache, Arizona, in "Archaeology of the Recent Indigenous Past" symposium organized by Nina Swidler, annual meeting of the Society for Historical Archaeology, Albuquerque, New Mexico.

*Curriculum Vitae,* **John R. Welch, RPA 10227**         **orcid.org/0000-0001-8820-7150**

36. Welch, J.R., Vera J. Asp and George Kaufmann (2008) Linking Documentary and Material Histories Through Community-Based Archaeology in Tahltan Territory, British Columbia, in "Ways of Becoming Athapaskan" symposium organized by H. Kory Cooper, B. Sunday Eiselt, and J.R. Welch, annual meeting of the Society for American Archaeology, Vancouver.

37. Ewing, Robyn and J.R Welch (2008) Seeking Middle Ground: Repatriation's Roles in the Negotiation of New Relationships among Indigenous Communities, Museums and Archaeologists, annual meeting of the Society for American Archaeology, Vancouver.

38. Washington, Michelle, J.R. Welch and Dana Lepofsky (2008) Digging Common Ground: The Tla'amin-Simon Fraser University Field School in Archaeology and Heritage Stewardship, September meeting of the Archaeological Society of British Columbia, Vancouver.

39. Welch, J.R., Dana Lepofsky and Siemthlut (Michelle Washington) (2008) Getting to 100: Harmonizing Community, Research, and Societal Interests through Archaeology and Heritage Stewardship, seminar, Vancouver Island University, Powell River, British Columbia.

40. Asp, Vera J., J.R. Welch and George Kaufmann (2008) A Cultural Landscape Approach to the Integration of Documentary and Material Histories in Tahltan Territory, British Columbia, Northwest Archaeological Conference, Victoria, British Columbia.

41. Welch, J.R. and Karl Hoerig (2007) Archaeology, Ndee Identity, and Tribal Sovereignty, in "Archaeologists as Gatekeepers of American Indian Identity" symposium organized by Sonya Atalay and Randy McGuire, annual meeting of the Society for American Archaeology, Austin, Texas.

42. Welch, J.R. (2006) Of, By, and For the Ndee: Archaeology, Heritage Stewardship, and White Mountain Apache Sovereignty, in "Decolonizing Archaeology" symposium, Chacmool Conference, Calgary, Alberta.

43. Welch, J.R. (2005) Ancient Masonry Fortresses of the Upper Salt River, Arizona, September meeting of the Archaeological Society of British Columbia, Vancouver.

44. Welch, J.R. (2005) Panellist, "Anthropologist as Expert Witness," organized by Sylvia Rodriguez.


45. Welch, J.R., Mark Altaha and Nicholas Laluk (2004) Apache? "The Protohistoric Period in the Southern Southwest" symposium, Arizona Archaeological Council, Tucson.


## Works Accepted for Publication or In Press

1. Welch, J.R., Mark Altaha, Nicholas Laluk, and Ramon Riley (2026) Wisdom Sits in Fort Apache: Sovereignty-Driven Redevelopment at Frontier Icon. In *Riding the Frontiers of Decolonization*, edited by Meriam Jorgensen. Harvard University Press (accepted).

2. Welch, John R., Rick Budhwa, Shannon Cowell, Christopher D. Dore, Sarah Herr, Stephen E. Nash, Gerald Wait. 2026 (in press) Cultural Resource Management. In *Routledge Handbook of Applied Anthropology*, edited by Christina Wasson, Edward Liebow, Hsain Ilhiane, Alaka Wali, and Karine Lopes Narahara. Routledge, London.

3. Welch, John R., Robert C. Brauchli, Robert Alan Hershey, George Hesse, Joseph P. Kalt, Gwendena Lee-Gatewood, Jonathan W. Long, Dallas Masey, Cheryl Pailzote (2026) Consequential Victories: Ronnie Lupe and White Mountain Apache Sovereignty. *Wicazo Sa Review.* (Accepted).

