## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

TOHONO O'ODHAM NATION,
a federally recognized Indian tribe,

        *Plaintiff*,

  v.

MARKWAYNE MULLIN, in his official
capacity as Secretary of U.S. Department of
Homeland Security; RODNEY SCOTT, in his
official capacity as Commissioner of U.S.
Customs and Border Protection; and
ROSARIO VASQUEZ, in his official
capacity as Chief of U.S. Border Patrol,

        *Defendants*.

Case No. 26-cv-2127

### DECLARATION OF MARY LUCY ZAZUETA

I, Mary Lucy Zazueta, declare the following on the basis of personal knowledge to which I am competent to testify:

1. I am a citizen of the Tohono O'odham Nation. I was born on the Nation's Reservation, in Sells, Arizona. I now live in Santa Cruz, Arizona, about fifteen minutes away from the border, on the Reservation.

2. When I was young, I went with my family to live on my uncle's land, which is about two or three miles south of the border, near where the San Miguel gate is now. There was no gate across the border then. The boundary was only a fence, and it was often laid over on the ground. We could move freely, for school and groceries and other things, and to go to the

cemetery for All Souls' Day or if someone passed away. Everything we needed was right there in our backyard.

3.     When I was 12, the government put up the metal gates and started to restrict crossings. We had to travel farther away to cross. The nuns could no longer come across to pick us up and take us to school on the northern side. So my family moved back to Sells, where we could go to school and have more access to other things that we needed over here. Having to move back to Sells was hard for us because it separated us from my uncle's family and the land where we lived. It meant that we could no longer be together and could not travel across our territory in the ways that we were used to. Today my family still lives on both sides of the border.

4.     I am a traditional O'odham healer. I have been practicing these traditions since I was 13 years old. People come to me for traditional spiritual healing and medicine. I treat people from the north and south of the border. I understand the spiritual ailments that afflict our people. I see people who have illnesses and suffer because something has gone wrong in their lives. Maybe they have done something wrong or maybe something has happened to disrupt their connection with the spirit world and make them vulnerable. There are different reasons why people might be sick, and it is my job to figure out why and to help them get better through blessings and prayers. I do not know why I was chosen to have this understanding, but I know that when I pray and do things the way that I have been taught and the way that the spirits guide me, sometimes I am able to help people to get better.

5.     Sickness is a sign that something is not in balance. We believe that everything has life. We are not disrespectful to Mother Earth or to animals or other human beings. We are taught that the skies, the heaven, everything in our culture has its own life. We celebrate these things in different months and different seasons through our ceremonies. We tell our stories in the winter

2

and hold our rain ceremonies in the summer and fall. We visit our families and care for the gravesites of our relatives and ancestors. We have to do these things. This is our cycle of life, and these are our obligations.

6.      When people cannot do what needs to be done, they can fall out of balance and become spiritually sick. It becomes a hardship. Mentally, you know you did not fulfill your promise. It will always be a promise that was not completed. This is a big weight on our people and causes our spirits and our hearts to feel bad. We know what we need to do, and when we do not do it, our mental and physical health suffers.

7.      Our people travel all the time to see family and visit our religious sites. It is a central part of our identity. If people are not able to freely travel across our lands, they will not be able to access the places where ceremonies and prayers must take place.

8.      We have to perform our ceremonies in the places where they originated and have always been done. We cannot do them in other places because it does not work that way. The place is an important part of the ceremonial function. We have an important ceremony in Quitovac. It is a rain ceremony. We do this ceremony in Mexico. That is where it takes place, where it has to take place, because being in that place is an important part of what the ceremony is. We could not do it anywhere else because then it would be something completely different.

9.      In our ceremonies, everything has to be done in a certain way. People must use the ceremonial objects in the proper way, sing songs and pray in the proper way. When they sing the songs, the ceremonial objects come to life, and the spirits will come and be with us and heal us through the performers. They will heal the people who pray, the people they pray for, and the whole community. When we perform the ceremonies in the proper way, everyone is touched by these spirits and receives the blessings and benefits of these prayers. If we do not do it in the

3

proper way, then the spirits do not come. Something else will happen. Instead of being healed people can become sick, physically or spiritually. If we are not able to pray in the right way, it can be very bad for the people who are praying and for the people they are praying for. So the ceremonies need to be performed in the right way, the way that our ancestors have done it and taught us to do.

10.     Having to pass through a wall to participate in our ceremonies affects our ceremonial practices. When we are preparing to go to our ceremonies, we must keep an open heart. We must make ourselves ready to participate in the ceremony in the right way. We must embrace the connection that we have to each other and to the spirits who we pray will help us in the ceremony. We need to feel connected because we are all one with Mother Earth, we are not separate things.

11.     But the wall represents the opposite to all of this. It disrupts our connection to each other and to the land. It harms the land, the mountains, the water, all the different animals that need to cross over and migrate. It destroys the openness of our land, and it blocks us in instead of helping us to open up. This creates a mental and spiritual disruption that affects our ability to embrace the spiritual energies within our land and territory, and to properly perform the ceremonies that connect us with these spirits.

12.     People with families on both sides meet at the border when they are going to do prayer and make their offerings. They cannot do that and be together through a wall. If we have to pass through this wall to go to the places where we pray and participate in ceremonies, that affects our minds in a way that does not allow us to be prayerful in the way that we are supposed to.

4

13.     One of the most important reasons for us to travel across the border is to take care of our relatives and ancestors who have passed on. Many of our family members are buried on the Mexico side. The cemetery there is very important to us. It is where we laid to rest so many of our relatives. It used to be in our backyard. Our people go to the cemetery and take care of their relatives and their ancestors, to clean and tend to their graves, take flowers to them, and talk with them. We bring candles and pray with them there. We must do these things very carefully because burial sites and ceremonies must be protected. It is dangerous to disrupt or offend our people who have gone on to the spirit world. These disruptions can lead to sickness and other consequences for our people down the road, and our people will suffer.

14.     A wall will separate us from the places where our ancestors are buried. It will divide the places where we pray and the people we pray for and keep us from the spirits that guide and protect us and heal us. The wall will interrupt the flow of energy between the living and the spirit worlds. It will remove us from our ancestors and keep our prayers from reaching those we are praying for. We could stand on one side of the wall and know that there are cultural artifacts and the resting places of our ancestors just over the other side at the cemetery, but we would not be able to access them or be with them. We could look, but we would not be able to see the beauty on the other side except through these looming bars. We could still stand there and pray to our Creator and to the spirits, but it would not be the same as if we could put cornmeal, food, and water down as offerings. We will not be able to fully perform our spiritual obligations to our families.

15.     Recently, during the COVID-19 pandemic, we lost my uncle. Later, we lost my aunt. We wanted to take them to be buried in the cemetery in Mexico with the rest of our family. But it was too difficult to do this, and too many people would not have been able to go when we

5

buried them. So we buried them in Sells instead. It hurt us to have to do this. It hurt us that my aunt and uncle had to be buried away from the rest of our family, where we have traditionally buried many of our family members, in their resting places in our lands in the South. This is what we have always done, and it is how we wish to be taken care of when our time comes. We want to be with our ancestors. This is especially hard for the elders because that was their home. We want to all be together. We know that they want to be together. Before, it was not hard to take our loved ones home. But if there is a wall, this will be how it is from now on. We will not be able to bury our dead the way that we want to and the way that they want us to.

I declare under penalty of perjury that the following is true and correct.

Dated: June 11, 2026                                           /s/ *Mary Lucy Zazueta*
                                                              Mary Lucy Zazueta