# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

TOHONO O'ODHAM NATION,
a federally recognized Indian tribe,

           *Plaintiff*,

  v.

MARKWAYNE MULLIN, in his official
capacity as Secretary of U.S. Department of
Homeland Security; RODNEY SCOTT, in his
official capacity as Commissioner of U.S.
Customs and Border Protection; and ROSARIO
VASQUEZ, in his official capacity as Chief of
U.S. Border Patrol,

           *Defendants*.

Case No. 26-cv-2127-RJL

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated June 18, 2026, the parties have conferred and submit the following proposed briefing schedule for Plaintiff's Motion for Preliminary Injunction:

- Defendants will file their opposition papers on July 7, 2026; and

- Plaintiff will file its reply on July 14, 2026.

Dated: June 23, 2026

Respectfully submitted,

/s/ Stacy R. Stoller

Adam R.F. Gustafson, D.C. Bar 1010952
Principal Deputy Assistant Attorney General
Bradley Craigmyle
Deputy Assistant Attorney General
Marissa A. Piropato
Deputy Chief, Natural Resources Section
Stacy R. Stoller, D.C. Bar 475035
United States Department of Justice
Environment & Natural Resources Division
Tel: (202) 598-3555 (Stoller)
Stacy.Stoller@usdoj.gov

*Counsel for United States*

/s/ *Riyaz A. Kanji*

Riyaz A. Kanji, D.C. Bar 455165
David A. Giampetroni*
Christopher C. Miller*
KANJI & KATZEN, P.L.L.C.
P.O. Box 3971
Ann Arbor, MI 48106
(734) 769-5400
rkanji@kanjikatzen.com
dgiampetroni@kanjikatzen.com
cmiller@kanjikatzen.com

Philip H. Tinker*
KANJI & KATZEN, P.L.L.C.
12 N. Cheyenne Ave., Ste. 220
Tulsa, OK 74103
(206) 344-8100
ptinker@kanjikatzen.com

*Counsel for Plaintiff Tohono O'odham Nation*

*Pro Hac Vice Admission

**CERTIFICATE OF SERVICE**

I certify that on June 23, 2026, this document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

/s/ *Riyaz A. Kanji*
Riyaz A. Kanji