**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

TOHONO O'ODHAM NATION,

a federally recognized Indian tribe,

*Plaintiff*,

v.

MARKWAYNE MULLIN, et al.,

      *Defendants*.

Case No. 26-cv-2127

**DECLARATION OF BENJAMIN S. HOLLINDER**

I, BENJAMIN S. HOLLINDER, pursuant to 28 U.S.C. § 1746, and based upon my personal

knowledge and information made known to me from official records and reasonably relied upon

in the course of my employment, hereby declare as follows:

1.     I am currently the Acting Deputy Chief, Program Management Office Directorate, U.S. Border Patrol (USBP), U.S. Customs and Border Protection (CBP).  I have held this position since June 28, 2026.  In my current position, I assist the Executive Director in managing and oversite of Program Management Operations to ensure alignment with organizational goals and strategic priorities. I provide leadership and guidance to seven portfolio directors that support the procurement and deployment of tactical infrastructure, communication equipment, and advance surveillance technology to support the agents in the field to enhance border security. I oversee the planning, execution, and monitoring of multiple programs and projects, and ensure delivery within scope, schedule, and budget.

2.     In my almost twenty years of service, I have held several other leadership positions in Washington, D.C., as well as in other locations throughout the nation.  I began my career

with USBP on June 18, 2007, at the Chula Vista Station in the San Diego Sector.  From May 2012 until April 2022, I held various management positions, including Supervisory Border Patrol Agent, Watch Commander, and Acting Executive Officer within the San Diego Sector.  In April 2022, I was promoted to Assistant Chief at USBP Headquarters Law Enforcement Operations Directorate. In January 2023, I returned to San Diego Sector as a Patrol Agent in Charge.  In June 2024, I was promoted to Division Chief, USBP Law Enforcement Operations Directorate with Immigration, Prosecution, and Custody Operations. I briefly returned to the field as a Patrol Agent in Charge within San Diego Sector in August 2025.  Then, in April 2026, I subsequently served as the Acting Deputy Chief of Operations at USBP Headquarters, Law Enforcement Operations Directorate, where I provided strategic oversight and leadership for operations across all twenty sectors and ten divisions within the Directorate.

3. This declaration is based upon my personal and professional knowledge, information obtained from other individuals employed by CBP, and information obtained from relevant records and systems maintained by CBP.

4. I am aware that on June 17, 2026, the Tohono O'odham Nation (the Nation) filed a Motion for Preliminary injunction seeking to prevent the United States from taking steps in furtherance of the project at issue in this litigation, known as the Tucson 5 Project, which entails construction of approximately 62 miles of border barrier system in the USBP's Tucson Sector.

5. The construction of border barrier is critical to DHS's Southwest border strategy. Construction of the Tucson 5 Project in particular is necessary for DHS to maintain operational control of the border and address critical national security and public safety

threats.  Once border barrier and associated infrastructure construction is completed elsewhere along the Arizona-Sonora border, the area where the Nation resides will represent one of the few remaining open segments.  The lack of border barrier on the reservation specifically has made this a funnel point for illegal crossings on the Southwest border.  Apprehensions on the reservation accounted for 33.6% of all illegal entries in the Tucson Sector area of responsibility in Fiscal Year 2024.  By contrast, the Nation comprises only 62 miles of the 262-mile border in the Tucson Sector area of responsibility.  The necessity of border barrier system and associated infrastructure construction is particularly critical in this area.

6.    The Nation's ancestral lands extend into Mexico, and some members still reside there, fostering longstanding cross-border familial and cultural ties.  Its members often cross into the United States from Mexico.

7.    Based on USBP experience, there is evidence of significant exploitation by Transnational Criminal Organizations (TCOs) and TCO-related smuggling activities.

8.    TCOs have a long history of operating in the Tucson Sector area of the southwest border.  These TCOs engage in a range of criminal activity that harms the United States, including human smuggling and trafficking of drugs and weapons.  With planned international boundary wall and technology improvements in other areas across the Southwest border, not having a border barrier system in this particular area makes it a vulnerable and a desirable area for TCOs to operate along the southwest border.  If encounters of aliens entering illegally between ports of entry increase, vulnerabilities in the area will become particularly problematic.  Illegal mass migration flows during earlier periods of high encounters were exploited by TCOs, particularly in this section of

the border, where no border barrier system exists.  Additional security challenges exist because of the unique geographic area in which residents often cross to and from Mexico.

9.    (LES)

10.    (LES)

11.    (LES)

12.    I am also aware of individuals, including members of the Nation, operating on the Nation's reservation who have been charged with alien smuggling and/or have confirmed criminal convictions for narcotics smuggling and human smuggling on the Reservation.

13. (LES)

14. (LES)

15. (LES)

16. (LES)

17. (LES)

18. (LES) ████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

19. (LES) ████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████

20. (LES) ████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

████

21. (LES) ████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████

22. The construction of border wall in this area is appropriate and necessary due to the law enforcement and security concerns in this region.  The planned border barrier system and associated infrastructure are necessary for DHS and CBP to obtain operational control of

the border, and enjoining this planned construction effort will, for example, increase the likelihood of exploitation by TCOs for cross border illicit activities.

23.     Without a border barrier system, DHS anticipates increases in illegal crossings by aliens which will require diversion of Border Patrol assets within this Sectors from other critical national security and public safety threats.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this 7th day of July 2026.

Respectfully submitted,

Benjamin S. Hollinder
Acting Deputy Chief
Program Management Office Directorate
U.S. Border Patrol
U.S. Customs and Border Protection