**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

TOHONO O'ODHAM NATION,
a federally recognized Indian tribe,
*Plaintiff*,
v.
MARKWAYNE MULLIN, et al.,
*Defendants*.

Case No. 26-cv-2127-RJL

**PROPOSED ORDER**

Upon consideration of Plaintiff's Motion for Preliminary Injunction [Dkt. #3] and Defendants' Opposition thereto, it is hereby

ORDERED that Plaintiff's Motion is DENIED.

SO ORDERED.

RICHARD J. LEON
United States District Judge