**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| TOHONO O'ODHAM NATION, a federally recognized Indian tribe, <br><br> *Plaintiff*, <br><br> v. <br><br> MARKWAYNE MULLIN, in his official capacity as Secretary of U.S. Department of Homeland Security; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and ROSARIO VASQUEZ, in his official capacity as Chief of U.S. Border Patrol, <br><br> *Defendants*. | Case No. 26-cv-2127-RJL |

**SECOND DECLARATION OF RIYAZ A. KANJI**

I, Riyaz A. Kanji, declare the following on the basis of personal knowledge to which I am competent to testify:

1.      I am an attorney at law, duly admitted to practice before this Court. My law firm represents the Tohono O'odham Nation ("Nation") in the above-captioned lawsuit. I am fully familiar with the facts and circumstances of this case. I make this declaration in support of the Nation's Reply Brief in Support of its Motion for Preliminary Injunction.

2.      **Attachment A** is a true and correct copy of pages 1 to 3 of the Senate Report, number 468, of the 75th Congress, first session, dated May 6, 1937, attaching a letter of then-Acting Secretary of the Interior Charles West to then-Chairman of the Senate Committee on Indian Affairs, Elmer Thomas.

1

3.      **Attachment B** is a true and correct copy of Proclamation 2232, President Franklin Roosevelt's 1937 Proclamation establishing the Organ Pipe Cactus National Monument.

4.      **Attachment C** is a true and correct copy of Anna Giaritelli, *Trump's Top Border Official, Rodney Scott, Unpacks Wins and Path Forward*, Washington Examiner (May 4, 2026)), which is available behind the Washington Examiner paywall at https://www.washingtonexaminer.com/policy/immigration/4551607/top-border-official-rodney-scott-unpacks-wins-path-forward/.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 14th day of July, 2026

By:  /s/ *Riyaz A. Kanji*
Riyaz A. Kanji
Attorney at Law
Kanji & Katzen, P.L.L.C.

# ATTACHMENT A

# Calendar No. 474

| 75TH CONGRESS | SENATE | REPORT |
|---|---|---|
| *1st Session* | | No. 468 |

## EXTENSION OF BOUNDARIES OF PAPAGO INDIAN RESERVATION IN ARIZONA

MAY 6, 1937.—Ordered to be printed

Mr. ASHURST, from the Committee on Indian Affairs, submitted the following

## REPORT

[To accompany S. 1806]

The Committee on Indian Affairs, to whom was referred the bill (S. 1806) to extend the boundaries of the Papago Indian Reservation in Arizona, having considered the same, report favorably thereon with the recommendation that the bill do pass with the following amendments:

On page 1, line 11, strike out the figures "20" and insert in lieu thereof the figures "30".

On page 2 line 19, strike out the word "owed" and insert in lieu thereof the word "owned".

The bill proposes to add to the Papago Indian Reservation in Arizona a total of 53,352.25 acres of land, 320 acres of which are now in private ownership and 2,360 acres of which are embraced within a grant for a reservoir site. Provision is made for the purchase of the private holdings and for the elimination of certain sections held by the State of Arizona through lieu selection of an equal area of vacant, unreserved, nonmineral public domain within the State. All valid mineral rights within the acreage to be added are protected, and the addition to the reservation is made subject to all existing mining laws in the same manner as if it had been a part of the original reservation as set up by Executive order on February 1, 1917.

The value of the privately owned lands and appurtenant grazing rights, together with a dam and storage reservoir, has been appraised by the Department of the Interior at $40,016.37, and authority is given by the bill for the expenditure of that sum out of existing funds heretofore appropriated to carry out the provisions of the Indian Reorganization Act of June 18, 1934 (48 Stat. 984), and now available for expenditure.

Digitized by Google

2    EXTEND BOUNDARIES OF PAPAGO INDIAN RESERVATION

The board of supervisors of Pima County, in which the lands are situated, favors their inclusion within the reservation, and makes no objection to the removal of the private holdings from the tax rolls of the county.

