**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

TOHONO O'ODHAM NATION,
a federally recognized Indian tribe,

*Plaintiff*,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of U.S. Department of Homeland Security; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and ROSARIO VASQUEZ, in his official capacity as Chief of U.S. Border Patrol,

*Defendants*.

Case No. 26-cv-2127-RJL

**MOTION OF THE TOHONO O'ODHAM NATION FOR INJUNCTION PENDING APPEAL**

Pursuant to Federal Rule of Civil Procedure 62(d), Plaintiff Tohono O'odham Nation (the "Nation") hereby moves for an injunction pending appeal enjoining Defendants Markwayne Mullin, Rodney Scott, and Rosario Vasquez (all sued in their official capacities)—and their employees, subordinates, and agents—from taking, or authorizing or directing any other person to take, any steps in furtherance of the construction of a border wall or associated infrastructure on the Nation's Reservation.

On August 26, 2026, the Nation filed a Notice of Appeal from this Court's Order denying its motion for a preliminary injunction, and the Nation is filing a Motion to Expedite that appeal (to which the United States has consented) with the D.C. Circuit.

The attached memorandum of points and authorities, along with supporting declarations and attachments, set forth the grounds for this motion. A proposed order is also attached.

Dated: August 27, 2026

Respectfully submitted,

/s/ *Riyaz A. Kanji*
Riyaz A. Kanji, D.C. Bar 455165
David A. Giampetroni*
KANJI & KATZEN, P.L.L.C.
P.O. Box 3971
Ann Arbor, MI 48106
(734) 769-5400
rkanji@kanjikatzen.com
dgiampetroni@kanjikatzen.com

Philip H. Tinker*
KANJI & KATZEN, P.L.L.C.
12 N. Cheyenne Ave., Ste. 220
Tulsa, OK 74103
(206) 344-8100
ptinker@kanjikatzen.com

Howard M. Shanker, D.C. Bar 426359*
Attorney General
Logan Takao Cooper*
Assistant Attorney General
TOHONO O'ODHAM NATION
P.O. Box 830
Sells, AZ 85634
Howard.Shanker@tonation-nsn.gov
Logan.Cooper@tonation-nsn.gov

*Counsel for Plaintiff Tohono O'odham Nation*

*Pro Hac Vice Admission

**CERTIFICATE OF SERVICE**

I certify that on August 27, 2026, this document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

/s/ *Riyaz A. Kanji*
Riyaz A. Kanji