# APPENDIX A:

## EXAMPLES OF BORDER WALL CONSTRUCTION ACTIVITY IN BIG BEND NATIONAL PARK

**Figure 1: Federal Contractors Clearing Road and Altering Landscape, Laiken Jordahl Video (at timestamp 0:02)**[1]



[1] Declaration of Laiken Jordahl ¶ 9, *Friends of the Ruidosa Church v. Mullin*, Case No. 3:26-cv-01099-KC (W.D. Tex. June 22, 2026), https://drive.google.com/file/d/1CmEuhJEPKNS3EpHsgsPvMdXWTrdd_yIP/view?usp=sharing&t=2.

**Figure 2: Federal Contractors Moving Earth, Laiken Jordahl Video (at timestamp 0:11)**[2]




[2] *Supra* note 1, https://drive.google.com/file/d/11y7bK-rcTEciQWQydgjY86mwWEWoEHA5/view?usp=sharing&t=11.389.

**Figure 3: Construction Work Near Santa Elena Canyon in Big Bend National Park[3]**



[3] The Guardian, *'Devastating': Bulldozers Plough Through Big Bend National Park as Trump's Border Work Pushes Ahead* (Aug. 14, 2026), https://www.theguardian.com/us-news/2026/aug/14/bulldozers-big-bend-national-park-trump.

**Figure 4: Contractors Working in Big Bend National Park**[4]



[4] J. David Goodman, *Border Construction in Big Bend Is Halted After Drawing Criticism*, The New York Times (Aug. 17, 2026), https://www.nytimes.com/2026/08/17/us/big-bend-border-wall-texas-construction.html.

**Figure 5: Construction Equipment Moving Earth in Big Bend National Park** [5]




[5] Texas Monthly, *Photos: Construction Begins in Big Bend National Park* (Aug. 12, 2026), https://www.texasmonthly.com/news-politics/big-bend-border-wall-photos/.

**Figure 6: Construction Crews Uprooting Vegetation in Big Bend National Park (at timestamp 0:06-0:10)[6]**




[6] Natalie Newman (@ntlnwmn), Instagram (Aug. 17, 2026), https://www.instagram.com/ntlnwmn/reel/DcJ2AwrtSe8/.

**Figure 7: Bulldozer Clears Vegetation in Big Bend National Park (at timestamp 0:00-0:05)[7]**



[7] *Supra* note 6.

**Figure 8: Bulldozer Altering Landscape at Santa Elena Canyon in Big Bend National Park (at timestamp 0:11-0:15)[8]**



[8] *Supra* note 6.

## APPENDIX B:

EXAMPLES OF BORDER WALL CONSTRUCTION IN PRESIDIO COUNTY

**Figure 1: Federal Contractors Operating Without Permission of Texas General Land Office (GLO)** [9]




[9] Mary Cantrell, *Texas Officials Order Contractor on Big Bend Area Border Wall to Halt Land Clearing*, Marfa Public Radio (July 31, 2026), https://www.tpr.org/border-immigration/2026-07-31/texas-officials-order-contractor-on-big-bend-area-border-wall-to-halt-land-clearing.

**Figure 2: Federal Contractors Clearing Texas GLO Leased Land Without Permission**[10]




[10] *Supra* note 9.