**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TOHONO O'ODHAM NATION,<br>a federally recognized Indian tribe,<br><br>*Plaintiff*,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of U.S. Department of Homeland Security; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and ROSARIO VASQUEZ, in his official capacity as Chief of U.S. Border Patrol,<br><br>*Defendants*. | Case No. 26-cv-2127-RJL |

**SECOND DECLARATION OF JAMES COOK**

I, James Cook, declare the following on the basis of personal knowledge to which I am competent to testify:

1. My name is James Cook, and I am the Interim Chief of the Tohono O'odham Nation Police Department ("TOPD" or "Department"). In my capacity as Interim Chief, I oversee the operations of the Nation's sworn police officers and its civilian ranger division, including receiving and reviewing the incident reports filed by officers and rangers following law enforcement encounters in the field.

2. Between August 10 and August 12, 2026, Tohono O'odham police officers and rangers had encounters with at least eleven different contractors who entered onto the Nation's Reservation to conduct border wall construction-related activities without the Nation's consent.

It is the Department's understanding that, because there are no public rights-of-way running all the way to the Nation's border, and because the Nation has not given consent for any border wall contractors to traverse private Nation lands and roads to reach the border, each of these contractors was either in trespass on the Nation's lands or would have necessarily needed to trespass across the Nation's lands in order to reach their stated destinations along the Nation's border.

3. On August 10, 2026, at approximately 0900 hours (9 am MST), TOPD Ranger Kopcsik encountered three vehicles driven by contractors identified as being associated with Made in the Shade LLC. The three vehicles were traveling along the Traditional Northern Road (a private tribal road that is not open to public transit) near the New Fields Community in the Chukut Kuk District, which runs roughly parallel to the border more than 60 feet north of the international boundary. The driver of one of the vehicles identified himself as the owner of Made in the Shade and acknowledged that he was part of a five-vehicle operation to tag cacti along the vehicle barrier in preparation for border wall construction. Ranger Kopcsik informed the vehicle's driver that the contractors were trespassing on Nation lands and escorted two of the three vehicles to Bureau of Indian Affairs (BIA) Route 19 with instructions to leave the Reservation. The third vehicle originally spotted by Ranger Kopcsik drove away before he was able to make contact. Ranger Kopcsik subsequently investigated the vehicles' route through the Nation's lands based upon their tire tracks and discovered that the vehicles entered the Reservation through the east via the Traditional Northern Road. **Attachment A** is a true and correct copy of Incident Report No. 260810056, Ranger Kopcsik's written report recounting this incident.

4. On August 11, 2026, TOPD Officers Bambrough and Flores initiated a stop of a vehicle for lacking a visually displayed license plate near milepost 145 along public Highway 86 in the Schuck Toak District on the Reservation. During this encounter, the individuals identified themselves as contractors with a company called JTECH and acknowledged that they were on the Reservation in connection with border wall construction activities. The officers informed the vehicle's driver that they did not have the Nation's permission to access the border for construction-related activities and directed them to leave the Reservation.

5. On August 12, 2026, at approximately 0930 hours (9:30 am MST), TOPD Lieutenant Henry and TOPD Rangers Leonard and Porter received a call from a tribal member regarding contractor activity in the vicinity of the border. Responding to this call, the officers encountered six contractor vehicles belonging to five separate entities parked on BIA Route 19 in the Chukut Kuk District on the Reservation, approximately one mile north of the border and just north of the point where the public right-of-way terminates before reaching it. These vehicles belonged to Ean Holding LLC (2 vehicles); Made in the Shade Environmental LLC; Diamondback Land Surveying LLC; Rudolph Chevrolet LLC; and SLSCVO Ltd. A Border Patrol agent from the Tucson Sector Office was present with the contractors in his own government vehicle. Officer Henry informed the contractors that they were not authorized to access the border for construction-related activities, issued them a warning regarding the Nation's trespass laws, and escorted the vehicles to Highway 86, from which they departed to the east. **Attachment B** is a true and correct copy of Incident Report No. 260810066, Officer Henry's and Rangers Leonard's and Porter's written reports recounting this incident.

6. On August 12, 2026, at approximately 1607 hours (4:07 pm MST) TOPD Rangers Kopcsik and Gonzalez encountered a vehicle with three individuals. The vehicle was traveling

on the public right-of-way near Mile Marker 12 on BIA Route 21 in the Pisinemo District on the Reservation. The three individuals in the vehicle informed the officers that they were contractors with JP Industries Inc., that they were working with Border Patrol, and that they were on their way to the border. The rangers determined that the contractors lacked permits to be present or operate on the Reservation for any authorized purpose and that it would be unsafe to proceed to the border from their location due to localized flooding conditions. The rangers instructed the individuals to leave the Reservation. **Attachment C** is a true and correct copy of Incident Report No. 260812085, Ranger Gonzalez's written report recounting this incident.

7. Additionally, on August 8, 2026, my office received a call from an individual who is known to us as a contractor working on Reservation roads maintenance. This contractor informed us that vehicles associated with a company called Geo Tech had been sighted collecting soil samples along the border within the Reservation during the week of August 3.

