**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

TOHONO O'ODHAM NATION,
a federally recognized Indian tribe,

*Plaintiff*,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of U.S. Department of Homeland Security; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and ROSARIO VASQUEZ, in his official capacity as Chief of U.S. Border Patrol,

*Defendants*.

Case No. 26-cv-2127-RJL

**THIRD DECLARATION OF RIYAZ A. KANJI**

I, Riyaz A. Kanji, declare the following on the basis of personal knowledge to which I am competent to testify:

1. I am an attorney at law, duly admitted to practice before this Court. My law firm represents the Tohono O'odham Nation ("Nation") in the above-captioned lawsuit. I am fully familiar with the facts and circumstances of this case. I make this declaration in support of the Nation's Motion for Preliminary Injunction Pending Appeal.

2. **Attachment A** is a true and correct copy of an August 25, 2026 emailed letter from Henry N. Laxdal, Acting Chief Patrol Agent for the United States Border Patrol, Tucson Sector, to the Nation's Chairman, Verlon M. Jose.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 27th day of August, 2026

By: /s/ *Riyaz A. Kanji*
Riyaz A. Kanji
Attorney at Law
Kanji & Katzen, P.L.L.C.

# ATTACHMENT A

**Thursday, August 27, 2026 at 11:52:04 Eastern Daylight Time**

| | |
|---|---|
| **Subject:** | Fw: CBP Notice of Geotech Survey |
| **Date:** | Tuesday, August 25, 2026 at 10:09:11 AM Eastern Daylight Time |
| **From:** | Verlon M. Jose |
| **To:** | Jesse F. Navarro, Janet B. Eleando, Vivian Saunders, Riyaz Kanji, Sibbison, V. Heather, Howard Shanker, Michael Ehlerman |
| **CC:** | Carla L. Johnson, Heather Clah, matts |
| **Attachments:** | image002.png, CBP Notice of Geotech Survey.pdf |

FYI

Received this today. Checked my email at 6:00 a.m.

At 4:00 a.m. this morning, I received a call informing me of a large caravan heading southbound on FR 19. I called TOPD dispatch to inform. TOPD was aware and in route. As of this communication I have not received any updates from TOPD.

Lot of calls and text messages coming informing of seeing lot of vehicles together on the Nation.

See email and attached received this morning.

Get Outlook for iOS

---

**From:** LAXDAL, HENRY N <HENRY.N.LAXDAL@cbp.dhs.gov>
**Sent:** Tuesday, August 25, 2026 4:59 AM
**To:** Verlon M. Jose <Verlon.Jose@tonation-nsn.gov>; Samuel Fayuant <Samuel.Fayuant@tonation-nsn.gov>
**Cc:** LAXDAL, HENRY N <HENRY.N.LAXDAL@cbp.dhs.gov>; CRISTINZIO, STEPHEN <STEPHEN.CRISTINZIO@CBP.DHS.gov>
**Subject:** CBP Notice of Geotech Survey

You don't often get email from henry.n.laxdal@cbp.dhs.gov. Learn why this is important

Dear Chairman Jose and Mr. Fayuant,

U.S. Customs and Border Protection (CBP) is writing to formally notify you of upcoming geotechnical surveying activities to be conducted within the 60-foot Roosevelt Reservation.

These activities are scheduled to commence on August 25, 2026. Federal officers and contractors will begin identifying drill sites at 0500 hours, with geotechnical testing operations scheduled to begin at 1100 hours. The survey area spans from the Pozo Verde Mountain range to the Horse Peak area, extending toward the Santa Rosa Mountains. We anticipate these activities will

conclude no later than September 4, 2026, spanning a duration of approximately 7 to 10 days.

The survey requires the drilling of soil test borings, approximately 6 to 10 inches in diameter. Upon the collection of necessary samples, all boreholes will be backfilled and the site restored.

Consistent with CBP's commitment to ongoing coordination with the Tohono O'odham Nation and previous discussions between the Department of Justice and the Nation's counsel, the Tohono O'odham Nation is invited to have cultural monitors present during these activities. Please be advised that while the Nation's monitors are welcome to observe, they will not have the authority to halt operations. CBP will have designated monitors on-site who possess the sole authority to temporarily suspend work in the event of an inadvertent discovery of cultural resources.

We appreciate your continued partnership and cooperation as we conduct this essential work. Please let us know if you have any questions or require further information.

1300 Pennsylvania Avenue NW
Washington, DC 20229

U.S. Customs and Border Protection

August 25, 2026

Verlon Jose
Chairman
Tohono O'odham Nation
P.O. Box 837
Sells, AZ 85634

Samuel Fayuant
Tribal Historic Preservation Office
Tohono O'odham Nation
P.O. Box 837
Sells, AZ 85634

SUBJECT: Notice of Geotechnical Surveying within the 60' Roosevelt Reservation

Dear Chairman Jose and Mr. Fayuant,

U.S. Customs and Border Protection (CBP) is writing to formally notify you of upcoming geotechnical surveying activities to be conducted within the 60-foot Roosevelt Reservation.

These activities are scheduled to commence on August 25, 2026. Federal officers and contractors will begin identifying drill sites at 0500 hours, with geotechnical testing operations scheduled to begin at 1100 hours. The survey area spans from the Pozo Verde Mountain range to the Horse Peak area, extending toward the Santa Rosa Mountains. We anticipate these activities will conclude no later than September 4, 2026, spanning a duration of approximately 7 to 10 days.

The survey requires the drilling of soil test borings, approximately 6 to 10 inches in diameter. Upon the collection of necessary samples, all boreholes will be backfilled and the site restored.

Consistent with CBP's commitment to ongoing coordination with the Tohono O'odham Nation and previous discussions between the Department of Justice and the Nation's counsel, the Tohono O'odham Nation is invited to have cultural monitors present during these activities. Please be advised that while the Nation's monitors are welcome to observe, they will not have the authority to halt operations. CBP will have designated monitors on-site who possess the sole authority to temporarily suspend work in the event of an inadvertent discovery of cultural resources.

We appreciate your continued partnership and cooperation as we conduct this essential work. Please let us know if you have any questions or require further information.

Respectfully,

Henry N. Laxdal
Acting Chief Patrol Agent
Tucson Sector
U.S. Border Patrol

Respectfully,

**Henry N. Laxdal**
Acting Chief Patrol Agent
U.S Border Patrol | Tucson Sector
202.644.2618 Gov