**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

TOHONO O'ODHAM NATION,
a federally recognized Indian tribe,

*Plaintiff*,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of U.S. Department of Homeland Security; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and ROSARIO VASQUEZ, in his official capacity as Chief of U.S. Border Patrol,

*Defendants*.

Case No. 26-cv-2127-RJL

**[PROPOSED] ORDER GRANTING THE MOTION OF THE TOHONO O'ODHAM NATION FOR AN INJUNCTION PENDING APPEAL**

This matter is before the Court on the Motion of Plaintiff Tohono O'odham Nation for an Injunction Pending Appeal. Having carefully considered the pleadings and other documents filed in connection with the Nation's motion, the Court hereby **GRANTS** the motion. Specifically, Secretary of the United States Department of Homeland Security Markwayne Mullin, United States Customs and Border Protection Commissioner Rodney Scott, and United States Border Patrol Chief Rosario Vasquez—and their employees, subordinates, and agents—are enjoined from taking, or authorizing or directing any other person to take, any steps in furtherance of construction of the planned border wall or associated infrastructure on the Nation's Reservation.

**SO ORDERED.**

Washington, D.C.

Dated: ________________

____________________________________
U.S. District Judge