AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| TOHONO O'ODHAM NATION<br>*Plaintiff*<br>v.<br>MARKWAYNE MULLIN, et al.,<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 1:26-CV-02127 |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Defendants (Markwayne Mullin, Rodney Scott, and Rosario Vasquez) .

Date: 09/01/2026

/s/ Shawn D. Ren
*Attorney's signature*

Shawn D. Ren, TX 24132873
*Printed name and bar number*

999 18th St., N Terrace, Suite 600
Denver, CO 80202
*Address*

shawn.ren2@usdoj.gov
*E-mail address*

(202) 598-3141
*Telephone number*

(303) 844-1350
*FAX number*