**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

TOHONO O'ODHAM NATION,
a federally recognized Indian tribe,

*Plaintiff*,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of U.S. Department of Homeland Security; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and ROSARIO VASQUEZ, in his official capacity as Chief of U.S. Border Patrol,

*Defendants*.

Case No. 26-cv-2127-RJL

**NOTICE OF RELATED FILING**

The Tohono O'odham Nation ("Nation") submits this Notice to apprise the Court that it has today filed an Emergency Motion for Injunction Pending Appeal in the D.C. Circuit. The Circuit's rules require parties seeking expedited relief to file their motion "at least 7 days before the date by which court action is necessary[.]" D.C. Cir. Rule 27(e). The Department of Homeland Security has previously expressed an intent to begin border wall construction on the Nation's Reservation as early as October 12. Nation Reply Mem. in Supp. of Mot. for Prelim. Inj. (Dkt. 25) at 17 (citing Decl. of Paul Enriquez (Dkt. 18-2) ¶ 14). On October 1, counsel for the Nation asked whether the Secretary would defer any construction-related activities until this Court's ruling on the Nation's motion for an injunction pending appeal and the Circuit's review

of that decision. The Secretary declined, and the Department has instead confirmed that it intends to commence construction-related activities on or around October 12.

The Nation was accordingly obligated to file its motion for emergency relief with the Circuit today in the event that this Court is not inclined to enjoin the Secretary from moving forward with his plans.

Dated: October 5, 2026

Respectfully submitted,

/s/ *Riyaz A. Kanji*
Riyaz A. Kanji, D.C. Bar 455165
David A. Giampetroni*
KANJI & KATZEN, P.L.L.C.
P.O. Box 3971
Ann Arbor, MI 48106
(734) 769-5400
rkanji@kanjikatzen.com
dgiampetroni@kanjikatzen.com

Philip H. Tinker*
KANJI & KATZEN, P.L.L.C.
12 N. Cheyenne Ave., Ste. 220
Tulsa, OK 74103
(206) 344-8100
ptinker@kanjikatzen.com

Howard M. Shanker*
Attorney General
Logan Takao Cooper*
Assistant Attorney General
TOHONO O'ODHAM NATION
P.O. Box 830
Sells, AZ 85634
Howard.Shanker@tonation-nsn.gov
Logan.Cooper@tonation-nsn.gov

*Counsel for Plaintiff Tohono O'odham Nation*

*Pro Hac Vice Admission

**CERTIFICATE OF SERVICE**

I certify that on October 5, 2026, this document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

/s/ *Riyaz A. Kanji*
Riyaz A. Kanji