**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TOHONO O'ODHAM NATION, a federally recognized Indian tribe,<br>*Plaintiff*,<br>v.<br>MARKWAYNE MULLIN, in his official capacity as Secretary of U.S. Department of Homeland Security; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and ROSARIO VASQUEZ, in his official capacity as Chief of U.S. Border Patrol,<br>*Defendants*. | Case No. 26-cv-2127-RJL |

**SUPPLEMENTAL NOTICE**

On Monday, October 5**,** the Tohono O'odham Nation ("Nation") submitted a notice apprising this Court that it had filed an Emergency Motion for Injunction Pending Appeal in the D.C. Circuit ("Appellate Motion") because Circuit rules required it to do so by that day. *See* Notice of Related Filing (Dkt. 61). The Circuit has since ordered a briefing schedule for the Appellate Motion, which requires the Secretary to file a response by October 15 and the Nation to file any reply by October 22. Accordingly, the Circuit will not rule on the Appellate Motion until after October 12, the date the Secretary intends to commence significant activity on the Reservation in furtherance of his border project.

This Court retains jurisdiction over the Motion for an Injunction Pending Appeal (Dkt. 50) that the Nation has filed with it. *See, e.g.*, *Slaughter v. Trump*, No. CV 25-909, 2025 WL

2145665, at *1 (D.D.C. July 24, 2025). The Nation renews its request that the Court grant the motion for the reasons stated in its briefing, including that irremediable alteration of the Reservation landscape is set to begin next week. Indeed, the Secretary has indicated that his contractors' first order of business will be to commence removing thousands of cacti that stand in the path of his proposed border wall. Saguaro cacti are among "the most sacred plants in O'odham religious tradition," which "treats these plants as … sacraments, in much the same way that Christianity treats blessed bread and wine to be the sacramental Body and Blood of Christ." Nabhan Decl. (Dkt. 3-9) ¶ 20. O'odham families gather their saguaro fruit in traditional locations and develop deep spiritual relationships with those specific cactus populations. V. Jose Decl. (Dkt. 3-2) ¶ 30; Dkt. 3-9 ¶ 21.

A single saguaro "can take centuries … to grow and reach its full height," Fayuant Decl. (Dkt. 3-6) ¶ 28. In the Department's past border barrier projects in Arizona, relocation of saguaros was fatal to half of the transplanted cacti. U.S. Gov't Accountability Off., GAO-23-105-443, *Southwest Border: Additional Actions Needed to Address Cultural and Natural Resources Impacts from Barrier Construction*, 27 (2023).[1] The fatality rate is especially high for "older or taller saguaros, which are not likely to survive[.]" Dkt. 3-9 ¶ 25. And relocation is especially risky at this time of year, "when cool temperatures and moisture promote decay in fresh transplants." USDA, *Salvage Techniques for Saguaro Cacti, Barrel Cacti and Ocotillo* 6 (2009).[2]

The destruction of massive numbers of saguaro cacti that will commence early next week absent intervention by this Court constitutes quintessential irreparable harm. The damage can

---

[1] https://www.gao.gov/assets/830/828858.pdf.
[2] https://www.nrcs.usda.gov/plantmaterials/azpmctn8957.pdf.

never be undone. Given that the Nation has, at the very least, raised serious legal questions about the Secretary's actions, an injunction maintaining the status quo until the Court of Appeals assesses those claims would be the just and prudent course of action.

Dated: October 8, 2026

Respectfully submitted,

/s/ *Riyaz A. Kanji*
Riyaz A. Kanji, D.C. Bar 455165
David A. Giampetroni*
KANJI & KATZEN, P.L.L.C.
P.O. Box 3971
Ann Arbor, MI 48106
(734) 769-5400
rkanji@kanjikatzen.com
dgiampetroni@kanjikatzen.com

Philip H. Tinker*
KANJI & KATZEN, P.L.L.C.
12 N. Cheyenne Ave., Ste. 220
Tulsa, OK 74103
(206) 344-8100
ptinker@kanjikatzen.com

Howard M. Shanker*
Attorney General
Logan Takao Cooper*
Assistant Attorney General
TOHONO O'ODHAM NATION
P.O. Box 830
Sells, AZ 85634
Howard.Shanker@tonation-nsn.gov
Logan.Cooper@tonation-nsn.gov

*Counsel for Plaintiff Tohono O'odham Nation*

*Pro Hac Vice Admission

**CERTIFICATE OF SERVICE**

I certify that on October 8, 2026, this document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

/s/ *Riyaz A. Kanji*
Riyaz A. Kanji