4. MacDonald, Brandi L., Fred Nials, and John R. Welch (2026) A Field Guide and Geoforensic Sampling Design for Archaeological Resource Crime Investigation, White Mountain Apache Tribe Land, USA. *Advances in Archaeological Practice* (Accepted)

*Curriculum Vitae,* **John R. Welch, RPA 10227**          **orcid.org/0000-0001-8820-7150**
# TRAINING AND SUPERVISION

### Graduate Student Supervision & Completion at SFU

| Name | Degree | Project / Thesis | Start–Finish |
|---|---|---|---|
| Wong, Nok Shung | M.A. (HRM) | Heritage Conservation in Hong Kong | 2021–2026 |
| Herrera, Jennifer | M.A. (HRM) | "Bridging" Tejano Identity and Indigenous Ancestry Using Archaeological Collections | 2021–2023 |
| Quenoz, Michael | M.A. (HRM) | Drainage Poor...Flies, numerous and troublesome: Reconstructing the Sewer System of First World War Camp Logan in Memorial Park, Houston, TX | 2021–2025 |
| Nelson, Claire | M.A. (HRM) | Unionizing Cultural Resource Management | 2021–2024 |
| Budhwa, Rick | PhD. | Reforming Heritage Conservation in British Columbia | 2021– |
| McKillop, Vanessa | M.A. (HRM) | Weji-sqalia'tiek, They 'sprouted up from the earth': Archaeology and Management of Shubenacadie River Valley Paleoshorelines, Nova Scotia | 2017– 2019 |
| Owens, Camille | M.A. (HRM) | Engaging Public Archaeology Protocols in the Interpretation of Museum Collections | 2017– 2022 |
| Pitul, Michael | M.A. (HRM) | Underwater cultural heritage law and policy in Ontario: History and prospects for reform | 2017– 2019 |
| Campbell, Michael | M.A. (HRM) | CRM Archaeology and Native Land Claims in British Columbia | 2017–drop |
| Johnson, Meghan | M.A. (HRM) | Building Representation: The Development of Barkerville Historic Town & Park's Chinese Narrative | 2017–2019 |
| O'Neil, Casey | M.A. (HRM) | Evaluation of Sample Size Protocols for Large Data Recovery Projects | 2016 –2019 |
| Gauer, Viviane | M.R.M. | Climate Change Adaptation Planning in Two Native-Owned Conservation Organizations | 2016 –2019 |
| Pollock, Jaclyn | M.A. | Building Representation: The Development of Barkerville Historic Town & Park's Chinese Narrative | 2016–2018 |
| Huck, Michael | M.R.M. | Co-constructing Rural Climate Adaptation: Insights from the State of Climate Adaptation and Resilience in the Basin Pilot Project | 2015–2019 |
| Hogg, Erin A. | Ph.D. | Archaeological Data as Evidence in Aboriginal Rights and Title Litigation in Canada | 2014–2019 |
| Hogg, Erin A. | M.A. | Community Engagement in British Columbia Archaeology | 2012–2014 |
| Aloua, Ruth Rebeccalynne | M.A. | Reauthorizing Kanaka Oiwi Heritage Discourse at Kaloko-Honokohau National Historic Park, Hawaii | 2011–2015 |
| Nelly Bouevitch | M.R.M. | Eco-cultural restoration as a step towards co-management: Lessons from the Gulf Islands National Park Reserve | 2011–2016 |
| Knighton, Mykol | M.R.M. | Cultural Heritage Tourism Planning for the Tla'amin First Nation | 2010–2016 |