There is attached hereto and made a part of this report a letter from the Acting Secretary of the Interior which indicates that the enactment of the bill is recommended by that Department.

---

INTERIOR DEPARTMENT,
*Washington, April 28, 1937.*

Hon. ELMER THOMAS,
*Chairman, Committee on Indian Affairs,*
*United States Senate.*

MY DEAR MR. CHAIRMAN: Further reference is made to your request for a report on S. 1806, a bill to extend the boundaries of the Papago Indian Reservation in Arizona.

The bill would add two areas to the Papago Reservation. The first is described as the west half, section 4, and the west half, section 9, township 17 south, range 8 east, G. and S. R. M. This tract of 640 acres adjoins the Papago Reservation on the east and has been occupied and used by Pablo Lijero, a full-blood Papago Indian, for more than 40 years. He has his improvements upon the land and several years ago filed a homestead entry on it. He never made the necessary proofs and it is now impossible for him to complete the entry.

The lands in townships 18 and 19 south, ranges 2 and 3 west, adjoin the reservation on the southwest. A total of 52,712.25 acres is involved, no part of which is within a grazing district. One tract consisting of 320 acres is in private ownership and approximately 2,360 acres are within a grant for a reservoir site approved May 24, 1927, under the act of March 3, 1891 (36 Stat. L. 1095, 1101). A dam and storage reservoir have been constructed. The addition of the lands to the reservation would become effective only after all privately owned lands exclusive of mining claims are purchased. The property, including the dam and the grazing privileges on adjoining lands which are controlled by the water on the privately held lands, has been appraised at $40,016.37, and authority is granted to make the purchase at this figure. Funds appropriated in accordance with section 5 of the Indian Reorganization Act of June 18, 1934 (48 Stat. L. 984), will be used.

Title to several sections has passed to the State of Arizona as school lands. The State has already relinquished most of its land and taken lieu lands, and it is expected that it will relinquish the balance, which is now under lease, as soon as the leases are canceled. The leases undoubtedly will be canceled when the property referred to in the preceding paragraph is purchased for the Indians.

The inclusion in the reservation of the area to the southwest will reserve for the Indians lands which they have been using for a great many years. At present 25 families, consisting of about 120 individuals, occupy the area. The withdrawal will be primarily for the protection and benefit of these Indians. The lands, except for a small area below the dam, are grazing in character. It is estimated that they have a year-long carrying capacity of 1,200 head of cattle. It, therefore, appears that the entire range can be used by the 25 families now living there. Approximately 120 acres below the dam are classed as tillable and it is possible that some irrigation can be developed, but it will be dependent upon floodwaters. Permanent stock water can be developed. By supplementing the cattle industry with gardening these Indians should be able to support themselves comfortably.

The addition of the area to the reservation also will tend to straighten the reservation boundary and will enable the superintendent of the Papago Agency to take more effective steps to prevent Mexican cattle from drifting upon the Indian range than he has been able to do in the past.

The Papago Indian Reservation was created by Executive order of February 1, 1917, which superseded earlier Executive orders. The reservation was set aside upon the recommendation of a committee which was formed for the purpose of determining what lands were occupied by Papago Indians and should be included in a reservation for them. Father Bonaventure Oblasser, a missionary among the Papago Indians since before the reservation was created, was a member of that committee. With respect to the lands now under consideration, he has stated that the committee was not aware that they were occupied by Indians or it would have included them in the lands which it recommended be reserved for

Digitized by Google

the Indians. He is anxious that the error be corrected and that the reservation boundary be extended to include these lands. The records indicate that they were occupied by Papago Indians as early as 1699.

The bill is worded to protect all valid existing rights and to provide that all minerals underlying the lands described therein shall remain subject to mineral entry under the same conditions as lands now within the reservation.

There is enclosed a copy of a resolution of the board of supervisors of Pima County, in which the board expresses itself as being favorable to the addition of the lands to the reservation.

In view of the foregoing, I recommend that S. 1806 receive favorable consideration.