8. During the early morning hours of August 25, 2026, TOPD began receiving reports from Nation officials and Reservation residents that Border Patrol units and contractors were entering the Reservation. At approximately 0530 hours (5:30 AM MST), TOPD Sergeant Gonzalez observed numerous Border Patrol agents, who were dressed in tactical gear and wearing face masks, in vehicles escorting contractors with drilling equipment traveling southward on Route 19 towards the border. Around 1100 hours (11:00 AM MST), TOPD Assistant Chief Shaulis, Information Technology Specialist Ramon, and I proceeded to the border to follow up on these reports.

9. When we reached the Traditional Northern Road (which parallels the border) and headed east along it from the San Miguel Gate, we encountered an unmarked Border Patrol vehicle that was occupying the entirety of the road and traveling between 5 and 10 miles per

hour. This vehicle did not permit us to pass and continued driving at this slow speed for more than four miles. Eventually, the Border Patrol vehicle pulled over and allowed us to pass. Less than one mile later, we encountered a roadblock on the Traditional Northern Road consisting of three Border Patrol vehicles. Two of these vehicles came out to meet us, and we then spoke with three Border Patrol Supervisors: two from Border Patrol's Three Points Station in Tucson, and one from the Border Patrol Tactical Unit— Border Patrol's elite tactical and special operations unit. I informed these officers that we were with the Tohono O'odham Police Department and had come to investigate reports of contractor activity along the border. After I had assured the officers that we would not attempt to interfere with the contractor activities and only wished to monitor and record what was happening, they allowed us to proceed.

10. Proceeding toward the active work areas, we encountered three separate drilling rigs stationed at various points along the border. Two of these drilling rigs were in operation, with approximately three or four individuals operating each rig. A third rig was not actively in operation when we observed it. At each of these work sites, we observed a number of contractor vehicles parked along the Traditional Northern Road and on undisturbed grass and shrub land adjacent to the Traditional Northern Road, all more than 60 feet north of the border.

11. We also observed approximately three or four Border Patrol agents standing guard at each drilling site, as well as Border Patrol agents stationed approximately every quarter-mile between the three drilling sites, and a number of Border Patrol agents engaged in roving patrols around the area. Altogether there were approximately 20 Border Patrol agents present and active at that time.

12. We also encountered three BIA officers from the Tucson Sector drug unit, who informed us that they had been dispatched to the Reservation pursuant to orders coming from Washington, D.C. and that they were there to "preserve the peace and monitor activities."

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 27th day of August, 2026

James Cook

____________________

James Cook
Chief of Police
Tohono O'odham Nation Police Department

**Signature:** James Cook
James Cook (Aug 27, 2026 11:25:20 PDT)
**Email:** james.cook@tonation-nsn.gov

# ATTACHMENT A

# TOHONO O'ODHAM NATION POLICE DEPARTMENT

Incident Report for 260810056

**Nature:** Security Check **Address:** E BOARDER RD
**Location:** 13

---

**Offense Codes:** 2625 **Statute Codes:**
**Received By:** DARA GARCIA **How Received:** O **Agency:** TOPD
**Responding Officers:** B KOPCSIK
**Responsible Officer:** B KOPCSIK **Disposition:** 08/10/26
**When Reported:** 08:57:41 08/10/26 **Occurred Between:** 08:57:41 08/10/26 and 08:57:41 08/10/26

---

**Assigned To:** **Detail:** **Date Assigned:** **/**/**
**Status:** **Status Date:** **/**/** **Due Date:** **/**/**

---

**Complainant:** TOPD
**Last:** Tohono O'odham Police Dept **First:** **Mid:**
**DOB:** **/**/** **Dr Lic:** **Address:** P.O.BOX 189
**Race:** **Sex:** **Phone:** (520)383-3275 **City:** SELLS, AZ 85634

## Offense Codes

**Reported:** **Observed:**
**Additional Offense:** 2625 Trespassing

## Statute Codes

**Additional Statute:**

## Circumstances

| Responding Officers: | Unit : |
|---|---|
| B KOPCSIK | 411 |

---

**Responsible Officer:** B KOPCSIK **Agency:** TOPD
**Received By:** DARA GARCIA **Last Radio Log:** **:**:** **/**/**
**How Received:** O OFFICER REPORT **Clearance:** A8 A - Closed/Inactive
**When Reported:** 08:57:41 08/10/26 **Disposition:** **Date:** 08/10/26
**Judicial Status:** **Occurred between:** 08:57:41 08/10/26
**Misc Entry:** **and:** 08:57:41 08/10/26

Certified release to Tohono O'odham Police Official: COP Cook #206
by the TOPD Records Division.

By providing this information, the Tohono O'odham Nation does not expressly or impliedly waive its immunity, nor does it agree, accept or otherwise submit to the personal and/or subject matter of any court.
See Title 1, Chapter 2, Section 2101 of the Tohono O'odham Nation's Code.