*Curriculum Vitae,* **John R. Welch, RPA 10227**                    **orcid.org/0000-0001-8820-7150**

| Name | Degree | Project / Thesis | Start–Finish |
|---|---|---|---|
| Lewis, Jennifer | Ph.D. | Revaluing "looted" archaeological materials at Fort Apache and Theodore Roosevelt School National Historic Landmark, Arizona | 2010–2017 |
| Morrison, Jessica | M.R.M. | Stó:lo Connect: A Case Study in Collaborative First Nation Referral Management | 2010–2013 |
| Brady, Karen | M.R.M. | Cultural Heritage as Foundation for Regional Planning | 2009–2014 |
| Hoffmann, Tanja | Ph.D. | An Indigenous Model for Environmental Impact Assessment | 2008–2017 |
| Jamshidian, Soudeh | Ph.D. | Effects of Top-Down Environmental Management in Post-Conflict Settings | 2007–2020 |
| Kasstan, Steven | Ph.D. | Caribou is Life: An Ethnoarchaeology of Ethen-eldèli Denesųłiné Respect for Caribou | 2007–2016 |
| Ewing, Robyn | M.A. | Negotiated Repatriation as Middle Ground | 2006–2010 |

**Partial List of Graduate Student Committees at SFU**

| Name | Degree | Thesis / Project | Start–Finish |
|---|---|---|---|
| Niver, Will | Ph.D. | TBA | 2020– |
| Spearing, Whitney | M.A. (HRM) | Microstratigraphic protocol to assess the impact of wildland fires on subsurface archaeological sites | 2017–2019 |
| Meloche, Chelsea | Ph.D. | What Happens Next? Exploring Connections Between Repatriation, Restorative Justice, and Reconciliation in Canada | 2015–2022 |
| Nadeau, Maureen | M.R.M | Exploring Ethical Space for land use planning in the Upper Columbia region of British Columbia | 2020–2022 |
| Stefanyshen, Earl | M.A. (HRM) | Microstratigraphic protocol to assess the impact of wildland fires on subsurface archaeological sites | 2017–2019 |
| Settle, Kathleen | M.A. (HRM) | Vacuum Truck Excavation as a New and Effective Technique in Urban Archaeology | 2016–2019 |
| Brinkhurst, Marena | M.R.M | Community Land Use Planning on First Nations Reserves and the Influence of Land Tenure: A Case Study with the Penticton Indian Band | 2010–2013 |
| Matthews, Beth | M.A. | A Spatial Analysis of Pleistocene-Holocene Transition Sites in the Southern Columbia Plateau and Northern Great Basin of North America | 2008–2016 |

*Curriculum Vitae,* **John R. Welch, RPA 10227**          **orcid.org/0000-0001-8820-7150**

| | | | |
|---|---|---|---|
| Duke, Guy | M.A. | Past Irrigation Practices in the Memories of the Indigenous Peoples of Chimborazo, Ecuador | 2008–2010 |
| Johnson, Sarah | M.A. | A Tla'amin Cultural Landscape | 2007–2010 |
| Kaufmann, George | M.A. | Missionary Classrooms in a Northern Indian Agency | 2007–2009 |
| Peters, Alana | M.A. | Archaeology and Memories of the Casa Grande | 2007–2011 |
| Hammond, Joanne | M.A. | First Nations Heritage Policies as a Window into Community Stewardship | 2006–2009 |
| Klassen, Michael | Ph.D. | Indigenous Heritage Stewardship and the Transformation of Archaeological Practice | 2005–2013 |
| Lennentine, Miku | M.R.M | Brave New World of Community Forestry | 2006–2009 |
| Astofooroff, Nikki | M.R.M. | Achieving Environmental Sustainability in British Columbia Coastal Communities: A Case Study of Haida Gwaii | 2006–2008 |
| Speller, Camilla | Ph.D. | Investigating Turkey Domestication in the Southwest Through Ancient DNA Analysis | 2005–2009 |
| Badenhorst, Shaw | Ph.D. | The Zooarchaeology of Great House Sites in the San Juan Basin of the American Southwest | 2005–2008 |
| Fothergill, Brooklynne | M.A. | Investigations of the Bluff Great House Fauna | 2005–2008 |
| Sanderson, Darlene | Ph.D. | Nipiy Wasekimew / Clear Water: The Meaning of Water, From the Words of the Elders | 2002–2007 |
| Dunn, Catharine | M.R.M | Aboriginal Partnership for Sustainable 2010 Olympic and Paralympic Winter Games | 2004–2007 |
| Woodward, Robyn | Ph.D. | Medieval Legacies: The Industrial Archaeology of an Early Sixteenth Century Sugar Mill at Sevilla La Nueva, Jamaica | 2004–2006 |
| Rawlings, Tiffany | Ph.D. | Faunal Analysis and Meat Procurement: Reconstructing the Sexual Division of Labor at Shields Pueblo, Colorado | 2001–2006 |