The Acting Director of the Bureau of the Budget has advised that there is no objection to the presentation of this report to the Congress.

Sincerely yours,

CHARLES WEST,
*Acting Secretary of the Interior.*

### RESOLUTION OF BOARD OF SUPERVISORS, PIMA COUNTY, ARIZ.

Whereas Father Bonaventure Oblasser, a member of the committee appointed to delimit the boundary of the Papago Reservation as defined by the Executive order dated February 1, 1917, has represented to us that two tracts of land then occupied by Papago Indians were inadvertently omitted from the inclusion order; and

Whereas Father Bonaventure Oblasser represents that it was the intention to include all Papago Indians situate on lands contiguous to the main body of the Papago within the Papago Reservation; and

Whereas it has been made to appear that the public lands now requested for inclusion in the Papago Reservation have been used by the Papago Indians since time immemorial, with the exception of the homestead entry of Joseph Menager: Now, therefore, be it

*Resolved by the Pima County Board of Supervisors,* That we hereby go on record as favoring extension of the Papago Reservation to include all of the unappropriated public domain in T. 17 S., R. 3 W., T. 18 S., Rs. 2 and 3 W., and T. 19 S., Rs. 2 and 3 W., which lands are situate at the southwest corner of the Papago Reservation; and the W½ sec. 4 and the W½ sec. 9 in T. 17 S., R. 8 E., which tract is now occupied by Pablo Lejiro, a Papago Indian, which is located on the east side of the Papago Reservation, and all lands described herein being in Pima County, Ariz.

PIMA COUNTY BOARD OF SUPERVISORS,
By W. A. GROSSETTA, *Chairman.*

Attest:

GLADSTONE MACKENZIE, *Clerk.*

○

Digitized by Google


# ATTACHMENT B



AUTHENTICATED
U.S. GOVERNMENT
INFORMATION
GPO

PROCLAMATIONS, 1937                                           **1827**

### ORGAN PIPE CACTUS NATIONAL MONUMENT—ARIZONA

BY THE PRESIDENT OF THE UNITED STATES OF AMERICA

April 13, 1937
[No. 2232]

## A PROCLAMATION

WHEREAS certain public lands in the State of Arizona contain historic landmarks, and have situated thereon various objects of historic and scientific interest; and

WHEREAS it appears that it would be in the public interest to reserve such lands as a national monument, to be known as the Organ Pipe Cactus National Monument:

NOW, THEREFORE, I, FRANKLIN D. ROOSEVELT, President of the United States of America, under and by virtue of the authority vested in me by section 2 of the Act of June 8, 1906 (ch. 3060, 34 Stat. 225; U. S. C. title 16, sec. 431), do proclaim that, subject to existing rights, the following-described lands in Arizona are hereby reserved from all forms of appropriation under the public-land laws and set apart as the Organ Pipe Cactus National Monument:

*Organ Pipe Cactus National Monument, Ariz. Preamble.*

*Reserving certain lands for national monument. 34 Stat. 225. 16 U. S. C. § 431.*

### GILA AND SALT RIVER MERIDIAN

*Description.*

Beginning at a point on the southern boundary of the Papago Indian Reservation which is the point for the corner of secs. 5, 6, 31, and 32, Tps. 17 and 18 S., R. 3 W.; thence south approximately five and one-half miles to the International Boundary; thence northwesterly along the International Boundary to the intersection with the position for the third meridional section line through unsurveyed T. 17 S., R. 8 W.; thence north on the third meridional section line through Tps. 17, 16, 15 and 14 S., R. 8 W. (unsurveyed), to the point for the corner of secs. 15, 16, 21 and 22; thence east on the third latitudinal section line through T. 14 S., Rs. 8, 7, 6 and 5 W., to the corner of sections 13, 18, 19 and 24, T. 14 S., Rs. 4 and 5 W., on the west boundary of the Papago Indian Reservation; thence southerly and easterly along the west boundary of the Papago Indian Reservation to the point for the corner of secs. 5, 6, 31, and 32, Tps. 17 and 18 S., R. 3 W., which is the point of beginning, containing approximately 330,690 acres.