**Modus Operandi:** **Description :** **Method :**

**Involvements**

| Date | Type | Description | Relationship |
|---|---|---|---|
| 08/19/26 | Name | Tohono O'odham Police Dept, | Complainant |
| 08/10/26 | Cad Call | 08:57:41 08/10/26 Security Check | Initiating Call |

## Narrative

IR #: 260810056

Ranger Submitting Report: B.C. Kopcsik 411

---

On August 10 around 0900 time, I was assigned to patrolling the U.S. Side of the border fence, San Miguel Gate Section (east) looking for any vehicle (S) that were belonging to Private or Government Contractors attempting to work on the Tohono O'odham Nation's Border Fence. At 950 I observed three vehicles, white Tahoe and two white pick up trucks (2500 models). I made constant with a truck bearing Texas Plate XVS-8580. Second Truck identified by Az License Plate Number MIT5007.

The driver exited the vehicle and stated he was a part of five vehicles assigned to tag cactus along the border fence in preparation of the new border wall coming through the Nation. I was handed business card, Made in the Shade Owner Dan Crosby / Certified Arborist. Cell Phone 520-331-2092, Office 520-447-6767

I asked about permission paperwork for being on the Tohono O'odham Nation along the border. The driver said they did but could not provide any documentation. I informed him they would all have to leave at this point until things change later on. I asked where the other two vehicle were. He they were on the Nation but couldn't pin point where at the time. The Tahoe drove off before my conversation with the drive was completed so I was unable to get a license plate number. The drive complied with stating he fully understood and they were escorted to Federal Route 19 to leaving north bound.

I went back later in the morning investigating to where these vehicles possible came onto the Nation as I didn't see them earlier in the morning. Location where I found them was the far back section east of San Miguel Gate other high hill where it dead ends. Tire tracks indicated the vehicles traveled down from the north. I back tracked the vehicles path following to the Nation's Boundary Border Fence. There was a locked gate (three brand new locks and chain) blocking the roadway over to private land. A sign was hanging stating Santa Margarita Ranch Private Property. You can clearly see the vehicle went through the gate from tire marks left behind.

Locked Gate Location; GPS Readings of; 31.528275 / -111.623101

NFI.

Wed Aug 19 15:30:58 MST 2026

## Name Involvements:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Complainant :** | TOPD | | | | | | |
| **Last:** | Tohono O'odham Police Dept | | **First:** | | | **Mid:** | |
| **Height:** | ' " | | **Weight:** | 0 | **Eyes:** | | **Hair:** |
| **DOB:** | **/**/** | | **Dr Lic:** | | | **Address:** | P.O.BOX 189 |
| **Race:** | | **Sex:** | **Phone:** | (520)383-3275 | | **City:** | SELLS, AZ 85634 |
| **Work Phone:** | ( ) - | | **Other Phone(s):** | | | | |

# ATTACHMENT B

# TOHONO O'ODHAM NATION POLICE DEPARTMENT

Incident Report for 260812066

**Nature:** Extra Patrol **Address:** S B RT19
**Location:** 12

**Offense Codes:** 2625 **Statute Codes:**
**Received By:** DARA GARCIA **How Received:** O **Agency:** TOPD
**Responding Officers:** E PORTER, L LEONARD, L HENRY
**Responsible Officer:** L HENRY **Disposition:** 08/12/26
**When Reported:** 08:02:16 08/12/26 **Occurred Between:** 08:02:16 08/12/26 and 08:02:16 08/12/26

**Assigned To:** **Detail:** **Date Assigned:** **/**/**
**Status:** **Status Date:** **/**/** **Due Date:** **/**/**

**Complainant:**
**Last:** **First:** **Mid:**
**DOB:** **/**/** **Dr Lic:** **Address:**
**Race:** **Sex:** **Phone:** **City:** ,

## Offense Codes

**Reported:** **Observed:**
**Additional Offense:** 2625 Trespassing

## Statute Codes

**Additional Statute:**

## Circumstances

LT13 Highway/Road/Alley

| Responding Officers: | Unit : |
|---|---|
| E PORTER | 413 |
| L LEONARD | 418 |
| L HENRY | 423 |

**Responsible Officer:** L HENRY **Agency:** TOPD
**Received By:** DARA GARCIA **Last Radio Log:** **:**:** **/**/**
**How Received:** O OFFICER REPORT **Clearance:** A8 A - Closed/Inactive
**When Reported:** 08:02:16 08/12/26 **Disposition:** **Date:** 08/12/26

Certified release to Tohono O'odham Police Official: COP Cook # 206
by the TOPD Records Division.

By providing this information, the Tohono O'odham Nation does not expressly or impliedly waive its immunity, nor does it agree, accept or otherwise submit to the personal and/or subject matter of any court.
See Title 1, Chapter 2, Section 2101 of the Tohono O'odham Nation's Code.