*Curriculum Vitae,* **John R. Welch, RPA 10227**          **orcid.org/0000-0001-8820-7150**

### Graduate Student Committee Membership Outside SFU

| Name | Degree | Institution / Thesis Topic | Start–Fin. |
| --- | --- | --- | --- |
| Rich Hutchings | Ph.D. | University of British Columbia / *Rising Affluence, Rising Seas*—Archaeology and Resource Management Responses to The Maritime Heritage Crisis | 2009–2014 |
| Joshua Dent | Ph.D. | University of Western Ontario / Accounts of Engagement: Conditions and Capitals of Indigenous Participation in Canadian Commercial Archaeology | 2010–2016 |
| Aaron Naumann | Ph.D. | University of Washington / Indigenous Archaeology Revisited | 2016– |
| Jonathan Clapperton | Ph.D. | University of Saskatchewan / *Stewards of the Earth?* Aboriginal Peoples, Environmentalists and Historical Representation | 2008–2012 |
| Nicholas Laluk | Ph.D. | University of Arizona / Historical Archaeology at the Chiricahua – Western Apache Interface | 2008–2014 |
| Mary Ann Wade | Ph.D. | University of Northern Arizona / Theodore Roosevelt School and White Mountain Apache Education | 2007–2010 |
| Karen Capuder | Ph.D. | University of Washington / Skokomish Cultural Landscapes | 2006–2012 |
| Bill Angelbeck | Ph.D. | University of British Columbia / Archaeology of Coast Salish Conflict (External Examiner) | 2004–2009 |
| Nicholas Laluk | M.A. | University of Arizona / Apache Scout Camp Archaeology at Fort Apache | 2003–2006 |
| Lauren Jelinek | M.A. | University of Arizona / Apache Archaeology of the Forestdale Valley | 2003–2005 |

### Supervision of Research Personnel

2011–2012    Erica Kowsz, A.B., Fulbright Canada Scholar **Funded by:** Fulbright Program

2009–2011    Fred Foster, B.S., Research Assistant **Funded by:** Social Sciences and Humanities Research Council Aboriginal Program Grant

2007–2010    Natasha Lyons, PhD, Post-Doctoral Fellow **Funded by:** Social Sciences and Humanities Research Council

2006–2007    Robyn Ewing, B.A, Research Assistant **Funded by:** SFU President's Grant

*Curriculum Vitae,* **John R. Welch, RPA 10227**          **orcid.org/0000-0001-8820-7150**

## EXPERT SERVICE

**Apache Stronghold v. United States of America**; Case Number 21-15295; U.S. Ninth Circuit Court of Appeals. Expert for the plaintiff nonprofit organization involving alleged infringement on free religious practice and treaty rights on the part of the U.S. Forest Service. Under contract with Apache Stronghold. See Welch, John R. (2021) ""United States shall so legislate and act as to secure the permanent prosperity and happiness of said Indians": Policy Implications of the Apache Nation's 1852 Treaty," *International Indigenous Policy Journal* 12(4).