Warning is hereby expressly given to all unauthorized persons not to appropriate, injure, destroy, or remove any feature of this monument and not to locate or settle upon any of the lands thereof.

*Warning against unauthorized acts.*

The Director of the National Park Service, under the direction of the Secretary of the Interior, shall have the supervision, management, and control of the monument as provided in the act of Congress entitled "An Act To establish a National Park Service, and for other purposes," approved August 25, 1916 (ch. 408, 39 Stat. 535; U. S. C., title 16, secs. 1 and 2), and acts supplementary thereto or amendatory thereof; *Provided,* that the administration of the monument shall be subject to: (1) Right of the Indians of the Papago Reservation to pick the fruits of the organ pipe cactus and other cacti, under such regulations as may be prescribed by the Secretary of the Interior; (2) Proclamation of May 27, 1907 (35 Stat. 2136); (3) Executive Order No. 5462 of October 14, 1930; and (4) Executive Order of November 21, 1923, reserving a 40-acre tract as a public water reserve.

*Supervision.*

*39 Stat. 535. 16 U. S. C. §§ 1, 2.*

*Proviso. Rights reserved.*

*35 Stat. 2136.*

The reservation made by this proclamation supersedes as to any of the above-described lands affected thereby the temporary withdrawal for classification and other purposes made by Executive Order No. 6910 of November 26, 1934, as amended.

*Executive Order 6910 superseded.*

1828                                    PROCLAMATIONS, 1937

IN WITNESS WHEREOF, I have hereunto set my hand and caused the seal of the United States to be affixed.

DONE at the city of Washington this 13 day of April in the year of our Lord nineteen hundred and thirty-seven and of the

[SEAL]    Independence of the United States of America the one hundred and sixty-first.

                                        FRANKLIN D ROOSEVELT

By the President:
    CORDELL HULL
        *Secretary of State.*

---

EMERGENCY BOARD, SOUTHERN PACIFIC COMPANY (PACIFIC LINES) AND NORTHWESTERN PACIFIC RAILROAD COMPANY—EMPLOYES

April 14, 1937
[No. 2233]

BY THE PRESIDENT OF THE UNITED STATES OF AMERICA

A PROCLAMATION

Labor disputes, Southern Pacific Company and the Northwestern Pacific Railroad Company and their employees. Preamble.

WHEREAS the President, having been duly notified by the National Mediation Board that disputes between the Southern Pacific Company (Pacific Lines) and the Northwestern Pacific Railroad Company, carriers, and certain of their employes represented by

Brotherhood of Locomotive Engineers;
Brotherhood of Locomotive Firemen and Enginemen;
Order of Railway Conductors;
Brotherhood of Railroad Trainmen;

which disputes have not been heretofore adjusted under the provisions of the Railway Labor Act, amended, now threaten substantially to interrupt interstate commerce within the states of California, Oregon, Nevada, Arizona, New Mexico and Texas to a degree such as to deprive that section of the country of essential transportation service;

Emergency board created to investigate and report thereon.

44 Stat. 586.
45 U. S. C. § 160.

NOW, THEREFORE, I, FRANKLIN D. ROOSEVELT, President of the United States of America, by virtue of the power vested in me by the Constitution and laws of the United States, and by virtue of and under the authority in me vested by Section 10 of the Railway Labor Act, amended, do hereby create a board to be composed of three persons not pecuniarily or otherwise interested in any organization of railway employes or any carrier, to investigate the aforementioned disputes and report its findings to me within thirty days from this date.

Compensation, etc.

The members of this board shall be compensated for and on account of such duties in the sum of seventy-five dollars for every day actually employed with or upon account of travel and duties incident to such board. The members will be reimbursed for and they are hereby

Expenditures.

47 Stat. 405.
5 U. S. C. § 823.

authorized to make expenditures for expenses for themselves and of the board, including traveling expenses and in conformity with Public No. 212, 72d Congress, Approved June 30, 1932, 11:30 a. m., not to exceed five ($5.00) dollars per diem for expenses incurred for subsistence.