08 20 26

**Judicial Status:**
**Misc Entry:**

**Occurred between:** 08:02:16 08/12/26
**and:** 08:02:16 08/12/26

**Modus Operandi:** **Description :** **Method :**

## Involvements

| Date | Type | Description | Relationship |
|---|---|---|---|
| 08/19/26 | Name | KOLLY, AMY KATHERINE | involved on stop |
| 08/19/26 | Name | COOPER, TRACY LEE JR | Involved on incident |
| 08/19/26 | Name | CARRINGTON, RYAN LYNN | involved in incident |
| 08/19/26 | Name | DEATHERAGE, CHRISTOPHER AARON | Involved in incident |
| 08/19/26 | Name | CROSBY, DANIEL ALFREDO | involved in incident |
| 08/19/26 | Name | ROMERO, RUBEN RAY | involved in incident |
| 08/19/26 | Name | JONES, EDWARD | involed in incident |
| 08/19/26 | Name | METCALF, DERRYL | Involved in incident |
| 08/18/26 | Name | EAN HOLDING LLC, | Involved In Incident |
| 08/18/26 | Name | MADE IN THE SHADE ENVIRONMENTAL LLC, | Involved In Incident |
| 08/18/26 | Name | EAN HOLDING LLC, | Involved In Incident |
| 08/18/26 | Name | DIAMONDBACK LAND SURVEYING LLC,, | Involved In Incident |
| 08/18/26 | Name | RUDOLPH CHEVROLET LLC,, | Involved In Incident |
| 08/18/26 | Name | SLSCVO LTD, 4150 PINNACLE ST.,, | nvolved In ilcident |
| 08/18/26 | Vehicle | 2025 FORD F150 AZ | Involved In Incident |
| 08/18/26 | Vehicle | 2024 TOYT PU MT | Involved In Incident |
| 08/18/26 | Vehicle | 2024 FORD PU NV | Involved In Incident |
| 08/18/26 | Vehicle | 2026 CHEV PU TX | Involved In Incident |
| 08/18/26 | Vehicle | 2026 CHEV PU TX | Involved In Incident |
| 08/17/26 | Vehicle | 2026 GMC PU AZ | Involved In Incident |
| 08/12/26 | Cad Call | 08:02:16 08/12/26 Extra Patrol | Initiating Call |

## Narrative

IR #: 260812066

Officer Submitting Report: Lt. Henry #423

---

Synopsis:
On Wednesday, August 12, 2026, at approximately 0900 hours, the Tohono O'odham Police Department encountered six vehicles on the Tohono O'odham Nation, in the Chukut Kuk District, Pima County, State of Arizona. All were warned for trespassing, as none were able to provided any documentation approving them to be on the Nation.

Summary:
On Wednesday, August 12, 2026, at approximately 0900 hours, the Tohono O'odham Police Department encountered six vehicles on the Tohono O'odham Nation, in the Chukut Kuk District, Pima County, State of Arizona. All were warned for trespassing, as none were able to provided any documentation approving them to be on the Nation.

Narrative:
On Wednesday, August 12, 2026, at approximately 0900 hours, the Tohono O'odham Police Department received a call from a member who reported seven work trucks traveling southbound on Federal Route 19, from the Choulic Community. This incident occurred on the Tohono O'odham Nation, in the Baboquivari District, Pima County, State of Arizona.

I responded to the call and began an attempt to locate the trucks southbound on FR19. Several minutes later, I heard over the police radio, Tohono O'odham Police Rangers Leonard #418 and Porter #413 as they located the trucks.

Upon my arrival at Milepost 1 on FR19 at approximately 0930 hours, (note Milepost 1 on FR19 is located in the Chukut Kuk District). I saw several trucks parked along the roadway's dirt shoulder. Rangers Leonard photographed the vehicles' license plates and drivers' licenses information. All subjects were informed that they were trespassing and were warned.

I conducted a wanted stolen check on the following vehicle license plates. None were wanted or stolen.

Arizona License plate: CWK0770, VIN: 1GTUUDED7TZ307142, Registered Owner: Ean Holding LLC, 4100 W. Galveston St Ste 1, Chandler, AZ 85226. On a 2026 GMC Sierra four-door pickup truck.

Arizona License plate: MITS007, VIN: 1FTFW4L86SFB63141, Registered Owner: Made in the Shade Environmental LLC, 5251 E. Pima St., Tucson, AZ 85712. On a 2025 Ford F150 pickup truck.

Nevada License plate: DBLS15, VIN: 1FTEW2LP1RFB11515, Registered Owner: Diamondback Land Surveying LLC, 6140 Brent Thurman Way Ste. 230, Las Vegas, NV 89148. On a 2024 Ford pickup truck.

Montana License plate: 755224E, VIN: 3TMLB5JN9RM039839, Registered Owner: Ean Holding LLC, 2177 US Highway 2 E., Kalispell, MT 59901. On a 2024 Toyota pickup truck.

Texas License plate: WXG5194, VIN: 1GCUKAED6TZ111553, Registered Owner: Rudolph

Chevrolet LLC, 5625 S. Desert Blvd. El Paso, TX 79932. On a 2026 Chevy pickup truck.

Texas License plate: XVS8580, VIN: 2GCUKAED2T1140637, Registered Owner: SLSCVO Ltd, 4150 Pinnacle St., El Paso, TX 79932. On a 2026 Chevy pickup truck.

Note: At the time of this incident all trucks were being escorted by US Border Patrol Agent Aaron Salas of the Tucson Sector Office.

I then escorted all vehicles from FR19 onto Hwy 86, where they drove eastbound.