**Tohono O'odham Nation,** *et al.* **v. U.S. Department of Interior, et al.**; Case Civ. No. 4:24-cv-00034-JGZ in U.S. District Court for Arizona. Expert for Archaeology Southwest in a case involving alleged noncompliance with the U.S. National Historic Preservation Act by the U.S. Bureau of Land Management. See J.R. Welch, William H. Doelle, Skylar Begay, Ashleigh Thompson (2023) On Head Shaking While Others Nod: Archaeology Southwest's Collaborative Opposition to the SunZia Power Line. https://www.archaeologysouthwest.org/2023/08/15/on-head-shaking-while-others-nod-archaeology-southwests-collaborative-opposition-to-the-sunzia-power-line/

**San Carlos Apache Tribe v. United States of America**; Case pending in U.S. District Court for Arizona. Expert for the plaintiff tribe in a case involving alleged noncompliance with the U.S. National Environmental Policy Act on the part of the U.S. Forest Service. Contracted with San Carlos Apache Tribe. See J.R. Welch (2021) "Earth, Wind, and Fire: Pinal Apaches, Miners, and Genocide in Central Arizona, 1859-1874" *Sage Open* (October-December):1-19.

**San Carlos Apache Tribe v. Arizona Department of Water Quality**; Case Number LC2019-000264-001; Arizona Court of Appeals. Expert for the plaintiff tribe in a case involving alleged noncompliance with the U.S. Clean Water Act on the part of the State of Arizona U.S. Forest Service. Contracted with San Carlos Apache Tribe.

**White Mountain Apache Tribe v. United States of America**; Case Number 537 U.S. 465; U.S. Supreme Court. Expert for plaintiff tribe in remedying failure by the U.S. to maintain the Fort Apache and Theodore Roosevelt School National Historic Landmark as a prudent fiduciary. Service provided as Tribal Historic Preservation Officer. See .J.R. Welch and Robert C. Brauchli (2010) ""Subject to the Right of the Secretary of the Interior": The White Mountain Apache Reclamation of the Fort Apache and Theodore Roosevelt School Historic District," *Wicazo Sa Review* 25(1):47–73.

## SERVICE
## Academic (External)

| | |
|---|---|
| 2025–2027 | Editorial Board Member, *American Antiquity* |
| 2021–2025 | External Reviewer for seven tenure cases: Southern Methodist U, U British Columbia, Harvard U., U Massachusetts Amherst, Colorado State U, Connecticut College |
| 2020–2025 | Editorial Board Member, Conservation and Management of Archaeological Sites |
| 2015–2025 | Editorial Board Member, *Advances in Archaeological Practice*; *Conservation and Management of Archaeological Sites* |
| 2018–2022 | Member, Canadian Archaeological Association Working Group on Ethics, Diversity, and Inclusion |
| 2017–2019 | Registrar, Register of Professional Archaeologists |

*Curriculum Vitae,* **John R. Welch, RPA 10227**          **orcid.org/0000-0001-8820-7150**

| | |
|---|---|
| 2017 | External Reviewer for Tenure and Promotion Case: Harvard University |
| 2014–2020 | Co-Chair, Amity Pueblo Task Force, Society for American Archaeology |
| 2013–2016 | Member, Government Affairs Committee, Society for American Archaeology |
| 2013 | External Reviewer for Tenure and Promotion Cases: Southern Methodist University, Ft. Lewis College |
| 2011–2013 | Chair, Continuing Professional Education Committee, Register of Professional Archaeologists |
| 2003–Life | Trustee, Josephine H. Miles Testamentary Trust, benefiting the Colorado Historical Society and two American Indian schools in Wyoming and Montana |
| 2003–2010 | Member, Government Archaeology Committee, Soc. for American Archaeology |
| 2006–2009 | Co-Chair, Continuing Professional Education Committee, Register of Professional Archaeologists |
| 2003–2007 | Institutional Grant Administrator, *Doo Aniina' Agot'eehi Baa Nohwii Nagoshd'* (I'll Tell You About How it Was): Programming Endowment Challenge Grant, U.S. National Endowment for the Humanities |
| 2003–2006 | Humanities Scholar, The San Pedro Ethnohistory Internet Project, U.S. National Endowment for the Humanities and Southwest Foundation grant to Center for Desert Archaeology, Tucson |
| 2003–2005 | Member, Board of Directors, Ocotillo Literary Endeavors, Tucson 2002– |
| 2005 | Project Advisor, Ndee Bike' (Footprints of the Apache) and The Fort Apache Legacy, U.S. National Endowment for the Humanities Interpretation Program Implementation grant to Nohwike' Bagowa White Mountain Apache Tribe Cultural Center and Museum |
| 1998–2005 | Founding Member of Board of Directors, U.S. National Association of Tribal Historic Preservation Officers, Washington, DC |
| 2003–2004 | Project Advisor, Guide to Historic Sites of American Indians and the U.S. Military, U.S. Department of Defense |
| 2002–2004 | Member of Project Review Panel, American Indian Treaty Rights and Historic Preservation, U.S. Department of Defense |
| 2002–2003 | Project Humanities Scholar, Our Apache Books, Arizona Humanities Council |
| 1997–1999 | Member of Board of Directors, Arizona Archaeological Council |