Funds available for expenditures.
49 Stat. 1177.

All expenditures of the board shall be allowed and paid for out of the appropriation "Emergency Boards, Railway Labor Act, May 20, 1926, 1937" on the presentation of itemized vouchers properly approved by the chairman of the board hereby created.

# ATTACHMENT C

# Trump's top border official, Rodney Scott, unpacks wins and path forward

washingtonexaminer.com/policy/immigration/4551607/top-border-official-rodney-scott-unpacks-wins-path-forward

Anna Giaritelli                                                                                    May 4, 2026

**EXCLUSIVE —** U.S. Customs and Border Protection has achieved a remarkable feat under President Donald Trump, locking down tens of billions of dollars in funding for the largest-ever expansion of border security, while simultaneously bringing the number of illegal immigrant arrests at the southern border to 55-year lows for more than a year.

The Trump administration has used messaging, diplomacy, and policy to bring about those low illegal immigration numbers, and it is pursuing plans to fortify the international boundary with tens of billions of dollars worth of barrier, technology, agents, and other resources.

After a rocky few months of public relations challenges and sagging support for deportations, the Department of Homeland Security, under the new leadership of Secretary Markwayne Mullin, has pivoted to a quieter, more focused approach to fulfilling one of the president's top agenda items.

CBP Commissioner Rodney Scott explained that a successful second term for Trump, and the nation, hangs on continuing to deliver results at the border and building up border security in a way that can continue to deliver results long after Trump leaves office.

On the southern border, Border Patrol agents have a motto: "If you've seen a mile of the border, you've seen a mile of the border," meaning that no two miles of the 1,950-mile boundary are alike. That makes securing it that much more challenging.

In one such example, which Scott shared during a sit-down interview in his Washington office in late April, CBP will not build a border wall inside Big Bend National Park on the U.S.-Mexico border following blowback from local residents and repeated changes to the agency's plans for that region.

More than 75 miles of border wall and buoy barrier have been installed since January 2025, and plotting the path forward is more art than science.



U.S. Customs and Border Protection Commissioner Rodney Scott speaks with Washington Examiner reporter Anna Giaritelli at the agency's Washington headquarters on April 27, 2026. (Hilton Beckham/CBP)

## Regaining control of the border

During the Biden administration, more illegal immigrants were arrested by Border Patrol attempting to enter the United States between ports of entry than during any other administration. In December 2023, just shy of 250,000 people were arrested entering illegally, CBP data show.

In former President Joe Biden's final six months, his administration imposed select controls to disincentivize migrants from traveling to the U.S., and arrests at the southern border dropped to below 50,000 per month, which was more in line with historic monthly norms.

Trump took office in January 2025 and imposed a dozen immigration executive orders and vowed to carry out the "largest-ever" deportation operation in history, a project he had not undertaken in his first term.

"I'm not trying to be political or blow smoke or anything else," Scott said, seated in his office blocks from the White House. "The secret sauce is a president that literally implemented policies and said, 'This isn't just for CBP. This is the administration's policy. … I don't care if you're Health and Human Services. I don't care if you're IRS. Everybody is going to attack this problem together.'"

"In prior administrations, CBP, Border Patrol would get support, and we would talk strong on border security. But then none of the other agencies that could play a role in border security were really held to account," Scott added. "I believe the president learned during his first term that the last year is really when everything started gelling and we started making a real impact."

Between February 2025 and March 2026, monthly arrests have ranged from 4,500 to 9,000, as low as or even lower than rates seen prior to 1970.



(Screenshot: U.S. Customs and Border Protection)

## Cartels respond to border lockdown

Scott spent two days at the end of April on the southern border with Mullin, who became DHS's new secretary in March. Scott previously worked during Trump's first term as national chief of the U.S. Border Patrol, which has roughly one-third of CBP employees.

Now, as CBP commissioner, he oversees an agency of 68,000 employees and the largest police force in the nation, including customs at airports, seaports, and land ports of entry. Following the Internal Revenue Service, CBP's facilitation of trade and travel makes it the nation's second-largest revenue generator.