This concludes my involvement in this matter.

## Supplemental Narrative

**Name: L LEONARD**

**Date: 07:44:29 08/13/26**

Ranger Supplemental Report
IR #: 260812066

Ranger Submitting Report: Linda L. Leonard #418

---

Narrative: On Wednesday, August 12, 2026 @ 0930hrs Communications advised over radio vehicles traveling South on Route 19 by Choulic Community which is located in Baboquivarj District on the Tohono O'Odham Nation in Pima County, Arizona.

On Wednesday August 12, 2026, Communication advised of vehicles traveling southbound on Route 19. Ranger Ernest Porter and I were stationary on Route 19 and border road turn off. We observed a caravan of vehicles first vehicle black Tahoe I made contact with the driver who I observed as Border Patrol Agent. He advised he was escorting the group out to survey. In addition, Lt. Leonard Henry #423 arrived on scene to assist on call. I asked on any paperwork regarding being on the Border. At this time, I advised to pull off roadway for their safety. All vehicles pull off the gravel roadway onto pullout spot.

Personal and vehicles, information is requested. The lead vehicle was a
1. Black Tahoe with US Government plate 296489 Border Patrol Agent Aaron Salas Tucson Sector,
2. White Chevy Silverado Texas license plate WXG 5194, David Eugene, Driver license D06037348 expiration 03232030 and Joe Santiago Havier Arizona D02386392 expiration 7292041 was Tribal member from the Tohono O'odham Nation tribal ID 5925057 who is the monitor for the group,
3. Montana black Tacoma license plate of 755224C with Amy Katherine Kolly Culture Monitor,
4. White Ford DSLS15 White Silverado Texas plate XVS 8580 Tracy Lee Cooper Jr. and Ryan Lynn Carrington,
5. White Ford DBL515 Aaron Christopher Deatherage and Alfredo Daniel Crosby,
6. Ford grey Arizona license plate MITS007 with logo of Diamondback Land Surveying with Edward Jones and Derryl Metcalf with LMI Infrastructure QA/QC Border Wall Support.
7. White GMC Sierra Arizona CWK0770 New Mexico driver license Ruben Ray Romero.

Spoke to Agent Salas he advised his phone number was (520) 429-8705 and they will headed back North on Route 19 and will be going back to the Chevron in Three Points Junction. All vehicle departed from the area headed North bound on Route 19.

No Further.

**Supplemental Narrative**
**Name: E PORTER**
**Date: 08:25:53 08/13/26**

Ranger Supplemental Report
IR #: 260812066

Ranger Submitting Report: Ernest Porter #413

Narrative: On Wednesday, August 12, 2026 Ranger Linda Leonard #418 and I were assigned patrol on the south border of the Tohono O'odham Nation. Communications put out a call on vehicles heading south bound on Route 19 Choulic community, located in the Baboquivari District, in Pima County, Arizona.

On Wednesday, August 12, 2026 Communications put out a call on vehicles heading south bound on Route 19. Ranger Linda Leonard #418 and I were stationary on Route 19 at the border road turn off. Where we observed a caravan of vehicles. Leading the vehicles was a black Tahoe with a total of six vehicles following.

At this time Ranger L. Leonard # 418 exits the Ranger unit to stop the lead vehicle. Ranger L. Leonard #418 makes contact with the driver who was Border Patrol Agent, Aaron Salas from the Tucson Sector with Government license plate 296489. The Agent advised he was escorting the group out to conduct surveys on the border. Ranger Leonard #418 advised she asked if they had any documentation to be on the border, which they did not. The Border Patrol Agent, Aaron Salas who was driving the lead vehicle was advised to pull off the roadway for their safety and ours at which time all vehicles pulled off the roadway to right in a cleared area and all vehicles followed and parked.

At this time, Lieutenant Leonard Henry # 423 arrived and pulled over behind all vehicles. Ranger L. Leonard #418 and I began requesting the drivers and passengers for personal ID and vehicle information as well as documentation to verify their reason to be on the Nations Border. As the personal ID and drivers information was taken, none of the drivers or passengers were able to provide any documentation regarding their reason to be on the Nations Border. Ranger L. Leonard #418 was taking photos of ID provided and vehicle licenses plates. All information was taken (See Ranger Linda Leonard report for a listing of vehicles and drivers information).

The Border Patrol Agent Aaron Salas advised they would be returning to Highway 86 to exit the Nation. Lt. Leonard Henry advised he would be following the vehicles north bound on Route 19 to make sure they exit the Nation.

At this time Ranger L. Leonard and I continued our assignment of patrolling the southern boundary.