## SFU (Senate, University-Wide, Faculty, and Departmental)

| | |
|---|---|
| 2021–2023 | Co-Chair (with C. Giovas), Museum of Archaeology and Ethnology Strategic Planning Committee, Department of Archaeology |
| 2019–2024 | Member, Graduate Studies Committee / Department of Archaeology 2015– |
| 2023 | Director, Professional Graduate Program in Heritage Resource Management |
| 2017–2018 | Member, Tenure & Promotion / School of Resource and Environmental Mgmt. |
| 2012–2016 | Member, Tenure & Promotion / Department of Archaeology |
| 2015–2017 | Member, Pacific Water Research Center Steering Committee |
| 2013–2014 | Chair, Graduate Studies Com./ School of Resource and Environmental Mgmt. |
| 2013–2014 | Member, Graduate Studies Committee / Department of Archaeology |

*Curriculum Vitae,* **John R. Welch, RPA 10227**          **orcid.org/0000-0001-8820-7150**

| | |
|---|---|
| 2013 | Member, Design Committee Environmental Resource Mgmt. Major (BENV) |
| 2012–2013 | Member, Tenure & Promotion / School of Resource and Environmental Mgmt. |
| 2011–2013 | Member, Senate Committee on International Activities |
| 2011–2012 | Chair, Undergraduate Studies Committee/ Department of Archaeology 2011– |
| 2014 | Member, two President's Super Colloquia Steering Groups: *Toward a Theory of Global Justice* (Spring 2013) and *Protecting Indigenous Heritage* (Fall 2014) |
| 2011 | Member, Community Teaching Fellows Proposal Adjudication Committee |
| 2010–2011 | Chair, Student Awards / School of Resource and Environmental Management |
| 2007–Current | Member, Museum of Archaeology and Ethnology Collections Committee |
| 2007–2010 | Member, Grad. Studies / School of Resource and Environmental Management |
| 2006–2011 | Member, First Nations Studies Advisory Committee |
| 2005–2007 | Member, First Nations University-Wide Coordinating Committee |
| 2006–2008 | Member, Tenure & Promotion / School of Resource and Environmental Mgmt. |
| 2005–08, 2010–14 | Member, Tenure & Promotion / Department of Archaeology |
| 2005–2006 | Member, Harassment, Equity and Ethics Com. / Resource and Environ. Mgmt. |
| 2005–2006 | Member, Student Awards / Department of Archaeology |