Transnational criminal organizations in Mexico, or crime rings that move people and goods between countries known as cartels, have lost billions of dollars not being able to move people into the U.S. by way of the southern border.

Moving people across the border not only generates money for the cartels, but serves as a way to pull Border Patrol agents from one area to another, leaving vulnerable areas where they can run cash profits and guns southbound and push drugs into the U.S.

It's one reason that CBP has made not just a physical barrier, but a broad array of technology, which is a huge part of its border security plan.



The Trump administration began laying a wall of buoys in the Rio Grande, which serves as the international boundary between the United States and Mexico, on Jan. 6, 2026. (Amy DeLaura/Washington Examiner)

CBP anticipates more cross-border drug-smuggling tunnels, an increase in smuggling people and drugs via boats along the Gulf of America and Pacific coastlines, and concealing people and goods inside vehicles as they pass through land ports of entry. The agency is working to procure technology that can detect these smuggling methods.

"We are anticipating a lot of that. We're building that into our strategy," Scott said. "They're not going to just go away. No one just assumes that [the] cartel is going to be like, 'Oh, they've locked down the border. We're going to go home.' That threat still exists."

One of the ways that CBP has been able to get more officers at ports of entry on the front lines was by ending the Biden-era CBP One app, a phone app that allowed foreigners who

had migrated into northern Mexico to request an appointment with a customs officer at a port of entry and seek permission to enter the country on a temporary parole basis.

"There were 1,400 people a day, so that was easily 1,400 hours a day put back into enforcement," Scott said. "Those were man-hours shifted back to enforcement. So right now, on average, at a port of entry, I just looked at the numbers this morning, we're doing about 10% more vehicle inspections and baggage inspections than we were doing just last year because we have more people."

## Border security plans

An interactive map on CBP's website that previously showed the wall would run for hundreds of miles through the national park and the surrounding region of the border was updated earlier this year to show the region would instead be secured with "detection technology." It was later changed to show a blend of wall and technology in the region, further confusing residents.

Sheriff Thaddeus Cleveland of Terrell County, a former Border Patrol agent, told the *Washington Examiner* in March that community leaders in the region, including five sheriffs, pleaded with the Trump administration not to build a wall through the natural landscape.

"We pulled it down [to] try to make [it] a little more clear," Scott said. "Big Bend National Park has some just, like, unbelievably huge granite cliffs. It would be kind of silly to put like a 30-foot border wall on top of a 90-foot granite cliff. So what we're trying to convey is that we are going to have meaningful border security in that entire area."

For Scott, it has meant listening closely to what agents in the field say is necessary and how it will affect local communities.

In Big Bend National Park, CBP will pave roads along the border, as well as use more technology, such as drones, radars, cameras, and fiber-optic cables to monitor the area. Because it is such a remote area, anyone who crosses there cannot immediately disappear into a populated area or immediately access a highway. Border walls are often used in those types of areas, while technology is preferred in remote areas.

**IMMIGRATION GROUPS THAT WANT MASS DEPORTATIONS BLAME BIG BUSINESS FOR DELAY**

Beyond enhancing security at ports of entry, between the ports, and at sea and in the sky, Scott wants to achieve "stability" by freeing up some Department of War resources to leave



This March 25, 2011 photo shows rafts piloted by guides from Far Flung Outdoor Center of Terlingua, Texas, as they float through a canyon carved by the Rio Grande through Big Bend National Park, Texas. The river outfitter and San Antonio Chef, Francois Maeder, conduct unique gourmet trips on the river offering white-linen table service in the wilderness area, hours from civilization. (AP Photo/Michael Graczyk)

the border and getting agents out on the frontlines by using artificial intelligence to help surveil and identify threats.

"One of the first things I did when I came as commissioner is mandate that any investments we make, I want to be able to see and measure a return on the investment in things that only a human can do, that it frees up our agents and officers to do things that only humans can do," Scott said.