No Further
Thu Aug 13 08:32:53 MST 2026 E.Porter #413

## Vehicles

**Vehicle Number:** **72654**
**License Plate:** MITS007 **License Type:** PC Regular Passenger Automobile
**State:** AZ **Expires:** 12/31/26
**Vehicle Year:** 2025 **VIN:** 1FTFW4L86SFB63141
**Make:** FORD Ford **Model:** F150
**Color:** / **Doors:** 0
**Vehicle Type:** PTK Passenger Truck **Value:** $0.00

**Owner:**
**Last:** MADE IN THE SHADE ENVIRONMENTAL LLC **First:** **Mid:**
**Height:** ' " **Weight:** 0 **Eyes:** **Hair:**
**DOB:** **/**/** **Dr Lic:** **Address:** 5251 E. Pima St.
**Race:** **Sex:** **Phone:** ( ) - **City:** TUCSON, AZ 85712
**Work Phone:** ( ) - **Other Phone(s):**

**Agency:** TOPD TOHONO O'ODHAM POLICE DEPT **Date Recov/Rcvd:** 08/12/26
**Officer:** L HENRY **Area:** 13 CHUKUT KUK DISTRICT
**UCR Status:** **Wrecker Service:**
**Local Status:** III Involved in Incident **Storage Location:**
**Status Date:** 08/17/26 **Release Date:** 08/12/26
**Comments:**

**Vehicle Number:** **72655**
**License Plate:** 755224E **License Type:** PC Regular Passenger Automobile
**State:** MT **Expires:** 08/31/26
**Vehicle Year:** 2024 **VIN:** 3TMLB5JN9RM039839
**Make:** TOYT Toyota **Model:** PU
**Color:** / **Doors:** 0
**Vehicle Type:** PTK Passenger Truck **Value:** $0.00

**Owner:**
**Last:** **First:** **Mid:**
**Height:** **Weight:** **Eyes:** **Hair:**
**DOB:** **/**/** **Dr Lic:** **Address:**
**Race:** **Sex:** **Phone:** **City:** ,

**Work Phone:** **Other Phone(s):**

**Agency:** TOPD TOHONO O'ODHAM POLICE DEPT
**Date Recov/Rcvd:** 08/12/26
**Officer:** L HENRY
**Area:** 13 CHUKUT KUK DISTRICT
**UCR Status:**
**Wrecker Service:**
**Local Status:**
**Storage Location:**
**Status Date:** 08/17/26
**Release Date:** 08/12/26
**Comments:**

**Vehicle Number:** **72661**
**License Plate:** DBLS15
**License Type:** PC Regular Passenger Automobile
**State:** NV
**Expires:** 10/18/26
**Vehicle Year:** 2024
**VIN:** 1FTEW2LP1RFB11515
**Make:** FORD Ford
**Model:** PU
**Color:** /
**Doors:** 0
**Vehicle Type:** PTK Passenger Truck
**Value:** $0.00

**Owner:**
**Last:** **First:** **Mid:**
**Height:** **Weight:** **Eyes:** **Hair:**
**DOB:** **/**/** **Dr Lic:** **Address:**
**Race:** **Sex:** **Phone:** **City:** ,
**Work Phone:** **Other Phone(s):**

**Agency:**
**Date Recov/Rcvd:** **/**/**
**Officer:**
**Area:**
**UCR Status:**
**Wrecker Service:**
**Local Status:**
**Storage Location:**
**Status Date:** **/**/**
**Release Date:** **/**/**
**Comments:**

**Vehicle Number:** **72662**
**License Plate:** WXG5194
**License Type:** PC Regular Passenger Automobile
**State:** TX
**Expires:** 12/30/27
**Vehicle Year:** 2026
**VIN:** 1GCUKAED6TZ111553
**Make:** CHEV Chevrolet
**Model:** PU
**Color:** /
**Doors:** 0

**Vehicle Type:** PTK Passenger Truck **Value:** $0.00

**Owner:**
**Last:** **First:** **Mid:**
**Height:** **Weight:** **Eyes:** **Hair:**
**DOB:** **/**/** **Dr Lic:** **Address:**
**Race:** **Sex:** **Phone:** **City:** ,
**Work Phone:** **Other Phone(s):**

**Agency:** **Date Recov/Revd:** **/**/**
**Officer:** **Area:**
**UCR Status:** **Wrecker Service:**
**Local Status:** **Storage Location:**
**Status Date:** **/**/** **Release Date:** **/**/**
**Comments:**

**Vehicle Number:** **72663**
**License Plate:** XVS8580, **License Type:** PC Regular Passenger Automobile
**State:** TX **Expires:** 03/30/28
**Vehicle Year:** 2026 **VIN:** 2GCUKAED2T1140637
**Make:** CHEV Chevrolet **Model:** PU
**Color:** / **Doors:** 0
**Vehicle Type:** PTK Passenger Truck **Value:** $0.00

**Owner:**
**Last:** **First:** **Mid:**
**Height:** **Weight:** **Eyes:** **Hair:**
**DOB:** **/**/** **Dr Lic:** **Address:**
**Race:** **Sex:** **Phone:** **City:** ,
**Work Phone:** **Other Phone(s):**

**Agency:** **Date Recov/Revd:** **/**/**
**Officer:** **Area:**
**UCR Status:** **Wrecker Service:**
**Local Status:** **Storage Location:**
**Status Date:** **/**/** **Release Date:** **/**/**
**Comments:**

**Vehicle Number:** **72653**
**License Plate:** CWK0770 **License Type:** TK Truck
**State:** AZ **Expires:** 06/30/27
**Vehicle Year:** 2026 **VIN:** 1GTUUDED7TZ307142