## Community

| | |
|---|---|
| 2019–2023 | Member, Academic Collaboration Committee, American Cultural Resources Association |
| 2007–current | Member and Board Secretary, Fort Apache Heritage Foundation Board of Directors |
| 2015–2016 | Advisory Committee member, *Tribal Preservation Planning Needs in Case of Emergency*, project developed by the National Association of Tribal Historic Preservation Officers (NATHPO) with support from the U.S. Federal Emergency Management Agency. |
| 2005–2012 | Archaeology Department liaison, SFU United Way Campaign 2005– |
| 2011 | Archaeology and REM School liaison, SFU United Way Campaign |
| 2007–2010 | Member, Public Education Committee, Archaeological Society of British Columbia |
| 2007–2009 | Member, Fort Apache Master Plan Revision Team, White Mountain Apache Tribe |
| 1998–2007 | Founding Board Member (ex officio), Secretary, Executive Director (pro tempore), Fort Apache Heritage Foundation, Fort Apache, Arizona |
| 2003–2005 | Member, Board of Directors, Arizona Wilderness Coalition |
| 2002 | Judge, Miss White Mountain Apache Queen Committee, White Mountain Apache Tribe |

## AWARDS AND HONORS

| | |
|---|---|
| 2025 | **Title:** The Castleton Award for excellence in rock art research **Type:** Scholarship **Organization:** American Rock Art Research Association  **Details:** In honor of 2025 article published in American Antiquity 90(3) |
| 2024 | **Title:** Distinguished Alumni Award **Type:** Service   **Organization:** Fountain Valley School, Colorado Springs   **Details:** Occasional award for representing school's values and principles |

*Curriculum Vitae,* John R. Welch, RPA 10227          **orcid.org/0000-0001-8820-7150**

| | |
|---|---|
| 2024 | **Title:** Gordon R. Willey Prize **Type:** Research Publication **Organization:** American Anthropological Association    **Details:** Recognition for "Liberating Trails and Travel Routes in Gitxsan and Wet'suwet'en Territories from the Tyrannies of Heritage Resource Management Regimes," by Chelsey Geralda Armstrong, Anne Spice, Mike Ridsdale, and John R. Welch, *American Anthropologist* 125(2):361-376 as the best archaeology article appearing in *American Anthropologist* during the preceding three years. |
| 2017 | **Title:** Presidential Recognition Award **Type:** Advocacy **Organization:** Society for American Archaeology    **Details:** Recognition for service as the co-chair of the SAA's Amity Pueblo Task Force |
| 2005–15 | **Title:** Canada Research Chair (Tier 2) **Type:** Interdisciplinary Research **Organization:** Social Sciences and Humanities Research Council    **Details:** Academic appointment to address Indigenous heritage stewardship |
| 2007 | **Title:** Fellow    **Type:** Service **Organization:** Society for Applied Anthropology **Details:** Endorsement by SfAA Board of the nomination by Shelby Tisdale |
| 1999 | **Title:** Governors Award    **Type:** Service    **Organization:** State of Arizona **Details:** For individual achievement in historic preservation |
| 1992 | **Title:** Appreciation Award    **Type:** Service    **Organization:** Arizona Archaeological and Historical Society **Details:** For contributions to preservation and public education |
| 1991 | **Title:** Comins Fellowship    **Type:** Fellowship    **Organization:** University of Arizona **Details:** Support for dissertation preparation |
| 1983 | **Title:** Undergraduate Essay Prize    **Type:** Research **Organization:** Northeastern Anthropological Association    **Details:** Annual prize for the best student essay submittal |
| 1983 | **Title:** Harold C. Bohn Anthropology Prize    **Type:** Scholarship **Organization:** Hamilton College **Details:** Award to the best graduate anthropology major |

# OTHER

## Manuscript and Proposal Refereeing (Last Five Years)

| | |
|---|---|
| *American Antiquity* | *Canadian Journal of Archaeology* |
| *Journal of Social Archaeology* | *Journal of Archaeological Science* |
| *Journal of the Commons* | *Environment and History* |
| University of Hawaii Press | University of Arizona Press |
| University of Utah Press | *Fire Ecology* |
| *Journal of Environmental Education Research* | |
| Social Science and Humanities Research Council of Canada | |

## Current Professional Affiliations

| | |
|---|---|
| Az Archaeological and Historical Society | World Archaeological Congress |
| Register of Professional Archaeologists | Society for American Archaeology |