**Make:** GMC General Motors Corp **Model:** PU
**Color:** / **Doors:** 4
**Vehicle Type:** PTK Passenger Truck **Value:** $0.00

**Owner:**
**Last:** EAN HOLDING LLC **First:** **Mid:**
**Height:** ' " **Weight:** 0 **Eyes:** **Hair:**
**DOB:** **/**/** **Dr Lic:** **Address:** 4100 W Galveston Ste #1
**Race:** **Sex:** **Phone:** ( ) - **City:** Chandler, AZ 85226
**Work Phone:** ( ) - **Other Phone(s):**

**Agency:** TOPD TOHONO O'ODHAM POLICE DEPT **Date Recov/Rcvd:** 08/12/26
**Officer:** L HENRY **Area:** 13 CHUKUT KUK DISTRICT

**UCR Status:** **Wrecker Service:**
**Local Status:** III Involved in Incident **Storage Location:**
**Status Date:** 08/17/26 **Release Date:** 08/12/26
**Comments:**

## Name Involvements:

**Involved In Incident:** 121200

**Last:** EAN HOLDING LLC **First:** **Mid:**
**Height:** ' " **Weight:** 0 **Eyes:** **Hair:**
**DOB:** **/**/** **Dr Lic:** **Address:** 4100 W Galveston Ste #1
**Race:** **Sex:** **Phone:** ( ) - **City:** Chandler, AZ 85226
**Work Phone:** ( ) - **Other Phone(s):**

**involved in incident:** 127971

**Last:** ROMERO **First:** RUBEN **Mid:** RAY
**Height:** 5'09" **Weight:** 232 **Eyes:** BRO **Hair:** BLK
**DOB:** 11/20/71 **Dr Lic:** 514703876 **Address:** 401 Peaceful Meadows Dr ne
**Race:** L **Sex:** M **Phone:** ( ) - **City:** Rio Rancho, NM 87144
**Work Phone:** ( ) - **Other Phone(s):**

**Involved In Incident:** 127948

**Last:** MADE IN THE SHADE ENVIRONMENTAL LLC **First:** **Mid:**
**Height:** ' " **Weight:** 0 **Eyes:** **Hair:**
**DOB:** **/**/** **Dr Lic:** **Address:** 5251 E. Pima St.
**Race:** **Sex:** **Phone:** ( ) - **City:** TUCSON, AZ 85712
**Work Phone:** ( ) - **Other Phone(s):**

**involved on stop:** 127965

**Last:** KOLLY **First:** AMY **Mid:** KATHERINE
**Height:** 5'02" **Weight:** 125 **Eyes:** BRO **Hair:** BRO
**DOB:** 10/18/70 **Dr Lic:** K400-0117-0878-01 **Address:** 1509 Charles ST
**Race:** **Sex:** F **Phone:** ( ) - **City:** La Crosse, WI 54603
**Work Phone:** ( ) - **Other Phone(s):**

**involved in incident:** 127970

**Last:** CROSBY **First:** DANIEL **Mid:** ALFREDO
**Height:** 5'00" **Weight:** 160 **Eyes:** BRO **Hair:** BLK
**DOB:** 08/27/77 **Dr Lic:** B13124116 **Address:** 3943 N. Lindstrom PL
**Race:** L **Sex:** M **Phone:** ( ) - **City:** TUCSON, AZ 85750
**Work Phone:** ( ) - **Other Phone(s):**

**Involved on incident:** 127966
**Last:** COOPER **First:** TRACY **Mid:** LEE
**Height:** 5'10" **Weight:** 190 **Eyes:** HAZ **Hair:** RED
**DOB:** 09/01/82 **Dr Lic:** 3800161642 **Address:** 9254 Branford Hills st.
**Race:** W **Sex:** M **Phone:** ( ) - **City:** Las Vegas, NV 89123
**Work Phone:** ( ) - **Other Phone(s):**

**Involved In Incident:** 127958
**Last:** EAN HOLDING LLC **First:** **Mid:**
**Height:** ' " **Weight:** 0 **Eyes:** **Hair:**
**DOB:** **/**/** **Dr Lic:** **Address:** 2177 US Highway 2 E
**Race:** **Sex:** **Phone:** ( ) - **City:** Kalispell, MT 59901
**Work Phone:** ( ) - **Other Phone(s):**

**Involved In Incident:** 127960
**Last:** RUDOLPH CHEVROLET LLC, **First:** **Mid:**
**Height:** ' " **Weight:** 0 **Eyes:** **Hair:**
**DOB:** **/**/** **Dr Lic:** **Address:** 5625 S. Desert Blvd.
**Race:** **Sex:** **Phone:** ( ) - **City:** El Paso, TX 79932
**Work Phone:** ( ) - **Other Phone(s):**

**Involved In Incident:** 127959
**Last:** DIAMONDBACK LAND SURVEYING LLC, **First:** **Mid:**
**Height:** ' " **Weight:** 0 **Eyes:** **Hair:**

DOB: **/**/** Dr Lic: Address: 6140 Brent Thurman Way Ste. 230
Race: Sex: Phone: ( ) - City: Las Vegas, NV 89148
Work Phone: ( ) - Other Phone(s):

involved in 127967
incident:
Last: CARRINGTON First: RYAN Mid: LYNN
Height: 6'00" Weight: 250 Eyes: BLU Hair: BRO
DOB: 06/22/88 Dr Lic: 1702166159 Address: 2725 W. Wigwam Ave. Apt 1106
Race: W Sex: M Phone: ( ) - City: Las Vegas, NV 89123
Work Phone: ( ) - Other Phone(s):

involed in 127972
incident :
Last: JONES First: EDWARD Mid:
Height: ' " Weight: 0 Eyes: Hair: BRO
DOB: **/**/** Dr Lic: Address:
Race: W Sex: M Phone: ( ) - City: ,
Work Phone: ( ) - Other Phone(s):

nvolved In 127961
iIcident :
Last: SLSCVO LTD, 4150 PINNACLE ST., First: Mid:
Height: ' " Weight: 0 Eyes: Hair:
DOB: **/**/** Dr Lic: Address: 4150 Pinnacle St.,
Race: Sex: Phone: ( ) - City: El Paso, TX 77478
Work Phone: ( ) - Other Phone(s):

Involved in 127968
incident:
Last: DEATHERAGE First: CHRISTOPHER Mid: AARON
Height: 5'11" Weight: 155 Eyes: BRO Hair: BLK
DOB: 04/06/99 Dr Lic: D09784983 Address: 3516 E. StoneHaven Way
Race: W Sex: M Phone: ( ) - City: TUCSON, AZ 85747
Work Phone: ( ) - Other Phone(s):

Involved in 127973
incident:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Last:** | METCALF | | **First:** | DERRYL | **Mid:** | | |
| **Height:** | ' " | | **Weight:** | 0 | **Eyes:** | **Hair:** | BLK |
| **DOB:** | **/**/** | | **Dr Lic:** | | **Address:** | | |
| **Race:** W | **Sex:** M | | **Phone:** | ( ) - | **City:** | , | |
| **Work Phone:** | ( ) - | | **Other Phone(s):** | | | | |

# ATTACHMENT C

# TOHONO O'ODHAM NATION POLICE DEPARTMENT

Supplemental for Incident

**DETAILS**

**Incident Number:** 260812085
**Sequence Number:** 1

**Name:** R CERVANTES
**Date:** 16:07:46 08/12/26

**NARRATIVE**

Ranger Supplemental Report
IR #: 260812085

Ranger Submitting Report: Roberto Cervantez Gonzalez #414

---

Synopsis:

On August 12, 2026, Ranger Kopcsik #411 and I, Ranger Cervantez #414, were assigned to perform security checks on Federal Route 21 and all the villages along the route to the international border when we encountered a vehicle stopped at the wash at milepost 12 in the village of Santa Cruz. This incident occurred in the Tohono O'odham Nation within the Pisinimo District in Pima County, AZ.

Summary:

Ranger Kopcsik #411 and I, Ranger Cervantez #414, encountered a vehicle stopped at the wash near milepost 12 on Federal Route 21. After interviewing all three occupants, we determined they lacked the proper documentation to be on the Nation. Due to their lack of documentation and the wash being too high to cross safely, we instructed them to leave the Nation.

Narrative:

On August 12, 2026, Ranger Kopcsik #411 and I, Ranger Cervantez #414, made contact with a truck stopped right before the wash in the town of Santa Cruz near milepost 12 on Federal Route 21. We exited our assigned patrol vehicle and identified ourselves as Rangers with the Tohono O'odham Nation Police Department.

We asked the three occupants inside the truck what they were doing on the Nation. They stated they were contractors for the Border Patrol on their way to the border; however, they did not have any documentation to corroborate that they had permission to be on the Nation. We requested their identifications and vehicle registration, took photographs of the occupants, and photographed the vehicle.

Due to the wash being too high to cross and their lack of a permit to be on the Nation, we instructed them to turn around and return once they obtained the proper permits to verify their stay on the Nation.

This concludes my involvement in this incident.

End of report.

Arizona plate number: 6WA6P2
VIN # 3TMKB5FN8SM045352
MAKE: TOYOTA
MODEL: TACOMA
YEAR: 2025
COLOR: WHITE

Registered owner: JP INDUSTRIES INC
ADDRESS: 2851 N Country Club Rd, Tucson, Az 85716-1909

Driver: Rodrigo Valdez-Mendivil
Driver License # D01328321

Passenger: Antonio Gabriel Gonzales
Driver License # D09991173

Passenger: Jesus Antonio Miranda Jr
Driver License # D03915896

NFI

Wed Aug 12 16:12:32 MST 2026

Certified release to Tohono O'odham Police
Official: CopCook #206
by the TOPD Records Division.

By providing this information, the Tohono O'odham Nation does not expressly or impliedly waive its immunity, nor does it agree, accept or otherwise submit to the personal and/or subject matter of any court.
See Title 1, Chapter 2, Section 2101 of the Tohono O'odham Nation's Code.